# Exhibit D



# Business Pro Executive Members

Sellers Playbook, Inc. is a customer service organization that offers a customized system to perfect the individual's ability to sell on Amazon effectively and profitably. The Business Pro package of services is ideal for the individual who is looking to supplement or replace income, as it is a full-service, turnkey package. Services provided by Sellers Playbook, Inc. for their Exclusive Business Pro Executive Membership are as follows:

1. **Access to Personalized Coaching and Tech Support:**
   - Amazon Coaching – Available by phone or web meeting during normal business hours
   - Education available 24/7 through our online training facility
   - Live webinars hosted by Amazon experts
   - Three 30 minute onboarding/orientation sessions with our coaching staff to familiarize yourself with our executive membership
   - Professional technical support

2. **Sellers Playbook Software:**
   - Complete data automation
   - Product price, rank and sales tracking
   - Determine your core product by calculation

3. **Supplier Lists and Sourcing Solutions:**
   - Product sourcing concierge service, our sourcing managers can help source products or brands you are looking for both domestic and internationally
   - Contact information to Sellers Playbook preferred suppliers, line sheets and pricing
   - Ability to negotiate using our buying power
   - Access to private label product suppliers

4. **Two Sellers Playbook Learning and Sourcing Summits**
   - Sellers Playbook network of suppliers and coaches
   - Hands on coaching support through the tradeshows and help with ordering and understanding inventory quantities and value
   - Industry leading speakers

5. **Receiving, Warehousing and FBA Preparation:**
   - Ability to ship product directly to Sellers Playbook for receiving
   - Uploading to your store, labeling and shipping to Amazon FBA
   - You eliminate all product receiving and preparation



# Business Pro Executive Membership

- 12 months of executive website/software access
- 32 scheduled coaching/strategy sessions (30 minute sessions)
- 12 months access to coaching support online system
- Supplier lists and sourcing solutions
- Two Sellers Playbook learning and sourcing summits
- Receiving, warehousing and FBA preparation services

# On-Site Business Pro Executive Bonuses

- 16 additional scheduled coaching/strategy sessions (30 minute sessions)
- Personalized tradeshow tour
- Private label concierge service which includes...
  - Sourcing your private label products
  - Price negotiation and the benefit of our buying power creating the ability to increase your ROI on amazon dramatically
  - Customs and shipping handling
  - Listing your private label products into your Amazon store
  - Assistance in marketing your private label products.

2018.PLAY-DPD

# Exhibit E





**Long Beach & Riverside, CA**
May 1 - 5, 2018

Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT CALIFORNIA EVENTS!**



**Phoenix, AZ**
May 8 - 12, 2018

Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT ARIZONA EVENTS!**



**Tampa, FL**
May 8 - 12, 2018

➢ **The process for finding the most in-demand niches** that most sellers overlook entirely.

➢ **How to start out even if you have very little or no money.** Drop-shipping allows you to start selling now without buying bulk wholesale.

➢ **The easiest way** to handle customer support to maximize positive reviews and minimize returns.

➢ **Our secret to getting products to the top of Amazon search results.** This is the most vital part of Amazon selling. Master this and you'll be able to compete with even the most veteran sellers.

➢ And much more...

# Claim Your Free Seat







or more in 2016.

with credit cards saved.

✓ 44% of web shoppers go directly to Amazon for product searches. Many of the other 56% end up there too thanks to Amazon's Google ads and search engine listings.

✓ Amazon is consistently ranked as the most trusted brand in America. As a marketplace seller, you share in this trust.

✓ Amazon owns as much of the retail market in North America as Office Depot, Staples, Apple, Dell, WalMart, and Sears combined.

## Frequently Asked Questions

**❓ What should I bring to the seminar?**
Bring a notebook and a pen to take notes. Ipads and laptops are also ok.

**❓ Will I have to ship products myself?**
Amazon does all the shipping for you! They simply charge you a small fee for this service.

**❓ Why is the seminar free?**
There is a lot of information about opportunities online. We want you to know the truth about how selling on Amazon can be great.

When you attend this seminar, you will see exactly how we operate our own business. After the presentation, we will give you a special offer allowing you to work with us on a higher level. Even if you say no to that offer, you will still leave with everything you need to know to start a successful Amazon business!

# Claim Your Free Seat

**Sign Up Today!**
Your details are kept safe and never shared.

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

## Frequently Asked Questions

**? Why is the seminar free?**

There is a lot of information about opportunities online. We want you to know the truth about how selling on Amazon can be great.

When you attend this seminar, you will see exactly how we operate our own business. After the presentation, we will give you a special offer allowing you to work with us on a higher level. Even if you say no to that offer, you will still leave with everything you need to know to start a successful Amazon business!

**? What should I bring to the seminar?**

Bring a notebook and a pen to take notes. Ipads and laptops are also ok.

**? Will I have to ship products myself?**

Amazon does all the shipping for you! They simply charge you a small fee for this service.

## Claim Your Free Seat

**Sign Up Today!**
Your details are kept safe and never shared.

SELLERS PLAYBOOK

Please Note: Sellers Playbook provides training and services to online / e-commerce retailers. We are an independent, third party training company not affiliated or endorsed by Amazon.com, Inc or its affiliates. Amazon.com / Amazon is a registered trademark of Amazon.com, Inc.

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

**Earnings Disclaimer**

9001 Science Center Drive
Suite 1000
Minneapolis, MN 55428
800.919.2298
Info@SellersPlaybook.com

Copyright 2018 - Sellers Playbook Winning on Amazon

Privacy Policy    Website Terms of Use

# SELLERS PLAYBOOK

## WEBSITE TERMS OF USE

### Acceptance of the Terms of Use

These terms of use are entered into by and between You and Sellers Playbook, Inc. ("Company", "we" or "us"). The following terms and conditions, together with any documents they expressly incorporate by reference (collectively, these "Terms of Use"), govern your access to and use of sellersplaybook.com, including any content, functionality and services offered on or through sellersplaybook.com (the "Website"), whether as a guest or a registered user.

Please read the Terms of Use carefully before you start to use the Website. By using the Website, you accept and agree to be bound and abide by these Terms of Use, our Privacy Policy and our Earnings Disclaimer, all found at sellersplaybook.com, incorporated herein by reference. If you do not want to agree to these Terms of Use or the Privacy Policy, you must not access or use the Website.

### Changes to the Terms of Use

We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them, and apply to all access to and use of the Website thereafter. However, any changes to the dispute resolution provisions set forth in Governing Law and Jurisdiction will not apply to any disputes for which the parties have actual notice on or prior to the date the change is posted on the Website. Your continued use of the Website following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page frequently so you are aware of any changes, as they are binding on you.

### Accessing the Website and Account Security

We reserve the right to withdraw or amend this Website, and any service or material we provide on the Website, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Website is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Website, or the entire Website, to users, including registered users. You are responsible for:

- Making all arrangements necessary for you to have access to the Website.

- Ensuring that all persons who access the Website through your Internet connection are aware of these Terms of Use and comply with them. To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information you provide to register with this Website or otherwise, including but not limited to through the use of any interactive features on the

You are responsible for:

- Making all arrangements necessary for you to have access to the Website.

- Ensuring that all persons who access the Website through your internet connection are aware of these Terms of Use and comply with them. To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information you provide to register with this Website or otherwise, including but not limited through the use of any interactive features on the Website, is governed by our Privacy Policy [INSERT LINK TO WEBSITE'S PRIVACY POLICY], and you consent to all actions we take with respect to your information consistent with our Privacy Policy.

If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Website or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information.

We have the right to disable any user name, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

### Intellectual Property Rights

The Website and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by the Company, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

These Terms of Use permit you to use the Website for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Website, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.

- You may store files that are automatically cached by your Web browser for display enhancement purposes.

- You may print or download one copy of a reasonable number of pages of the Website for your own personal, non-commercial use and not for further reproduction, publication or distribution.

- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.

- If we provide social media features with certain content, you may take such actions as are enabled by such features.

your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.

- If we provide social media features with certain content, you may take such actions as are enabled by such features.

You must not:

- Modify copies of any materials from this site.
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from this site.

You must not access or use for any commercial purposes any part of the Website or any services or materials available through the Website. If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Website in breach of the Terms of Use, your right to use the Website will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Website or any content on the Website is transferred to you, and all rights not expressly granted are reserved by the Company. Any use of the Website not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

## Trademarks

The Company name, the terms Sellers Playbook Software, the Company logo and all related names, logos, product and service names, designs and slogans are trademarks of the Company or its affiliates or licensors. You must not use such marks without the prior written permission of the Company. All other names, logos, product and service names, designs and slogans on this Website are the trademarks of their respective owners.

## Prohibited Uses

You may use the Website only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Website:

- In any way that violates any applicable federal, state, local or international law or regulation (including, without limitation, any laws regarding the export of data or software to and from the US or other countries).
- For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.
- To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate the Company, a Company employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website, or which, as determined by us, may harm the Company or users of the Website or expose them to liability.

- For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.

- To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.

- To impersonate or attempt to impersonate the Company, a Company employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).

- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website, or which, as determined by us, may harm the Company or users of the Website or expose them to liability.

Additionally, you agree not to:

- Use the Website in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Website, including their ability to engage in real time activities through the Website.

- Use any robot, spider or other automatic device, process or means to access the Website for any purpose, including monitoring or copying any of the material on the Website.

- Use any manual process to monitor or copy any of the material on the Website or for any other unauthorized purpose without our prior written consent.

- Use any device, software or routine that interferes with the proper working of the Website.

- Introduce any viruses, trojan horses, worms, logic bombs or other material which is malicious or technologically harmful.

- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Website, the server on which the Website is stored, or any server, computer or database connected to the Website.

- Attack the Website via a denial-of-service attack or a distributed denial-of-service attack.

- Otherwise attempt to interfere with the proper working of the Website.

**User Contributions**

The Website may contain message boards, chat rooms, personal web pages or profiles, forums, bulletin boards and other interactive features (collectively, "Interactive Services") that allow users to post, submit, publish, display or transmit to other users or other persons (hereinafter, "post") content or materials (collectively, "User Contributions") on or through the Website.

All User Contributions must comply with the Content Standards set out in these Terms of Use.