## User Contributions

The Website may contain message boards, chat rooms, personal web pages or profiles, forums, bulletin boards and other interactive features (collectively, "Interactive Services") that allow users to post, submit, publish, display or transmit to other users or other persons (hereinafter, "post") content or materials (collectively, "User Contributions") on or through the Website.

All User Contributions must comply with the Content Standards set out in these Terms of Use.

Any User Contribution you post to the site will be considered non-confidential and non-proprietary. By providing any User Contributions on the Website, you grant us and our licensees, successors and assigns the right to use, reproduce, modify, perform, display, distribute and otherwise disclose to third parties any such material. We do not claim ownership of any User Contribution that you post on or through the Website or Interactive Services. Instead, you hereby grant us a non-exclusive, fully paid and royalty-free, transferable, sub-licensable, worldwide license to use the User Contributions that you post on or through the Website or Interactive Services, subject to the Privacy Policy, available here.

You represent and warrant that:

• You own or control all rights in and to the User Contributions and have the right to grant the license granted above to us and our licensees, successors and assigns.

• All of your User Contributions do and will comply with these Terms of Use.

You understand and acknowledge that you are responsible for any User Contributions you submit or contribute, and you, not the Company, have fully responsibility for such content, including its legality, reliability, accuracy and appropriateness.
We are not responsible, or liable to any third party, for the content or accuracy of any User Contributions posted by you or any other user of the Website.

## Monitoring and Enforcement; Termination

We have the right to:

• Remove or refuse to post any User Contributions for any or no reason in our sole discretion.

• Take any action with respect to any User Contribution that we deem necessary or appropriate in our sole discretion, including if we believe that such User Contribution violates the Terms of Use, including the Content Standards, infringes any intellectual property right or other right of any person or entity, threatens the personal safety of users of the Website or the public or could create liability for the Company.

• Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.

• Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Website.

· Disclose your identity or other information about you to any third party who claims that material posted by you violates their rights, including their intellectual property rights or their right to privacy.

· Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Website.

· Terminate or suspend your access to all or part of the Website for any or no reason, including without limitation, any violation of these Terms of Use.

Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Website. YOU WAIVE AND HOLD HARMLESS THE COMPANY FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY THE COMPANY DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER THE COMPANY OR LAW ENFORCEMENT AUTHORITIES. However, we do not undertake to review all material before it is posted on the Website, and cannot ensure prompt removal of objectionable material after it has been posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications or content provided by any user or third party. We have no liability or responsibility to anyone for performance or nonperformance of the activities described in this section.

**Content Standards**

These content standards apply to any and all User Contributions and use of Interactive Services. User Contributions must in their entirety comply with all applicable federal, state, local and international laws and regulations. Without limiting the foregoing, User Contributions must not:

· Contain any material which is defamatory, obscene, indecent, abusive, offensive, harassing, violent, hateful, inflammatory or otherwise objectionable.

· Promote sexually explicit or pornographic material, violence, or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age.

· Infringe any patent, trademark, trade secret, copyright or other intellectual property or other rights of any other person.

· Violate the legal rights (including the rights of publicity and privacy) of others or contain any material that could give rise to any civil or criminal liability under applicable laws or regulations or that otherwise may be in conflict with these Terms of Use and our Privacy Policy.

· Be likely to deceive any person.

· Promote any illegal activity, or advocate, promote or assist any unlawful act.

· Cause annoyance, inconvenience or needless anxiety or be likely to upset, embarrass, alarm or annoy any other person.

· Impersonate any person, or misrepresent your identity or affiliation with any person or organization.

· Involve commercial activities or sales such as contests, sweepstakes and other sales promotions, barter or advertising.

- Impersonate any person, or misrepresent your identity or affiliation with any person or organization.

- Involve commercial activities or sales, such as contests, sweepstakes and other sales promotions, barter or advertising.

- Give the impression that they emanate from or are endorsed by us or any other person or entity, if this is not the case.

### Reliance on Information Posted

The information presented on or through the Website is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to the Website, or by anyone who may be informed of any of its contents.

This Website may include content provided by third parties, including materials provided by other users, bloggers and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content, other than the content provided by the Company, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of the Company. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

### Changes to the Website

We may update the content on this Website from time to time, but its content is not necessarily complete or up-to-date. Any of the material on the Website may be out of date at any given time, and we are under no obligation to update such material.

### Information About You and Your Visits to the Website

All information we collect on this Website is subject to our Privacy Policy [INSERT LINK TO SITE'S PRIVACY POLICY]. By using the Website, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.

### Online Purchases and Other Terms and Conditions

All purchases through our site or other transactions formed through the Website or as a result of visits made by you are governed by our Earnings Disclaimer [INSERT LINK TO EARNINGS DISCLAIMER], which is hereby incorporated into these Terms of Use.

Additional terms and conditions may also apply to specific portions, services or features of the Website. All such additional terms and conditions are hereby incorporated by this reference into these Terms of Use.

### Linking to the Website and Social Media Features

You may link to our homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part without our express written consent.

thesellersplaybook.com/website-terms-of-use

All information we collect on this Website is subject to our Privacy Policy [INSERT LINK TO SITE'S PRIVACY POLICY]. By using the Website, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.

**Online Purchases and Other Terms and Conditions**

All purchases through our site or other transactions formed through the Website or as a result of visits made by you are governed by our Earnings Disclaimer [INSERT LINK TO EARNINGS DISCLAIMER], which is hereby incorporated into these Terms of Use.

Additional terms and conditions may also apply to specific portions, services or features of the Website. All such additional terms and conditions are hereby incorporated by this reference into these Terms of Use.

**Linking to the Website and Social Media Features**

You may link to our homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part without our express written consent.

This Website may provide certain social media features that enable you to:

• Link from your own or certain third-party websites to certain content on this Website.

• Send e-mails or other communications with certain content, or links to certain content, on this Website.

• Cause limited portions of content on this Website to be displayed or appear to be displayed on your own or certain third-party websites. You may use these features solely as they are provided by us solely with respect to the content they are displayed with. Subject to the foregoing, you must not:

• Establish a link from any website that is not owned by you.

• Cause the Website or portions of it to be displayed, or appear to be displayed by, for example, framing, deep linking or in-line linking, on any other site.

• Link to any part of the Website other than the homepage.

• Otherwise take any action with respect to the materials on this Website that is inconsistent with any other provision of these Terms of Use. The website from which you are linking, or on which you make certain content accessible, must comply in all respects with the Content Standards set out in these Terms of Use.

You agree to cooperate with us in causing any unauthorized framing or linking immediately to cease. We reserve the right to withdraw linking permission without notice.

- Otherwise take any action with respect to the materials on this Website that is inconsistent with any other provision of these Terms of Use. The website from which you are linking, or on which you make certain content accessible, must comply in all respects with the Content Standards set out in these Terms of Use.

You agree to cooperate with us in causing any unauthorized framing or linking immediately to cease. We reserve the right to withdraw linking permission without notice.

We may disable all or any social media features and any links at any time without notice in our discretion.

## Links from the Website

If the Website contains links to other sites and resources provided by third parties, these links are provided for your convenience only. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third party websites linked to this Website, you do so entirely at your own risk and subject to the terms and conditions of use for such websites. Geographic Restrictions

The owner of the Website is based in the state of Minnesota in the United States. We make no claims that the Website or any of its content is accessible or appropriate outside of the United States. Access to the Website may not be legal by certain persons or in certain countries. If you access the Website from outside the United States, you do so on your own initiative and are responsible for compliance with local laws.

## Disclaimer of Warranties

You understand that we cannot and do not guarantee or warrant that files available for downloading from the internet or the Website will be free of viruses or other destructive code. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for anti-virus protection and accuracy of data input and output, and for maintaining a means external to our site for any reconstruction of any lost data. WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, VIRUSES OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL THAT MAY INFECT YOUR COMPUTER EQUIPMENT, COMPUTER PROGRAMS, DATA OR OTHER PROPRIETARY MATERIAL DUE TO YOUR USE OF THE WEBSITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE OR TO YOUR DOWNLOADING OF ANY MATERIAL POSTED ON IT, OR ON ANY WEBSITE LINKED TO IT.

YOUR USE OF THE WEBSITE, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE IS AT YOUR OWN RISK. THE WEBSITE, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER THE COMPANY NOR ANY PERSON ASSOCIATED WITH THE COMPANY MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE WEBSITE. WITHOUT LIMITING THE FOREGOING, NEITHER THE COMPANY NOR ANYONE ASSOCIATED WITH THE COMPANY REPRESENTS OR WARRANTS THAT THE WEBSITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT OUR SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE WEBSITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.

RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT OUR SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE WEBSITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.

THE COMPANY HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE.
THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Limitation on Liability**

IN NO EVENT WILL THE COMPANY, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE WEBSITE, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE WEBSITE OR SUCH OTHER WEBSITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Indemnification**

You agree to defend, indemnify and hold harmless the Company, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Use or your use of the Website, including, but not limited to, your User Contributions, any use of the Website's content, services and products other than as expressly authorized in these Terms of Use or your use of any information obtained from the Website.

**Governing Law and Jurisdiction**

All matters relating to the Website and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the internal laws of the State of Minnesota without giving effect to any choice or conflict of law provision or rule (whether of the State of Minnesota or any other jurisdiction).

Any legal suit, action or proceeding arising out of, or related to, these Terms of Use or the Website shall be instituted exclusively in the federal courts of the United States or the courts of the State of Minnesota in each case located in the City of Minneapolis and County of Hennepin. You waive any and all objections to the exercise of jurisdiction over you by such courts and to venue in such courts.

**Arbitration**

At Company's sole discretion, it may require You to submit any disputes arising from the use of these Terms of Use or the Website, including,

## Arbitration

At Company's sole discretion, it may require You to submit any disputes arising from the use of these Terms of Use or the Website, including disputes arising from or concerning their interpretation, violation, invalidity, non-performance, or termination, to final and binding arbitration under the Rules of Arbitration of the American Arbitration Association applying Minnesota law.

Limitation on Time to File Claims

ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OF USE OR THE WEBSITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

## Waiver and Severability

No waiver of by the Company of any term or condition set forth in these Terms of Use shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of the Company to assert a right or provision under these Terms of Use shall not constitute a waiver of such right or provision.

If any provision of these Terms of Use is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of the Terms of Use will continue in full force and effect.

## Entire Agreement

The Terms of Use, our Privacy Policy and our Earnings Disclaimer constitute the sole and entire agreement between you and Sellers Playbook, Inc. with respect to the Website and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Website.

## Your Comments and Concerns

This website is operated by Sellers Playbook, Inc.
All other feedback, comments, requests for technical support and other communications relating to the Website should be directed to: Info@SellersPlaybook.com.

Privacy Policy     Website Terms of Use     Earnings Disclaimer

Copyright 2017 Sellers Playbook

# Earnings Disclaimer

Last modified: May 19, 2017

You understand and agree that there are important risk factors that should be considered by you when deciding whether to purchase any products or services from Sellers Playbook, Inc.

## NO EARNINGS PROJECTIONS, PROMISES OR REPRESENTATIONS

You recognize and agree that we have made no implications, warranties, promises, suggestions, projections, representations or guarantees whatsoever to you about future prospects or earnings, or that you will earn any money, with respect to your purchase of any of our products or services, and that we have not authorized any such projection, promise, or representation by others. Any earnings or income statements, or any earnings or income examples, are only estimates of what we think you could earn. There is no assurance you will do as well as stated in any examples. If you rely upon any figures provided, you must accept the entire risk of not doing as well as the information provided.

There is no assurance that any prior successes or past results as to earnings or income will apply, nor can any prior successes be used as an indication of your future success or results from any of the information, content, or strategies from Sellers Playbook, Inc. Any and all claims or representations as to income or earnings are not to be considered as "average earnings".

## THE ECONOMY

The economy, both where you do business, and on a national and even worldwide scale, create additional uncertainty and economic risk. An economic recession or depression might negatively affect the results produced by any of our products.

## YOUR SUCCESS OR LACK OF IT

Your success in using the information or strategies provided by Sellers Playbook, Inc. depends on a variety of factors. We have no way of knowing how well you will do, as we do not know you, your background, your work ethic, your dedication, your motivation, your desire, or your business skills or practices. Therefore, we do not guarantee or imply that you will have any earnings at all. Internet businesses and earnings derived therefrom involve unknown risks and are not suitable for everyone. You may not rely on any information presented on the website or otherwise provided by us unless you do so with the knowledge and understanding that you can experience significant losses (including, but not limited to, the loss of any and all monies paid to purchase any of our products, any monies spent setting up, operating, and/or marketing any of our products or services, and further, that you may have no earnings at all).

ANY AND ALL FORWARD LOOKING STATEMENTS HERE OR ON ANY MATERIALS ON THE WEBSITE ARE INTENDED TO EXPRESS OUR OPINION OF EARNINGS POTENTIAL. MANY FACTORS WILL BE IMPORTANT IN DETERMINING YOUR ACTUAL RESULTS AND NO GUARANTEES ARE MADE THAT YOU WILL ACHIEVE RESULTS SIMILAR TO OURS OR ANYBODY ELSE, IN FACT NO GUARANTEES ARE MADE

The economy, both where you do business, and on a national and even worldwide scale, create additional uncertainty and economic risk. An economic recession or depression might negatively affect the results produced by any of our products.

## YOUR SUCCESS OR LACK OF IT

Your success in using the information or strategies provided by Sellers Playbook, Inc. depends on a variety of factors. We have no way of knowing how well you will do, as we do not know you, your background, your work ethic, your dedication, your motivation, your desire, or your business skills or practices. Therefore, we do not guarantee or imply that you will have any earnings at all. Internet businesses and earnings derived therefrom involve unknown risks and are not suitable for everyone. You may not rely on any information presented on the website or otherwise provided by us unless you do so with the knowledge and understanding that you can experience significant losses (including, but not limited to, the loss of any and all monies paid to purchase any of our products, any monies spent setting up, operating, and/or marketing any of our products or services, and further, that you may have no earnings at all).

ANY AND ALL FORWARD LOOKING STATEMENTS HERE OR ON ANY MATERIALS ON THE WEBSITE ARE INTENDED TO EXPRESS OUR OPINION OF EARNINGS POTENTIAL. MANY FACTORS WILL BE IMPORTANT IN DETERMINING YOUR ACTUAL RESULTS AND NO GUARANTEES ARE MADE THAT YOU WILL ACHIEVE RESULTS SIMILAR TO OURS OR ANYBODY ELSE, IN FACT NO GUARANTEES ARE MADE THAT YOU WILL ACHIEVE ANY RESULTS FROM OUR IDEAS AND TECHNIQUES IN OUR MATERIAL.

## DUE DILIGENCE

You are advised to do your own due diligence when it comes to making business decisions and should use caution and seek the advice of qualified professionals before making any business decisions. You should check with your accountant, lawyer, or professional advisor, before acting on this or any information. You may not consider any examples, documents, or other content on the Sellers Playbook, Inc. website or otherwise provided by us to be the equivalent of legal advice. Nothing contained on the website or in materials available for sale or download on the website provides legal advice in any way. You should consult with your own attorney on any legal questions you may have.

We assume no responsibility for any losses or damages resulting from your use of any link, information, or opportunity contained within the website or within any information disclosed by the owner of this site in any form whatsoever.

## TESTIMONIALS, CASE STUDIES & EXAMPLES

Testimonials, case studies, and examples found at this website are exceptional results, do not reflect the typical purchaser's experience, don't apply to the average person and are not intended to represent or guarantee that anyone will achieve the same or similar results.

Where specific income or earnings figures are used and attributed to a specific individual or business, that individual or business has earned that amount. There is no assurance that you will do as well using the same information or strategies. If you rely on the specific income or earnings figures used, you must accept all of the risk of not doing as well. The described experiences are atypical. Your financial results are likely to differ from those described in the testimonials.

If a product or service is new, you understand that it may not have been available for purchase long enough to provide an accurate earnings history.

thesellersplaybook.com/disclaimer

THAT YOU WILL ACHIEVE ANY RESULTS FROM OUR IDEAS AND TECHNIQUES IN OUR MATERIAL.

## DUE DILIGENCE

You are advised to do your own due diligence when it comes to making business decisions and should use caution and seek the advice of qualified professionals before making any business decisions. You should check with your accountant, lawyer, or professional advisor, before acting on this or any information. You may not consider any examples, documents, or other content on the website or in the Sellers Playbook, Inc. website or otherwise provided by us to be the equivalent of legal advice. Nothing contained on the website or in materials available for sale or download on the website provides legal advice in any way. You should consult with your own attorney on any legal questions you may have.

We assume no responsibility for any losses or damages resulting from your use of any link, information, or opportunity contained within the website or within any information disclosed by the owner of this site in any form whatsoever.

## TESTIMONIALS, CASE STUDIES & EXAMPLES

Testimonials, case studies, and examples found at this website are exceptional results, do not reflect the typical purchaser's experience, don't apply to the average person and are not intended to represent or guarantee that anyone will achieve the same or similar results.

Where specific income or earnings figures are used and attributed to a specific individual or business, that individual or business has earned that amount. There is no assurance that you will do as well using the same information or strategies. If you rely on the specific income or earnings figures used, you must accept all of the risk of not doing as well. The described experiences are atypical. Your financial results are likely to differ from those described in the testimonials.

If a product or service is new, you understand that it may not have been available for purchase long enough to provide an accurate earnings history.

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

**SELLERS** PLAYBOOK

Privacy Policy     Website Terms of Use     Earnings Disclaimer

Copyright 2017 - Sellers Playbook

SELLERS PLAYBOOK

**FREE**

# Amazon Selling Training In Your Area!

How you can get started selling online right now in your local area by using Amazon.

The 4 Simple Steps To Easy Profits...

**1** Register to attend this free Amazon training.

**2** See how easy it is to sell products on Amazon right now. And learn the process for finding the most in-demand products.

## Choose Your Event

### Orlando

Choose a time to continue

**Tues, May 1, 2018**
12:30PM or 6:00PM

**The Florida Hotel & Conference Center**

1500 Sand Lake Road
Orlando, FL 32809

**REGISTER NOW**

**Wed, May 2, 2018**
12:30PM or 6:00PM

**The Orlando Marriott Hotel Lake Marv**

thesellersplaybook.com/orlando



process for finding the most in-demand products.

**3** Discover our secret for finding the cheapest and highest quality suppliers for those products.

**4** Learn how Amazon will warehouse and ship your product for a tiny fee. Not to mention handle the customer service and returns!

Click the button to the right to attend this free Amazon training now!

**The Orlando Marriott Hotel Lake Mary**

1501 International Pkwy
Lake Mary, FL 32746

REGISTER NOW

**Thurs, May 3, 2018**
12:30PM or 6:00PM

**Embassy Suites by Hilton North**

225 Shorecrest Drive
Altamonte Springs, FL 32701

REGISTER NOW

**Fri, May 4, 2018**
9:00AM or 12:30PM

**Sheraton Lake Buena Vista Resort**

12205 South Apopka Vineland Road
Orlando, FL 32836

REGISTER NOW



Not to mention handle the customer service and returns!

Click the button to the right to attend this free Amazon training now!

North

225 Shorecrest Drive
Altamonte Springs, FL 32701

REGISTER NOW

Fri, May 4, 2018
9:00AM or 12:30PM

Sheraton Lake Buena Vista Resort

12205 South Apopka Vineland Road
Orlando, FL 32836

REGISTER NOW

Sat, May 5, 2018
9:00AM or 12:00 PM

Hilton Hotel Orlando

6001 Destination Pkwy
Orlando, FL 32819

REGISTER NOW



REGISTER NOW

**Sat, May 5, 2018**
9:00AM or 12:00 PM

**Hilton Hotel Orlando**

6001 Destination Pkwy
Orlando, FL 32819

REGISTER NOW

# You Won't Want to Miss It!

**Sign Me Up Now**

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

Please Note: Sellers Playbook provides training and services to online / e-commerce retailers. We are an independent, third party training company not affiliated or endorsed by Amazon.com, Inc or its affiliates. Amazon.com / Amazon is a registered trademade of Amazon.com, Inc.

SELLERS PLAYBOOK



SELLERS PLAYBOOK

**FREE** Amazon Selling Training In Your Area!

Complete the form below and select your time and location to reserve your seat!
Hurry, space at each workshop is limited.

Orlando, FL: Tues, May 1 at 12:30pm or 6pm

Lake Mary, FL: Wed, May 2 at 12:30pm or 6pm

Altamonte Springs, FL: Thurs, May 3 at 12:30pm or 6pm

Orlando, FL: Fri, May 4 at 9:00am or 12:30pm

Orlando, FL: Sat, May 5 at 9:00am or 12:00pm

First Name *
[First Name *]

Last Name *
[Last Name *]

Email *
[Email *]

Phone *
[Phone *]

Choose Your Event Date & Time: *
[Please select one ▼]

☐ Yes, Please Send Email Reminders For This Event.
(Everyone will receive 1 confirmation email upon submitting this form)

☑ Yes, Please Send Text Reminders For This Event

thesellersplaybook.com/orlando



Great! You are now successfully **registered** and **CONFIRMED** for this event...

## SELLERS PLAYBOOK

### Thank You! Your Registration Is Complete.

## Here are the dates, times, and locations. Mark your calendar now!

Tuesday, May 1, 2018
### The Florida Hotel & Conference Center

12:30 PM & 6:00 PM

1500 Sand Lake Road
Orlando, FL 32809

Wednesday, May 2, 2018
### The Orlando Marriott Hotel Lake Mary

12:30 PM & 6:00 PM

1501 International Pkwy
Lake Mary, FL 32746

Thursday, May 3, 2018
### Embassy Suites by Hilton North

12:30 PM & 6:00 PM

225 Shorecrest Drive
Altamonte Springs, FL 32701

Friday, May 4, 2018
### Sheraton Lake Buena Vista Resort

9:00 AM & 12:30 PM

12205 South Apopka Vineland Road
Orlando, FL 32836

Saturday, May 5, 2018
### Hilton Hotel Orlando

9:00 AM & 12:00 PM

6001 Destination Pkwy
Orlando, FL 32819





now!

**Tuesday, May 1, 2018**

## The Florida Hotel & Conference Center

12:30 PM & 6:00 PM

1500 Sand Lake Road
Orlando, FL 32809

**Wednesday, May 2, 2018**

## The Orlando Marriott Hotel Lake Mary

12:30 PM & 6:00 PM

1501 International Pkwy
Lake Mary, FL 32746

**Thursday, May 3, 2018**

## Embassy Suites by Hilton North

12:30 PM & 6:00 PM

225 Shorecrest Drive
Altamonte Springs, FL 32701

**Friday, May 4, 2018**

## Sheraton Lake Buena Vista Resort

9:00 AM & 12:30 PM

12205 South Apopka Vineland Road
Orlando, FL 32836

**Saturday, May 5, 2018**

## Hilton Hotel Orlando

9:00 AM & 12:00 PM

6001 Destination Pkwy
Orlando, FL 32819

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

Please Note: Sellers Playbook provides training and services to online / e-commerce retailers. We are an independent, third party training company not affiliated or endorsed by Amazon.com, Inc or its affiliates. Amazon.com / Amazon is a registered trademark of Amazon.com, Inc.