# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney General, Lori Swanson,

     Plaintiffs,

     v.

SELLERS PLAYBOOK, INC., a corporation,

EXPOSURE MARKETING COMPANY, a corporation, also d/b/a Sellers Online and Sellers Systems,

JESSIE CONNERS TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY,

     Defendants.

CASE NO. _____

**FILED UNDER SEAL**

**PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF MINNESOTA'S EXHIBITS**

**VOLUME I**

**Px. 1 – 4**

**FTC-SP-00001 - FTC-SP-000157**

1

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|---|---|---|---|
| Px. 1 | Web Captures from SellersPlaybook.com | FTC-SP-000001 | FTC-SP-000036 |
| Px. 2 | Transcript of Sellers Playbook Preview Event | FTC-SP-000037 | FTC-SP-000148 |
| Px. 3 | Sellers Playbook Training Workshop Contract | FTC-SP-000149 | FTC-SP-000151 |
| Px. 4 | Sellers Playbook Welcome Package | FTC-SP-000152 | FTC-SP-000157 |

# PLAINTIFF'S EXHIBIT 1

FTC-SP-000001



SELLERS PLAYBOOK

Orlando, Long Beach, Riverside, Phoenix and Tampa

Free LIVE 2-Hour Workshop Reveals...

How To Start Your Own **Online Amazon Store**.... Even Starting With **No Product, No Inventory, No Tech Know-How** And **Without Having To Ship Anything** Yourself...

At our upcoming **FREE 2-hour seminar** we will show you...

SELLERS PLAYBOOK
WINNING ON AMAZON

**P**RODUCT
**L**OCATING SUPPLIERS
**A**DDRESS & LABEL
**Y**OUR PRICING

Attend a **FREE** 2-Hour Seminar
Select a time, date and location that works best for you. Seating is limited at each event.

**Orlando, FL**
May 1 - 5, 2018

Click the button below to see times, dates, and locations.

LEARN MORE ABOUT FLORIDA EVENTS!

PLAINTIFF'S EXHIBIT
1

FTC-SP-000002

> **The process for finding the most in-demand niches** that most sellers overlook entirely.

> **How to start out even if you have very little or no money.** Drop-shipping allows you to start selling now without buying bulk wholesale.

> **The easiest way** to handle customer support to maximize positive reviews and minimize returns.

> **Our secret to getting products to the top of Amazon search results.** This is the most vital part of Amazon selling. Master this and you'll be able to compete with even the most veteran sellers.

> And **much more**...

# Claim Your Free Seat

**Long Beach & Riverside, CA**
May 1 - 5, 2018



Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT CALIFORNIA EVENTS!**

**Phoenix, AZ**
May 8 - 12, 2018



Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT ARIZONA EVENTS!**

**Tampa, FL**
May 8 - 12, 2018



FTC-SP-000003



Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT ARIZONA EVENTS!**

**Tampa, FL**
May 8 - 12, 2018

Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT TAMPA EVENTS!**

# Why **You Need** To Be On **Amazon:**

❯ There are 100,000 Amazon Sellers with sales of $100,000 or more in 2016.

❯ 44% of web shoppers go directly to Amazon for product

❯ Amazon has over 304 million active customer accounts with credit cards saved.

❯ Amazon owns as much of the retail market in North

FTC-SP-000004



Click the button below to see times, dates, and locations.

**LEARN MORE ABOUT TAMPA EVENTS!**

## Why **You Need** To Be On **Amazon:**

➤ There are 100,000 Amazon Sellers with sales of $100,000 or more in 2016.

➤ 44% of web shoppers go directly to Amazon for product searches. Many of the other 56% end up there too thanks to Amazon's Google ads and search engine listings.

➤ Amazon is consistently ranked as the most trusted brand in America. As a marketplace seller, you share in this trust.

➤ Amazon has over 304 million active customer accounts with credit cards saved.

➤ Amazon owns as much of the retail market in North America as Office Depot, Staples, Apple, Dell, WalMart, and Sears combined.

## Frequently Asked **Questions**

**❷ What should I bring to the seminar?**

Bring a notebook and a pen to take notes. Ipads and laptops are also ok.

**❷ Will I have to ship products myself?**

Amazon does all the shipping for you! They simply charge you a small fee for this service.

**❷ Why is the seminar free?**

There is a lot of information about opportunities online. We want you to know the truth about how selling on Amazon can be great.

When you attend this seminar, you will see exactly how we operate our own business. After the presentation, we will give you a special offer allowing you to work with us on a higher level. Even if you say no to that offer, you will still leave with everything you need to know to start a successful Amazon business!

or more in 2016.

with credit cards saved.

> 44% of web shoppers go directly to Amazon for product searches. Many of the other 56% end up there too thanks to Amazon's Google ads and search engine listings.

> Amazon is consistently ranked as the most trusted brand in America. As a marketplace seller, you share in this trust.

> Amazon owns as much of the retail market in North America as Office Depot, Staples, Apple, Dell, WalMart, and Sears combined.

## Frequenty Asked **Questions**

### ❷ What should I bring to the seminar?
Bring a notebook and a pen to take notes. Ipads and laptops are also ok.

### ❷ Will I have to ship products myself?
Amazon does all the shipping for you! They simply charge you a small fee for this service.

### ❷ Why is the seminar free?
There is a lot of information about opportunities online. We want you to know the truth about how selling on Amazon can be great.

When you attend this seminar, you will see exactly how we operate our own business. After the presentation, we will give you a special offer allowing you to work with us on a higher level. Even if you say no to that offer, you will still leave with everything you need to know to start a successful Amazon business!



# Claim Your Free Seat

## Sign Up Today!
Your details are kept safe and never shared.

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimer and Terms of Use.

FTC-SP-000006

# Frequently Asked Questions

**? What should I bring to the seminar?**

Bring a notebook and a pen to take notes. Ipads and laptops are also ok.

**? Will I have to ship products myself?**

Amazon does all the shipping for you! They simply charge you a small fee for this service.

**? Why is the seminar free?**

There is a lot of information about opportunities online. We want you to know the truth about how selling on Amazon can be great.

When you attend this seminar, you will see exactly how we operate our own business. After the presentation, we will give you a special offer allowing you to work with us on a higher level. Even if you say no to that offer, you will still leave with everything you need to know to start a successful Amazon business!

# Claim Your Free Seat

## Sign Up Today!
Your details are kept safe and never shared.

SELLERS PLAYBOOK

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. There results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

Please Note: Sellers Playbook provides training and services to online / e-commerce retailers. We are an independent, third party training company not affiliated or endorsed by Amazon.com, inc or its affiliates. Amazon.com / Amazon is a registered trademark of Amazon.com, Inc.

Privacy Policy    Website Terms of Use    Earnings Disclaimer

9001 Science Center Drive
Suite 1000
Minneapolis, MN 55428
800.919.2298
info@SellersPlaybook.com
Sellers Playbook Winning on Amazon

Copyright 2018 - Sellers Playbook Winning on Amazon

FTC-SP-000007

# Privacy Policy

Last modified: May 19, 2017

**Introduction**

Sellers Playbook, Inc. ("Company" or "We") respects your privacy and are committed to protecting it through our compliance with this policy.
This policy describes the types of information we may collect from you or that you may provide when you visit the website www.thesellersplaybook.com
(our "Website") and our practices for collecting, using, maintaining, protecting, and disclosing that information.

This policy applies to information we collect:

• On this Website.

• In email, text, and other electronic messages between you and this Website.

• Through mobile and desktop applications you download from this Website, which provide dedicated non-browser-based interaction between you and
this Website.

• When you interact with our advertising and applications on third-party websites and services.

It does not apply to information collected by:

• Us offline or through any other means, including on any other website operated by Company or any third party; or

• Any third party, including through any application or content (including advertising) that may link to or be accessible from or on the Website.

Please read this policy carefully to understand our policies and practices regarding your information and how we will treat it. If you do not agree with our
policies and practices, your choice is not to use our Website. By accessing or using this Website, you agree to this privacy policy. This policy may change
from time to time (see Changes to Our Privacy Policy). Your continued use of this Website after we make changes is deemed to be acceptance of those
changes, so please check the policy periodically for updates.

**Users Under the Age of 13**

Our Website is not intended for users under 13 years of age. No one under age 13 may provide any information to or on the Website. We do not knowingly
collect personal information from any user under 13. If you are under 13, do not use or provide any information on this Website or on or through any of its
features/register on the Website, make any purchases through the Website, use any of the interactive or public comment features of this Website or
provide any information about yourself to us, including your name, address, telephone number, email address, or any screen name or user name you may
use. If we learn we have collected or received personal information from a user under 13, we will delete that information. If you believe we might have any
information from or about a user under 13, please contact us at info@sellersPlaybook.com.

**Information We Collect About You and How We Collect It**

FTC-SP-000008

Information You Provide to Us. The information we collect on or through our Website may include:

• Information that you provide by filling in forms on our Website. This includes information provided at the time of registering to use our Website, subscribing to our service, posting material, or requesting further services. We may also ask you for information when you enter a contest or promotion sponsored by us, and when you report a problem with our Website.

• Records and copies of your correspondence (including email addresses), if you contact us.

• Your responses to surveys that we might ask you to complete for research purposes.

• Details of transactions you carry out through our Website and of the fulfillment of your orders. You may be required to provide financial information before placing an order through our Website.

• Your search queries on the Website.

You also may provide information to be published or displayed (hereinafter, "posted") on public areas of the Website, or transmitted to other users of the Website or third parties (collectively, "User Contributions"). Your User Contributions are posted on and transmitted to others at your own risk. Please be aware that no security measures are perfect or impenetrable. Additionally, we cannot control the actions of other users of the Website with whom you may choose to share your User Contributions. Therefore, we cannot and do not guarantee that your User Contributions will not be viewed by unauthorized persons.

Information We Collect Through Automatic Data Collection Technologies. As you navigate through and interact with our Website, we may use automatic data collection technologies to collect certain information about your equipment, browsing actions, and patterns, including:

• Details of your visits to our Website, including traffic data, location data, logs, and other communication data and the resources that you access and use on the Website.

• Information about your computer and internet connection, including your IP address, operating system, and browser type.

The information we collect automatically may include personal information, but we may maintain it or associate it with personal information we collect in other ways or receive from third parties. It helps us to improve our Website and to deliver a better and more personalized service, including by enabling us to:

• Estimate our audience size and usage patterns.

• Store information about your preferences, allowing us to customize our Website according to your individual interests.

• Speed up your searches.

• Recognize you when you return to our Website.

The technologies we use for this automatic data collection may include:

• Cookies (or browser cookies). A cookie is a small file placed on the hard drive of your computer. You may refuse to accept browser cookies by activating the appropriate setting on your browser. However, if you select this setting you may be unable to access certain parts of our Website. Unless you have adjusted your browser setting so that it will refuse cookies, our system will issue cookies when you direct your browser to our Website.

• Flash Cookies. Certain features of our Website may use local stored objects (or Flash cookies) to collect and store information about your preferences and navigation to, from, and on our Website. Flash cookies are not managed by the same browser settings as are used for browser cookies. For information about managing your privacy and security settings for Flash cookies, see Choices About How We Use and Disclose Your Information.

FTC-SP-000009

users information about your preferences and navigation to your mainland this data

- Speed up your searches.

- Recognize you when you return to our Website.

The technologies we use for this automatic data collection may include:

- **Cookies (or browser cookies).** A cookie is a small file placed on the hard drive of your computer. You may refuse to accept browser cookies by activating the appropriate setting on your browser. However, if you select this setting you may be unable to access certain parts of our Website. Unless you have adjusted your browser setting so that it will refuse cookies, our system will issue cookies when you direct your browser to our Website.

- **Flash Cookies.** Certain features of our Website may use local stored objects (or Flash cookies) to collect and store information about your preferences and navigation to, from, and on our Website. Flash cookies are not managed by the same browser settings as are used for browser cookies. For information about managing your privacy and security settings for Flash cookies, see Choices About How We Use and Disclose Your Information.

- **Web Beacons.** Pages of our the Website and our e-mails may contain small electronic files known as web beacons (also referred to as clear gifs, pixel tags, and single-pixel gifs) that permit the Company, for example, to count users who have visited those pages or opened an e-mail and for other related website statistics (for example, recording the popularity of certain website content and verifying system and server integrity).

### Third-Party Use of Cookies and Other Tracking Technologies.

Some content or applications, including advertisements, on the Website are served by third-parties, including advertisers, ad networks and servers, content providers, and application providers. These third parties may use cookies alone or in conjunction with web beacons or other tracking technologies to collect information about you when you use our website. The information they collect may be associated with your personal information or they may collect information, including personal information, about your online activities over time and across different websites and other online services. They may use this information to provide you with interest-based (behavioral) advertising or other targeted content.

We do not control these third parties' tracking technologies or how they may be used. If you have any questions about an advertisement or other targeted content, you should contact the responsible provider directly. For information about how you can opt out of receiving targeted advertising from many providers, see Choices About How We Use and Disclose Your Information.

### How We Use Your Information

We use information that we collect about you or that you provide to us, including any personal information:

- To present our Website and its contents to you.

- To provide you with information, products, or services that you request from us.

- To fulfill any other purpose for which you provide it.

- To carry out our obligations and enforce our rights arising from any contracts entered into between you and us, including for billing and collection.
- To notify you about changes to our Website or any products or services we offer or provide though it.

- To allow you to participate in interactive features on our Website.

- In any other way we may describe when you provide the information.

- For any other purpose with your consent.

FTC-SP-000010

• In any other way we may describe when you provide the information.

• For any other purpose with your consent.

We may also use your information to contact you about our own and third-parties' goods and services that may be of interest to you. For more information, see Choices About How We Use and Disclose Your Information.

We may use the information we have collected from you to enable us to display advertisements to our advertisers' target audiences. Even though we do not disclose your personal information for these purposes without your consent, if you click on or otherwise interact with an advertisement, the advertiser may assume that you meet its target criteria.

**Disclosure of Your Information**

We may disclose aggregated information about our users without restriction.

We may disclose personal information that we collect or you provide as described in this privacy policy:

• To our subsidiaries and affiliates.

• To contractors, service providers, and other third parties we use to support our business and who are bound by contractual obligations to keep personal information confidential and use it only for the purposes for which we disclose it to them.

• To a buyer or other successor in the event of a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Sellers Playbook, Inc.'s assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by Sellers Playbook, Inc. about our Website users is among the assets transferred.

• To third parties to market their products or services to you if you have not opted out of these disclosures. For more information, see Choices About How We Use and Disclose Your Information.

• To fulfill the purpose for which you provide it.

• For any other purpose disclosed by us when you provide the information.

• With your consent.

We may also disclose your personal information:

• To comply with any court order, law, or legal process, including to respond to any government or regulatory request.

• To enforce or apply our terms of use and other agreements, including for billing and collection purposes.

• If we believe disclosure is necessary or appropriate to protect the rights, property, or safety of Sellers Playbook, Inc., our customers, or others.

**Choices About How We Use and Disclose Your Information**

We strive to provide you with choices regarding the personal information you provide to us. We have created mechanisms to provide you with the following control over your information:

• Tracking Technologies and Advertising. You can set your browser to refuse all or some browser cookies, or to alert you when cookies are being sent. To learn how you can manage your Flash cookie settings, visit the Flash player settings page on Adobe's website. If you disable or refuse cookies, please note

FTC-SP-000011

• For any other purpose disclosed by us when you provide the information.

• With your consent.

We may also disclose your personal information:

• To comply with any court order, law, or legal process, including to respond to any government or regulatory request.

• To enforce or apply our terms of use and other agreements, including for billing and collection purposes.

• If we believe disclosure is necessary or appropriate to protect the rights, property, or safety of Sellers Playbook, Inc., our customers, or others.

## Choices About How We Use and Disclose Your Information

We strive to provide you with choices regarding the personal information you provide to us. We have created mechanisms to provide you with the following control over your information:

• Tracking Technologies and Advertising. You can set your browser to refuse all or some browser cookies, or to alert you when cookies are being sent. To learn how you can manage your Flash cookie settings, visit the Flash player settings page on Adobe's website. If you disable or refuse cookies, please note that some parts of this site may then be inaccessible or not function properly.

• Disclosure of Your Information for Third Party Advertising. If you do not want us to share your personal information with unaffiliated or non-agent third parties for promotional purposes, you can opt-out by checking the relevant box located on the form on which we collect your data. You can also always opt-out by logging into the Website and adjusting your user preferences in your account profile by checking or unchecking the relevant boxes or by sending us an email stating your request to Info@SellersPlaybook.com.

• Promotional Offers from the Company. If you do not wish to have your email address or contact information used by the Company to promote our own or third parties' products or services, you can opt-out by checking the relevant box located on the form on which we collect your data [the [order form/registration form or at any other time by logging into the Website and adjusting your user preferences in your account profile by checking or unchecking the relevant boxes or by sending us an email stating your request to Info@SellersPlaybook.com. This opt-out does not apply to information provided to the Company as a result of a product purchase, product/service experience or other transactions.

• Targeted Advertising. If you do not want us to use information that we collect or that you provide to us to deliver advertisements according to our advertisers' target-audience preferences, you can opt-out by checking the relevant box located on the form on which we collect your data. You can also always adjust your user advertising preferences in your account profile by checking or unchecking the relevant boxes or by sending us an email stating your request to Info@SellersPlaybook.com.] [For this opt-out to function, you must have your browser set to accept browser cookies.]

We do not control third parties' collection or use of your information to serve interest-based advertising. However these third parties may provide you with ways to choose not to have your information collected or used in this way. You can opt-out of receiving targeted ads from members of the Network Advertising Initiative ("NAI") on the NAI's website.

## Accessing and Correcting Your Information

You can review and change your personal information by logging into the Website and visiting your account profile page.

You may also send us an email at Info@SellersPlaybook.com to request access to, correct or delete any personal information that you have provided to us. We may not accommodate a request to change information if we believe the change would violate any law or legal requirement or cause the information to be incorrect.

If you delete your User Contributions from the Website, copies of your User Contributions may remain viewable in cached and archived pages, or might have been copied or stored by other Website users. Proper access and use of information provided on the Website, including User Contributions, is

FTC-SP-000012

privacy pages your web browsing practices from your account profile by clicking or blocking the retina visits could by in visiting such other while your request to Info@SellersPlaybook.com.] [For this opt-out to function, you must have your browser set to accept browser cookies.]

We do not control third parties' collection or use of your information to serve interest-based advertising. However these third parties may provide you with ways to choose not to have your information collected or used in this way. You can opt out of receiving targeted ads from members of the Network Advertising Initiative ("NAI") on the NAI's website.

### Accessing and Correcting Your Information

You can review and change your personal information by logging into the Website and visiting your account profile page.

You may also send us an email at Info@SellersPlaybook.com to request access to, correct, or delete any personal information that you have provided to us. We may not accommodate a request to change information if we believe the change would violate any law or legal requirement or cause the information to be incorrect.

If you delete your User Contributions from the Website, copies of your User Contributions may remain viewable in cached and archived pages, or might have been copied or stored by other Website users. Proper access and use of information provided on the Website, including User Contributions, is governed by our terms of use.

### Your California Privacy Rights

California Civil Code Section § 1798.83 permits users of our Website that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please send an email to Info@SellersPlaybook.com.

### Data Security

We have implemented measures designed to secure your personal information from accidental loss and from unauthorized access, use, alteration, and disclosure. All information you provide to us is stored on our secure servers behind firewalls. Any payment transactions and will be encrypted using SSL technology.

The safety and security of your information also depends on you. Where we have given you (or where you have chosen) a password for access to certain parts of our Website, you are responsible for keeping this password confidential. We ask you not to share your password with anyone. We urge you to be careful about giving out information in public areas of the Website like message boards. The information you share in public areas may be viewed by any user of the Website.

Unfortunately, the transmission of information via the internet is not completely secure. Although we do our best to protect your personal information, we cannot guarantee the security of your personal information transmitted to our Website. Any transmission of personal information is at your own risk. We are not responsible for circumvention of any privacy settings or security measures contained on the Website.

### Changes to Our Privacy Policy

It is our policy to post any changes we make to our privacy policy on this page with a notice that the privacy policy has been updated on the Website home page. If we make material changes to how we treat our users' personal information, we will notify you by a notice on the Website home page. The date the privacy policy was last revised is identified at the top of the page. You are responsible for ensuring we have an up-to-date active and deliverable email address for you, and for periodically visiting our Website and this privacy policy to check for any changes.

### Contact Information

To ask questions or comment about this privacy policy and our privacy practices, contact us at:

Info@SellersPlaybook.com

FTC-SP-000013

### Your California Privacy Rights

California Civil Code Section § 1798.83 permits users of our Website that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please send an email to info@SellersPlaybook.com.

### Data Security

We have implemented measures designed to secure your personal information from accidental loss and from unauthorized access, use, alteration, and disclosure. All information you provide to us is stored on our secure servers behind firewalls. Any payment transactions and will be encrypted using SSL technology.

The safety and security of your information also depends on you. Where we have given you (or where you have chosen) a password for access to certain parts of our Website, you are responsible for keeping this password confidential. We ask you not to share your password with anyone. We urge you to be careful about giving out information in public areas of the Website like message boards. The information you share in public areas may be viewed by any user of the Website.

Unfortunately, the transmission of information via the internet is not completely secure. Although we do our best to protect your personal information, we cannot guarantee the security of your personal information transmitted to our Website. Any transmission of personal information is at your own risk. We are not responsible for circumvention of any privacy settings or security measures contained on the Website.

### Changes to Our Privacy Policy

It is our policy to post any changes we make to our privacy policy on this page with a notice that the privacy policy has been updated on the Website home page. If we make material changes to how we treat our users' personal information, we will notify you by a notice on the Website home page. The date the privacy policy was last revised is identified at the top of the page. You are responsible for ensuring we have an up-to-date active and deliverable email address for you, and for periodically visiting our Website and this privacy policy to check for any changes.

### Contact Information

To ask questions or comment about this privacy policy and our privacy practices, contact us at:
info@SellersPlaybook.com

Results may vary and are not typical. Most individuals who attend Sellers Playbook free workshops don't apply the strategies, techniques, and systems and therefore make little to no money. Any income or earnings depicted should not be interpreted as common, typical, expected, or normal. These results may be exceptional and variables that impact results are so numerous and sometimes uncontrollable that we make no guarantees as to your income or earnings of any kind. Your success is not guaranteed and will be based on your education, effort, determination, and various market conditions. Like every investment and any business, you can lose money in an online business. For full disclosures, please read our Earnings and Income Disclaimers and Terms of Use.

SELLERS PLAYBOOK

Privacy Policy    Website Terms of Use    Earnings Disclaimer

Copyright 2017 - Sellers Playbook

FTC-SP-000014

SELLERS PLAYBOOK

# WEBSITE TERMS OF USE

### Acceptance of the Terms of Use

These terms of use are entered into by and between You and Sellers Playbook, Inc. ("Company," "we" or "us"). The following terms and conditions, together with any documents they expressly incorporate by reference (collectively, these "Terms of Use"), govern your access to and use of sellersplaybook.com, including any content, functionality and services offered on or through sellersplaybook.com (the "Website"), whether as a guest or a registered user.

Please read the Terms of Use carefully before you start to use the Website. By using the Website, you accept and agree to be bound and abide by these Terms of Use, our Privacy Policy and our Earnings Disclaimer, all found at sellersplaybook.com, incorporated herein by reference. If you do not want to agree to these Terms of Use or the Privacy Policy, you must not access or use the Website.

### Changes to the Terms of Use

We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them, and apply to all access to and use of the Website thereafter. However, any changes to the dispute resolution provisions set forth in Governing Law and Jurisdiction will not apply to any disputes for which the parties have actual notice on or prior to the date the change is posted on the Website. Your continued use of the Website following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page frequently so you are aware of any changes, as they are binding on you.

### Accessing the Website and Account Security

We reserve the right to withdraw or amend this Website, and any service or material we provide on the Website, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Website is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Website, or the entire Website, to users, including registered users. You are responsible for:

• Making all arrangements necessary for you to have access to the Website.

• Ensuring that all persons who access the Website through your internet connection are aware of these Terms of Use and comply with them. To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information you provide to register with this Website or otherwise, including but not limited to through the use of any interactive features on the

FTC-SP-000015

You are responsible for:

- Making all arrangements necessary for you to have access to the Website.

- Ensuring that all persons who access the Website through your internet connection are aware of these Terms of Use and comply with them. To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information you provide to register with this Website or otherwise, including but not limited to through the use of any interactive features on the Website, is governed by our Privacy Policy [INSERT LINK TO WEBSITE'S PRIVACY POLICY], and you consent to all actions we take with respect to your information consistent with our Privacy Policy.

If you choose, or are provided with, a user name, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to this Website or portions of it using your user name, password or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. You also agree to ensure that you exit from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information. We have the right to disable any user name, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

**Intellectual Property Rights**

The Website and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by the Company, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

These Terms of Use permit you to use the Website for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Website, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.

- You may store files that are automatically cached by your Web browser for display enhancement purposes.

- You may print or download one copy of a reasonable number of pages of the Website for your own personal, non-commercial use and not for further reproduction, publication or distribution.

- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.

- If we provide social media features with certain content, you may take such actions as are enabled by such features.

FTC-SP-000016

your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.

• If we provide social media features with certain content, you may take such actions as are enabled by such features.

You must not:

• Modify copies of any materials from this site.

• Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from this site.

You must not access or use for any commercial purposes any part of the Website or any services or materials available through the Website. If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Website in breach of the Terms of Use, your right to use the Website will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Website or any content on the Website is transferred to you, and all rights not expressly granted are reserved by the Company. Any use of the Website not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

**Trademarks**

The Company name, the terms Sellers Playbook Software, the Company logo and all related names, logos, product and service names, designs and slogans are trademarks of the Company or its affiliates or licensors. You must not use such marks without the prior written permission of the Company. All other names, logos, product and service names, designs and slogans on this Website are the trademarks of their respective owners.

**Prohibited Uses**

You may use the Website only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Website:

• In any way that violates any applicable federal, state, local or international law or regulation (including, without limitation, any laws regarding the export of data or software to and from the US or other countries).

• For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.

• To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.

• To impersonate or attempt to impersonate the Company, a Company employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).

• To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Website, or which, as determined by us, may harm the Company or users of the Website or expose them to liability.

FTC-SP-000017