# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney
General, Lori Swanson,

    Plaintiffs,

    v.

SELLERS PLAYBOOK, INC., a
corporation,

EXPOSURE MARKETING COMPANY,
a corporation, also d/b/a Sellers Online and
Sellers Systems,

JESSIE CONNERS TIEVA, individually
and as an officer of SELLERS
PLAYBOOK, INC. and EXPOSURE
MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and
as an officer of SELLERS PLAYBOOK,
INC. and EXPOSURE MARKETING
COMPANY,

    Defendants.

CASE NO. 18sc2207 DWF/7w

**FILED UNDER SEAL**

**PLAINTIFFS FEDERAL
TRADE COMMISSION'S
AND STATE OF
MINNESOTA'S EXHIBITS**

**VOLUME II**

**Px. 5**

**FTC-SP-000158 - FTC-SP-000307**

1



SCANNED
JUL 3 0 2019
U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|-------|--------------------|--------------------|------------------|
| Px. 5 | Transcript of Sellers Playbook Training Workshop Day 1 – Part I | FTC-SP-000158 | FTC-SP-000307 |

# PLAINTIFF'S EXHIBIT 5

FTC-SP-000158

1              OFFICIAL TRANSCRIPT PROCEEDING

2                  FEDERAL TRADE COMMISSION

3

4

5    MATTER NO.    1823116

6    TITLE         SELLERS PLAYBOOK

7

8    DATE          RECORDED:  MAY 18, 2018

9                  TRANSCRIBED:  JUNE 15, 2018

10

11   PAGES         1 THROUGH 406

12

13

14                  ORLANDO SEMINAR – DAY 1

15

16

17

18

19

20

21

22

23

24

25

26                  For The Record, Inc.

27      (301) 870-8025 - www.ftrinc.net - (800) 921-5555



PLAINTIFF'S
EXHIBIT

5

1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4      RECORDING:                              PAGE:

5      Orlando Seminar - Day 1                    4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**FTC-SP-000160**

1                 FEDERAL TRADE COMMISSION

2

3    In the Matter of:           )

4    Sellers Playbook         )  Matter No. 1823116

5    ------------------------------)

6                       May 18, 2018

7

8

9

10          The following transcript was produced from a

11   digital file provided to For The Record, Inc. on May

12   21, 2018.

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-000161

```
1                    P R O C E E D I N G S

2                 -    -    -    -    -

3                    Day 1 - Part 1

4              FEMALE REPRESENTATIVE:  Hi.  Are you here

5      for the event?

6              MR. TYNDALL:  Hi.  Yes.

7              FEMALE REPRESENTATIVE:  Okay.  Before you

8      come in, you need to fill this out.

9              MR. TYNDALL:  Oh, okay.

10             FEMALE REPRESENTATIVE:  There are some ink

11     pens down at the end of the table if you need it.

12             MR. TYNDALL:  Okay.

13             FEMALE REPRESENTATIVE:  And then take that

14     over to her, and she'll get you registered.  All

15     right?

16             MR. TYNDALL:  Oh, okay.  My -- my uncle is

17     going to be my guest.

18             FEMALE REPRESENTATIVE:  Okay.

19             MR. TYNDALL:  But he's running late.

20             FEMALE REPRESENTATIVE:  That's okay.

21             MR. TYNDALL:  Is that okay?

22             FEMALE REPRESENTATIVE:  Yeah.  They'll --

23     they'll slide him down when he gets here.

24             MR. TYNDALL:  Oh, okay.  Thank you.

25             (Background conversations off microphone.)
```

**FTC-SP-000162**

1          FEMALE REPRESENTATIVE:  We're probably going

2     to eat -- probably around 12:00.  I'm not sure of the

3     exact time.  I don't work with this team a whole lot.

4          (Background conversations off microphone.)

5          MR. TYNDALL:  Hi.

6          FEMALE REPRESENTATIVE:  Hello there.

7          MR. TYNDALL:  So my -- my uncle is running

8     late.

9          FEMALE REPRESENTATIVE:  That's fine.

10          MR. TYNDALL:  Is that okay?

11          FEMALE REPRESENTATIVE:  Yeah.  I'll go ahead

12     and print out the name tags now.  That way --

13          MR. TYNDALL:  Oh, okay.

14          FEMALE REPRESENTATIVE:  -- he doesn't have

15     to come see me.

16          MR. TYNDALL:  Okay.

17          FEMALE REPRESENTATIVE:  And just go straight

18     in.

19          MR. TYNDALL:  Okay.  How are you doing

20     today?

21          FEMALE REPRESENTATIVE:  I'm pretty good.

22     How are you?

23          MR. TYNDALL:  Oh, okay.

24          FEMALE REPRESENTATIVE:  I mean, I'm having a

25     little (inaudible) I keep spelling everyone's name

1     wrong.

2               MR. TYNDALL:  Oh, yeah?  It's all right.

3               FEMALE REPRESENTATIVE:  Yeah.  It's a good

4     day so far.

5               MR. TYNDALL:  Yeah.

6               FEMALE REPRESENTATIVE:  Here you go.

7               MR. TYNDALL:  Oh, okay.

8               FEMALE REPRESENTATIVE:  Are you J█████?

9               MR. TYNDALL:  I'm J█████, yeah.

10              FEMALE REPRESENTATIVE:  Nice to meet you.

11              MR. TYNDALL:  Okay.  Thank you.

12              FEMALE REPRESENTATIVE:  Got your name tag?

13              MR. TYNDALL:  I do.

14              FEMALE REPRESENTATIVE:  Good.  Awesome.

15              MR. TYNDALL:  And my -- my uncle's.

16              FEMALE REPRESENTATIVE:  Okay.

17              MR. TYNDALL:  But he's going to be about an

18    hour late.  Is that okay?

19              FEMALE REPRESENTATIVE:  That's fine.  That's

20    not a problem.

21              MR. TYNDALL:  Okay.  Okay.

22              FEMALE REPRESENTATIVE:  Right up towards the

23    front of the room.

24              MR. TYNDALL:  Okay.

25              FEMALE REPRESENTATIVE:  Hi.

1              MALE REPRESENTATIVE:  So you'll be fine

2      today.

3              Good morning.  Sit anywhere you'd like to

4      sit.

5              MR. TYNDALL:  Good morning.  Oh, okay.

6              MALE REPRESENTATIVE:  There's actually a

7      couple close -- closer if you'd like to be closer.

8              MR. TYNDALL:  Well, my -- my uncle is going

9      to come in late.

10             MALE REPRESENTATIVE:  Oh, okay.  All right.

11             MR. TYNDALL:  If it's all right.

12             MALE REPRESENTATIVE:  Just save him a seat

13     there.  You're (inaudible).

14             MR. TYNDALL:  Okay.

15             (Pause.)

16             FEMALE REPRESENTATIVE:  And head up towards

17     the front of the room...

18             MR. TYNDALL:  Oh, quick question.  Should I

19     have my uncle come here first, or --

20             FEMALE REPRESENTATIVE:  He can go ahead in.

21             MR. TYNDALL:  He can go in?  Okay, okay.

22             (Pause, with background music.)

23             MR. TYNDALL:  Hi.

24             MALE ATTENDEE:  How you doing?  Nobody here?

25             MR. TYNDALL:  Oh, my uncle is here.

1          MALE ATTENDEE:  Okay.

2          MR. TYNDALL:  Yeah.

3          (Pause, with background music.)

4          MIKE ETHINGTON:  All right, good morning.

5          AUDIENCE:  Good morning, good morning.

6          MIKE ETHINGTON:  I like it, I like it.  All

7    right, welcome.  My name is Mike.  I hope that you met

8    me already out at the registration table.  If not, I

9    will get around and try to meet all of you.  But we're

10   excited to have you with us this weekend.  There are a

11   few items of business we'd like to cover with you

12   before we get started.  First and foremost, with the

13   internet, it's a little bit tricky.  If you succeed in

14   logging onto the internet, you can do anything, all

15   right?

16          So, yeah, the wi-fi, you can either choose

17   Hilton Honors or you can choose Hilton Honors Meeting.

18   Both of those will work for you.  And then it asks you

19   -- it will bring up the -- a screen with your Chrome

20   or Safari or whatever browser you're using.  It'll

21   automatically pull up and ask you for your room number

22   and your last name.  Chances are good you're not

23   staying here, so at the bottom, there's a link that

24   says I have a promo code.  Just click on that "I have

25   a promo code," and then the promo code, we have it

1    written up here, but if you can't see it, it's D as in

2    dog, T as in Tom, O, A, 2018. All right? If there's

3    an issue, let us know. There's several of us here

4    that can help you get logged into the internet so that

5    you've got that. Okay.

6          And then as you can see with the basic

7    member, that's the login that (inaudible) this weekend

8    with the platform that we have. And you got your user

9    name and your password there. That's the temporary

10    login information for you. And we can help you out

11    with that as well if you need it. Okay?

12          Also, there's coffee and tea at the back

13    table here. Feel free to help yourself at any time.

14    We also have charging stations. And we won't be using

15    your computers a lot today, but we have charging

16    stations on the side of the room. And then in the

17    back, you're welcome to put your devices on there and

18    charge them up. But be -- come prepared tomorrow with

19    a full charge on those. We will be using those

20    tomorrow in more depth. Okay?

21          Other than that, if you have questions, do

22    us a favor and write those questions down on a sheet

23    of paper. Chances are good that Mike, our presenter,

24    he will address those questions as he goes. And if he

25    doesn't, then at breaks and at lunch, we'll be walking

1     around and we can answer any questions that you would

2     have.  But the presentation's been designed to

3     naturally answer those questions as we go.  So instead

4     of raising your hand, write those questions down, and

5     we'll make sure that those questions get answered.

6     All right?

7           And then last but not least, if you have a

8     cell phone, if you will just put it on silent or

9     vibrate.  We understand that you're busy people,

10    you've got jobs and you have things you got to take

11    care of.  If you need to take a phone call, you're

12    welcome to do so, just to take it outside and get it

13    done that way.  All right?

14          Now, without further ado, it is my pleasure

15    to introduce our speaker today.  His name is Mike

16    Schreiner.  And Mike, for me, has been a personal

17    friend and a mentor and has helped me every step of

18    the way.  As you can see, he has 20 years of

19    experience, but he started doing it correctly 12 years

20    ago.  And he'll tell you a little bit more about that,

21    but he's trained thousands of students all over the

22    country, all over Canada, international travel as

23    well.  He's also a dedicated father and a husband, and

24    I'm excited to have him with us this weekend.  I think

25    you'll see the same.  He does a fantastic job, and I

FTC-SP-000168

1    think you'll love him.  So let's go ahead and put our

2    hands together for Mr. Mike Schreiner.

3           (Applause.)

4           MIKE SCHREINER:  Thank you (inaudible).

5           All right, how we doing today, guys?

6           AUDIENCE:  (Various replies).

7           MIKE SCHREINER:  We'll get there.  But a

8    couple things I believe in, guys.  I'm a big believer,

9    number one, in what goes around comes around.  Yes?

10         AUDIENCE:  Yes.

11         MIKE SCHREINER:  Right?  The more you give,

12    the more you're going to get.  So I make you all a

13    promise this weekend.  As long as God gives me the

14    strength to stand in front of you all this weekend, I

15    will give you all 200 percent of whatever it is I

16    have.  The only thing I ask from you all is for you to

17    give me 100 percent of whatever it is that you have.

18    Is that a good rate of return, yes or no?

19         AUDIENCE:  Yes.

20         MIKE SCHREINER:  Okay.  I'm also a believer

21    in what we say and how we say things will dictate how

22    we feel and how we act.  I believe the more we

23    (inaudible) certain way, the more we're actually going

24    to believe and act that way.  In fact, a great example

25    of this was proven to me about almost seven years ago

1   now.  And I ran into a friend of mine (inaudible) as

2   he was walking down the mall, and he had a freshly

3   broken arm.  I mean, it was still in the sling.

4        So I go up to him and said, hey, Russ, how's

5   it going, bud?  And he's all, great.  And I said,

6   great?  You got a broken arm.  And he said, the

7   greatest broken arm I've ever had.  Right?  So what we

8   say (inaudible) we say things dictate how we feel and

9   how we act.  So I want to ask that question one more

10   time, but I want to get a loud "great" from everybody.

11        How we doing this morning?

12        AUDIENCE:  Great!

13        MIKE SCHREINER:  Awesome, guys.  We're going

14   to have a great weekend.  Just to kind of spin off a

15   little bit what Mikey said, I have been doing

16   investments now for over 28 years.  Reason is I

17   started with my father.  Now, what we did is we

18   actually were building decks on people's homes, we

19   were building -- finishing their basements.  We

20   started refinishing bathrooms.

21        And my father came to me, and he said, you

22   know, we should just do this as a business.  I -- I

23   was all in.  I was, yeah, let's do that.  Yeah.  So we

24   started doing kind of rehab work like that

25   (inaudible).  What happened is my dad and I got this

FTC-SP-000170

1 good deal where we thought we knew what it was going

2 to take.  The problem was we didn't know what we

3 didn't know.  We made a mistake, and we lost our

4 shirts on (inaudible).

5    In fact, let me ask you this.  How many of

6 you in the room have done that?  You invest your time

7 and money into something just to lose your money

8 (inaudible)?  Yeah.  And it hurts, doesn't it?  It

9 hurts a lot.  And it's at that point, and my father

10 says, you know what, we're done.

11    And, look, he was right.  We didn't know

12 what we didn't know.  In fact, I'll tell you this

13 about this business, guys.  Any business you get into,

14 but specifically when it comes to Amazon, it's not

15 what you know that hurts you; it's what you don't

16 know.  And you can learn this business two ways.  You

17 can either learn from your own mistakes, or you can

18 learn from somebody else's.

19    Look, you all have a unique opportunity this

20 weekend to learn from others' mistakes.  See, this

21 way, it's not going to be worth the time and the money

22 that gets wasted.  Because I'll tell you this, guys, I

23 have lost more money in business trying to figure

24 things out on my own than I ever have invested in

25 learning how to do this (inaudible).

1    Well, after my dad and I lost all of our
2    money, the one thing I knew to do was the same thing
3    all my friends were doing, going back to school, I
4    went back to work.  Well, in high school, for fun, my
5    friends and I used to restore old Jeeps.  So I
6    thought, great, I'll just go be a mechanic.  Well,
7    see, doing it in high school, that was a riot.  Doing
8    it for a living sucked.  And the thing that really
9    just grinded my gears was knowing I was building
10   somebody else's business.

11   You know, I knew what I was turning out
12   (inaudible).  Even worse than that, though, I had that
13   gnawing feeling that I was built for something bigger.
14   Right?  How many of you in the room feel that you were
15   made for something greater than what you're fulfilling
16   right now?  Yeah, and I knew that same thing.  I knew
17   there was a better way.

18   So the other great investment that I always
19   hear about was stocks, right?  We tried the real
20   estate route, so I thought, well, let's try stocks.
21   The problem was I'm watching that market go up and
22   down, right, and I did, I went and got my Series 6, my
23   7, my Series 63.  But I'm watching that market go up
24   and down, and it was my money.  I was losing it.
25   Well, I got married.  My wife and I, she

1    wanted to do something different as well.  So, then,

2    what we did is we opened up a website to sell products

3    on a website.  How many of you in here have a website?

4    How many of you have done a website before?  What's

5    the biggest problem with websites, guys?

6         AUDIENCE:  Traffic.

7         MIKE SCHREINER:  Traffic.  Now, we actually

8    did -- and this is way before this really hit big,

9    right?  This was when the internet was first coming

10   out and you could build your own website.  Well, we

11   thought we'll go hustle, right?  We'll start doing

12   websites.  We actually hired a company to do our SEO

13   for us.  The problem was we'd get people to click on

14   (inaudible) but we weren't getting any conversion.  We

15   weren't selling anything.  And we lost revenue.

16        See, I got to a point where I was tired of

17   paying for lessons.  I decided to pay for an

18   education.  And once I got educated, everything

19   changed.  In fact, one of the biggest things that

20   changed for me is I no longer trade time for money.

21   See, one thing you're going to learn about me this

22   weekend, guys, my time is way more valuable than my

23   money.  The reason is, I know (inaudible) make more

24   money, but I can't get my time back (inaudible), which

25   also brings up a lot of reasons when I come out and I

1  do these trainings all the time, people ask all the

2  time, hey, well, if you're so good at what you do and

3  you're so successful, why are you here?

4      So let me explain it.  Number one is I can

5  be.  I'm not saying that to brag, guys.  I'm just

6  putting myself in a position where I can come out and

7  I can spend three days with you all and get you on

8  whatever path it is that you came in here to get on,

9  and when I go back home, my business is going to be

10  further ahead than it was when I left for two reasons.

11  Number one, I've got people in place that do it so I

12  don't have to.  But one of the biggest reasons, and

13  this is why I love e-commerce, where is my business

14  (inaudible)?

15      AUDIENCE:  Online.

16      MIKE SCHREINER:  Online.  So where can I

17  connect my business?

18      AUDIENCE:  Anywhere you want.

19      MIKE SCHREINER:  Anywhere I want.  Make

20  sense?

21      AUDIENCE:  Yes.

22      MIKE SCHREINER:  Totally awesome.  See, one

23  of the big pushes for my wife and I to get back

24  involved with business, at least for us, is my wife

25  was teaching school, and then I was still working as a

1   mechanic.  Now, when I was working as a mechanic

2   still, I was working ten hours a day, six days a week,

3   almost every week, right?  I needed to get my time

4   back.  And I didn't want to be one of those guys that

5   heard about my kids' first words (inaudible) heard

6   about their first steps.  I missed it with my

7   daughter.  My three boys, I was there for all them.

8           But the big push was my wife.  She got

9   pregnant, and she's all, I don't want to keep teaching

10  school.  I don't want to get paid to go raise people's

11  kids and then have to pay someone to raise our kids.

12  And I thought, you know what, fair enough.  And we

13  looked at our finances, and I thought, we can survive

14  on what I'm making (inaudible) but that's all we would

15  be doing.  Right?

16          You guys understand, if you shoot for

17  mediocrity, guess what?  Yeah, you'll get it.  And I

18  knew we wanted something bigger.  In fact, the next

19  thing you knew, we got an invitation to a training

20  similar to this.  I'm a big believer that everything

21  happens for a reason.  Yes?

22          AUDIENCE:  Yes.

23          MIKE SCHREINER:  Yeah, there's a reason

24  you're all here.  Okay, there's a reason this

25  opportunity (inaudible).  Now, a couple of things I do

1    want to point out about this weekend, too.  Number

2    one, as you noticed, the first thing I started doing

3    is I record all of our presentations.  The reason is,

4    doing this, doing these trainings, I talk about rate

5    of return.  We're talking about money.  We're talking

6    investments.  Because of those things, I have to

7    answer to the FTC, to the SCC, to the DOJ, to your AG,

8    right, to the LMNOP, I mean, any other government

9    agency you can think about, right?  And here's the

10   thing, guys, if I say anything in front of the room

11   that's not true and not been vetted, where am I going

12   to go?  Jail.

13          And, look, as much as I love doing these

14   trainings, as much as I want to help you all get on

15   that path, I am not about to be somebody's girlfriend

16   for any of you -- you all here.  Okay?

17          So as we go throughout this weekend, guys,

18   I'm going to show you some products, and I'm going to

19   show you some people's Amazon stores, and I'm going to

20   show you things that we're looking at.  The numbers

21   with the -- the rate of returns that we talk about,

22   everything's been vetted (inaudible).  Now, with that

23   being said, as I show you different product lines,

24   please, please, please do not think, oh, this is the

25   one I want to go after.  It's the same product lines

1      that I've been showing in front of (inaudible).  Make

2      sense?  So what you see everybody else sees.

3              Now, here's the cool thing about Amazon.  I

4      can teach every one of you in this room to do exactly

5      what it is that I do.  See, just because I give you

6      all a piece of the pie doesn't mean my piece gets

7      smaller.  I'll just go get another pie.  Do you

8      understand?  Guys, there are so many opportunities,

9      especially when it comes to e-commerce.

10             Here's the thing, especially when it comes

11     to Amazon.  We don't want the whole pie.  All we want

12     are a piece of that pie.  If I -- unless we're talking

13     private label, if I have the whole pie, chances are

14     people aren't buying that pie.  We only want a piece

15     of that.  See, I'm okay with some competition, and you

16     should be, too.  I don't mind competing with five,

17     seven people.  I don't want to compete with hundreds

18     of people.  In fact, how many products gets bought and

19     sold on Amazon every day?

20             AUDIENCE:  (Inaudible).

21             MIKE SCHREINER:  Millions.  Millions, guys.

22     So we don't have to worry about that scarcity mindset

23     that you all hear.  Okay, so, we'll teach you guys --

24     I'm going to show you how we run numbers, how we

25     figure out who our competition is, and how we can

1    figure out if the competition is going to make it or

2    not.

3           But I'll tell you this number one, guys.

4    Your likes and dislikes do not count anymore when it

5    comes to this business.  We don't care what we think.

6    I don't even care what people are buying, right?  So

7    it doesn't matter what I like or not.  We sell stuff

8    on our store, guys, that I could care less

9    (inaudible).  But it's not about what I think.  It's

10   not about what I like.  It's only what people are

11   buying.

12          This business always comes down to one thing

13   and one thing alone:  numbers, period.  When the

14   numbers work, the deal works.  If the numbers don't

15   work, you're never going to fix it, which brings up

16   something interesting, too.  You all tell me, when can

17   we make our money in this business?  Do we make our

18   money when we buy, or do we make our money when we

19   sell?

20          AUDIENCE:  Sell.

21          MIKE SCHREINER:  How many say buy?

22          AUDIENCE:  Buy.

23          MIKE SCHREINER:  Okay.  How many of you say

24   sell?  Okay.  How many of you have no freaking idea,

25   that's why you're here?

1      (Laughter.)

2      MIKE SCHREINER: All right, good. Write

3  this in your notes. We only make money when we buy

4  (inaudible). Now, we'll see the proceeds when we

5  sell. And here's the problem, guys, number one. If

6  you do not buy it right, you'll never fix it on the

7  back end. And number two, if we never buy the product

8  or the asset, then we don't have it to sell. See, I

9  know there's a lot of different personality types,

10  right? For me, I'm a ready-fire-aim kind of guy.

11      Now, I blow holes in all sorts of things

12  then try to pick up the pieces and figure out if it's

13  going to work. My wife, on the other hand, is very

14  analytical, right? She is a ready-aim, aim, aim,

15  right? So I joke all the time with her. I say, look,

16  if we did every deal I wanted to do, we'd probably be

17  broke. If we did every deal she wanted to do, we'd

18  probably never do a deal. You got to pull the

19  trigger. Make sense?

20      AUDIENCE: Yep.

21      MIKE SCHREINER: Then again, if I know how

22  much product I'm going to sell every single month, I

23  know what my share of the buy box is, I know what my

24  profit's going to be, why would I not want to pull the

25  trigger? So there is no fear when we know the

1    numbers.  That's why numbers is everything.

2              Now, we always hear about in today's time

3    especially, and I'm talking about (inaudible).  We

4    always hear about the (inaudible) so what are some of

5    the big investment strategies that we hear about today

6    all the time?

7              AUDIENCE:  Following the trend?

8              MIKE SCHREINER:  Say again?

9              AUDIENCE:  Following the trends?

10             Following trends.

11             MIKE SCHREINER:  Following trends, right?

12   But I mean what vehicles are there today, could we use

13   as different investment vehicles?

14             AUDIENCE:  (Inaudible).

15             MIKE SCHREINER:  We hear about e-commerce,

16   right?  What else?

17             AUDIENCE:  Affiliate marketing.

18             MIKE SCHREINER:  Affiliate marketing.  And

19   that's kind of part of e-commerce.

20             AUDIENCE:  Private labeling.

21             MIKE SCHREINER:  That's -- yeah.  So I'm --

22   I'm talking outside the e-commerce business.  So e-

23   commerce is one vehicle.  What are other vehicles that

24   people have done to make money in today's time?

25             AUDIENCE:  Real estate.

1          Stocks.

2          MIKE SCHREINER:  Real estate and stocks,

3     right?  Those are the big ones that we always hear

4     about, right?  Real estate, stocks, and e-commerce,

5     right?  So let's talk about it, guys.  On a piece of

6     paper, draw this for me.  What does that represent

7     right there?

8          AUDIENCE:  The stock market.

9          MIKE SCHREINER:  The stock market, right?

10    It's got its highs and it's got its lows.  It's very

11    reactive, and we all know in stocks you buy low and

12    you sell high, and that's when we make our money,

13    right?  Now, does anybody in here trade stocks for a

14    living?  Okay.

15          Anybody know anybody that trades stocks?

16    Anybody seen a movie about the stock trade?  Okay, no

17    hands (inaudible).  Generally, people that trade

18    stocks for a living, how many computer screens a day

19    do they generally sit in front of, minimum?

20          AUDIENCE:  (Inaudible).

21          MIKE SCHREINER:  Yeah, three minimum, right?

22    If you're doing futures or forexes you can be in front

23    of seven, eight, nine, ten of them, right?  Now,

24    here's the thing, guys, make no mistake.  If you know

25    what you're doing when it comes to stock trading,

1    every time you click a button, you're making money.

2    But here's the thing, what time does the stock market

3    open?

4             AUDIENCE:  Five a.m.

5             MIKE SCHREINER:  Five a.m.?

6             AUDIENCE:  Nine a.m.

7             MIKE SCHREINER:  Yeah, usually it'll open

8    nine -- about 7:30, 8:00, right?  So if I'm trading

9    stocks for a living, that means I have to sit in front

10   of my computer from about 8:00 in the morning until

11   about 5:00, 6:00 at night.  If I'm doing futures or

12   forexes, I can be in front of my computer until about

13   9:00 in the evening.

14           Now, again, make no mistake.  If (inaudible)

15   every time I'm clicking the button, I'm making money,

16   and to me that sounds like what?

17           AUDIENCE:  (Inaudible).

18           MIKE SCHREINER:  Yeah, a job, right?

19   Because here's the thing, guys.  If I want to go on

20   vacation with my family, when they're out playing on

21   the beach, where am I going to have to find myself at

22   some point during that day?

23           AUDIENCE:  In front of the computer.

24           MIKE SCHREINER:  In front of the computer,

25   right, because that's how I make my living.  So,

1    again, I'm not saying you can't do it that way, but

2    it's a job.  You're tied to that one platform.  If I'm

3    not using that platform, I'm not making (inaudible).

4         How about this one here?  (Inaudible) then

5    we're back to this, what does that look like?  A real

6    estate market, right?  Still has the tide, still has

7    the flows.  It's not as reactive as stocks, but it's

8    the same thing, right?  We know that if you buy low

9    and you sell high, you're making money.  Here's the

10    problems with real estate that I found.  Number one,

11    does the market always correct, yes or no?

12         AUDIENCE:  No.

13         MIKE SCHREINER:  Yes.  Guys, the real estate

14    market always is going to correct (inaudible).  Look,

15    I did a lot of business with a lot of people in '07

16    and '08 when that crash came who were out of business

17    overnight.

18         AUDIENCE:  Yeah.

19         MIKE SCHREINER:  Because they put all of the

20    eggs in that one basket.  And the hard part that I

21    found with real estate, and I found this firsthand,

22    you're buying in real estate, you're talking hundreds

23    of thousands of dollars, right, to make a very small

24    return.  And your credit plays a huge role when it

25    comes to real estate.  Now, again, make no mistake,

1    buying low and selling high is the way to make money.

2    But buy low, sell high is always going to be

3    considered what?  Retail, right?  Guys, we are no

4    longer in a retail world.  Everything we do is

5    wholesale.

6          Look, wholesale is buying low and selling

7    what?

8          AUDIENCE:  (Inaudible).

9          MIKE SCHREINER:  Nope, buy low and sell high

10   in retail.  Wholesale is buying low and selling low

11   but higher than we bought it for.  Are people shopping

12   on Amazon because they can buy it at the same price

13   they're buying at the store, yes or no?

14         AUDIENCE:  No.

15         MIKE SCHREINER:  No, they're buying it

16   because they always get a what?

17         AUDIENCE:  Lower --

18         MIKE SCHREINER:  The discount's always

19   lower, right?  And, again, guys, it's the wholesale

20   world, okay?  So we buy low and we sell low, just

21   higher than we bought it for.  But, again, when it

22   comes to these other two, it's always buy low, sell

23   high.  That's where you make your money.

24         Now, what does this represent?

25         AUDIENCE:  (Inaudible).

1       MIKE SCHREINER:  No.  Amazon.  Does it have

2  its highs and lows, yes or no?  No.  It's only gone

3  up, hasn't it?  Guys, if you're not watching and

4  paying attention, I think Amazon's trying to take over

5  the world.  Now, understand, we are not Amazon.  You

6  all understand that, yes?

7       AUDIENCE:  Yes.

8       MIKE SCHREINER:  What we do at Sellers

9  Playbook (inaudible) we're going to teach you how to

10  leverage Amazon.  What is business?  Business is all

11  about leveraging, isn't it?  Right?  Now, here's the

12  thing.  There's no way I can teach you everything you

13  need to know about making money on Amazon this

14  weekend.  In fact, how many of you thought you could

15  come and spend three days with me and learn everything

16  there was to know about Amazon?  I'm sorry, you're

17  going to be disappointed.

18       (Laughter.)

19       MIKE SCHREINER:  Look, I don't care if Jeff

20  Bezos is part of the (inaudible) there's just no way

21  you can learn it all in three days.  I -- I can't

22  teach you everything I've learned in the last 13 years

23  in three days.  Is that fair enough?  But the way I

24  look at this, guys, if I can learn what you do in

25  three days, I'm going to learn how to do it, because

1    it always (inaudible).

2         Now, does that mean there's going to be more
3    education offered to you all this weekend, yes or no?

4         AUDIENCE:  Yes.

5         MIKE SCHREINER:  What do you all think, yes
6    or no?

7         AUDIENCE:  Yes.

8         MIKE SCHREINER:  Yes, absolutely.  In fact,
9    I think we'd be doing you a disservice if we didn't
10   have that.  Now, here's the thing.  I know you all
11   paid good money to be here this weekend.  Look, I'm
12   going to fulfill on everything that was promised and
13   then some.  In fact, how many of you here would like
14   to learn how to raise $50- to $150,000 just over lunch
15   today?

16        AUDIENCE:  Why not?

17        MIKE SCHREINER:  Yeah?  How many of you
18   would like to learn how to turn a $5- to $10,000
19   investment into a $25- to a $1.2 million return with
20   your investment?  Yeah.  And you're going to learn
21   those strategies before you leave here today.

22        So, as I said, guys, I'm going to fulfill
23   everything that was promised and then some.  And some
24   of you in here want to go to that next level.  Some of
25   you want to take this a step further.  There's some of

1    you in this room that (inaudible) weekend training.

2    If that's what you want, that's exactly what you're

3    going to get.  But the thing you got to find out --

4    what you're going to find out with Sellers Playbook,

5    too, guys, is we're not a one-year, two-year, three-

6    year (inaudible).  We're in this for as long as you

7    want the ride.

8           How many of you appreciate the fact that

9    we're in this for the long haul?  Yeah.

10          Now, I always get this, though.  People are

11   like, wait a minute, you mean that Sellers Playbook is

12   going to try to leverage us to make money?  What are

13   you all going to do?  You're going to leverage Sellers

14   Playbook to do what?

15          AUDIENCE:  Make money.

16          MIKE SCHREINER:  Boom.  It's the same thing,

17   right?  Business is business.  Does that make sense?

18   But that's exactly what it is.  Like I said, some of

19   you just want to (inaudible) that's what you're going

20   to get.  Some of you want to go further, we're going

21   to give you that opportunity as well.  But I'm going

22   to show you how you can get started doing it today

23   before you (inaudible).  Fair enough?

24          AUDIENCE:  Yes.

25          MIKE SCHREINER:  Awesome.  A couple of

1    things I do want to point out -- oh, so, you guys

2    understand what we're talking when we talk business,

3    yes? So we just got to look at where we're putting

4    our time, where we're putting our efforts. Because

5    for me, I want to give myself the biggest bang that I

6    can do. So here's the thing, guys. Everything we're

7    going to talk about this weekend, your bare minimum

8    rate of return that we're going to look for if it's

9    acceptable is 15 percent. Period.

10            Now, is 15 percent a good rate or return?

11   Yes or no?

12            Guys, I'm telling you right now, investors

13   haven't seen these type of returns in years. Fifteen

14   percent is huge. But here's the thing. Me, I would

15   be (inaudible). Right? So today we're going to talk

16   about some strategies this afternoon that's going to

17   show you how to make 15 to 30 percent. Tomorrow, I'm

18   going to go through more wholesaling, and I'm going to

19   teach you guys how to start making anywhere from 20 to

20   35, 40 percent. On Sunday, we're going to talk about

21   private labeling. Private label, we start making

22   anywhere from 40 to 60 percent. And I've seen a lot

23   of our people making over 70 percent. Now, is 70

24   percent a good rate of return? Yes or no?

25            AUDIENCE: Yes.

1          MIKE SCHREINER:  Holy cow, guys.  That's

2     when you start seeing the returns of what we want you

3     to have, $20,000 a month.  In fact, let me ask, how

4     many of you in here by a show of hands have bought

5     something off of Amazon before?

6          Okay.  How many of you here by show of hands

7     have sold something on Amazon before?

8          So two, three of you.  Okay, so, here's the

9     thing.  I know some of you (inaudible) going to get

10    the nuts and bolts of this all, right?  That's not

11    going to come until later this afternoon.  And here's

12    why.  I got to get us all on the same playing field.

13    Right?  You saw, there's only two, three of you guys

14    that ever sold anything.  And here's the thing, too,

15    and I say this with all respect, 95 percent of people

16    that are selling on Amazon have no idea what they're

17    doing.  So we've got to get you educated to get used

18    to that playing field.

19         So for some of you (inaudible) I got to

20    bring you up a level, and for some of you, I got to

21    bring you down a level.  When (inaudible) on the same

22    playing field, then I can take us all to that next

23    level.  Is that fair enough?

24         Okay, so, those numbers aren't going to come

25    until later this afternoon, but they will come.  Okay,

1     and I'll teach you guys different kinds of strategies

2     throughout this weekend. Your job this weekend is to

3     pick three of these strategies to figure out where you

4     want to spend the next six months to a year of your

5     life to learn and win on the Amazon field, because

6     Amazon's only going to continue to get better.

7            In fact, if you guys have watched, just last

8     -- so at the end of last quarter -- oh, this brings up

9     something good -- your lives are no longer going to be

10    in days or months. Right? Everything we do in

11    business is quarters: Q1, Q2, Q3, Q4. Now, last

12    year, at the end of fourth quarter, Amazon purchased

13    Whole Foods and Sprouts. Does anybody know why they

14    purchased those two chains?

15         AUDIENCE: Because they're going to sell

16    online for a bunch of different uses, like products

17    and groups from that store.

18         MIKE SCHREINER: Yep, they wanted to break

19    into the grocery game. That was the biggest reason

20    why they bought Whole Foods and Sprouts, right? Do

21    you think that's affected everything else that's going

22    on? Yes or no?

23         AUDIENCE: Yes.

24         MIKE SCHREINER: Spitz (phonetic) now

25    started to do that same thing, right, started selling

1    groceries online.  Walmart has started following the

2    same suit, right, to sell online because of what

3    Amazon's doing.  And here's the other reason why

4    Amazon bought those two stores.  They now have

5    distribution centers in every city.  Has anyone in

6    here ever seen an Uber or Lift driver pull into your

7    neighborhood, get out of their car, and deliver a

8    smile box to somebody's door?

9         It's exactly what they're doing, guys.  Now,

10   here's something interesting, too, just talking about

11   how Amazon is kind of influencing what's going on in

12   business.  This first quarter -- at the beginning of

13   this first quarter this year, they made an

14   announcement that they wanted to get into the

15   pharmaceutical game.  CVS now bought Aetna this year,

16   and the reason is is because they knew if Amazon

17   (inaudible) for the pharmaceutical game, they have to

18   offset their losses, right, picking up that insurance

19   company, because they knew once Amazon gets in there,

20   it's going to affect all their businesses, yes or no?

21              AUDIENCE:  Yes.

22        MIKE SCHREINER:  Yes.  So we -- we do

23   everything that we do, we anchor all of our business

24   with Amazon.  And the reason we anchor with Amazon is

25   they do all the marketing already.  Forty-five percent

1    of every online shopper, the first place they go is

2    Amazon.  Ninety-two percent of them, that's the second

3    place they go.  (Inaudible).

4         So we want to leverage Amazon to drive our

5    products.  Make sense?  And, again, we don't care what

6    we sell.  The only thing we care about is what people

7    are buying.  So you got to get your mindset out of

8    that.  It doesn't matter what you like.  It doesn't

9    matter what you think is going to sell.  If people

10   aren't buying it, you're never going to make the money

11   (inaudible).  So that also comes back to when we

12   started talking about private labeling on Sunday.  It

13   doesn't matter what you like.  It doesn't matter what

14   our passions are.

15        Now, here's the other thing, too, guys.

16   Asset protection is not part of this weekend, but I

17   think it's vital for your businesses.  So here's what

18   I would like to do for you (inaudible).  Every lunch

19   this weekend, every lunch break we have, today's is an

20   hour lunch, tomorrow is an hour and a half.  Sunday,

21   Sundays are always shorter days.  Sunday, we're going

22   to be done about 2:00, 2:30.

23        What I would like to do on Sunday is do more

24   of a working lunch.  So we'll take maybe a half-hour,

25   maybe a 45-minute lunch break, right?  So if you guys

1    will bring something from home or just plan on going

2    to grab something quick and coming back in here, we'll

3    do a working lunch.  If we could do that, then I can

4    add in my -- my part of asset protection for you all

5    so that we can go through that information, give you a

6    good foundation on that, and it won't go any longer on

7    Sunday, because nobody wants to be in a ballroom on a

8    Sunday later than, say, 3:00, right?  So are you guys

9    okay with that, yes or no?

10            AUDIENCE:  Yep.

11            MIKE SCHREINER:  Okay, so if you agree to

12    that, then I'll add asset protection in and I'll --

13    and I'll talk about some tax-planning strategies.  On

14    Sunday, we'll just do a much shorter lunchtime.  That

15    way, I can add it in and we're not taking away from

16    anything else.  So we're getting through all the

17    material.  Is that fair enough?

18            AUDIENCE:  Yes.

19            MIKE SCHREINER:  Okay, good.  So we'll plan

20    on that on Sunday, then, for sure.  All right, now,

21    here's the other thing, too, guys.  We never get into

22    product lines without having at least two to three

23    exit strategies of how to get out of those lines,

24    meaning knowing when we can sell them, how to spool

25    them down to start adding in new product line.  So it

1    all again comes down to our numbers.  So we've got to

2    find out what our share of the buy box is going to be,

3    what are sales are going to be.

4          So, tomorrow, I'll teach you guys actually

5    how to graph this stuff out so you start tracking all

6    those parts.  Fair enough?  Okay.

7          Now, life is about choice, yes or no?

8          AUDIENCE:  Yes.

9          MIKE SCHREINER:  Yeah.  In fact, where we're

10   at today because of the choices we made yesterday.

11   Yes?  And we're going to be where we're at tomorrow

12   because of the choices we make today.  Now, does life

13   throw us curve balls, yes or no?

14         AUDIENCE:  Yes.  Every day.

15         MIKE SCHREINER:  Absolutely, right?  But it

16   really comes down to how we respond to those curve

17   balls is going to determine which way we're going to

18   take, right?  Because it all comes down to your

19   choices, guys.  We are accountable for what we choose

20   to do.  I just choose to win every day that I can.

21         And here's the thing I'll tell you.  This is

22   something I've learned over the years doing this.

23   Every day you have to do something to move your

24   business forward, but it doesn't have to be you being

25   called to work.  This is not about trading time for

1  money.  It's not about getting another job.  If I was

2  involved in every aspect of business, do you think I

3  could come out here and spend three days with you all?

4  Yes or no?

5      AUDIENCE:  Nope.

6      MIKE SCHREINER:  No, there's no way.

7  There's just no way, right?  So this actually we're

8  going to talk about doing FBA versus FBM.  And, again,

9  if I'm lacking something, I'll bring people to the

10  table that have what I don't have, but when you do

11  that, you cannot (inaudible).  So when we talk about

12  this weekend, too, we're going to talk about -- about

13  building what is called a power team.  Our power team

14  are people that do the things that we don't want to do

15  or, quite frankly, cannot.  Right, so FBA preparation,

16  right?  I don't do my FBA prep work, nor would I want

17  to spend my time doing that.

18      Now, the other thing, there's a difference

19  between Amazon and eBay.  This is not -- Amazon is a

20  business, guys.  And -- and I'll tell you right now,

21  if you can treat this as a business, that's what it

22  becomes.  If you treat it as a hobby, that's the only

23  way you're going to get paid.

24      So we have to treat this as a business.  So

25  it's not for online garage sale products.  Does that

1   make sense?  If that's what you want to sell is used

2   products like that, then just stick with eBay.  This

3   is more for business-minded things because that's what

4   Amazon is, isn't it?

5         AUDIENCE:  Yep.

6         MIKE SCHREINER:  Now, here's the thing,

7   guys.  Amazon has a lot of rules, yes or no?

8         AUDIENCE:  Yes.

9         MIKE SCHREINER:  Yes.  We've got to know the

10  rules, but we have to play by their rules, right?

11  Whether we agree with it or not, we got to play by

12  their rules, but we play to win.  And I'm telling you

13  right now this is -- every aspect of our business, you

14  know the rules, you play by the rules, and, again,

15  we've got to play to win.

16         So I'm going to teach you the Amazon rules.

17  I'm going to teach you how to play by the rules, and

18  then I'm going to show you how we can win using

19  Amazon's rules.  And, again, it doesn't matter what we

20  think.  We have to do what they want, right?  There's

21  a lot of laws in this country I don't agree with, but

22  I still have to obey the laws, don't I?

23         AUDIENCE:  Yes.

24         MIKE SCHREINER:  All right, good.  So this

25  weekend I've got (inaudible) because I want to show

1    you guys -- how many of you in here -- in fact, real

2    quick, before I get to this, how many of you in here

3    heard 5 percent control 95 percent of whatever is

4    going on.  Have you guys heard that?

5           AUDIENCE:  Yeah.

6           MIKE SCHREINER:  Especially when it comes to

7    business, right?  This weekend, I'm going to show you

8    where the 5 percent play.  In fact, I'll teach you

9    guys where the 3 percent of us play.  But, again, you

10    have to do it, right?  We can't make you do anything.

11    Look, one thing you'll see from us all this weekend,

12    nobody in here is going to hold a gun to your head.

13          Now, I am not an excuse kind of guy either.

14    Look, I know either you will or you won't, you can or

15    you can't.  There's no in between.  But this kind of

16    comes back to what I was saying where Amazon versus

17    eBay, as well.  Amazon is really not a gambler's

18    world.  And -- and here's what I mean by this.  How

19    many of you in here by show of hands ever seen the

20    first Karate Kid movie?  Have you guys seen -- at

21    least seen the first one, right?  Yeah.  If you

22    haven't seen the first Karate Kid movie, get it.  It's

23    cool and it's great.

24          But there's a scene in there where Mr.

25    Miyagi is talking to Daniel, right?  And Daniel's

FTC-SP-000197

1 trying to please everybody, right? He wants to fit in
2 with the cool kids at school, but he also wants to
3 please his mom and his girlfriend, right? And Mr.
4 Miyagi gave him great advice, and I use it in my
5 business all the time.

6 He said, look, if you want to stay on the
7 right side of the road and stay with the cool kids at
8 school, you'll be fine, right? If you want to stick
9 to the left side of the road and please your mom and
10 your girlfriend, you'll be fine. But if you try to
11 walk right in the middle and please everybody, what's
12 going to happen? Yeah, squished, just like the grape,
13 right? It's the same in your business, right? You
14 try to gamble in all this stuff, guys, you'll end up
15 getting squished just like grape. And that's why I
16 say, either you will or you won't, you can or you
17 can't. There's really no in between. But when you
18 gamble is when you make mistakes. That's when you
19 lose money. So we've got to make sure that we're in
20 it to win it.

21 Now, the four imperatives I've got this
22 weekend, number one is to teach you how to replace or
23 double your current income within 12 months. Number
24 two, be free of consumer debt. Ooh, what is consumer
25 debt?

1          AUDIENCE:  No Visa credit.

2          MIKE SCHREINER:  I heard a lot of you all

3     say these credit cards.  We got to talk about this.

4     Credit cards are not consumer debt.  In fact, let me

5     prove this to you.  Can we buy our cars with credit

6     cards, yes or no?  Can we run our businesses with

7     credit cards, yes or no?

8          AUDIENCE:  Yes.

9          MIKE SCHREINER:  Absolutely, guys.  Credit

10    cards are not consumer debt.  Unfortunately, that's

11    what you all have been trained to use these credit

12    cards for, which is getting you into consumer debt.

13    So write this in your notes.  Consumer debt is any

14    debt that doesn't make you money or appreciate.

15    Again, consumer debt is any debt that doesn't make you

16    money or appreciate.

17          See, I don't think we have a problem with

18    money in our country.  I think we have a problem with

19    our relationship with money in this country.  See, the

20    wealthy, we use our money to buy our time back.  But

21    too many people are just trading their time for money.

22    But they're getting themselves in that consumer debt.

23    So I want to get you out of consumer debt.  We've got

24    to, it's killing you all.  But I want to get you into

25    as much good debt as possible.

FTC-SP-000199

1    Look, at any given time I'll tell you right
2    now, my wife and I are hundreds of thousands of
3    dollars in debt, but that debt is making us hundreds
4    of thousands of dollars.  You all understand?  Okay.
5    So we've got to get rid of that consumer debt.
6        Number three, having the ability to access
7    $200,000 in liquid assets within 24 months.  Now, if
8    you already have access to that, I want you to act as
9    you're starting from zero.  How are you going to make
10   that next 200,000?  And this is why I say that.  Right
11   now in our country, nine out of ten millionaires are
12   multimillionaires.  The reason is the first million is
13   the hardest to make.  Right?  After you make that,
14   it's easy.
15       I mean, think about it.  I remember the
16   first time we made over six figures a year, I was
17   dumbfounded, right?  That next year, we jumped easily
18   over a quarter of a million.  I didn't know you could
19   make that kind of money legally, right?  And then we
20   jumped to a half, and then you start climbing from
21   there.  It's amazing, right, but every step, guys,
22   it's a process.  You all understand that, right?  And
23   you need to understand, especially when it comes to
24   Amazon, guys.  You're not going to learn this business
25   overnight.  Right?  This is not a get-rich-quick

1    anything.  It is a line upon line (inaudible).  It is

2    one step before you take the next step.

3            And then, finally, developing eight to ten

4    sources, products lines that you're selling, to become

5    financially free and independent.  How many of you'd

6    love that?  Okay.  So you all came in here for

7    different reasons, but you all came in this room for a

8    reason this weekend.  Yes or no?

9            AUDIENCE:  Yes.

10           MIKE SCHREINER:  So we're here to help you

11   figure that out and to find out what's going to be

12   your best next step for you all to take.

13           All right.  Read this poem.  Read it out

14   loud.

15           AUDIENCE:  (Reading all at once).

16           MIKE SCHREINER:  Why is that true?

17           AUDIENCE:  (Inaudible).

18           MIKE SCHREINER:  Say again.

19           AUDIENCE:  Because you understand money.

20           MIKE SCHREINER:  You understand money,

21   right.  You got to know what it does to make it work

22   for you.  Absolutely, Joe.

23           What else?

24           AUDIENCE:  Create a source of money.

25           MIKE SCHREINER:  Say again?

1        AUDIENCE:  Create a source of money, like --

2        MIKE SCHREINER:  You got to create it,

3  right?  You got to make that money work for you so

4  you're not trading time for money, yeah.

5        What else?

6        AUDIENCE:  You know how to use your money

7  wisely.

8        MIKE SCHREINER:  Yeah.  If you're not using

9  your money wisely, it's going to use you, right?  It's

10  kind of funny how a lot of people have the mindset,

11  because there's people that make really good money and

12  have no time, right?  And the other side of that,

13  you've got people that have a lot of time because they

14  don't make a lot of money, right?  So it's -- it

15  really does come down to how well we use our money.

16        AUDIENCE:  Know how to leverage.

17        MIKE SCHREINER:  Say again.

18        AUDIENCE:  Know how to leverage.

19        MIKE SCHREINER:  Know how to leverage.  That

20  is one of the biggest keys, guys.  I'll tell you, you

21  want to look at a big separator between the educated

22  and the rich versus everybody else, it's leverage.

23  It's all about leverage.

24        Here's the biggest key in this:  the

25  education comes first.  Right?  I mean, think about

1   it, guys.  If you don't know how to make your money

2   work for you, you don't know how to grow your money,

3   good luck ever making it.  And if you do make it, good

4   luck keeping it.  And if you don't believe me, then

5   answer me this.  Why are 97 percent of our lottery

6   winners broke at year two and three?

7           AUDIENCE:  Wow.

8           MIKE SCHREINER:  They got the money.

9           AUDIENCE:  But they don't know how to manage

10  it.

11          MIKE SCHREINER:  They have no idea how to

12  manage it.  Guys, if you're in this room just chasing

13  the money, this business is really not for you.

14  Right?  The education, you got to know how to work it

15  first.  The money will come, but you just got to

16  understand how to make it work for you.  And then once

17  you do, once (inaudible).  See, it's funny, because

18  most people, even when they get a raise at their job,

19  they don't make more money; they do what?

20          AUDIENCE:  (Inaudible).

21          MIKE SCHREINER:  They just spend more

22  money, right?  So we've got to learn how to make that

23  money -- you got to get the education first.  Once you

24  have the knowledge, the money will come, which means

25  we are no longer going to work to earn.  Guys, if

1    you're trading time for money, you're building

2    somebody else's business, you're living somebody

3    else's dream, because I promise you none of your

4    bosses hired you to make your dreams come true.  They

5    hired you to make their dreams come true.

6          And, in fact, think about this.  How many of

7    you in this room can go to your boss Monday morning

8    and ask for a $100,00 raise and get it?  I can.  See,

9    and I know, we were just taught differently, right?  I

10   remember growing up, my dad used to tell me all the

11   time, because I grew up very blue collar.  Even though

12   we tried to do our own business, they used to always

13   tell us, if you want more money, you either work more

14   jobs or you find a better job.

15         And here's the problem with that, guys.

16   Until your name is on the front of the paycheck,

17   you're not in control.  If your name is only ever on

18   the back of those paychecks, someone else is in

19   control.  In fact, a perfect example of this, and I

20   know he's -- right now he's killing it, LeBron James.

21   Now, this guy is a millionaire, yes?  But his name's

22   not on the front of the check, is it?  Which means he

23   still has a what?

24         AUDIENCE:  Boss.

25         MIKE SCHREINER:  Boss.  Do you think his

1    boss makes more money than he makes?

2              AUDIENCE:  Oh, yeah.

3              MIKE SCHREINER:  Oh, my gosh, yeah.  Right?

4    Even though James makes tons of money, he -- he could

5    still be cut loose at any moment for any reason, no

6    questions asked.  Now, here's the difference of that.

7    One of my super heroes, Michael Jordan.  Michael

8    Jordan took ownership.  So LeBron James is a

9    millionaire; Michael Jordan is a multibillionaire

10   because his name's on the front of the checks.

11             Guys, we've got to get ourselves in a

12   position where our name goes on the front, because,

13   again, otherwise, you're just trading time for money.

14   See, a lot of people come into these rooms and

15   they're, like, man, I want to be a millionaire.

16   (Inaudible) thousandaires (inaudible) not even

17   hundredaires, right, much less a zero-aire.

18             You guys know what zero-aires are?  No?  One

19   of my -- one of my mentors coined the phrase "zero-

20   aire," meaning you have zero consumer debt.  Right?

21   Until you become a zero-aire, you're never going to be

22   a millionaire.  If we can't see it, we can't achieve

23   it.  In fact, he talks about this all the time.  He

24   says, okay, so, we go to work and we turn on our

25   spigot and we've got a bucket that we have to fill,

1    right?  So for eight hours a day, we've got that money

2    coming out, we're filling our bucket.  We turn that

3    spigot off at the end of the day, but that bucket has

4    holes in it.

5           And here's what I mean.  Even at a zero-

6    aire, you're never going to pay off all of your debts,

7    right?  You're never going to pay off your cell phone

8    debt.  You're never going to pay off your utilities.

9    You're never going to pay off your taxes all the way.

10   You see where I'm going with this, yes?

11          AUDIENCE:  Yes.

12          MIKE SCHREINER:  So a lot of you all go to

13   work every day, right, eight to ten hours.  You turn

14   that spigot on and you're filling that bucket.  You

15   punch out that time clock, you go home, you turn that

16   spigot off, that bucket just starts bleeding out.  So

17   for the next 16 hours, that bucket just bled out and

18   bled out and bled out.  You go back in the next

19   morning and turn that spigot back on and you start

20   filling that bucket with that hole.  With e-commerce,

21   when does my spigot ever get turned off?

22          AUDIENCE:  Never.

23          MIKE SCHREINER:  It never does.  So I'm

24   filling my bucket 24/7, versus just that eight to ten

25   hours a day.  So we've got to take control, and we've

1    got to know it first.  That's why I said, you can no

2    longer work to learn.  Now, somebody called me out on

3    this.  I was in New York one time doing one of these

4    events.  And New Yorkers sometimes can be a little

5    bold, right?  And a guy said, oh, so you're telling me

6    you do these trainings for free.  Do you all think I

7    do these trainings for free, yes or no?

8              AUDIENCE:  No.

9              MIKE SCHREINER:  Yeah, heck no.  Outside of

10   my church and charity work, I don't do anything for

11   free, okay?  They pay me to come out and do these

12   (inaudible) live on, but they pay me to come out and

13   do these trainings.  But here's the thing, though.  Do

14   you think every time I do one of these trainings I

15   learn something new?  Yes or no?

16             AUDIENCE:  Yes.

17             MIKE SCHREINER:  Look, guys, and I'm not

18   saying this to brag, but my wife and I put ourselves

19   in a position now that if I never do another product

20   line, if I never do any more business, we're never

21   going to hurt for money.  We've just put ourselves in

22   a position like that. But if I don't stay sharp in my

23   business, what do you think is going to happen?  I

24   will, I'll fall.  Does Amazon change?  Yes or no?

25             AUDIENCE:  Yes.

1      MIKE SCHREINER:  Every day.  So from me

2   doing these trainings, guys, it keeps me sharp in my

3   own business.  Plus, I get to travel all over the

4   country on their dime, meeting wholesales,

5   liquidators, and manufacturers everywhere I go doing

6   the home business.  So it's still a win/win, isn't it?

7      And it's funny, too, because I'll tell you,

8   when the founder, Jessie, came to me and asked me to

9   do these trainings, my wife and I sat down and talked

10   about it.  And I told her, I said, I -- I have no

11   problem coming out and helping other people get on the

12   same path that you helped me get on, but I have to

13   take 260 days off a year.  How many of you would like

14   to be able to take 260 days off a year?  So you see I

15   have no problem coming out and doing these trainings.

16   Yes?  If I need to take more time off, you let me

17   know, I'll take more time off, okay?  But there's a

18   reason why I do this.  And you'll start seeing that as

19   we go throughout this week.  Fair enough?

20      But, again, if we're just -- if we're doing

21   that, guys, we're just building someone else's

22   business.  We're living somebody else's dreams.  We've

23   got three types of literacy right?  We've got the

24   academic, the ability to read and write.  I'm not

25   going to spend a lot of time on that.  We've got

1     professional. That's where most of you are at, right?

2     Going to school, got your education, got a piece of

3     paper, and now you're working for a job.

4          What we want to do is start moving into that

5     financial education. This is where we start learning

6     to get our money to make money for us, right? This is

7     where we leverage other people. Well, this weekend,

8     I'm going to teach you not just to leverage other

9     people's money, but I'm going to show you all how to

10    leverage other people's time, talents, and their

11    abilities. Right?

12         Some of you may be great negotiators. Some

13    of you may need somebody to negotiate for you,

14    especially when you start dealing with overseas

15    manufacturers, right? Because if we're dealing

16    overseas, especially over in Asia, how many of you in

17    here speak Mandarin? Yeah, one of you. So the rest

18    of us are at a disadvantage, aren't we? Because when

19    it comes to negotiation, if we're not speaking the

20    language they speak, are we going to win or are we

21    going to lose?

22         AUDIENCE: We're going to lose.

23         MIKE SCHREINER: Every time. Okay. So

24    we've got to move into that. So this weekend, though,

25    I want to create a learning environment for you all in

**FTC-SP-000209**

1    here.  And this is what I mean by a learning

2    environment.  Is there negativity outside these

3    ballroom doors, yes or no?

4            AUDIENCE:  Yes.

5            MIKE SCHREINER:  Yes, right?  In fact, think

6    about it.  One of the greatest tools that we have

7    access to I think is also one of the worst tools we

8    have access to, the internet.  There's a lot of crap

9    online, yes or no?

10           AUDIENCE:  Yes.

11           MIKE SCHREINER:  Holy cow, right?  How many

12    of you in here have seen stuff online that you know

13    for a fact is not true but you can't do anything about

14    that?  It happens all the time, doesn't it?  In fact,

15    I think the internet has given a lot of bullies a

16    place to hide because they don't have to attach their

17    name and their face to anything.

18           Has anyone ever been a part of cyber

19    bullying?  Yes or no?  Yeah.  And I'm telling you all

20    right now, too, when it comes to your businesses, you

21    need to be prepared for this stuff because you'll see

22    it all the time.  People will complain about stuff

23    online before they even come to you to fix the

24    problem, but that's what they want to do, right?  They

25    want to wave -- raise that they want to get that

1    notification. I don't know what it is about them,

2    but, in fact, one of the worst people out there, one

3    of the worst companies out there, is the BBB. You

4    guys know what the BBB is? Yes or no?

5          AUDIENCE: Yes.

6          MIKE SCHREINER: You guys understand that's

7    a for-profit organization? If you ask me, I think

8    they're extortionists. And here's why I say this.

9    How many of you in here have ever heard of Wolfgang

10    Puck? You guys heard of Wolfgang Puck? Huge

11    restaurateur, right? He had an F rating with the BBB.

12    Never even had a complaint. But the reason is, just

13    like a lot of us, we won't play their games. He would

14    not pay their fees. In fact, there's been dozens of

15    news stories done about those guys, but he's never

16    even had a complaint. But he won't play their games,

17    so he has an F rating.

18          Ford truck, the number one selling truck in

19    the country, worst rating with the BBB. I mean, you

20    guys want some fun, go and Google your church. You'll

21    be amazed what people say about that, right? In fact,

22    so, as we started getting into business, I knew

23    working for a garage isn't what I wanted to do, but I

24    (inaudible) money to actually start buying garages.

25          Now, one of the shops that I own, we had a

1    customer come in, long-time customer, and my guys did

2    a transmission service on his car. Now, here's the

3    problem. The car had over 130,000 miles. Does

4    anybody know much about mechanics? Okay (inaudible).

5    Okay, so you know transmission fluid as a whole is a

6    detergent. Well, the only thing keeping his gears

7    sticking together was the old fluid. He'd never had a

8    service done before.

9           Now, it was my guys' -- my guys' bad. They

10   did not have that guy sign a disclaimer saying that

11   his transmission may go out with the new fluid. They

12   didn't have him sign that. Sure enough, they did a

13   full service on that. Two days later, his

14   transmission grenaded, right, because the only thing

15   that's keeping those gears together was the old

16   transmission fluid. That new fluid cleaned out all

17   the gumminess, and it just blew out that transmission.

18          Where do you think the first place he went?

19   Oh, he went to Yelp, and he left a horrible review.

20   Well, I saw it. Then he contacted the shop, and I was

21   actually there doing some review of the quarterly

22   paperwork with my manager. And I'm the one who

23   received the call. And I'm, like, look, I'm really

24   sorry, you're right, they didn't have you sign a

25   disclaimer, they should have made you aware, I'll send

1    a tow truck right now, we'll take care of that, we're

2    going to replace your transmission.  So I replaced

3    with a new transmission.

4         Now, here -- I'm telling you this even when

5    it comes to your Amazon stores, guys.  Do not try to

6    leverage your customers.  I didn't go to him and say,

7    hey, look, I'll tell you what, you go on to Yelp and

8    change your review, and then I'll fix your

9    transmission.  And don't do this with your customers

10   either.  If they complain about a product, you'll say,

11   hey, look, I'll tell you what, change your review on

12   my store, and then I'll take care of the problem,

13   because what do you think the next comment is going to

14   be on your store?

15        AUDIENCE:  (Inaudible).

16        MIKE SCHREINER:  This guy says that if I fix

17   this then he'll give me -- you know what I mean?  So

18   don't do that.  So we fixed it.  I just replaced the

19   transmission.  A week after, I did a followup with

20   him, and I called him.  And I said, hey, how's that

21   transmission going.  He says awesome.  He says, in

22   fact, I looked in there, and you guys put a new

23   transmission.  I thought you'd just put a used one in

24   there.  He said, you guys actually replaced it with a

25   new one.  He says, thank you so much.  I said, you

1     bet. I said, so you would agree we took care of you,

2     yes? And he says absolutely. I said, awesome, would

3     you please now go back onto Yelp and change your

4     review. What do you think he said?

5            AUDIENCE: (Inaudible).

6            MIKE SCHREINER: No. I was, like, what do

7     you mean, no? I said, you just said we took care of

8     you. He says, yeah, but I think people should know.

9     So even if you take care of people, you think they're

10     still going to complain? Yes or no?

11           AUDIENCE: Yep.

12           MIKE SCHREINER: Guys, haters are going to

13     hate, right? And you'll see that you -- it's funny,

14     too, because we'll do some searches this weekend as we

15     go through some of these Amazon stores, and you'll see

16     people are going to be, like, worst product I ever

17     bought, overpriced, and broke the first day I had it,

18     two stars. And then you'll see, oh, I love this

19     product, I recommend it to everybody, three and a half

20     stars. People are funny, right? But when you start

21     winning, people are going to want to come after you.

22         Here's the thing, guys. One of my -- one of

23     my friends says this all the time: dogs do not chase

24     parked cars. When you win and you're killing it,

25     people want to pull you down. Some of us have that in

1    our lives, right?  We hang out with crabs in a bucket,

2    don't we?  Right?  Or we're listening to fleas in a

3    jar, right?  I see a lot of you with blank stares.

4         All right.  How many of you ever heard the

5    phrase "crabs in a bucket"?  Only a few.  Okay, so

6    let's talk about this so that we're all on the same

7    page.  Has anyone in here ever gone crabbing before?

8    Oh, okay, so you all know when you crab you put one

9    crab in the bucket, you better put a lid on it, right,

10   because you know that crab's going to climb out.  As

11   soon as you get more than two crabs in that bucket,

12   you can leave the lid off there, no crabs will ever

13   get out.  And here's why.  As soon as one crab starts

14   climbing up the side, the others reach and

15   (demonstrating) pull it right back in.  Some of us

16   hang out with people like that in our lives, don't we?

17        Now, the fleas in a jar, that one's a little

18   different.  I know a lot of -- a lot of people have

19   heard of this one.  This was actually a test done by

20   scientists.  One of my friends, Jack Christiansen, did

21   the same test, just to prove it out.  So you get a

22   bunch of fleas and you put them in a Mason jar and you

23   put the lid on the jar.  Well, for a couple seconds

24   after you put that lid on, you hear ping-ping, ping-

25   ping, ping-ping, ping-ping-ping.  Granted, those fleas

1    are trying to jump out; they're hitting the lid.

2              After a couple seconds, the pinging stops.

3    The reason it stops is those fleas have jumped and hit

4    their head, it hurt (inaudible) right?  So, like, I'm

5    not jumping that high next time.  As soon as that

6    pinging stops, we can actually take the lid off the

7    jar; not one flea will ever jump all the way out into

8    (inaudible) again.  Because they had a little bit of

9    pain, now the world's open to them, and they won't

10   jump out.

11             And it kind of comes back to what I'm

12   talking about in the negativity.  Because be honest

13   with yourselves.  How many of you in this room are

14   here this weekend but you did not tell somebody that

15   was close to you, right, maybe a friend or family

16   member, you were coming to this training this weekend

17   because you didn't want to hear it from them?

18             (Laughter.)

19             MIKE SCHREINER:  Right?  Yeah.  So I know, I

20   know there's negativity out there.

21             AUDIENCE:  Yeah.

22             MIKE SCHREINER:  So let's make -- let's make

23   this agreement this weekend.  If negativity comes into

24   this room this weekend, what do y'all want me to do

25   with it?

1          AUDIENCE:  Take it out.

2          MIKE SCHREINER:  Kick it out.  I am all

3     about kicking it out (inaudible) but here's the thing.

4     I think this is one instance where people should get a

5     second chance.  See, because most of the time that I

6     have seen, negativity is just fear.  It's because they

7     don't know, right?  So instead of trying to figure

8     things out and get the knowledge so the fear is gone,

9     they just turn negative.

10          So here's the thing, guys.  When it comes to

11    business, I am as conservative as they come.  In fact,

12    those that really know me will call me a cynic.  But I

13    think there's a -- a difference between being negative

14    and being a cynic.  And the difference is how do we

15    ask our questions.  See, being a cynic is an asking

16    question:  how can I? If we do this, can that happen,

17    right?  How do we make this happen?  Negativity on the

18    other hand, that's a statement.  Oh, you can't, that

19    won't, right?  And I'll get this off the table, too,

20    because I guarantee someone will hear it:  oh, that

21    may work for him, but we're in Florida, we do things

22    differently down here.

23          Guys, if I've got -- if I'm winning my buy

24    box 90 percent of the time, 70 percent of the time,

25    I've got a product and I'm pricing it right, will my

1    products sell, yes or no?

2                AUDIENCE:  Yes.

3                MIKE SCHREINER:  So just be careful on how

4    we ask our questions.  Here's the thing, guys, if you

5    hear negativity, talk with me, talk to Mike, talk to

6    (inaudible), talk to Lily, talk with -- talk to us.

7    We'll try to turn it if we can.  If we can turn it,

8    then I am all about kicking it out, and here's why.  I

9    will not let somebody else's fear, somebody else's

10   negativity steal somebody else's dream who came into

11   this room this weekend to change their life.  Do you

12   all hear me?

13               AUDIENCE:  (Inaudible).

14               MIKE SCHREINER:  Okay.  So once we come in

15   here, let's keep it on that question note and on a

16   positive note.  Does that make sense?

17               AUDIENCE:  Yes.

18               MIKE SCHREINER:  And here's the thing, too.

19   When I show you guys what's working on Amazon, it's

20   not always my opinion, it's just the way we have to do

21   things for Amazon.  So you can either accept it or

22   fight it, but if you fight what Amazon wants, you're

23   never going to win.  Fair enough?

24               Okay, so let's just keep it on that positive

25   note, but just be careful who you are listening to,

1    who you're letting influence your decisions.  Because

2    sometimes we put more faith in people that are online

3    with no name behind it than we do the people that are

4    here to help.

5         The other side of that, too, if you have

6    questions, talk to us.  We're here to answer them.

7    We're going to tell you the truth, because, look, I

8    can run this weekend two different ways.  I can be

9    your guys' friend and your buddy this weekend, take

10    great pictures, right, rainbows, puffy clouds, right?

11    Or I can tell you how it is.  What would you all

12    rather have?

13         AUDIENCE:  (Inaudible).

14         MIKE SCHREINER:  Okay, because I would love

15    to be your mentor this weekend, but mentors aren't

16    here to tell you what you want to hear; they're here

17    to tell you what?

18         AUDIENCE:  You need to hear.

19         MIKE SCHREINER:  What you need to hear.

20    Now, I will always do this with love and respect.  I

21    think life's too short to beat around the bush.  I

22    want to be as transparent as I can with you guys, but

23    I got to set the (inaudible) straight.  Fair enough?

24         AUDIENCE:  Yes.

25         MIKE SCHREINER:  So you're all okay with

1    that?  Yes or no?

2              AUDIENCE:  Yes.

3              MIKE SCHREINER:  I just want to make sure

4    I've got all of your permissions before I go down that

5    path, okay?  But if you have questions, make sure you

6    talk to us.  Look, you all saw -- you're all in here

7    for the same reason, and I see this especially in

8    these size of rooms all the time, people start asking

9    each other, where are you getting that information,

10   and the answer from somebody sitting next to you that

11   doesn't do it either.  So make sure you're talking

12   with those of us that are in the game, okay, because

13   we're going to help you where we can.

14             So we've got three types of literacy.  How

15   many of you went to college by show of hands?

16             Okay.  So some of you have heard of the

17   study done by a man by the name -- by a guy named Dr.

18   Dill.  Now, you may not know who he is, but what he

19   did in his study -- now, I don't real -- the reason

20   why he did this study, but I love the results, because

21   what he'd been trying to prove his whole time he did

22   this is that college is big business.  But what he

23   found, though, is when we study, 10 to 30 percent of

24   the knowledge we keep is what we read, see, and --

25   what we read and see, right?  Ninety-nine percent is

1    what we say and do.

2         Now, here's the thing, guys, this weekend, I

3    cannot -- we cannot sit down with you one-on-one, list

4    your product, show you how to do that stuff, right,

5    find wholesales for you, do all that stuff. What I

6    can do, though, is have some group discussions,

7    because I believe the more you guys participate, the

8    more hands-on you are, the more you're going to

9    retain. So don't plan on just sitting back and being

10    comfortable this weekend, okay? I want you guys to

11    participate because the more you participate, the more

12    you're going to learn.

13         So we're going to have some group

14    discussions, which will even lead to more discussions,

15    because I think the more you guys participate, the

16    more you're going to learn. And if you guys are doing

17    it then it's going to stick with what you've got. I

18    don't want to just produce a bunch of educated people

19    at Amazon this week, but, look, here's my promise to

20    you all this weekend, guys. This weekend will change

21    your lives if you take action.

22         AUDIENCE: (Inaudible).

23         MIKE SCHREINER: If you don't take action,

24    what's going to change for you?

25         AUDIENCE: Nothing.

1            MIKE SCHREINER:  Nothing.  And that's a

2     promise.  But you have to be the part.  Make sense?

3     As long as you can be a part, guys, it's going to

4     come, but that's how we learn, right?  You've got to

5     participate.  So we're going to have a lot of

6     opportunities for you guys to be able to do that.

7            In fact, what I want to do now, I want to

8     start with our first discussion.  So what I want to do

9     is have a discussion, just an open-group discussion,

10    on why people are here this weekend.  So you guys tell

11    me why are you here this weekend, and there's no

12    really right or wrong answer to it.  I just want to

13    know what brought you here, what you're looking to do.

14    So you guys tell me.

15            AUDIENCE:  Change my life.

16            MIKE SCHREINER:  Change your life?  Okay, so

17    you want to make a change, right?  Now, is change

18    easy, yes or no?

19            AUDIENCE:  No.

20            AUDIENCE:  No.

21            MIKE SCHREINER:  Okay.  So it's kind of a

22    trick question, though, right?  Because I'll tell you

23    right now, change really isn't that hard.  Thinking

24    about change, that's the hard part, right?  We try to

25    think about it, and we can't get there.  The change

1    part's not that -- not that hard.  But it's our --

2    it's our habits that define us, yes?

3         AUDIENCE:  Yes.

4         MIKE SCHREINER:  Now, is it easy to change

5    our habits, yes or no?

6         AUDIENCE:  No.

7         MIKE SCHREINER:  But you have to change your

8    habits, though.

9         AUDIENCE:  Yes.

10        MIKE SCHREINER:  Yeah, and then you keep

11   doing it and doing it, and guess what, you're going to

12   keep getting what you're getting, right?  So we have

13   to -- and our habits define us (inaudible).  So we got

14   to do some change, so (inaudible).  Good.

15        What else?

16        AUDIENCE:  We want to be in control.

17        MIKE SCHREINER:  Say again.

18        AUDIENCE:  I want to be in control.

19        MIKE SCHREINER:  Okay, control.  Now, when

20   you say control, what do you mean?

21        AUDIENCE:  Control of our finance and

22   business and not be dependent upon (inaudible).

23        MIKE SCHREINER:  Okay, so just control of

24   our money, right?  Good.  Someone else not telling you

25   what you're worth.  Because (inaudible) funny, too.  I

1    remember when I was working as a mechanic, I was

2    getting 50 a year, that's what I thought I was worth,

3    until I got a raise. Right, once I got a raise, ooh,

4    I'm worth 55. I can't work for 50 a year; I'm worth

5    55. They paid me, right? But we think that, right?

6    Someone else is determining it. Good.

7             AUDIENCE: (Inaudible)

8             MIKE SCHREINER: So you mean you want to

9    travel or you want -- you want to travel? Is that

10   what you're saying?

11            AUDIENCE: (Inaudible).

12            MIKE SCHREINER: Or you want to -- you want

13   to do business worldwide?

14            AUDIENCE: Live somewhere else (inaudible).

15            MIKE SCHREINER: Aah, so you want to

16   actually live abroad.

17            AUDIENCE: Yes.

18            MIKE SCHREINER: Okay. Okay.

19            AUDIENCE: To learn how to earn (inaudible)

20   so I can raise my children (inaudible).

21            MIKE SCHREINER: Aah, it's a legacy. So how

22   about that legacy? Because she wants to learn how to

23   change her income so she can hand it down to her

24   family, right? How many of you want to leave a legacy

25   for your kids? Yeah, so, for me, it doesn't stop

1    there.  See, I want my kids' kids' kids sucking me

2    dry.  I want to build it for three generations.

3            But I think you hit on a key point.  Is it

4    Carla?  I can't see your name tag.  Is it Carla?

5            AUDIENCE:  (Inaudible).

6            MIKE SCHREINER:  Carrie (inaudible) I'm

7    sorry, your name was kind of (inaudible).  So for me,

8    I never wanted (inaudible) babies, right, trust fund

9    kids.  You guys know what I'm talking about, right?

10   Because we hear it all the time in the news, right?

11   These kids that get these trust accounts, and for lack

12   of a better term, they piss that money away, and then

13   they end up suing each other over what's left, don't

14   they?

15          I never wanted that for my kids.  Here's the

16   cool thing.  If something was to happen to me and my

17   wife today, my kids could not only take over the

18   business, but they could grow (inaudible).  My oldest

19   is 17, that's my daughter, then I got three boys --

20   14, 12, and my little guy just turned nine.  But every

21   one of them they do business.  That's the kind of

22   legacy I want to hand down.  That's awesome.  Good.

23         What else?

24         AUDIENCE:  (Inaudible) not depend on the job

25   market, have the residual income that doesn't depend

1     on our job market.

2           MIKE SCHREINER: Good. Not depend on the

3     market. See, that's the cool thing with Amazon. Is

4     it recession-proof? Yes or no? I say yes. When the

5     economy sucks, where do people go to shop?

6           AUDIENCE: Amazon.

7           MIKE SCHREINER: Amazon, because they're

8     looking for what?

9           AUDIENCE: The lowest price.

10           MIKE SCHREINER: Deals, right? When the

11     economy is awesome, where do people go to shop?

12           AUDIENCE: Amazon.

13           MIKE SCHREINER: Amazon, because they want

14     what?

15           AUDIENCE: Deals.

16           MIKE SCHREINER: They want deals and

17     convenience. Haven't you noticed that when the

18     economy is screaming good, most of the prices that

19     people are buying on Amazon, you can really go to a

20     store and get it for that same price? But why are

21     people buying from Amazon?

22           AUDIENCE: (Inaudible).

23           MIKE SCHREINER: Yeah, I mean, I don't

24     really know, I don't really care either. The fact

25     that they're doing it, I just want to take part in it,

1    right?  So it doesn't matter what the economy is

2    doing.  People are still buying online all the time.

3    Good.

4              AUDIENCE:  (Inaudible).

5              MIKE SCHREINER:  Improve your business?

6    Okay.

7              AUDIENCE:  I want my business to operate

8    (inaudible).

9              MIKE SCHREINER:  And this is why we avoid

10   brick-and-mortar stores, right?

11             AUDIENCE:  Yep.

12             MIKE SCHREINER:  First of all, are brick-

13   and-mortar stores working?  Yes or no?

14             AUDIENCE:  No.

15             MIKE SCHREINER:  No.  I mean, we see them

16   shutting down, right?  Strip malls are half-vacated,

17   right?

18             AUDIENCE:  Yep.

19             MIKE SCHREINER:  So that's where we want to

20   put our eggs, right, because your reach is only that

21   area, where online we've got worldwide access.

22             AUDIENCE:  (Inaudible).

23             MIKE SCHREINER:  Okay.  So not being

24   dependent on what the market brings, okay.

25             What else?  Anything else?

**FTC-SP-000227**

1          AUDIENCE:  To make money (inaudible).

2          MIKE SCHREINER:  Yeah.

3          AUDIENCE:  Passive.

4          MIKE SCHREINER:  That's a big one, right?

5     Not trading time for money anymore, right?

6          AUDIENCE:  (Inaudible).

7          MIKE SCHREINER:  Huh?

8          AUDIENCE:  (Inaudible).

9          MIKE SCHREINER:  Yeah.  Well, and that's the

10    thing, too, guys.  You understand, money is not going

11    to solve all your problems.  But if you could write a

12    check, how many of them would still be problems?  Now,

13    here's the thing, though.  Money is just the means.

14    You understand that, right?  It's not going to make

15    you a better person.  It's what you do with it.  See,

16    money's just going to emphasize or make bigger what

17    you are.  You've got -- if you're a good person,

18    you've got a lot of money, you can do some great

19    things.  But if you're a jerk and you've got a lot of

20    money, you're just going to be a bigger jerk.

21          (Laughter.)

22          MIKE SCHREINER:  Right?  So that's why we

23    don't chase after the mighty dollar either.  Good.

24          What else?  Anything else?

25          AUDIENCE:  Freedom.

FTC-SP-000228

1        MIKE SCHREINER:  Say again.

2        AUDIENCE:  Freedom.

3        MIKE SCHREINER:  So what do you mean by

4    freedom?

5        AUDIENCE:  (Inaudible) not have to go to my

6    job and without (inaudible).

7        MIKE SCHREINER:  So you're talking more time

8    freedom, yes?  And here's the thing about time, too.

9    Time is the true equalizer, but for a lot of people,

10   it also is their number one excuse.  But here's what I

11   mean by the true equalizer.  Just because I make more

12   money doesn't mean I get more time.  Look, everyone in

13   this room has got 24 hours in a day.  And none of us

14   in this room know how many of those 24-hour days we

15   have left, but it's what are we doing with those 24

16   hours we were given.

17       How many of you in here by show of hands

18   could dedicate an hour to an hour and a half of your

19   day to running your business every day?  Yeah.  And if

20   your hand's not in the air, then my suggestion to you

21   is to turn off your cable television.  Because where

22   are we spending our time?  Does that make sense?

23   Guys, we all have the same amount of time, right?

24   Just because -- the successful, we don't get more

25   time.

1          AUDIENCE:  Actually, I just wanted

2    (inaudible) I wanted him to be able to not have to

3    work as hard as I did and (inaudible).  And I want him

4    to see the (inaudible) that I had (inaudible) take him

5    through those things and (inaudible).

6          MIKE SCHREINER:  Yeah, and a lot of that

7    comes back to, too, Roy, is, you know, learning on

8    your own or learning from somebody else's mistake.  Am

9    I right?

10         AUDIENCE:  Right.

11         MIKE SCHREINER:  Right.  There's no reason

12    in the world any of you should make the same mistakes

13    that I or my mentors have made.  Right?  And, in fact,

14    one of my good friends, he always says metrics take

15    years in experience and compress them into hours of

16    execution.  Because you're right.  It's just learning

17    how to avoid the same pitfall that you've fallen into

18    without having to fall into those pitfalls.  Yeah.

19    Yeah.  You know, and a lot of times, we just may not

20    know a better way.  So that's why we do these.  I

21    (inaudible).

22         But family is a big one for me, too, because

23    that's what I wanted.  I wanted to make sure that my

24    kids would always have something they could deal with.

25    My kids go to prep school, right?  My kids have to pay

1   for that school. That's something I learned from one

2   of my mentors. My kids want to go those type of

3   schools, they're paying for it. So they know that

4   now. What do you think is going to happen when they

5   want to go to college. Same thing, right? But they

6   know they've got to have their businesses in place to

7   take (inaudible), and we'll talk more about that as

8   well.

9          Good. Anything else? Any others?

10         This is a really good list. In fact, let me

11  ask you this, just looking at some of your faces. How

12  many of you right now don't even know what you don't

13  know or even know where you could answer this

14  question? Yeah? Okay, because I've seen that from a

15  lot of you, too, but that's okay, you know, this was

16  really good, guys. And this actually helps me figure

17  out some of the things we can talk about as well.

18         In fact, a lot of times what we see when it

19  comes to these why's, we see some of the bigger

20  reasons. And you guys have all talked about it, too.

21  Number one, get out of that bad debt, right? And we

22  got it again, that bad debt is killing you. But,

23  again, I want you to get into as much good debt as you

24  possibly can.

25         Debt's kind of a funny thing, though, isn't

1    it?  Let me ask you this.  How many of you in the room

2    have heard of Suze Orman?  David Bach?  How about the

3    grandfather of them all, Dave Ramsey?  You guys have

4    heard of them, right?  What is their job?

5                AUDIENCE:  (Inaudible).

6                MIKE SCHREINER:  Their job is to keep the

7    middle class what?

8                AUDIENCE:  Freedom.

9                MIKE SCHREINER:  Yeah, safe, right?  The

10   middle class.  Our job is to push you to the next

11   level.  So, again, I want to get you in as much good

12   debt as we can, but we've got to get rid of that bad

13   debt.  Number two, secure future and retirement.  We

14   all talked about that as well, right?  You guys want

15   to be able to have your time, be able to walk away

16   from your job.  I'll tell you, there was not a better

17   day in the world then when I could fire my boss.

18                That was the coolest thing ever, when I

19   could walk in and say, like, I'm (inaudible) and

20   you're out of here, I don't need your service anymore,

21   right?  In fact, one of my very good friends, when he

22   started doing his business like this, it was so funny,

23   he was a police officer in L.A.  And he said -- he

24   went into his captain's office, sat down, and says,

25   look, I appreciate the last couple of years and all

1    the work we've done for you, but I am no longer in

2    need of your services.  I've got to let you go.  And

3    his captain's like, what?  I'm telling you, guys,

4    there's nothing better.

5         Get out of the rat race.  How many of you in

6    here by show of hand do love your jobs?  Four or five

7    of you.  All right, so the rest of you, then that's

8    what you want to do, right, get out of that rat race,

9    right?  Become your own boss?

10        Number four, though, improve our lifestyles.

11   Here's the thing, guys.  Is it okay to improve our

12   lifestyles, yes or no?

13        AUDIENCE:  Yes.

14        MIKE SCHREINER:  Look, I'll be the first to

15   admit nobody needs a $200 writing pen.  I get it.

16   Right?  Nobody needs a $500 pair of shoes.  Nobody

17   needs a $3,000 suit, right, that makes us look a

18   little bit thinner as we get older and bigger, right?

19   I completely understand.  Nobody needs to drive a

20   house.

21        But here's the thing, guys.  If we are

22   making money hand over fist, do we win, win, win

23   deals?  And that's all I'm going to teach you all to

24   do this weekend.  And here's what I mean by win, win,

25   win.  I'm manufacturing my whole service, they need to

1    win.  I need to win, but I want the people behind my

2    products winning as well.  We're going to get good

3    products for a great price.  Make sense?

4          But if we're doing -- all we do is win, win,

5    win, win deals, and we're taking 10 percent off the

6    top and giving it to whoever it is you believe in,

7    that this is what you want to spend the rest of your

8    money on, is that okay?  Yes or no?  Yes or no?

9          AUDIENCE:  Yes.

10         MIKE SCHREINER:  Guys, stop listening to

11   broke people.  Now, look, I'll use that term a lot

12   this weekend, but when I say broke, I don't mean

13   financially broke.  What I mean is mindset.  I know a

14   lot of wealthy people that still have a broken

15   mindset.  I also know a lot of financially challenged

16   people that have a very wealthy mindset.  Their

17   (inaudible) camp just hasn't caught up with it yet.

18         You want more, guys, there's nothing

19   stopping you but...

20         AUDIENCE:  You.

21         MIKE SCHREINER:  You.  Financial freedom.

22   You guys (inaudible) money, my time back, right?  And

23   I hear it all the time, too.  People say, oh, I want

24   financial freedom.  My question usually is what does

25   it mean?  Most of the time the response is I don't

FTC-SP-000234

1    know, but it sounds good, right?  My favorite

2    definition of financial freedom comes from Tony

3    Robbins.  He says doing what you want when you want

4    with whoever you want for however long you want to do

5    it for, no debate.  Right?  It's to be able to do what

6    you want when you want with whoever you want for

7    however long, no debate.

8           And I'll tell you what, so my family, we are

9    big skiers, right?  Wakeboarders.  I love -- I'm a

10   wakeboarder.  I'm a wakesurf guy.  My guys love to

11   kneeboard, too, right, wakeboard, all that stuff.  So

12   we spend our summers on the lake.  And this is what I

13   mean.  How many of you in here by show of hand have

14   been on a vacation in the past for a week, two weeks,

15   two months, however long, and at the end of that trip,

16   you or the person you were with said, man, I wish we

17   could stay for a couple more days?

18          That's what I mean, guys.  Because I told

19   you, my -- my family, we're big boarders, right, so

20   we're up at our cabin.  So I live in Utah.  Our cabin

21   is up at Bear Lake.  It's on the border of Utah and

22   Idaho way up in the mountains.  We were up there for

23   three weeks last summer, and the weather held.  Up in

24   the mountains, it doesn't always hold that long.  So

25   the weather held, and my kids were like, Dad, can we

1  stay for another week?  The weather's still good,

2  we're not done playing.  And I said, yep.

3      See, I didn't have to call my boss to see if

4  I could get released for another week.  I had to call

5  Bob to see if he could fill in for me while I was out

6  with my family, and I can say yep.  Because, again,

7  where does my business operate?

8      AUDIENCE:  Online.

9      MIKE SCHREINER:  Online.  So every night, we

10  go back to the cabin, I can log on, make sure

11  everything's good, and then I'm back to playing

12  because I've got other people taking care of it so I

13  don't even have to.  But I can do what I want when I

14  want with whoever I want, no debates.

15      And then, finally, number six, turn it into

16  a money-making machine.  Guys, we make money coming,

17  and we make money going.  My life is like one big

18  Monopoly game, so much fun.  Is it okay to have fun in

19  business, yes or no?

20      AUDIENCE:  Yes.

21      MIKE SCHREINER:  Now, if you're not having

22  fun, guys, you're doing it wrong or for the wrong

23  reasons, right?  So we've got to figure out what our

24  reason is.  So some of you, and it may be an

25  education, you know that's how I teach, you've already

1    seen it (inaudible). I'll mention content and the

2    context. Content and context, because that's how we

3    learn, right? In fact, now, a lot of times in

4    ballrooms, what I'll do when I do these events is a

5    lot of times they'll have pitchers of water and

6    glasses on the table. This ballroom's not -- these

7    guys aren't set up to do it that way, but what I'll do

8    is I'll take an empty glass and that pitcher of water.

9    Now, that glass is going to represent your (inaudible)

10   on Amazon. And I don't mean empty-wise, I just mean

11   size-wise. But I've got a whole pitcher of water of

12   information I've got to teach you this weekend.

13   Here's the problem. If I can't expand the glass, if I

14   can't expand this, and I start pouring that

15   information in, what's going to happen? Yeah

16   (inaudible) flow. So I have to spend -- that's why we

17   spend so much time on this this morning, because if I

18   can't expand this, I can't get that information in.

19   It's just going to overflow and nothing's going to

20   stick. Make sense?

21        AUDIENCE: Yeah.

22        MIKE SCHREINER: Which is why I'm spending

23   so much time on that this morning. In fact, this will

24   actually take me right to our next discussion I want

25   to have you guys, which is I want to discuss the

1　difference of the mindset of the investor versus the

2　employee.  When I say mindset, I don't mean what they

3　do differently.  What I want to know is how do they

4　think differently.  So you all tell me -- in fact, let

5　me ask, how many of you here by show of hands own your

6　own business?

7　　　　　Good, this will be a good one.  All right.

8　So you guys tell me, what's the difference between the

9　investor mindset versus the employee's?

10　　　　　AUDIENCE:  I don't have a glass ceiling.

11　　　　　MIKE SCHREINER:  Say again.

12　　　　　AUDIENCE:  I don't have a glass ceiling.

13　　　　　MIKE SCHREINER:  As an investor?

14　　　　　AUDIENCE:  Yeah.

15　　　　　MIKE SCHREINER:  Okay.

16　　　　　AUDIENCE:  Employees need the time

17　(inaudible).

18　　　　　MIKE SCHREINER:  Yep, they trade time for

19　money.

20　　　　　AUDIENCE:  Risk versus reward.

21　　　　　MIKE SCHREINER:  Okay.  So the employees

22　look at the risk; the investor looks at the reward.

23　Now, here's the (inaudible).  Is there risk in

24　business, yes or no?

25　　　　　AUDIENCE:  Yes.

1           MIKE SCHREINER:  Yes.  Here's the thing,

2      guys.  Everything we do is calculated.  Look, I never

3      get into a product line that I'm guessing, I'm

4      thinking, I hope I'm going to make money on it.  I

5      know what every one on my products are going to do the

6      minute I do that purchase order or I won't buy it.

7      You can't guess.  So there's risks, don't get me

8      wrong, but it's all (inaudible).

9           Good.  What else?

10          AUDIENCE:  (Inaudible).

11          MIKE SCHREINER:  Hmm, awesome.  That's one

12     of my favorites, right?  Investors only care about one

13     thing but employees always only look at one thing.  It

14     doesn't matter what it costs.  The only thing that

15     investors care about is what am I going to make.  Does

16     it take money to make money in this business, yes or

17     no

18          AUDIENCE:  Yes.

19          MIKE SCHREINER:  Yes.  And I pity the person

20     that says it doesn't.  But nowhere will you ever hear

21     me say it has to be what?  Your money.  But here's the

22     thing, how many of you in the room would pay 18

23     percent for your money by a show of hands?  So three

24     people.  All right, I'll bet I can get every hand up.

25     How many of you here would pay 18 percent for your

1    money if you're going to make $50,000 off of it?  See
2    what I'm saying?  This, for a lot of you all, is going
3    to be one of the hardest things, is getting past that
4    cost.  That cost as an employee mindset is a consumer
5    mindset.  I don't care what anything costs me.  I only
6    care what is it going to make me.  And if you can't
7    get past this, business is not for (inaudible).
8    Because if you're going to purchase or (inaudible) lay
9    out $100,000, the employee, that consumer, all they're
10   looking at is $100,000.  I'll spend 100 grand every
11   day knowing that I'm going to make three-quarters of a
12   million.  It's never what it costs, guys.  The only
13   thing that ever matters is what is it going to make.
14            And it's funny when I say 18 percent.
15   That's cheap.  Does anybody here watch Shark Tank?
16   Awesome.  Great show, right?  I'm not promoting it,
17   but it's a great show.  It's great for employees.  I
18   mean, that mindset, right, for an investor is awesome.
19   It's all (inaudible) right?  Those guys are going onto
20   that show to get the sharks to do a deal with them
21   because they're lacking what?
22            AUDIENCE:  (Inaudible).
23            MIKE SCHREINER:  Capital.  And the sharks,
24   their minimum that they take is generally 30 percent
25   of the business, not of their profit, of their

1    business.  You think 18 percent is expensive?

2    (Whistles).  Guys, we got to get our capital up.  But,

3    again, it's never what it costs; it's only what is it

4    going to make.  You've seen it, right?  Cuban is one,

5    he'll jump on those deals, he'll throw out millions of

6    dollars every day, knowing that he's going to make

7    millions of dollars.  That's all they care about is

8    their return, don't they?

9         In fact, you guys don't watch that show a

10   lot, the first thing they do is they throw out the

11   numbers, and then they base them off of their

12   evaluation, don't they, right?  But that's what

13   they're looking at is you're saying your company's

14   worth this; show me why, because they just want to

15   know what they're going to get out of it.  They don't

16   care what it costs.  They just need that validation.

17   So it's never what it costs; it's only what is it

18   going to make.

19        Good.  What else?  And, again, we're just

20   looking for what they think (inaudible).

21        AUDIENCE:  Investors create the jobs, and

22   the employees do the job.

23        MIKE SCHREINER:  Yeah.  Yep, investors

24   create opportunities, and employees do the work.

25        AUDIENCE:  Employees are thinking about the

1    week, when the investor thinks further down the road.

2           MIKE SCHREINER: Yeah. Yeah, they're

3    working for the weekend, aren't they? Yep. And I'll

4    -- I'll do this. I'm going to call it short-term

5    versus big picture, because investors, we're always

6    looking at the bigger picture. But, yeah, employees

7    are like, oh, I'll just work for this paycheck, or

8    I'll work for this whatever.

9           AUDIENCE: (Inaudible) versus employee

10   (inaudible).

11          MIKE SCHREINER: Okay.

12          AUDIENCE: For the investors to make more in

13   an hour than an employee.

14          MIKE SCHREINER: So I'm going to put

15   leverage. I'm going to put trade time. Because, in

16   essence, that's what we do, is we leverage everybody

17   else. We still put time into it. Look, here's the

18   thing, guys, you will never hear me say this weekend

19   that this is easy. Is there some work involved, yes?

20          AUDIENCE: Yes.

21          MIKE SCHREINER: Well, you got to do your

22   (inaudible). Okay, money's not going to fall out of

23   the sky, but I will say this is a lot easier than what

24   you're all doing right now, because that's what it

25   comes down to. Good.

FTC-SP-000242

1          Anything else?

2          AUDIENCE:  Investors look at the asset

3  column, and the employees look at (inaudible).

4          MIKE SCHREINER:  Yes.  She said that

5  investors look at the asset column, and employees look

6  at the their income statements.  And are you a

7  business owner?

8          AUDIENCE:  Used to be.

9          MIKE SCHREINER:  Used to be?  Yeah, because

10  rarely do I get that answer in here.  Usually it's a

11  business owner (inaudible) training's been more

12  business owners.  But it's right, they're looking at

13  their assets.  That's what we buy as assets, where

14  employees look at their income, because too many

15  people think, oh, if I've got the cash, that makes me

16  wealthy, but that's not it.  It's the assets that make

17  our wealth.

18          Now, here's the other thing, too, guys.

19  Well, we'll talk about this a little bit later, but,

20  yeah, it is, it's about that asset (inaudible).

21  Awesome.

22          AUDIENCE:  (Inaudible) off their asset

23  column (inaudible).

24          MIKE SCHREINER:  Yeah, and they're just

25  like, great, I can spend more money now.  They're not

1    buying the assets. They're just spending more money.

2    Good. Anything else?

3         AUDIENCE: Investors think on his -- how

4    long his (inaudible) versus the employees would think

5    how long am I (inaudible).

6         MIKE SCHREINER: Yes. Did you guys hear

7    what he said? He said the investor looks at it and

8    says, how long will my product line last, where the

9    employees look at how long will I last. Because

10    there's no guarantees, is there?

11         In fact, I had two brothers come to my

12    training. Now, these guys are both firefighters in

13    Boston. Okay, now, they were at different houses.

14    One was a chief; one was a captain. Now, I have a lot

15    of my mentors and a lot of my good friends who are

16    firemen and they're police officers, right? Now, when

17    it comes to firemen, does anybody in here know a

18    fireman, by show of hands? Okay. So every fireman I

19    know, a lot of my mentors that are firemen, they've

20    had to work two jobs. But the reason that they become

21    firemen, number one, they love what they do, but

22    number two, they know they can retire with an early

23    pension, right?

24         So here we are in Boston, and the chief,

25    right, got called into a meeting with the City of

1    Boston.  The Mayor stood up and said, effective

2    immediately, pensions are gone.  Done.  Nothing you

3    can do, no argument to be (inaudible).  That was it.

4    That's why they came in (inaudible) because they had

5    to find a better way to do this.  But that's what it

6    comes down to.  Even though you may think that you're

7    in some pure environment, you're still being

8    (inaudible) that somebody else is controlling.  And it

9    kind of goes back to what I said earlier.  Say your

10   name's on the front of the check, you're not in

11   control.

12            Good.  Anything else?

13            Are y'all guys okay if I take my jacket off?

14            AUDIENCE:  Yes.

15            MIKE SCHREINER:  Yes.

16            AUDIENCE:  (Inaudible).

17            MIKE SCHREINER:  Yeah, it's -- it kind of

18   (inaudible) on the ownership side of it, right?  So

19   let's do that because that's -- that, I think, is one

20   of the biggest differences is the investor will take

21   ownership.

22            And the employee is just the employee.  I

23   mean, I don't know another way to put that.  They just

24   -- they don't take ownership (inaudible), right?  And

25   they don't want the ownership.  And that's the thing,

1    too.  You'll see people in your lives, guys, that they

2    see the bigger picture, and then you move with them.

3    If they don't, you can't make (inaudible).  Right?

4            So we either got to get -- guys, I've had

5    businesses where I've had employees, and those that

6    see the bigger picture, those that take ownership,

7    they're the ones that are promoting to manager,

8    general manager, right, CEO, CFO.  Those that don't,

9    you're never going to make it to (inaudible).  Right?

10           Some of us have that mindset that we're

11   going to be employed for the rest of your life, and

12   that's what they do have.  A lot of that comes from

13   the way we were raised, right?  Rarely do we step out

14   of what we know.  And think about it, if your parents

15   didn't go to college, chances are you're not going to

16   college.  If your parents worked their whole life

17   working 9:00 to 5:00, guess what you're going to do.

18   Rarely do we step out of that.  It happens, and I know

19   I'm preaching to the choir because you all are here,

20   but rarely does that happen.  And that's the thing,

21   it's once they get that mindset, there's nothing you

22   can do to change that.

23           AUDIENCE:  Because they have the fear, you

24   know, it's like -- like (inaudible) but I'm not

25   (inaudible) help you.  I'm, like (inaudible).

FTC-SP-000246

1      MIKE SCHREINER:  Yeah.  And it's --
2   employees face a lot more fear that they put on
3   themselves than is really there.  Is there some fear
4   in business, yes or no?
5      AUDIENCE:  (Inaudible).
6      MIKE SCHREINER:  Yeah.  You think there's
7   fear when you start doing your first -- guys, first
8   time -- the first time you do a first product order
9   for 40, 50 grand, you're going to lose your mind.
10  But, again, if the numbers work, that's what gets rid
11  of our fear, right?  Knowledge is what's going to
12  dissipate all of our fears.  But if you don't know,
13  you don't know.
14      And too many people let that fear just
15  paralyze them.  Right?  And how many of you have heard
16  of analysis paralysis?  Yeah.  And that's -- that,
17  again, a lot of times comes down to that employee
18  mindset because that's why, they want to analyze
19  everything and make sure because they know they'll
20  never take the step.  You got to get past that.
21      AUDIENCE:  (Inaudible) me all the time, as
22  an employee, you work the environment and you come up
23  with this great idea, and then if you (inaudible) then
24  you've lost it in a company as now (inaudible) idea
25  and made it their own.  (Inaudible).

1    MIKE SCHREINER:  And it works on both sides.

2    Now, here's the thing, and this is why I say this,

3    this is why I say it.  There's a lot of business

4    owners still that I know that still have that employee

5    mindset.  And for -- and maybe somebody brings it to

6    me, we'll use it as a business, but I make sure

7    everybody knows, this is where we learned it from,

8    because I'm -- I don't have to have that pat on the

9    back, but a lot of those employers still have that

10   employee mindset, so they want to be like, oh, look

11   what I did, as opposed to look what we learned from

12   this person.

13   But you're right, that's one of the --

14   that's one of the biggest things, right, is where did

15   the idea come from.  And I'll take ideas from

16   everybody else I possibly can.  I always tell my kids,

17   in business, we cheat.  In school, you can't do that.

18   This is what I mean by cheating.  I'm not saying I

19   cheat (inaudible).  But here's what I mean by

20   cheating.  I don't have to figure this stuff out.  I

21   don't have to reinvent the wheel.  I just find those

22   that are already successful, and then I just do what

23   they do, right?

24   Guys, success leaves clues.  Warren Buffett

25   says it all the time, right?  Success leaves trails.

1    You just got to follow it.  In school, my kids can't

2    just say, like, oh, they put an A so I'm going to put

3    an A for this.  But in business, they put an A on it,

4    I'm going to put an A.  Make sense?  Okay.  That's

5    what I mean by cheating, too.  I want to clarify that.

6         So I think that there's two types of

7    employees, just like I think there's two types of

8    business owners.  How many (inaudible) here when it

9    comes to this as well.  Right, when we talk about that

10   investor mindset, we talk about the business mindset,

11   there's two types -- see, we've go the two types of

12   employees.  The first type of employee, I know most of

13   you in here are like, right?  You were taught that you

14   go to school; you get a degree; you go find a job; you

15   work for that job for 34 years; you retire and that

16   (inaudible) pension.  Is that today's world, yes or

17   no?

18        AUDIENCE:  No.

19        MIKE SCHREINER:  No, but we're still

20   teaching it, aren't we?

21        AUDIENCE:  Yes.

22        MIKE SCHREINER:  Now, the other type of

23   employee, I know none of you in here are like, but

24   that's the kind of employee that sits around all day

25   and complains, right, how they should get paid more,

1    right, how they should have a better benefit package.

2    Heck, they've got the best ideas, they should be

3    running the company, right? But you know at 5:00, as

4    soon as that bell rings, okay, I'm one of the first

5    ones out the door (inaudible). And you're like, wait,

6    come back, I thought you were going to run the

7    company, right?

8              But I also think there's two type of

9    business owners, two types of investors. I think

10   there's an S investor and a B investor. In fact, let

11   me ask, by a show of hands again, how many of you have

12   your own business? Okay, leave your hands up for me.

13   What's your business?

14             AUDIENCE: (Inaudible).

15             MIKE SCHREINER: Remodeling company?

16   Awesome.

17             Cell phone store?

18             AUDIENCE: (Inaudible).

19             MIKE SCHREINER: I've seen the shirt.

20   That's awesome. Cool.

21             AUDIENCE: Online education.

22             MIKE SCHREINER: Online education? So more

23   -- not -- not the traditional one, right?

24             AUDIENCE: Not the traditional one.

25             MIKE SCHREINER: Awesome.

1          AUDIENCE:  (Inaudible).

2          MIKE SCHREINER:  (Inaudible)?

3          AUDIENCE:  (Inaudible).

4          MIKE SCHREINER:  Oh, hair, okay.

5          AUDIENCE:  (Inaudible).

6          MIKE SCHREINER:  Leather upholstery

7  (inaudible).  Good (inaudible) okay, I've got

8  (inaudible).

9          AUDIENCE:  (Inaudible).

10          MIKE SCHREINER:  Insurance?

11          AUDIENCE:  (Inaudible).

12          MIKE SCHREINER:  Okay.

13          AUDIENCE:  (Inaudible).

14          MIKE SCHREINER:  Life insurance, secondary

15  market?  Okay.

16          AUDIENCE:  Roofing company.

17          MIKE SCHREINER:  Roofing company.  Man,

18  that's a great one down here, right?

19          AUDIENCE:  Online education.

20          MIKE SCHREINER:  Online education, too,

21  okay.

22          A restaurant?  Ooh, I feel your pain.

23  That's a -- whoo.  I had a really good friend of mine.

24  She ran a restaurant down here for years, and used to

25  always say, she'd go, man, I'm the first one to show

1    up, right, and the last one to leave, the last one to

2    get paid.  Holy cow, yeah.  I feel your pain.

3              Anybody else?

4              What is it?

5              AUDIENCE:  (Inaudible).

6              MIKE SCHREINER:  Ooh, an (inaudible)

7    company.  Awesome.  Do you have a building, or you

8    rent (inaudible)?

9              AUDIENCE:  (Inaudible).

10             MIKE SCHREINER:  You have your own building

11   for the events?

12             AUDIENCE:  No, but (inaudible).

13             MIKE SCHREINER:  Okay, awesome.

14             Anybody else that I missed?

15             AUDIENCE:  (Inaudible).

16             MIKE SCHREINER:  Oh, okay (inaudible) okay.

17             Now, let me ask you this, all of you that

18   own your own businesses, how many of you wear multiple

19   hats in your business?  Oh, every single one of you.

20   See, you don't own the business; the business what?

21             AUDIENCE:  Owns you.

22             MIKE SCHREINER:  I didn't even have to say

23   it.  You are my S investor.  You are a sole

24   proprietor, because in your mind, nobody can do it as

25   good as you can do it.  Here's the key, guys.  The

1 minute you understand this that I'm going to teach you

2 right now, the handcuffs come off and true freedom

3 comes.  Ninety percent of your 100 percent, is that

4 still a good product, yes or no?  Yes or no?

5          AUDIENCE:  Yes.

6          MIKE SCHREINER:  That's the thing, guys.

7 Once you realize that 90 percent of your 100 percent

8 is still (inaudible) product, that's when the

9 handcuffs come off, that's when true freedom comes.

10 That's the meaning of a true B investor because you

11 leverage everybody else to do it all for you.  You can

12 do it all yourself.  You're still back there trading

13 time for money.  That's why you're wearing multiple

14 hats.

15          See, the only thing that separates an S

16 investor from a B investor is two things.  Number one,

17 the power of delegation, but number two, a system to

18 delegate it to.  Once you understand the power of

19 delegation, and then you have a system to delegate it

20 to, that's really when the chains come off.

21          Look, out of all my businesses that I own, I

22 don't have one employee.  I don't like employees.  All

23 right, we just talked about them, right?  They're

24 needy, right?  You got to worry about their feelings.

25 Who has got the time for that crap, right?  My

1    favorite people to team up with are all y'all S

2    investors because you'll do whatever it takes.  You'll

3    spend 28 hours of a 24-hour day period to make sure

4    that's done right because your name's on the line,

5    won't you?

6            AUDIENCE:  Yeah.

7            MIKE SCHREINER:  And you're my people that I

8    love to work with because I know once I turn something

9    over to you, I never have to worry about it because

10   you're going to make sure it's done right.  And this

11   comes back to what I was saying, guys.  The wealthy

12   leverage.  We get the right people in place to do the

13   things that you have to do or want to do.  And what a

14   lot of you all can't do.  Make sense?  So we've got to

15   start stepping in and we got to cross that line.

16           All right, there's three different ways --

17   three different really investment strategies.  We've

18   got the noninvestors.  This is the (inaudible) right?

19   These are the people that believe the Government will

20   support them.  How's that going to work?  You guys,

21   understand, our Government is how much in debt?

22           AUDIENCE:  (Inaudible).

23           MIKE SCHREINER:  $21 trillion.  How many of

24   you would invest in a company that said, we're $21

25   trillion in debt, but put your money with us, we fixed

1   it?  (Inaudible).  So one of my mentors did the math.
2   A trillion dollars, if you took hundred-dollar bills
3   and you stacked them on top of each other, it gets
4   almost a mile and a half high, that's 1 trillion.  $21
5   trillion, right?

6        I think the biggest scandal that's ever been
7   perpetrated on the American people is Social Security.
8   You want to talk about a Ponzi scam, there you go.
9   Because what's a Ponzi scam?  A Ponzi scam is you have
10  new money coming in to pay off old debt.  And that's
11  exactly what's happening, isn't it?  Look, we paid
12  probably hundreds of thousands of dollars into Social
13  Security.  You know how much money I plan on
14  collecting?  (Demonstrates).  (Inaudible) have Social
15  Security, good for you, you deserve it.  You've earned
16  it.  I just know it's not going to be around, right?
17  They consume everything they earn, and then you live
18  paycheck to paycheck, right?  Work to earn, work to
19  earn, work to pay, right?

20       Then you've got the middle class, which is
21  they believe in a good education, high-paying job,
22  home ownership and saving for retirement.  Okay, some
23  of you guys (inaudible).  And I when I say this, hear
24  me out before you judge me or throw something at me.
25  Savers are losers.  And I don't mean the person, I

1    mean the act.

2            Here's the thing, guys, if you're stacking

3    cash, and I know we've got so much of this mentality

4    in this state, in every state, actually, in our

5    nation, right, they've got to build their nest egg.

6    Guys, the problem with savings is every year you're

7    losing money.  You guys understand the philosophy of

8    money?  Right, those of you business owners, you know,

9    either your business is moving forward or it's going

10   backwards, right.  There's no happy middle ground.

11           Money's the same way, guys.  Your money is

12   either making money or it's losing money.  There's no

13   happy middle ground.  Those of you that have your

14   little nest egg that you're hanging onto it, here's

15   the problem with it.  If you don't move that money and

16   make it grow, that nest egg will just get smaller and

17   smaller and smaller until it's gone.

18           It's called the velocity of money.  That

19   money has to be moving for it to grow.  This is why,

20   guys, I do not believe in savings.  What we do -- now,

21   I do believe in six months of reserves.  After that,

22   everything we do is we hedge, meaning that we invest

23   in products or anything you can talk about, guys,

24   that's going to surpass inflation, that I can

25   liquidate at a moment's notice, that I can pull my

1    cash out.

2          See, if you ask me, too, I think one of the

3    biggest mistakes we made in America was when we took

4    the dollar bill off the gold standard, because it's

5    not that our money is necessarily worth less, it just

6    doesn't buy as much anymore, because they print so

7    much of it.  I mean, think about it, so in 1973 is

8    when that happened, right?  So in 1973, this is what I

9    mean by hard assets.  In 1972, if I had 25 $100 bills

10   or I had 2,500 silver dollars, in 1972, either one of

11   those would buy me a Mustang.  Today, 25 $100 bills

12   will buy me rims for a Mustang.  2,500 silver dollars

13   will buy me three Mustangs.

14          We believe in hard assets.  Something we can

15   invest our money in and we can liquidate at a moment's

16   notice, right?  And I'm not promoting precious metals

17   because that's one of the things that we use, right?

18   Gold, silver, platinum, right?  What we can buy, we

19   can hold onto, we can liquidate at a moment's notice,

20   because we have to surpass what inflation is doing.

21   This is why savers are losers, guys.  If you save

22   money, you're losing money, because the bank gives you

23   how much money return on your money that you give the

24   bank?

25          AUDIENCE:  Point-zero-zero-two.

1       MIKE SCHREINER:  Point -- if you're standing

2  at the bank and they say, oh, yeah, you give us 10

3  grand, we're going to give you (demonstrating) and

4  they start with a (demonstrating) and you're still

5  standing there and they finish, you get everything you

6  deserve.

7       The banks are the best leveragers in the

8  world.  They take your money; they take that that

9  night and turn it into thousands of dollars and they

10  give you point-crap return?  And then my favorite part

11  about these big banks is what candy do they give out

12  at every bank?  Suckers.

13       (Laughter.)

14       MIKE SCHREINER:  And the worst kind.  What

15  is -- every bank (inaudible), one brand of sucker?

16  Dum-Dums.  They tell you what they think of you the

17  minute you walk in the door.  Here's a Dum-Dum,

18  sucker.  Right?  Because we're going to take your

19  money, take a ton of money, and we're going to give

20  you point-crap return, and everyone's like, yeah!  And

21  then you say, oh, no, I've got a CD that I tied up for

22  15 years and they give me 1.2.

23       Do you guys know what inflation is right

24  now?  Anybody know?

25       AUDIENCE:  Thirty-three percent?

1    MIKE SCHREINER:  It's a little over.  Yeah,
2    the Government says it's 3.98 percent.  Can we just
3    call it 4 percent, yes or no?  So if we've got 4
4    percent inflation every year and she's getting 1.2
5    percent -- let's just say 1 percent, it means every
6    year she's what?

7    AUDIENCE:  (Inaudible).

8    MIKE SCHREINER:  Losing.  That's a loss.
9    It's not hard math.  It's just lack of knowledge.
10   Now, here's the thing, too.  Two things the Government
11   does not account for.  They don't account for food,
12   and they don't account for fuel.  When you add in food
13   and fuel, you're almost at eight and a half percent.
14   What this means, guys, any investment that you're
15   doing does not give you a greater return than eight
16   and a half percent means every year you're losing
17   money.

18   This is why we can't save our money.  It
19   just doesn't work.  You're going to lose money doing
20   that.  You've got to make it grow.  They turn their
21   money debt over to a financial expert, right?
22   Financial planners, right?  You guys know less than 5
23   percent of the financial planners in this country make
24   more than six figures?  Man, if they don't do it, how
25   are they going to get you to do it?

1    Now, here's the thing, do you think I use a

2    financial expert or a financial planner?  Yes or no?

3         AUDIENCE:  Yes.

4         MIKE SCHREINER:  Mm-hmm, I do.  I have one.

5    His name is Darius Jones, he lives in Washington

6    State.  I use him for all of my insurances.  Now, it

7    took me a while to find Darius Jones.  This is

8    something I want you guys to take to heart, too, in

9    all aspects of your business.  See, because every time

10   I sat down with these guys, I said, okay, good, I want

11   you to show me that you own what you're getting ready

12   to sell me.  Think about it guys.  Show me that you

13   own what you're getting ready to sell to me.  And more

14   times than not, I heard all sorts of excuses, right?

15   I hear stuff like, hey, the disclaimer laws, that's my

16   financials (inaudible) showing you stuff.  To me, that

17   just says they're using it as a what?

18        AUDIENCE:  (Inaudible).

19        MIKE SCHREINER:  A job, right?  When I said

20   that to Darius, I said, great, I said show me you own

21   what you're getting ready to sell me.  He sat down,

22   opened up his laptop, showed me his policy, his wife's

23   policy.  And at the time, they had two little girls,

24   their policies.  At that point, I was sold because I

25   now know not only he believes in what he was selling

1    but more importantly he can afford it.

2            I mean, think about it, guys.  Why -- why
3    would I buy my $150,000 Tesla from a guy that drives a
4    Hyundai?  And, look, I'm not saying there's anything
5    wrong with Hyundais, but it's the mindset, right?
6    Either he doesn't believe in the product, or worse, he
7    can't afford it.  Guys, just think about that.  Show
8    me you own what you're getting ready to sell me.

9            And then, finally, we've got the rich,
10   right?  The (inaudible) investors, these are shrewd
11   entrepreneurs.  Those of us that leverage other
12   people.  We're not trading time for money.  Now, don't
13   get me wrong.  You think every day I spend time on my
14   business, yes or no?

15           AUDIENCE:  Yes.

16           MIKE SCHREINER:  Yes, absolutely, because if
17   I don't, my business is going to go in the other
18   direction.  But I'm not working eight hours a day, and
19   I don't have to.  I just have to make sure the people
20   that I work with are working eight hours a day,
21   because I don't want to trade my time for money.

22           All right, so, when it comes to our
23   investments, there are some question that we have to
24   ask ourselves.  First question, what's my investment.
25   I've got to know what I'm putting up up front.  Number

1   two, what is the return on my investment.  And this

2   kind of comes back to what I was saying, right?  The

3   wealthy do not care what the cost is.  We have to know

4   what it is.  I got to know what I'm laying out.  I got

5   to know what I'm on the table for, right?  But I don't

6   care how much it's going to cost me.  The only thing I

7   care about is number two, what's it going to make.

8           Look, you guys that are doing some of these

9   big purchase orders, you start buying your product

10  lines, especially when you start doing private label

11  stuff, you're going to be laying out 50, 60, 70 grand

12  in product orders.  You're going to be doing even over

13  $100,000.  You've got to be ready.  You know what your

14  cost is, but, again, it doesn't matter what it costs.

15  The only thing we care about is what am I going to

16  make.

17          Number three, what's the upside of my

18  investment.  And here's the thing, guys, in business,

19  in these trainings, I do everything in worst-case

20  scenarios.  So if there's an upside, there's going to

21  be a what?

22          AUDIENCE:  Downside.

23          MIKE SCHREINER:  Downside.  Look, I know a

24  lot of you guys came in this room this -- this weekend

25  to make decisions with some changes for you and your

1    families.  You've got to know there's upsides and

2    there's downsides.

3          Number five, what's the best-case scenario?

4    And, again, because I live in Realville, there's going

5    to be a best case and there's going to be a what?

6          AUDIENCE:  Worst case.

7          MIKE SCHREINER:  Worst-case scenario.

8          And then, finally, number seven, how can I

9    handle the worst-case scenario.  Now, the answer to

10    the question I'm going to pose to you right now is the

11    true definer between an educated investor and an

12    uneducated investor.  So here's the question.  If you

13    cannot handle the worst-case scenario, what are you

14    going to do?

15          AUDIENCE:  (Inaudible).

16          MIKE SCHREINER:  Say again?

17          AUDIENCE:  (Inaudible).

18          MIKE SCHREINER:  Huh?

19          AUDIENCE:  (Inaudible).

20          MIKE SCHREINER:  You guys tell me.  What are

21    you going to do?  If you can't handle the worst-case

22    scenario, what are you going to do?

23          AUDIENCE:  (Inaudible).

24          MIKE SCHREINER:  Run away, right?  Don't do

25    it?  Regroup?  This is the true definer, guys.  Here

1   is the answer I want you to write in your notes.  If

2   you cannot handle the worst-case scenario, then you

3   are going to partner with or sell it to somebody that

4   can.  Now, not every deal is going to be a deal.  Not

5   every product line is going to win.  But just because

6   something doesn't fit in my business model doesn't

7   meant it's not going to fit in somebody else's.

8         For me, I told you guys, 15 percent was

9   going to excite me.  For you guys, you're going to be

10   okay, well, hey, I can make 10 percent, 12 percent,

11   I'm good with that.  Your bare minimum should be 15

12   percent.  So if I'm only going to make 10 percent on a

13   deal, it doesn't fit in my business column, it doesn't

14   mean it's not going to fit in somebody else's.  I

15   already spent the time vetting it, finding it, getting

16   it done.  I'll sell it off to somebody else.

17         Or here's the other side of that.  Let's

18   just say I'm doing a product order and I know I'm

19   going to make 40 percent on the deal, but I have to

20   come up with $100,000 for the purchase order.  I may

21   not have 100 grand.  So I'm going to bring somebody to

22   the table that has what I don't have.  I'll partner up

23   with somebody, and then I'll split my profits with

24   them 50/50.  I will (inaudible) making 20 percent

25   versus 40 percent where I don't have to bring a dime

1  to the table.

2       And, again, guys, when you bring people to

3  the table, you partner up with these people, you can't

4  be a leach.  Right?  I'm bringing the deal to the

5  table; they're bringing the money to the table.  But,

6  again, just because you can't handle the worst-case

7  scenario doesn't mean it's not a deal.  You've got to

8  be able to partner up or sell it off to somebody who

9  can.

10       But I'll tell you right now, guys, I'll take

11  10 percent of a million sells versus 100 percent of 50

12  sells.  We're looking for the volume, right?  In fact,

13  do you guys know what Walmart sells on for their

14  volume, for their -- their return?  Do you know what

15  their percentage is?  Their profit?  Does anyone know?

16       Three percent.

17       AUDIENCE:  Three percent.

18       MIKE SCHREINER:  How does a company exist on

19  3 percent, much less to be building stores everywhere?

20       AUDIENCE:  Volume.

21       MIKE SCHREINER:  Volume.  They sell the crap

22  out of everything, don't they?  They sell (inaudible).

23  I'm not a big Walmart guy, but they sure sell a lot.

24  But that's what we're looking at is the volume.  Make

25  sense?

1    All right, guys. Put these names down on
2    your paper as well. Write down Mike E., Lil, Jeff,
3    Nikki, and Terri. These are going to be your
4    consultants for the weekend. They actually are going
5    to play a much bigger role than you all in a one-on-
6    one than I will play. Look, this weekend, I'll be
7    your fear-fighter, I will be your weekend mentor.
8    Weekend mentor.

9    But these guys are going to play a bigger
10   role for you. They're going to sit down with you guys
11   one-on-one. You actually have an opportunity now to
12   sit down with a consultant this weekend twice to
13   figure out where you need to be and what's going to be
14   your best next step. I'll explain their role here in
15   a little bit. At the first break, we're actually
16   going to have a form that you guys fill out. So when
17   we look at these weekends are really like a GPS
18   weekend.

19   And here's what I mean. We got to know
20   where your starting point is; we got to know where
21   you're trying to go; and then their job is to map out
22   the next six months, one-year to two-year plan for you
23   so you know how to make that happen. Because if you
24   don't know where you're wanting to go, I don't know
25   how you think we're going to help you. And if we

1     don't know where you're starting at, we put the wrong

2     plan together.  Make sense?

3          So, actually, we're going to have a form.

4     At the first break, I'm going to have you guys fill

5     out this form.  This lets us know where you're sitting

6     at.  And I know some people get a little nervous about

7     telling us some of that information.  Here's the

8     thing.  If you went to a doctor and you said, hey, my

9     shoulder hurts, and the doctor says, well, where does

10    it hurt and how is hurting you, and you're just like,

11    well, I don't want to tell you, what's the doctor

12    going to do.  All right, well, here, take these pills,

13    try this, right?  He has no idea what to prescribe.

14         So the same with us, guys.  If you give us

15    the wrong starting point, we don't know what plan to

16    give you.  Does that make sense?

17         AUDIENCE:  Yeah.

18         MIKE SCHREINER:  Okay, we're just here to

19    figure out what's going to be the best bet for you.

20    But these guys are going to play a big role, so I want

21    you to get their names on the paper.

22         Let's talk about this, guys.  This weekend,

23    we're here to build a business for you.  It's not

24    about a job.  It's not about getting another job.

25    It's -- it's changing what you're already doing.  With

FTC-SP-000267

1    that being said, this is what it's going to take.

2            Number one, it's going to take an education

3    for you all.  That's why you're here.  Number two,

4    mentors.  Guys, mentors are key.  In fact, put that in

5    your notes -- mentors are the key.

6            Number three, I already talked about this,

7    action.  If we do nothing, nothing will ever change.

8    I can teach you exactly how to use it.  I teach you

9    how to use Amazon, how to leverage it, how to buy

10   wholesale, how to product lines, and all of that

11   stuff, but if you don't ever do it, what will change

12   for you?

13           AUDIENCE:  Nothing.

14           MIKE SCHREINER:  Nothing.  Right, here's the

15   thing, guys.  Without action, it's nothing.  Research

16   doesn't pay.  It's people that take that research and

17   apply it to something, that's what pays.  Right?  So

18   we don't have to know all the answers to this, but

19   that's where our (inaudible) comes into play.  It's

20   getting the right people in place doing the things you

21   don't want to do or, again, quite frankly, you cannot

22   do.

23           But this is where I'm going to (inaudible)

24   you guys.  Our mentors know things you don't know.

25   And you shouldn't be settling for me even as a mentor.

1    You're going to want to talk to my people, my mentors.

2    They know more than I know.  That's why I chose

3    (inaudible).  But the real key to this, guys, is

4    amateurs might not have coaches; professionals do.

5    I've never met a successful actor or actress or a

6    successful athlete that didn't have mentors and

7    coaches.  All of them do.  No business was done on its

8    own.

9         How many of you know who Warren Buffett is?

10   Yeah, Warren Buffett -- here's the thing about Warren

11   Buffett.  Ninety-five percent of his wealth came after

12   the age of 58.  But he will tell you all day long it

13   was because of his mentors and his coaches that guided

14   him along that path.  They all have -- look, here's

15   the thing.  You don't need to know all the answers,

16   guys.  In fact, this weekend, you may ask me questions

17   about some things and I may look at you like a deer in

18   headlights.  I may not know all the answers, but you

19   better believe I know who to call that does.

20        See, I, we, really do subscribe to the Henry

21   Ford way of doing business.  You guys know the story

22   about Henry Ford and his kids?  Anyone know the story?

23   Really?  Oh, I got to tell you guys, then.

24        Okay, so what happened is Henry Ford's kids

25   wanted to sue Henry Ford to take his business from

1    him. So they actually got into court, the lawyer got

2    Henry Ford on the stand. When Henry Ford is on the

3    stand, the lawyers tried to ask him a question. The

4    first question he asked him is, Mr. Ford, how much raw

5    material does it take to make or produce a car. Henry

6    Ford said, I don't know. He said, oh, well, how long

7    does it take to go from raw material to produce a car.

8    And Henry Ford said, I don't know.

9        And the man said, well, you got to know how

10    many cars does your plant produce a day. Henry Ford

11    said, I don't know. And he said, well, you have to

12    know this, this is your business, right? What's your

13    profit margin on every daily car? And Henry Ford

14    said, I don't know.

15        Well, the judge stopped the questioning and

16    he leaned over to Mr. Ford and he said, look, Mr.

17    Ford, you're kind of proving their case, help me

18    understand what's going on. And Henry Ford said,

19    look, if I want to know how much raw material it takes

20    to make a car, I call John. That's his job, right?

21    If I wanted to know how long it takes to go from raw

22    material to a produced car, I call Sally, that's her

23    job. If I want to know what I make every single day

24    on those cars, I call Jim, that's his job.

25        Very quickly because -- the judge dismissed

1   the case.  Henry Ford didn't need to know all the

2   answers.  He just ran the business.  He knew what it

3   took to do that.  He got everybody else to

4   (inaudible).

5           Kind of comes back to our product

6   (inaudible) guys.  Like I said, there's going to be

7   stuff you may ask me, and I may not have all the

8   answers.  I know a little about a lot.  What I do is I

9   surround myself with people that know a lot about very

10  little.  And that's what they are (inaudible).  So you

11  don't have to know all the answers.  We're just going

12  to teach you how to surround yourself and partner up

13  with people that have all the answers.  Whether you do

14  it through Sellers Playbook or your own people, you

15  just got to team up with people that just know what

16  you don't know and (inaudible).  Fair enough?  Okay.

17          Who's sick of being sick and tired?  Yes or

18  no?

19          AUDIENCE:  Yes.

20          MIKE SCHREINER:  You got to be at some point

21  or you wouldn't be in this room, okay?  But how many

22  of you are willing to admit to this?  Because we all

23  do it all week.  Oh, this job will be different.  No,

24  this boss likes me.  Oh, this company is never going

25  out of business.  We've heard it all, haven't we?  Oh,

1    no, they love seniors, they're not going to get rid of

2    me when I get older.

3             (Laughter.)

4             MIKE SCHREINER:  You want to talk about an

5    exercise in insanity, guys?  Mow your own lawn.

6    Because the minute you're done mowing your lawn, guess

7    what?  It's growing and you're starting all over

8    again, aren't you?  But we do, we spin our wheels

9    doing that.  So, again, I want to show you how to

10   build a life, not get another job.  That's not what

11   this is about, right?

12            Now, this is some of the scary stuff why.

13   You know that 20 percent of those retiring are doing

14   so below the poverty level?  Twenty percent.  In fact,

15   in order to access $80,000 a year -- now, is $80,000 a

16   lot of money, yes or no?

17            AUDIENCE:  Yes.

18            MIKE SCHREINER:  No.  Not even close,

19   especially when we're talking about what's going --

20   what's coming up, guys.  In order to be able to access

21   80 grand a year at 67, you got to have Social Security

22   still in place, and we know how that's going to work,

23   right?  And even worse, you have to have $750 to $1

24   million set aside in some retirement account

25   somewhere.  How's that working?

1          It's just the numbers, guys.  But, I mean,

2     how much time do you have to put that money away?  You

3     know what you have to earn to save $1 million

4     (inaudible).  Here's one of my biggest captions for

5     coming out and doing these trainings.  Our children

6     will be the first generation in our history that will

7     have a harder time in life financially than we have

8     (inaudible).

9          (Inaudible) guys, not just for us, but for

10    what's coming.  At age 65, 2 percent are wealthy.  Six

11    percent are independent.  In fact, 29 percent are

12    still working.  Don't believe me?  Go to Walmart,

13    right?  Go to McDonald's.  Who's serving us now?  I

14    mean, it used to be teenagers, but now it's who?  It's

15    the senior -- they're not there because they got bored

16    with retirement.  They either didn't have or they

17    outlived the retirement they had set aside.  They had

18    to go back to work.  In fact, if you ask me, 6 percent

19    are lucky compared to the 57 percent, okay?  Because,

20    look, I don't want to be dependent on family and

21    friends.  To me, that's just not my cup of tea.  But,

22    again, it's just the facts, guys.

23          In fact, how many of you ever went to

24    college, by a show of hands?  Okay.  So I did this

25    based on a four-year degree.  The reason is all of the

1    professionals that I'm talking with -- and it's been

2    this way for almost 15 years now -- they're telling us

3    that the bachelor's degree is the new associate's.

4    Right?  It just doesn't hold that much weight.

5         And I think about my little sister.  So this

6    is -- this has been almost -- well, almost nine years

7    now.  She used to manage a gas station.  Well, she had

8    to hire a part-time guy, minimum wage at night, they

9    have to close up the shop and then do her books for

10   her (inaudible).  Well, what happened is she got an

11   application in from a guy who was a CPA.  This guy was

12   an accountant.  This was going to be his second job.

13   He was more than happy to make his minimum wage

14   because he was still trying to pay off his student

15   loans.  She loved it because it was a win for her

16   because she had a CPA doing her books for her.  He

17   loved it because he was working part-time and making

18   minimum wage and it was extra money that he needed.

19   The guy had a degree.  I mean, think about it, guys.

20   Four years now, that's $120,000.  If you pay $120,000

21   to get what?

22            AUDIENCE:  A piece of paper.

23            MIKE SCHREINER:  A piece of paper, right?

24   You're getting a piece of paper that says you can get

25   a job, and he can find a job, but that piece of paper

1    says he can get a job in, to make how much a year?

2             AUDIENCE:  That's why -- (inaudible).

3             MIKE SCHREINER:  Yeah, it kills me, too,

4    because I think about it.  My -- I told you guys,

5    after my dad passed away, that's what I did, I went

6    back to school.  I didn't know what else to do.  My

7    wife and I lost money in the (inaudible).

8             (Laughter.)

9             MIKE SCHREINER:  But I didn't know what else

10   to do, so I was working, trying to do all this stuff.

11   My wife and I made mistakes, so I'm just -- I'm, like,

12   great, I'll finish school.  My senior year I sat down

13   with my counselor, and she said, hey, just to let you

14   know, 97 percent of the kids that graduate don't even

15   work in their field of study.

16            AUDIENCE:  Yep.

17            MIKE SCHREINER:  So you're telling me I just

18   wasted the last four years of my life because I'm not

19   going to use this?  I'm like, what the crap?  And I'm

20   (inaudible) right?  But it is what it is.

21            But, unfortunately, it's the same thing we

22   teach our kids, don't we?  Now, do you think, do you

23   think my kids are going to go to college, yes or no?

24            MIKE SCHREINER:  Oh, yeah.  The money's

25   already there.  Business doesn't always make sense,

1   but they're not going for that piece of paper.

2   They're going for the knowledge and for the

3   experience.  There's a lot to be said about that.

4          But knowing that my daughter is 17 and can

5   do it because she wants to focus on her passion -- do

6   you have to be passionate about Amazon to make money

7   in this business, yes or no?

8          AUDIENCE:  Yes.

9          MIKE SCHREINER:  No.  I told you guys, I've

10  got product lines that we're selling and I couldn't

11  care less about.

12         AUDIENCE:  But you are passionate about what

13  you do, though.

14         MIKE SCHREINER:  I'm passionate about what

15  it gives me.

16         (Laughter.)

17         MIKE SCHREINER:  I only care about one thing

18  (inaudible).  But here's a perfect example of this.

19  My daughter, and she's my little thespian, right?  She

20  loves it.  She's -- she loves theater, she loves

21  singing.  She was in -- you guys know Children's One

22  Voice Choir?  You guys ever heard of that group?  They

23  were on -- anyway, she loves that kind of stuff,

24  right?

25         So the funny thing is when my daughter

1    wanted to go to high school, she came to me and she

2    says, Dad, I want to go to a public high school.  I

3    don't want to go to prep school anymore.  I was, like,

4    what are you talking about?  And she says, I don't

5    want to build their program; I want to compete with

6    the program that's already winning awards.  I love

7    this thing.

8              I was, like, you know what, fair enough,

9    let's do it.  So she went to a public high school.

10   Well, her and my wife go to New York now every year

11   and they do a theater tour.  So they'll spend about a

12   week, a week...

13             (No voices, microphone dies.)

14             MIKE SCHREINER:  You guys see that, Amazon

15   batteries?

16             (Laughter.)

17             MIKE SCHREINER:  So they'll spend -- they'll

18   spend about a week, week and a half, touring and going

19   to all the Broadway shows, right, all the musicals and

20   stuff.  So last year, my daughter was 16 years old,

21   and they went and bought tickets for Hamilton.  Has

22   anyone seen Hamilton?  No?  It's -- I'm not a theater

23   guy, because (inaudible) cool.

24             So when they bought the tickets, the lady

25   was like, look, the doors aren't even open until about

1    three and a half hours.  Are you guys going to go get

2    some food?  And my wife said, yeah (inaudible)

3    restaurant?  And the lady's, like, here's the one you

4    want to go to.

5           Now, I don't know if you all know how

6    Broadway works, but a lot of these musicals and these

7    plays, the company that does that, they only perform

8    for a year, and then they bring a whole new company

9    in.  It's not the same company every year.  It's not

10   the same performance right?  I mean, Phantom's been

11   going for over 20 -- 20-what, 25, 26 years now?  It's

12   not the same people performing, right?  They bring in

13   -- every year, it's a new company.

14          Well, they told my wife, they said, look,

15   every time that that company gets released, if they

16   don't get picked up by another company, they go serve

17   at this restaurant.  It's a singing and performing

18   restaurant.  And my wife's, like, awesome.  So they

19   went.  Well, the lady that was serving my wife and

20   daughter at this restaurant, she was the lead in the

21   play Wicked.  Now, Wicked's another really cool one,

22   right?

23          So she was serving them.  She took their

24   order.  Right after she took the order, her song came

25   on.  So what happened is they would grab a mic and

1   they'd walk around this restaurant singing and

2   performing.  Well, she walked by the booth that my

3   wife and daughter were sitting at, and my daughter

4   knew the song, so she's just singing along.  Well, the

5   lady heard her, so she sat down next to my daughter

6   and shared the mic.  It was a cool thing, right?  She

7   got to sing with his lady that was the lead in Wicked.

8   Sixteen years old, my daughter was beside herself.  It

9   was awesome.

10          So when she finished, she's like, that was

11  really good.  She goes, is this something you want to

12  do?  And my daughter was like, oh, I love theater.

13  It's one of my big passions.  I love this stuff.  And

14  the lady said, are you going to college?  And my wife

15  and daughter looked at each other and they're like,

16  yeah.  In fact, my -- my daughter just got into UAU.

17  She was performing at our school, right, so my --

18  they're like, well, yeah, that's -- yeah, we're going

19  to go to college.

20          And, so, she looked at my daughter and she

21  said, look, if you go to college, you cannot do

22  theater as your major.  And they both kind of looked

23  at each other and looked back at this lady, and she's

24  like, what are you talking about?  She goes, that's

25  what I did.  She goes, I majored in theater/performing

1    arts.  She goes, here's the problem.  I got released

2    from Wicked just over a year ago.  Now it's been a

3    year and a half.  She goes, I haven't been picked up

4    by another company.  This is the only job I can get.

5         And my little girl, 16 years old, looks this

6    lady square in the face and says, oh, I'm not worried,

7    I've got my business (inaudible).  This lady's jaw hit

8    the floor, right?  But at 16 years old, my little girl

9    knew she could focus on her passion knowing that her

10   business will fund whatever it is she wants to do.

11        For me as a dad, that's a win, not just

12   business side, but now I know, she's going to marry

13   the guy that she loves, not because she's worried

14   about (inaudible).  She's going to study in school

15   what she loves, not because she's worried about what

16   it's going to do for her (inaudible).

17        Guys, you don't (inaudible) is the passion.

18   But, again, that's what it is, guys.

19        Now, all of these behind me are businesses

20   that are successful.  Let me ask you this, guys.  What

21   is the one thing that runs businesses?

22        AUDIENCE:  (Inaudible).

23        MIKE SCHREINER:  Customers.  You've got to

24   have customers, right?  If you're selling a product

25   nobody else wants, you're never going to sell

1    anything, but that's not it.

2              Say again?

3              AUDIENCE:  (Inaudible).

4              MIKE SCHREINER:  (Inaudible) marketing?  Oh,

5    man.  Marketing.  And one of the things you guys are

6    going to find when we get to private label on Sunday,

7    marketing will be so (inaudible) this business.  You

8    can't market correctly and get the biggest bang for

9    your buck, and you don't know -- people don't know who

10   you are, you're never going to sell a product.  But

11   that's not it.

12             AUDIENCE:  Money.

13             MIKE SCHREINER:  You got to have money.

14   Holy crap, you -- at least somebody else's money,

15   right?  You could have access to self-funding, right?

16   Seed capital?  But that's not it.

17             AUDIENCE:  (Inaudible).

18             MIKE SCHREINER:  Nope.

19             AUDIENCE:  (Inaudible).

20             MIKE SCHREINER:  Nope.  You don't have to be

21   passionate about it.  Here it is, guys, systems.

22   Systems run businesses.  (Inaudible).  Let's talk

23   about McDonald's, the number one system up there,

24   right?  Now, the average buy-in for McDonald's is $1.5

25   million.  Now, here's the thing about that.  I don't

1 care if you're a sheikh of Saudi Arabia or Bob down

2 the street.  You buy into McDonald's, where are you

3 going for six months?  Anybody know?  Hamburger

4 University.  Yep, it's just outside Rockford,

5 Illinois.  You're going to go there and spend six

6 months with them to learn their what?

7    AUDIENCE:  (Inaudible).

8    MIKE SCHREINER:  Systems.  And here's how

9 (inaudible) systems are.  In fact, how many of you in

10 here by show of hands have been to a McDonald's?

11 Yeah, every hand's going to be up.  You're just lying

12 to me, right?  We've all been in there, right?  But we

13 see time and time again, right, when we walk into

14 McDonald's and everyone's standing there and they're

15 looking up, right?  What are they looking up at?

16    AUDIENCE:  The menu.

17    MIKE SCHREINER:  Menu.  But we all know what

18 they serve, don't we?

19    AUDIENCE:  Mm-hmm.

20    MIKE SCHREINER:  Yeah, we're looking to see

21 if the dollar menu's changed, right?

22    (Laughter.)

23    MIKE SCHREINER:  And as we're standing

24 there, we're looking up at the menu, we here the most

25 annoying sound, don't we?  Beep, beep, beep.  What's

1    beeping?

2           AUDIENCE:  The fries.

3           MIKE SCHREINER:  How do you all know this?

4    It's the same in everything, right?  You know what's

5    funny about that, too, we're standing on the other

6    side of the counter.  People behind the counter don't

7    even hear it, do they?  It bothers us, and we even

8    know how to turn it off, don't we?  I've never worked

9    fast food, but I know I can walk around the counter,

10   hit the flashing red button, right, and lift the tray,

11   dump it, right, some salt, I'm good.

12        In fact, guys, if we wanted to go turn those

13   fries off, which side of the counter do we go around?

14   The right side or the left side?  It's all (inaudible)

15   right?  But I have been to McDonald's throughout the

16   United States.  I've been to them over in Europe, over

17   in Scandinavia.  It's all the same.  Their system,

18   it's all the same systems.

19        Guys, at Sellers Playbook, we've got a

20   system.  All you got to do is plug into that system,

21   and that's all it takes.  In fact, the thing about

22   McDonald's, how many of you ever seen the movie, The

23   Founder?  You guys seen that?  What does it say

24   McDonald's is in the business of?  It's not

25   hamburgers; what is it?

**FTC-SP-000283**

1          AUDIENCE:  I'm loving it.

2          MIKE SCHREINER:  No.  That's their -- that's

3     their slogan, but what are they in the business of?

4     Does anyone remember?  In the movie, it talks about it

5     because they have a picture of it in their home -- in

6     their main office.  It says we are in the business of?

7          AUDIENCE:  (Inaudible).

8          MIKE SCHREINER:  Guys, they're in the

9     business of -- I mean, their burgers are -- I could

10    grill a burger at home, drop it in dirt, kick it

11    around and eat it, and it still tastes better than

12    McDonald's burgers, right?  That's not why people are

13    eating it, because (inaudible) they're eating it

14    because it's cheap, with a system, people know what

15    they're getting.  Right?  Whether I get a burger in

16    Scandinavia or I get a burger here, it tastes the

17    same.  That's what their system is, guys.  Systems run

18    businesses.  And that's what you've got to implement

19    into your business.

20          If it works for these million-dollar-a-year

21    businesses, will it work for our little business?  Yes

22    or no?

23          AUDIENCE:  Yes.

24          MIKE SCHREINER:  And, guys, you just got to

25    implement the systems.  But that's what it is, it's

1  all systems. So that's what the power (inaudible) is,

2  to implement that system into your business. You can

3  get into trying to reinvent the wheel or you can just

4  follow a system that's already in place. That's what

5  it comes down to.

6          So let me ask you all this. Are you all

7  coachable, yes or no?

8          AUDIENCE: Yep.

9          MIKE SCHREINER: Now, you say yes, but you

10  don't even know what I mean by that. So here's what I

11  mean by coachable. Number one, will you allow us to

12  coach you?

13          AUDIENCE: Yes.

14          MIKE SCHREINER: Here's the thing, do you

15  think Sellers Playbook wants to work with everybody?

16  Yes or no?

17          AUDIENCE: No.

18          MIKE SCHREINER: We really don't, and here's

19  why. The way I like to look at this is kind of like

20  my kids' class. So at the school my kids go to, they

21  have to have a teacher and teacher's aide in every

22  class. The most kids that they're allowed to have in

23  that class is 15 kids. Now, even as much as they want

24  to put more kids in there, they can't because they say

25  studies have shown that the teacher and the assistant,

1    they can only manage 15 kids successfully.

2            It's the same with us, guys.  We're not in
3    this just for the mass numbers.  Sellers Playbook
4    wants to make sure that the people we team up with are
5    going to follow what we're teaching them to do and our
6    successful because the only way that our business is
7    considered successful is this part of it, is our
8    students have to be successful.

9            And this is why I say we want to work with
10   people who are coachable.  If you know more than we
11   know all the time, then we don't want any parts of you
12   because we can't help you, right?  And if you knew
13   more than we knew, you wouldn't be in this room.  Fair
14   enough?  You'd at least be in front (inaudible) way.
15   But if we teach -- I hate the word "if."  When we
16   teach you strategies that will guarantee your success,
17   will you follow our directions, yes or no?

18           AUDIENCE:  Yes.

19           MIKE SCHREINER:  And, then, finally, when
20   we've created a game plan that builds upon proven
21   techniques, again, for building wealth, do you make a
22   commitment to your future to step forward and become a
23   leader and create a legacy for you and your family,
24   yes or no?

25           AUDIENCE:  Yes.

1          MIKE SCHREINER:  Because that's what we're

2     looking for, guys.  If you're willing to let us help

3     you, we're here all day long to do it.  Now, do you

4     think I want everyone in the world doing stores on

5     Amazon?  Yes or no?

6          AUDIENCE:  No.

7          MIKE SCHREINER:  No.  I still want people

8     that are going to work on my car, right, mow my lawn,

9     right?  Clean my house.  Do you think I want everyone

10    in this room to be able to sell products on Amazon

11    (inaudible)?

12         AUDIENCE:  Yes.

13         MIKE SCHREINER:  Yes.  But to team up with

14    us, guys, you've got to be willing to do what we show

15    you, because we've already proven that it works.

16    We're not trying to reinvent anything with you.

17         All right, how many of you would like to

18    hear from your consultants at the back of the room,

19    right, where they came from, their history and their

20    background?  Yes or no?  You guys want to hear from

21    them?

22         AUDIENCE:  Yeah.

23         MIKE SCHREINER:  Okay, so, as they come up

24    to the front of the room -- Mike, you're going to have

25    to bring that mic up.

1      MIKE ETHINGTON:  Yeah, I will.

2      MIKE SCHREINER:  Okay.  As they come up to

3   the front of the room, I want you guys to understand,

4   this weekend is not about them.  This weekend is not

5   about me.  This weekend really is all about you all.

6   So as they go through their stories, I just want you

7   guys to be able to relate to what they've got, because

8   what will happen is when they finish I'm going to come

9   back up, we'll have them pass out this form for you.

10   What's going to happen now is Mike is going to sit

11   down and figure out who's going to be the best fit for

12   what you're trying to do and where you're going with

13   which consultant.  That way we sit down with you guys

14   one on one with the best fit.  So, Mike, go ahead.

15      MIKE ETHINGTON:  All right.  Thank you,

16   Mike.  So I want you to imagine yourselves in a place

17   where money is of no consequence.  All right?  So

18   you've got all the money that you want; you've got the

19   time that you want.  Think about where you would be

20   today.  Who would you be with?  What would you be

21   doing?  And I'm going to go out on a limb and I'm

22   going to assume that you wouldn't be in this ballroom.

23   Is that fair to say?

24      When I was growing up, my father worked

25   really hard to provide for our family at a comfortable

1    living.  We weren't rich by any means, but we weren't

2    poor.  We were right there in the middle class, and my

3    dad wanted to work extra hours so that he could put us

4    into the extracurricular activities like piano and

5    soccer and some of those things that you do after

6    school.

7           So he worked hard to allow us that

8    opportunity, but what was frustrating for him was

9    because he was working so hard he missed a lot of our

10   games and a lot of our recitals and things that we

11   were doing, and that was really hard for him.  And

12   because of that, he didn't love his work.  He worked

13   really, really hard, and a lot of times he brought

14   that stress and that anxiety home with him, which was

15   hard for the family as well.

16          But he did talk about the things that he

17   wanted to do when he retired.  He talked about his

18   goal and his dreams and some of the passions that he

19   had.  And then one year before he retired, he passed

20   away.  And as his son, it was really hard for me to

21   see that take place.  What was especially hard was I

22   realized that I was doing the exact same thing.  You

23   see, I have a family of my own.  I've got an eight-

24   year-old daughter; I've got twin boys that are six;

25   and I've got a newborn baby girl.

1    And I realized at that time that I was doing
2  the same thing.  I was working 10 to 12-hour days.  I
3  would wake up before my kids did.  Sometimes I would
4  get home and they'd already be in bed or I'd have time
5  to read them a quick bedtime story before they went to
6  bed.  And I realized that I was missing their lives.
7  I wasn't present as a father.  And that was really
8  hard for me, and I knew that I needed to make some
9  changes if I was going to do things differently than
10  my own father had done.
11    And, so, I sat in a chair very similar to
12  yours and realized an opportunity here, realized that
13  I could make some changes and actually do a lot more
14  working a lot less.  And, so, I got involved, and I
15  got a lot going on for me in this space.  I also have
16  a real passion for music, and I wanted to succeed in
17  the music industry.  And I knew if I was going to do
18  that I needed both time and money to make that happen.
19    So I started utilizing the strategies that
20  you'll be learning this weekend to start making some
21  of that money and creating lots of money with a little
22  amount of work and time.  And because of that, I was
23  able to start attending all of my kids' games and
24  their recitals.  I've been successful in the music
25  industry.  I have three albums now, three song lyrics,

1    and I'm working on my fourth album.  I own a record

2    label and travel all over the country and all over the

3    world doing music, and I absolutely love it.  And

4    that's what I'm truly passionate about.

5         Am I truly passionate about selling on

6    Amazon?  Not really, but I love that it makes me a lot

7    of money and allows me the time freedom to do what I

8    want to do when I want to do it.  There's nothing

9    special about me outside of just the determination to

10   make a change, and that's why we focus a lot on your

11   motivation this weekend.  What is your "why"?  What's

12   going to drive you to succeed in this business so that

13   you can do what you're really passionate about.

14        And that's what we have the opportunity to

15   do with you this weekend is sit down with you one-on-

16   one and talk about those dreams and those passions and

17   then put an action plan together for you that will

18   allow you to get there.  Because of that, I'm selling

19   private label and I'm selling my music online.

20        My wife sells her own product online that we

21   private label out of China.  They make headbands and

22   scarves, hand-crocheted, and then they send those to

23   us in a container, and then we fulfill orders on

24   Amazon online.  We sell wholesale to about 230 stores

25   across the country, and that allows us to succeed in

1    all of the things that we want to do.  So we're going

2    to help you get there this weekend as well.  We're

3    excited to be with you, excited to work with you, and

4    I'm going to turn the time over to Lily.  Thank you.

5              (Applause.)

6         LILY:  Well (inaudible) everyone.  I'm

7    excited to be here.  I live now in Cape Coral,

8    Florida, the west coast, south of here.  And I'm

9    originally from the State of Ohio, but I'd like to

10   share a small story with you guys because many of you

11   in this room are about to make a major, major impact

12   to your family.

13        Now, I come from a very small family of 11.

14   I'm number 11.  And my parents come from the beautiful

15   island of Puerto Rico.  And when they moved here, they

16   moved here with eight children, the last three were

17   born in the State of Ohio.  And my oldest brother was

18   the first who broke the chain of poverty in my family.

19   Now, my parents -- my father worked in the steel mill,

20   worked very hard.  My mom, of course, stayed at home

21   and raised all of us.

22        And I had a conversation with my brother

23   because at the age of 16 when he -- when he moved to

24   Puerto -- to Ohio, he was 15.  At the age of 16, he

25   quit school.  My dad put him to work in a little small

1  gas station and eventually the owner of that gas
2  station wanted to sell and my brother bought it.  And
3  one day this guy approaches him and asked him if he
4  could park his car there because he (inaudible).  My
5  brother told him, yeah, you're more than welcome to.
6  He said make sure you leave a number there.  Because
7  you got to remember, this is in 1950, full service,
8  pop the hood, sweep the window (inaudible).
9        So, anyways, to make a long story short, the
10  original owner of the car came, sold the car, he
11  walked over to my brother, putting a $5 bill in his
12  dirty, greasy hand, and life for that 16-year-old boy
13  was never, ever the same again.  He became a multi --
14  multi, multimillionaire in the auto industry,
15  commercial real estate, residential real estate, and,
16  yes, we do some things online as well.
17        Now, with that being said, he has left now a
18  legacy as it sits today for the next four generations
19  of my family.  This is how it's set up.  There's a
20  foundation set up that all my nieces and nephews first
21  four years of college is paid for.  So my nieces and
22  nephews, my great nieces and nephews, and my great-
23  great nieces and nephews' college is paid for and
24  they're telling us the fourth generation might be able
25  to be pay their college.  There's only 63 of them as

1    of today.  So I'm very, very proud of that because if

2    he had not stepped out of what we call our comfort

3    zone and made that switch and that change, none of us

4    in my family would have probably continued to work for

5    other people.

6              So I sat with him one day and I asked him

7    how did you, in God's name, get from where you were to

8    where you are today.  I'm going to suggest you write

9    this down because this is something that I apply, this

10   advice I apply to every single business I've ever run

11   and have been successful.  These are the words he said

12   to me:  Understand what you know; clearly understand

13   what you do not know, and you hire the people to do

14   so.  Understand what you know; clearly understand what

15   you do not know, and you hire the people to do so.

16             Mike just said it earlier.  You guys are the

17   directors and the conductors of your business.  You

18   are not the working bee.  You conduct, you direct, you

19   manage, and you have hired those people and surround

20   yourself with people that are going to be doing those

21   things for you.

22             Now, I am very excited to be here with you

23   guys this weekend.  I know I'm going to be having some

24   consultations with you guys later on today, so

25   hopefully I get to talk to most of you this weekend,

1   and thank you so much.   (Inaudible).

2         (Applause.)

3         NIKKI PAGORIA:  Thank you everybody for

4   coming out today.  My name is Nikki Pagoria.  So I was

5   born in Korea, was adopted by Germans at the age of

6   six, grew up in Minnesota, but my accent may or may

7   not come up.  Owned my first business at the age of

8   18.  So there's a difference between leaders and

9   followers.  And that kind of determines where you're

10   going to end up in the future, right?  So at the age

11   of 18, I just knew I could produce a great product,

12   and I could sell it.  And I loved it.  So I've been

13   selling online for about 20 years.  I guess I'm a

14   little different because I love selling online.  So I

15   love the creativity, multiple platforms, and 20 years

16   ago when I first started selling online, I knew I was

17   hooked.  You know why?  Because in the morning, when

18   you wake up, how great is it when you see money

19   sitting there, waiting for you, right?  And to this

20   day, I do that every day.  It's fantastic.

21         So it creates quality of life.  I've been

22   selling on Amazon for about a year now.  Two stores.

23   Friday I have to open up my third store with my 25-

24   year-old son.  Just when I thought that he was --

25   didn't listen to me, the other day he -- he's like,

FTC-SP-000295

1   Mom, we're talking about the Airbnb.  He goes, Mom,

2   just put your emotions aside.  This is business.  Just

3   show me the numbers.

4       I knew he was right, and I'm looking forward

5   to it.  So I am extremely proud of everybody for being

6   out here today, and I look forward to meeting all of

7   you.  Okay, thank you.

8       (Applause.)

9       JEFF:  Hi, my name's Jeff.  I'm from Utah.

10  I'll tell you a little bit about myself.  I've been

11  married for 32 years to a beautiful bride.  I have six

12  children, all grown and gone now, 23 to 31.  And I

13  have seven grandchildren and two on the way.  So I'm

14  the old man of the group.  I'm the grandfather

15  (inaudible).  And that's why I do what I do.  I love

16  to spend time with family.  Family is my thing.

17      I love being in Utah.  Utah, I can ski in

18  the morning and gold in the afternoon.  You know, you

19  have the ability to, like both Mikes said, freedom to

20  do what you want when -- when you want to do it.  But,

21  you know, I'll tell you a little bit about my story.

22      I've been in retail a very long time.  I've

23  been in retail over 30 years, and I got my start in

24  Southern California, in Los Angeles, in 1987.  I was

25  one of the first ones ever to sell, like, Laker

1    products, Raider jackets, you know, Orlando Magic

2    stuff, way back in the day, long before NFL.com or

3    NBA.com or any of those things.

4         I had ten clothing stores in malls.  And I

5    just want to give you a quick comparison.  You know,

6    when I had those ten clothing stores in malls in

7    Southern California, I was paying five -- this is in

8    1987 -- I was paying $5,000 a month per store rent,

9    besides the lights, the gas, the utilities, the

10   employees, the 941 tax, the accounts payable, the

11   accounts receivable, the inventory.  I had to buy

12   product in July, okay, to get delivery to sell in

13   December, okay?  It was a very difficult business.

14        It was a very profitable business.  I would

15   buy t-shirts for $4.25 and sell them for $18.99.  So

16   the margins were really -- really, really good.  But

17   you can imagine what my biggest problem might have

18   been?

19        AUDIENCE:  (Inaudible).

20        JEFF:  Theft.  My employees were stealing

21   the jackets faster than I could bring them into the

22   warehouse.  It wasn't the customers; it was the

23   employees.  They were taking them home, they were

24   stealing deposits, they were stealing everything.

25        Fast forward 30 years to Amazon.  Now, I'm

1    going to admit, even though I'm an old guy, okay, I'm
2    relatively new to Amazon.  I'm not new to retail,
3    okay?  I'm new to Amazon in the last couple of years.
4    With my six children, can you imagine how many times
5    FedEx and UPS knocks on my door because my kids over
6    the years have been buying from Amazon long before Dad
7    did.

8        In fact, last October, there was a knock on
9    my door, and the guy says, Where do you want it?  And
10   I said, Where do you want -- he says, Where do you
11   want it?  I said, Where do I want what?  And he says,
12   the kayak.  I'm, like, kayak?  And I yell down the
13   stairs to my son.  I'm, like, did you buy a kayak?
14   Yeah, is it here?  I'm like, you can't drive down to
15   Dick's Sporting Goods and get a kayak?  Oh, no, I got
16   free shipping, the kayak's here, that's awesome.  It's
17   a different world.  It's a different generation,
18   right?

19       You know the other day a box -- I do have
20   one son left at home.  He's 25 years old, he'll never
21   date.  I wish he would.  He's a good-looking kid, he's
22   got money, but he just won't -- won't go out with the
23   girls.  But a box come from FedEx the other day, and I
24   opened it up, and it was eight boxes of Waffle Crisp
25   cereal.  I'm like, really?  You know, the same

FTC-SP-000298

1   question for me is you're not going to drive to

2   Walmart?

3               Do we live in a different world?

4               AUDIENCE:  Yes.

5               JEFF:  We live -- we live in a different

6   world, don't we?

7               AUDIENCE:  Yes.

8               JEFF:  I like to call it digital disruption.

9   Who's the largest taxi cab owner in the world right

10  now?

11              AUDIENCE:  Uber.

12              JEFF:  Uber.  And how many taxi cabs do they

13  own?

14              AUDIENCE:  None.

15              JEFF:  None.  They're worth $70 billion,

16  they're worth more than Ford, Chrysler, and GM put

17  together, okay?  This is a life-changing experience if

18  you want it to be.  Like Mike said, there's two things

19  we can't make you do, okay?  We can't make you do it.

20  We can't make you take action.  Two, desire.  I can't

21  make you want to do it.  But if you'll accomplish

22  those two things, action and desire, your life will

23  never be the same.

24              Now, I can go back to what I said before.

25  Fast forward 30 years in retail, I have no employees,

1    so nobody's stealing from me, okay?  Who ships the

2    product when I'm sitting on the beach?

3           AUDIENCE:  Amazon.

4           JEFF:  Amazon ships the product, okay, so I

5    could be sitting on the beach, Waikiki, in the

6    Marriott, with my granddaughters, okay.  And I can get

7    up and do a couple hours' worth of work before they're

8    even out of bed and go wherever we want to go, and I

9    need, what?  A wi-fi?  Which costs me 80 bucks a

10    month.  Do you know what I mean, or you pop into the

11    hotel and use the hotel's wi-fi.  Do you know what I'm

12    saying?  It's a different world.  One thing has not

13    changed, though (inaudible) one thing that hasn't

14    changed, though, we still got to turn inventory,

15    right?  Okay?  Like Mike says, can you sell from an

16    empty wagon?  Can you sell from an empty store?  We

17    need -- we need money, okay?

18           When I -- cashed to asset to cash, I got --

19    I got to -- I got to take my cash, or better yet,

20    somebody else's cash.  I got to buy product, and I got

21    to turn it back into cash.  But if Citibank's willing

22    to give me $20,000 at 0 percent, I'm going to use that

23    money, okay?  And, so, listen to what he has to say

24    today because we're going to teach you how to use

25    their money.  Okay?  I look forward to getting to know

1    a bunch of you.  (Inaudible).

2                (Applause.)

3                TERRY:  I want to -- first to say thank you

4    for taking the role of the older man.

5                (Laughter.)

6                TERRY:  I've never had that happen before.

7    Hi, my name is Terry.  If you carry on a conversation

8    with me this weekend, which you will, you'll

9    immediately know that I have a southern accent.  It is

10   real.  I live in Atlanta, Georgia, actually Marietta.

11   Anybody ever been to Marietta, Georgia before?  All

12   right.  That's where I'm from.  Always love to come to

13   sunny Florida.  You greeted me yesterday with a

14   thunderstorm.  It took two hours of circling in the

15   ocean trying to get in down here, but always glad to

16   come here.  It's a great place to work.  It's a great

17   place to live.

18               A little bit about my background and how I

19   got to the place that I am right now.  For 28 years I

20   was a pastor of a church.  And being a pastor of a

21   church, I had one desire, and that was to have a

22   nonprofit.  How many people in this room have ever

23   worked in or had any dealing with nonprofit

24   organizations?  I see your hand.  Good, so you can

25   help me out right now.  What do you do 75 percent of

1     your time when you work with a nonprofit?

2              AUDIENCE: Volunteering (inaudible).

3              TERRY: Raise money, try to find money.

4     Beg, borrow, whatever you can do to get that

5     organization funded. Well, that was always my

6     roadblock, my stumbling block. I always felt I didn't

7     have enough money in order to get involved in having a

8     nonprofit. I had a young man who came to me one day,

9     and he said, look, pastor, he said, if you want to

10    start this nonprofit, our business is doing

11    gangbusters, we'll be more than glad to fund every

12    need that you have in your business or your nonprofit.

13    Was that a good opportunity, yes or yes?

14             AUDIENCE: Yes.

15             TERRY: He said on the first day of every

16    month, there'll be a check sitting on your desk and

17    you can use it to run your organization. I took him

18    up on his offer; I left my position as senior pastor

19    of the church; at that time, started the nonprofit.

20    Everything went well the first month. The second

21    month, we're hiring people, we're opening office

22    space.

23             The third month comes along, the check

24    didn't show up. Now, I was concerned, but realizing

25    this was a gift that back during this period of time,

1    most of his checks were sent via the mail, so my first

2    thought was that check is what?

3              AUDIENCE:  Lost.

4              TERRY:  Lost in the mail, exactly right.  So

5    I waited until the third day of the month, it didn't

6    come.  The fourth day, I picked the phone up and I

7    called him and I said, look, I know that the check got

8    lost in the mail, didn't show up.  What I'll do is

9    I'll swing by your office and pick up a replacement.

10   And when that check comes in, then what I will do is

11   bring the original back to you.  Was that a

12   politically correct way of saying please give me some

13   money?

14             AUDIENCE:  Yes.

15             TERRY:  Yes.  And when I said that, I'll

16   never forget what his response was that day.  He said,

17   Terry, I have been meaning to call you.  Now, let me

18   ask you a question, in your life's experience, does

19   when someone says "I've been meaning to call you," is

20   it a good discussion that's going to follow?

21             AUDIENCE:  No.

22             TERRY:  No, it wasn't that day either.  What

23   he basically said, we just found out that one of our

24   key employees had been taking money from our company,

25   and their responsibility was to send the money that

1    they was taking from us to the Internal Revenue

2    Service for the employee withholding.  We have not

3    been making employee deposits for their withholding

4    several months now.

5          And he said to make a long story short, he

6    said we're going to have to not honor our commitment

7    to you.  When he said that, it got quiet on my end.

8    He said, I want to tell you something.  And I said,

9    what's that.  He said I want to wish you the very

10   best.

11         (Laughter.)

12         TERRY:  But what it did is sent me down a

13   trail of looking for answers.  I've been involved and

14   have been involved in e-commerce since 2001; however,

15   I didn't know exactly what I was doing until I came to

16   a class and someone showed me how to do business the

17   correct way.  So I found my way back to a class like

18   this, sitting in a class, looking and searching for

19   avenues and ideas of getting my business started.

20         Well, I'm glad to report to you that was 11

21   years ago, and now still today, our fully functioning

22   nonprofit works off of our e-commerce and other

23   investments that we have to fully fund it.  I still do

24   not have to ask one person or one guy to do those

25   things that we want to be passionate about.

**FTC-SP-000304**

1          Now, what does that mean to you?  You have

2    programs.  If you have ideas, you have passions you

3    want to fund, you can use e-commerce to do it.  Amazon

4    is the great gateway to allow you to do that and still

5    have time to spend on those things that you really are

6    passionate about.

7          I look forward to working with you this

8    weekend.  It's going to be an exciting weekend.

9    You're going through some life changes.  Your eyes are

10   going to be opened up.  I've had the privilege of

11   working with Mike for a long time, and I do know this.

12   His heart is for you to be successful.

13         So if you'll do what I did that weekend, if

14   you'll listen to the process, the method, the system,

15   the way that it was presented to you, get some help to

16   get you there that you can truly say it was the

17   beginning of a great weekend for the rest of your life

18   starting right here in this ballroom.

19         So I want to say thank you for being here.

20   Bring Mike back up.  I am glad to be able to be with

21   you this weekend.  We're going to have a good time.

22   All right.

23         (Applause.)

24         MIKE SCHREINER:  Now (inaudible) we need to

25   talk (inaudible).

1    All right, guys, what I'm going to do now,

2  I'm going to have the consultants hand out this

3  questionnaire.  Like I said, now, if you're here with

4  your partner and everything is the same, you only have

5  to fill out one of these.  But if you've got different

6  ideas of where you want to go and what you've got,

7  then each of you fill out one of these.

8    So what we're going to do now is we're going

9  to take -- we're going to start passing these out.

10  We're going to take a 15-minute break, take 5, 10, 15

11  minutes you need to fill these out.  After you fill

12  these forms out, just hold them up, hand them in to

13  the consultants.  They'll collect them from you.  If

14  you have questions, let us know.  After that, feel

15  free to stretch your legs, get some snacks.

16    I am pushing lunch break back until about

17  1:45 today.  The reason is where we're at, if I gave

18  you guys lunch at noon, what else is everybody doing

19  at noon on a Friday?  Getting lunch.  So if I give you

20  guys lunch right at noon, I might as well give you all

21  three hours for you to get out there and get fed and

22  come back, right?  So we're going to take lunch a

23  little bit later.

24    So if you need something to carry you

25  through, up towards the front of the hotel, there's a

1    little snack shop.  Grab some snacks, whatever you

2    need.  But again, if you have any questions, let us

3    know, but fill this out.  Once you have this filled

4    out, again, guys, this is how we're going to figure

5    out what's going to be the best path for you.  So if

6    we don't know your starting point and we don't know

7    where you want to go, we can't help you with that.

8    Does that make sense?

9         Okay, so take a -- take 5, 10, 15 minutes,

10   continue to fill this out.  Once it's filled out, hold

11   it up, hand it in, the consultants will collect it.

12   If you have any questions, just let us know.  Thanks.

13              (Background conversations and music.)

14              (New audio file:  Day 1 - Part 2.wma)

15              (Background conversations and music.)

16        MIKE SCHREINER:  All right, guys.

17   (Inaudible).  Let me ask you this.  How many of you in

18   here know you can make money on Amazon by a show of

19   hands?  Okay, how many of you know you can make more

20   money if you had help?  Okay.  If you don't know that

21   you can make money on Amazon and know that you can

22   make more with our help, then there's nothing I can do

23   for you.

24        I mean, it works, we just have to what?

25   Work it.  You have to do your part.  You understand