1   for them to do the fulfillment, there's a lot to it,

2   but it has to be properly packaged.  So -- and, again,

3   they go on to say, it helps reduce delays in receiving

4   items and protects your products while in our

5   fulfillment centers and creates better customer

6   service.  If you ship it to them and it's not prepped

7   correctly, they will refuse to ship it.

8           Now, you can pay for Amazon to do the prep

9   work for you, but here's the thing about Amazon's prep

10   work.  They are very proud of that service.  So they

11   will charge you an arm and a leg.  So if you have a

12   local warehouse and they will do the FBA prep work,

13   use them.  If you don't, you can team up with us.  Our

14   warehouse does all that prep work as well.  But we

15   make sure it's to the Amazon standard because they

16   give you everything that's required for the package.

17   They show you, if you're going to do bundles, how you

18   have to package those bundles up to get it to them.

19           They show you, okay, if it's packaged this

20   way, we will not accept it.  Those reduce shipment,

21   guys.  Now it's going to take you time and money to

22   fix it to get it what they want.  They'll show you

23   what you have to do for the size requirements, how it

24   has to be weighed.  All of those things play a role in

25   how you package it individually -- individually

FTC-SP-000354

1    bagged, individually boxed items, how you wrap it, how

2    you protect those things, right, the bubblewrapping.

3         Even shipping a pallet to Amazon, that's how

4    strict they are.  In fact, if you ship a box that's

5    more than 50 pounds, they'll just refuse it because

6    that doesn't fit within their system.

7         Now, how many of you have bought a product

8    on Amazon that's been heavier than 50 pounds?  Yeah.

9    They have centers that do it, but you have to set that

10   up beforehand.  You can't just ship it to them and say

11   I've built a bigger product.  They'll just refuse

12   shipment because it doesn't fit within their system.

13        They have a system in place, guys.  You just

14   have to follow their system.  They tell you exactly

15   what it is, right?  Twenty pounds or less, 18 inches,

16   14 inches on one side, 8 inches on the other side.

17   They show you exactly (inaudible) requirements, again,

18   because everything's automated.  Their robots only

19   know how to pull certain products, but they'll list

20   everything that you have to have for your packaging

21   requirements.

22        If you're doing the FBA prep, it's going to

23   cost you time and money, yes?  Guys, I told you how my

24   time is way more valuable than money.  I don't want to

25   spend it.  I'd rather have somebody else do the prep

1   work for me.  Now, when it comes to Sellers Playbook,

2   guys, I'm not saying this just because I'm -- I'm

3   representing them this weekend.  They are, by far, the

4   cheapest I have found when it comes to (inaudible).

5   That's the only reason I still use them.  It's my

6   business, so I'm going to use whoever I can, but these

7   guys, by far, are the cheapest out there.

8          And they -- they do a lot of things, and

9   we'll talk about more of this even tomorrow and on

10  Sunday about the little things that they'll do to get

11  my (inaudible) in there, my thank-you card, my little

12  pieces that Amazon won't do and nor will a lot of

13  other prep centers.  But, again, we just have to prep

14  it to fit in Amazon's (inaudible).

15          So if you're going to do it yourself,

16  meaning if you're going to do FBM, this is the stuff

17  you really got to consider.  Again, you're going to

18  treat this as a business, guys, you got to account for

19  your business.  Right, so, when we talk about what are

20  you paying for your storage space, if you're giving up

21  your garage, you got to charge yourself for that

22  space.  If you're going to rent a warehouse to do it,

23  because you can't receive a lot of those products

24  shipping, then that's going to play a role in there as

25  well.

FTC-SP-000356

1       Again, a lot of people are thinking I'll

2  just do it for free because it's mine, but if you're

3  working 60 hours a week, you're not working for free,

4  are you?  You've got to account for these costs, guys

5  (inaudible).  Time and fuel for the (inaudible) right,

6  the equipment.  So even if you're doing the shipping,

7  you understand, it still has to fit Amazon standards,

8  yes?  Right, so you can't save money on boxes and go

9  to Walmart and pick up their banana boxes.

10      So let me ask you this.  How many of you in

11  here have ordered stuff on Amazon and when you got the

12  product it was not in a smile box?  Yeah, that's the

13  FBM prep.  It still is either a white or tan box,

14  right?  If I order something on Amazon and it's not

15  FBA -- FBM, it doesn't come in a smile box.  The only

16  time you get that smile box is if it's coming FBA prep

17  (inaudible).  But there are people that do FBM all the

18  time.  If I order a product and it showed up in a used

19  banana box, yeah, I'm sending it back, right?  Or I'm

20  calling Amazon, like, what the crap?  Why am I getting

21  this in a banana box?  You still have to do the

22  standards.

23      So you got to account for your postal, your

24  printers, your scanners, the tape that you're using,

25  all of that stuff, right?  The bag.  So when you're

FTC-SP-000357

200

1    doing a t-shirt and you're doing a lot of clothing

2    stuff, it has to be individually bagged.  But if it's

3    a big bag for the t-shirt, it has to have the warning

4    labels on it, right?  It has to have the ASIN, and it

5    has to have all that stuff on there, right?  The

6    boxes, the tape, the printer, all that stuff, guys, is

7    going to play a role.

8           If you're going to do this as a business, do

9    FBA.  It doesn't make sense to do it FBM.  The only

10   time that it makes sense to do FBM is what I'm going

11   to teach you guys this afternoon after lunch, which is

12   retail and online arbitrage.  My rule of thumb with my

13   kids, if it's 12 items or less, we do FBM.  If it's 12

14   items or more, we'll only do FBA.  But if you're

15   buying products onesie-twosies with retail arbitrage

16   or online arbitrage, it doesn't make sense to do FBA.

17   It makes more sense just to do FBM.

18          But I want my kids involved in this as well.

19   I want them to have that hands-on.  Make sense?  So

20   for me, I know, five, ten bucks a pop doesn't excite

21   me, but for a 12-year-old, a 9-year-old, oh, that

22   excites them all day long.  Make sense?  Okay.

23          So, again, if you're going to do it, guys,

24   just treat it as a business, because if you do it that

25   way, that's what it becomes.  But this is the biggest

FTC-SP-000358

1    stuff to consider.  Number one, how much time are you

2    spending shipping products?  Number two, when you

3    estimate when you are sourcing -- because you either

4    spend 95 percent of your time looking for products and

5    trying to package them all or 95 percent of your time

6    selling products and making money.

7           I mean, the choice is yours, right?  How

8    much would you earn if you were prepping and you had

9    somebody else and you could spend more time sourcing,

10   because that's what you've got to account for:  time

11   prepping times your hours gives you what your value is

12   going to be.  And when we run some of the numbers

13   today, you'll start seeing why it is that most of us

14   do FBA, because just like that couple that came in

15   here, the only reason was they were doing FBM, because

16   on eBay, that's the only way you can do it.  But,

17   again, they were working 60-plus hours every single

18   week to make it happen.

19          It's just not worth it for me.  It's not

20   worth my time.  But it's just having the right skills

21   in place to make those things work.  And we've got a

22   lot of this in play already for you.  In fact, our

23   warehouse manager, Kelly, she is awesome.  In fact,

24   I've got a quick clip of her talking about what we're

25   able to do for our students.

1    (Video played as follows.)

2    KELLY:  I love what I do (inaudible).  I

3 love being able to teach my customers is I want to

4 (inaudible) sharing the emails back and forth and

5 helping them to -- to realize their dreams, and seeing

6 all the things that come in and the imagination, and

7 it's just amazing, it's wonderful.

8    But that's why Sellers Playbook is here.

9 You know, I can't even imagine trying to navigate the

10 minefield that is fulfillment by Amazon without a

11 guide that shows us, somebody to show you where those

12 lines are and -- and try to avoid at least most of

13 them.  And without Sellers Playbook, I wouldn't --

14 there's no way.  There's no way.  There's too much

15 (inaudible).

16    (Video concludes.)

17    MIKE SCHREINER:  So that's the nice thing is

18 when Kelly preps the product, it never comes back

19 because she makes sure that she knows exactly what

20 it's got to be for the Amazon standard, so it doesn't

21 come back.  It's going to save you a lot of time and

22 I'm sure it will save you a lot of money.  But, again,

23 it's just getting the right people in place that know

24 what you don't know.

25    Now, the cool thing with Kelly, and she

1    (inaudible) they can customize to yours.  So here's

2    the thing, guys.  We'll talk about listening to your

3    (inaudible).  When you start doing private label

4    products, you got to build a list, right, because

5    you're not going to be able to key in any ASIN.  It's

6    going to be a whole new ASIN.

7          Well, the main photo that you have to take

8    for your store, you understand that main photo is

9    going to be white background, minimum a thousand

10   pixels.  It's not even a question.  If it's not that,

11   Amazon won't let your site go live.  Well, how many of

12   you have the ability to do a picture of a product with

13   white background, minimum a thousand pixels?  I don't,

14   but the warehouse does.

15         So you just got to team up with people that

16   have what you don't have again.  So it's who you are

17   going to partner up with.  Make sense?  Yes, no?

18         AUDIENCE:  Yes.

19         MIKE SCHREINER:  When it comes to coaches,

20   there is not a wealthy person in this country that

21   made their money on their own.  Even Warren Buffett

22   attributes his true wealth from learning from his

23   coach.  I love Warren Buffett's story.  One of my

24   favorite things about Warren Buffett, though, is he

25   has same the ideology I have, and here's what I mean.

1          I do not pay my kids to live in my home.

2     See, I don't give my kids an allowance.  If I give my

3     kids an allowance, they win, I lose.  I give my kids

4     knowledge.  I shared with them our business.  They

5     win, I win because they're going to keep winning,

6     because now their kids are going to learn the same

7     thing.  Make sense?

8          And like I told you guys, look, if something

9     was to happen to me and my wife today, my kids

10    (inaudible) business, they don't (inaudible).  They're

11    all teenagers, but to me, that's what it's about,

12    right?  It's getting them into place so I don't have

13    to.  Has anyone in here ever read the book The

14    Millionaire Next Door?  Really?  Oh, you should, guys.

15         The Millionaire Next Door, it really is kind

16    of a picture of what Warren Buffett's life

17    (inaudible).  He drives an older car, right?  He

18    doesn't live in a castle (inaudible).  He's not one of

19    the richest people in the -- in the country.  He's one

20    of the richest people in the world.  But you wouldn't

21    know it if you saw him walking down the street.  It's

22    awesome.  But I love him, in fact, because he makes

23    his kids get jobs, well, work businesses anyway.  His

24    kids will never have to worry about it.  In fact, his

25    great-great-great-great grandkids would never have to

FTC-SP-000362

1    worry about it.

2            But he wants to make sure that they've

3    got -- they're committed, they got skin in the game.

4    It's no entitlement.  Unfortunately, that's something

5    that kills our country right now is that entitlement

6    mentality, isn't it?

7            AUDIENCE:  Yep.

8            MIKE SCHREINER:  That was one thing I loved,

9    I mean, growing up, in the car, my dad used to say all

10   the time, nobody owes you nothing.  You want it, you

11   go get it.  He said nobody's going to bring you

12   anything on a silver platter.  You've got to have skin

13   in the game.

14           All right, so today we're going to spend

15   more time talking about -- so this morning I talked

16   about thinking like an entrepreneur.  We're going to

17   spend more time talking about raising seed capital,

18   take our lunch break, and then we're going to talk

19   about retail online arbitrage, drop shipping, and

20   overstocking.

21           Tomorrow, we're going to spend more time on

22   wholesaling.  This is where we can start making 20 to

23   35, 40 percent return on our -- on our investment,

24   right?  We start doing bigger deals.  It's all about

25   running the numbers.  We're going to run a ton of

FTC-SP-000363

1    numbers with you tomorrow.  We'll talk about the rules

2    of (inaudible) how to source these products, how to

3    automate the system.

4          On Sunday is when we're going to spend more

5    time on private label, white-labeled products, how to

6    brand.  And you'll see branding is one of the biggest

7    things, right?  So everything we talk about today and

8    tomorrow, the biggest expense you're going to face is

9    shipping.  Sunday, it's shipping and marketing because

10    when you're doing a white label or private label

11    products, you've got to be able to market (inaudible)

12    something new you are bringing to the marketplace.

13          We'll talk about store performance, just

14    running the rules and plans and then, like I said, I'm

15    going to add in some tax planning and asset protection

16    as well on Sunday.

17          So we've got three types of income, guys.

18    We've got earned income, passive income, and portfolio

19    income.  There's only three ways to make money in this

20    country.  Here's the interesting thing, guys.

21    Everything we do, everything we do in our lives, is

22    either going to make us money or cost us money.

23    That's it, because there's only three ways to make

24    money.

25          So let's talk about it.  Earned income, this

1   is trading time for money.  This is where you do a job

2   once, you get paid one time for it.  For most of you

3   all right now, it is your jobs, right?  When it comes

4   to our businesses, it's retail online arbitrage, it's

5   dealing with drop shipping products, and overstock,

6   meaning they're not (inaudible) they're not pre-

7   giftable, but you can make money with them.

8           They're proven and they're simple, but they

9   have to fit in all four categories.  It has to be

10   proven; it has to be simple, so we need it to be

11   duplicatable and predictable.  Retail and online

12   arbitrage, overstocking, it's not that way.  In fact,

13   we had a couple -- you guys remember when Sports

14   Authority went out of business?

15           AUDIENCE:  Yes.

16           MIKE SCHREINER:  So we had a couple that

17   came to our training.  Now, their son was buddies with

18   his buddy, was a manager of one of those stores.  So

19   they knew it was coming before it ever got released.

20   So as soon as they started liquidating that -- those

21   products, that family jumped onboard because they knew

22   it was coming before.  So they ramped up for it.

23           In a month and a half, they bought every

24   product they could, and in a month and a half, they

25   made $78,000 selling the products.  Killed it, right?

FTC-SP-000365

1    Over the next six months, they spent 65 percent of

2    their profit, 65 percent of that 78,000, trying to

3    duplicate.  That's when they came into a room like

4    this because they couldn't duplicate what they did

5    that first time.

6          As I was saying, guys, Amazon is not about a

7    one-hit deal.  Right?  If that's all you're looking

8    for is a one-hit wonder, stick with eBay.  Okay,

9    because we got to get things that are consistent and

10   predictable.  That's really where more wholesaling

11   comes in.

12         So that becomes the number two, which is our

13   passive income.  So this is where you do a job once,

14   you get paid time and time and time again for it.  So

15   this is doing our wholesaling, right?  It also

16   definitely is our private label product lines.  So

17   when we talk about private label, guys, it's a whole

18   'nother level.  With a private label, you're making

19   anyway 40, 60 percent ROI on your investment, maybe --

20   I've seen the above 75 percent for some of these.

21         But we control that market because we

22   control the ASIN.  So if I have a private label

23   product, how often can I win the buy box?

24         AUDIENCE:  All --

25         MIKE SCHREINER:  A hundred percent, right?

1    Because it's a new product line, so I (inaudible).

2    Now, just -- I'll get into this more so on Sunday,

3    guys, but understand, too, when it comes to private

4    label, it's not necessarily that you're always

5    creating a whole new product line.  I'm not that

6    creative.  Sometimes it's just fixing things that are

7    already problems that people are already buying.  When

8    we provide a fix, we can still win that market.  Does

9    that make sense?  We'll talk more about that on Sunday

10   as well.

11          Now, portfolio income, this is where our

12   money makes money for us.  This is where you really

13   now become the bait.  See, when you become the bait,

14   guys, for every dime you lend out, you're going to get

15   a dollar in return.  Because the banks, like I told

16   you guys, they're awesome.  They are the best

17   leveragers in the world.

18          I mean, let's just talk about your mortgage

19   and you guys living in your homes.  You understand,

20   you buy a home down here for $2-, $300,000, at the end

21   of your mortgage, you've paid $6-, $700,000 for that

22   same home.  That's why, guys, because every time you

23   lend out you're going to make a dollar in return.

24   When we come to a bank now, we can fund startup

25   companies, we can fund private label products, we can

1    fund those types of things where we're making money

2    hand over fist.  Make sense?

3            But, again, that's something you got to

4    move into.  You're not going to start (inaudible).

5    Just like I said, you're not going to start as a

6    private -- now, some of you do have products already.

7    You will -- we'll be able to get you a (inaudible) you

8    can jump right into private label products, because we

9    have sourcing crews, we've got people that will find

10   manufacturers, all that in play.  But more times than

11   not we're going to start with retail and online

12   arbitrage.  It's what I'm going to teach you today,

13   and then we'll move on to our wholesalers and our

14   liquidators, and then we move to the private label.

15           So you all see the circle of wealth, yes?

16   Yes?

17           AUDIENCE:  Yes.

18           MIKE SCHREINER:  Okay, forget about it, but

19   in your notes, I do want you to draw a circle.  We're

20   just going to separate this, and I'm going to change

21   that just a little bit.  So on the circle, I want you

22   to make six pieces of pie.  So separate that circle

23   into six pieces.

24           In the top part, I want you to write

25   knowledge, mentoring, and tools of a pro.  So

211

1   knowledge, mentor, tools of a pro.

2            Going counter-clockwise, in the next one, I

3   want you to put asset protection.  Underneath that, I

4   want you to put portfolio income.  Put passive income.

5   And then earned income.  And then the last piece, I

6   want you to put seed capital.

7            So knowledge, mentor, tools of a pro.  Sorry

8   about the handwriting, guys.  It's hard to write on

9   these iPads.  My handwriting sucks anyway, but

10  knowledge, mentor, tools of a pro, asset protection,

11  portfolio income, passive income, earned income, and

12  seed capital.

13           So you all know what knowledge is.  You're

14  starting to understand what mentors are.  What are

15  some tools of a pro?

16           AUDIENCE:  (Inaudible).

17           MIKE SCHREINER:  I want something more

18  tangible.  A real system, but what's more tangible?

19           AUDIENCE:  (Inaudible).

20           MIKE SCHREINER:  Say again.

21           AUDIENCE:  (Inaudible) warehouse.

22           MIKE SCHREINER:  Okay, warehouses, right.

23  What are you going to use for your warehousing, your

24  FBA prep.  Good.

25           What else?

FTC-SP-000369

1              AUDIENCE:  (Inaudible).

2              MIKE SCHREINER:  Yeah -- yes and no.  When

3    we're talking about what we're talking about today and

4    tomorrow, we don't have to really worry about the

5    margins.

6              AUDIENCE:  (Inaudible).

7              MIKE SCHREINER:  Yeah, with retail

8    arbitrage, same thing.  We don't really have to worry

9    about that stuff.  That's not really a tool.

10             Okay, here's what I mean, guys.  How many of

11   you in the room would like to wake up, say, 7:00 in

12   the morning, go downstairs in your house and put on

13   your new uniform, which is going to be your what?

14             AUDIENCE:  Robe.

15             MIKE SCHREINER:  Yeah, your diamond-

16   encrusted robe, sit down in front of your computer,

17   and pull up all of your listings for the day, have

18   access to over 200,000 line items of ASINs already

19   researched, being able to track out your product to

20   see what products you can start spooling down, which

21   ones you need to start adding in to get you where you

22   want to be.  Having access to that, how many of you

23   would like (inaudible)?  Yeah.  So what I'm talking

24   about now is software, right?  Which software are you

25   using?  In fact, whose contract are you using when you

1    start negotiating with wholesalers, liquidators,

2    private label manufacturers, right?  Whose negotiating

3    on your behalf, guys?

4          We have a tracking software program that not

5    only you get access to over 200,000 line items with

6    the ASINs already researched, your profit margins

7    already in there and who to contact, who to order

8    those from, we've got something called an SBS tracker.

9    These are plugging in those ASIN numbers because

10   there's going to be peaks in every product line, yes

11   or no?

12         AUDIENCE:  Yes.

13         MIKE SCHREINER:  So we may see that this

14   month they're selling 10,000 units a month, right, but

15   every other month they're only selling 6,000.  So we

16   need to be able to track that out because there's

17   going to be highs and lows in everything that's going

18   on.  But one thing we cannot change is people's buying

19   patterns.  All we can do is find out what their buying

20   patterns are, and then sell what they're buying.  Make

21   sense?  So that's what we're talking about (inaudible)

22   software we're tapping into.

23         Now, asset protection I'm going to spend

24   more time on when it comes to Sunday.  But like I

25   said, guys, with the right asset protection in place,

1    it's impossible to lose what you've got.

2           Now, portfolio, passive, and earned income,

3    we've already gone over.  What would be some seed

4    capital?  What is seed capital?

5           AUDIENCE:  Cash.

6           MIKE SCHREINER:  Not necessarily cash.  And

7    here's the thing, too, I want you to take cash out of

8    your minds because here's the problem with your cash.

9    With -- your cash should be used for what you want,

10    meaning you should use it for education.  You should

11    use it for even your vacations.  When it comes to our

12    business, we've got to start using other people's

13    money.  See, here's the problem with all of your cash.

14    You tie all of your cash into one deal and then a

15    second deal comes along, now what?

16           AUDIENCE:  (Inaudible).

17           MIKE SCHREINER:  You can't do it.  Or even

18    worse, okay, so let's put a worst-case scenario.

19    Let's say you dump all of your money into a product

20    line, and then that whole product line goes south.

21    What just happened to all of your cash?

22           AUDIENCE:  It's gone.

23           MIKE SCHREINER:  It's gone.  Right?  I mean,

24    I do it all on a credit card.  Here's the thing.  Do I

25    ever have to pay off my credit card, yes or no?

**FTC-SP-000372**

1          AUDIENCE:  Yes.

2          MIKE SCHREINER:  No.  Guys, these credit

3     card companies will bleed you for the rest of your

4     life if you let them.  Right, in fact, 93 percent of

5     Americans right now, that's exactly what they're doing

6     because they don't understand credit.  But for me,

7     same scenario.  I put it all on a credit card and

8     everything goes south, I'll just fold that onto

9     another card, right?  I'll hold that debt.  In fact,

10    I'll call the credit card company and renegotiate my

11    payments, renegotiate my terms.

12          Do credit cards want their money, yes or no?

13    They want their money, but I can always negotiate that

14    stuff away, versus using my cash.  In fact, we had a

15    student of ours -- because that's the thing, guys.

16    Look, at Sellers Playbook, we will not let you make a

17    mistake, but we can't stop you from (inaudible).

18          We had one of our students jump onto the fad

19    of fidget spinners.  The problem was he got into it

20    too late because it was already on the decline.  He

21    asked our coaches, hey, is this a good deal, I just

22    found a manufacturer, what do you think?  And what do

23    you think we told him?

24          AUDIENCE:  No.

25          MIKE SCHREINER:  No.  What did you think he

FTC-SP-000373

1    still did?  He thought it -- he thought it was going

2    to last forever because his kids loved them.  Now he's

3    sitting with two pallets full of spinners that he

4    can't sell.  The interesting thing about that, though,

5    do you think he blamed himself, or do you think he

6    blamed us?

7              AUDIENCE:  (Inaudible).

8              MIKE SCHREINER:  Yeah, he threw Sellers

9    Playbook right under the bus.  Oh, we can show you, I

10   mean, it's not -- but we can't stop you from doing it.

11   Make sense?  So we'll tell you what's going to work

12   and not work, whether you listen to our advice or not,

13   that's all on you.  And I see that all the time doing

14   this training as well.  I tell people, all right,

15   don't do this.  What do you think the first thing is

16   they do?

17             AUDIENCE:  They do that.

18             MIKE SCHREINER:  Yeah, what I told them not

19   to do.  Ooh, that brings up something interesting,

20   too.  After lunch today, I'm going to teach you guys

21   how to do retail and online arbitrage.  I'm going to

22   show you how to do it start to finish.  With that

23   being said, please, please, please do not start doing

24   it until Monday.  And I say this because people get

25   all excited and they go home Friday night and they go

FTC-SP-000374

1   out and they start doing it, and then where are you

2   going to be all day Saturday?  In here.

3        Right, so you get problems, you're trying to

4   deal with shipping, you're dealing with all that

5   stuff.  You'll shoot yourself in the foot before you

6   even get started, because, again, if you don't get it

7   shipped in time, you have customers you're not getting

8   back to, that will all affect your store ranking.  So

9   please wait until Monday.  Fair enough?  Okay.

10        So seed capital is money you come up with to

11   do our deals, right?  And I'll go over the different

12   ways that we can use seed capital.  And here's the

13   thing.  Can I use my seed capital to buy my knowledge,

14   my mentor, my tools of a pro, yes or no?

15        Yes.  Could I use my seed capital to pay for

16   my earned income strategies, yes or no?

17        AUDIENCE:  Yes.

18        MIKE SCHREINER:  Yeah.  So if you have

19   credit, start with that.  If you don't, you got to

20   start with what you have.  Here's the reason I say

21   this.  Too many times people get in their head, it's

22   all or nothing, right?  I'm either doing all of this

23   this way or I'm not doing any of it.  You have that

24   attitude, I guarantee you will never be successful,

25   because the all-or-nothing attitude will never get you

FTC-SP-000375

218

1    what you want.  You've got to start with what you

2    have.  Make sense?

3        Now, can my seed capital also buy my

4    passive, my asset protection, and my portfolio income,

5    yes or no?  Yeah, we can (inaudible) seed capital at

6    all.  In time, though, I want my earned income

7    strategies now to pay for my mentors, my tools of a

8    pro, my knowledge, right?  I want my earned income to

9    pay my passive and pay my portfolio, to pay my asset

10    protection.

11        Can I then use my portfolio income to fund

12    my passive income, yes or no?  Yeah.  Can I use my

13    portfolio income to fund my asset protection down the

14    road, yes or no?  I can even use my portfolio income

15    to fund my earned income, and here's the key.  If my

16    money never leaves the circle of wealth, where are my

17    tax consequences?

18        There aren't any.  See, this is what kills

19    me all the time is I hear these consumer mindset

20    people say, oh, the rich, it's not fair, they don't

21    pay their fair share in taxes.  Bull.  I pay my fair

22    share.  I just don't pay any more than I have to.

23    See, I'm going to teach you guys how to avoid tax

24    consequences, not evade -- this is evade.  We're not

25    evading anything, okay?  But we can avoid our tax

FTC-SP-000376

1   consequences.  But, again, if my money is always

2   moving and it never leaves that circle of wealth, I

3   have no tax consequences.

4          And, again, guys, that's why -- yeah, you

5   bet I keep more of my money, but it's all within the

6   letter of the law.  I pay my fair share.  Like I said,

7   dollar amount, I guarantee I beat all of you.  But

8   percentage-wise, I'd put money that I pay less

9   percentage-wise in taxes than anyone in this room.

10         But, again, we just know how to do it.

11  Business gives us a lot of opportunity, and we'll talk

12  more about that on Sunday.  Any questions on this

13  circle of wealth?

14         Good.  So when we talk about our tools, and

15  like I said, I do want a few more tangible things,

16  but, again, this is exactly what we're talking about.

17  When we talk about tools that we tapped into, we're

18  talking about a business plan, we're talking about our

19  systems.  We're talking about building a (inaudible)

20  and then, of course, we're talking about our software.

21         So there's really only five ingredients to

22  success.  So you've got specialized knowledge, tools

23  of a pro, change in attitude, money, mentor, and then

24  we're out of here for lunch.  Now, let's break this

25  down.  I mentioned earlier today the biggest

FTC-SP-000377

1    difference between the wealthy and the not is

2    leverage.

3            See, the middle class, they believe in a

4    good education.  They seek that job security, which we

5    all know really is insecurity, right?  They work for

6    money, plan for the next paycheck, right?  They worry

7    about their raises.  And all they want to do is get in

8    the big home for themself, and then they make small

9    investments, right, like a CD.  In fact, they -- they

10   save their money.  They use their own money, and they

11   don't take risks.

12           The wealthy, though, we invest in a good

13   education, a knowledge education.  They teach us not

14   to accept (inaudible) return.  That always kills me.

15   Build businesses, our money works for them.  Again,

16   generations, guys, three generations minimum is what

17   we want to build that (inaudible) for.  We're excited

18   about building wealth.  We invest our money.  We

19   leverage other people's money.  And then we do take

20   risks.

21           Again, there is risk in this business, guys,

22   but everything we do is calculated.  Again, if I know

23   what my profit margin is going to be, if I know how

24   many products I'm moving every single month and how

25   often I'm going to win the buy box, where is my risk?

FTC-SP-000378

1    There isn't, right?  Where's my fear?  There isn't.

2    So it's just not knowing.

3         And I'll tell you all right now, and you're

4    going to hear me say this dozens of times this

5    weekend, ignorance is not an excuse.  Okay, because

6    it's not what you know that hurts you; unfortunately,

7    it's what you don't know.  And right now, for most of

8    you all, is you just don't know what you don't know,

9    you know?

10        All right.  But the two different things

11   here, guys, the biggest difference is leverage.  And

12   what we leverage -- other people's money, other

13   people's time, other people's talents, other people's

14   product lines.  So (inaudible) private line, do I want

15   other people selling my private product line, yes or

16   no?

17        AUDIENCE:  Yes.

18        MIKE SCHREINER:  Yeah.  Like I said, guys,

19   I'll take 10 percent of a million sells versus 100

20   percent of 50 sells.  So that's exactly what we want

21   to do.  But, again, it's just getting the right people

22   in place to know how to do it.  So here's the key:

23   knowledge replaces money all the time.  Hands down.

24   If I'm not using other people's money, does it matter

25   how much money I have?  Yes or no?  No.  If I can use

FTC-SP-000379

1    somebody else's, why would I need to worry about mine?

2    It's just learning how to get those other people.

3            So when we talk about money, guys, we've got

4    to change what we think.  Let me ask you this.  How

5    many of you in the room can find me 50 grand?  How

6    many of you can give me 50 grand, by a show of hands?

7            One, two of you.  (Inaudible).  If your hand

8    is not in the air, my question to you is, who are you

9    hanging out with.  Because nowhere did I say it had to

10   be what?

11           AUDIENCE:  (Inaudible).

12           MIKE SCHREINER:  Your money.  Guys, who you

13   hanging out with?  And sometimes we surround ourselves

14   with crabs in a bucket, don't we?

15           AUDIENCE:  Yep.

16           MIKE SCHREINER:  We've got negative people

17   in our life, or we've got the fleas in a jar, right?

18   They tried a business, they made a mistake, so they're

19   going to downplay it all day long.  Oh, it doesn't

20   work, you're not making any money, just because they

21   made a mistake.

22           Guys, 50 grand is nothing.  I'd go find

23   someone that had 50 grand on a credit card if I was

24   going to make 20 percent on it.  I don't care.  I

25   never said it had to be your money.  I just said who

1    found it -- who could find me 50 grand.

2         See, for me to spend time to get to know

3    somebody, they have to fit in three categories.  Now,

4    before you throw anything at me or judge me, let me --

5    here, hear me out, okay?  Number one, for me to hang

6    out with people, number one, they have to make more

7    money than I make.  Number two, make at least as much

8    money as I make.  Or, number three, being on a path to

9    make it happen for themselves.

10        I don't hang out with negative people.  It's

11   not worth my time.  I don't believe in handouts, but

12   I'm all about handups.  In fact, when I was running my

13   own garage, man, my techs hated me.  In fact, I had

14   one of my mechanics, he used to throw a fit all the

15   time.  He was like, oh, this sucks, and I'm not making

16   as much and I -- I should get a better percentage and

17   blah, blah, blah.

18        And I remember walking out there listening

19   to him one day, and I said, you're right, man.  I

20   says, in fact, back your truck up, let's load up your

21   tools, let's set you free.  He immediately started

22   backpedaling, well, you know, it's not that bad, and,

23   you know, you're a great boss, right?  I'm like, then

24   shut up.  For me, it's just not worth it.

25        In fact, I've got an older brother, to this

FTC-SP-000381

1    day, that every time we talk -- I only talk to him

2    four times a year.  CBDE me, Christmas, birth, death,

3    Easter, right?  Because every time I talk to him, all

4    it is is, oh, you're so risky and I can't believe

5    you've been so lucky.  I'm like, luck has nothing to

6    do with this, right?  But I just -- I cut him -- I

7    fired him.  It's not worth my time.

8           In fact, last year, we did a -- we did a --

9    we did it huge, and he found out, it was like $140,000

10   buy-in.  And he's like, man, what are you doing?  I'm

11   like, what do you mean, Jared?  You've been so lucky.

12   I'm like, oh, my gosh.  He works for a cable company.

13   He thinks that's the way to make it work.  I can't

14   change the way he thinks, so it's not worth my time.

15          In fact, I was telling him, well, look, I

16   still need someone to run cable at my house

17   (inaudible).  Right, whether they see it or not, guys,

18   it doesn't change.  In fact, my father-in-law, he's

19   not a risk-taker.  He has a huge family (inaudible)

20   Dave Ramsey.  In fact, if he knew how many credit

21   cards we have, this guy would lose his mind.  We just

22   don't talk business.  It's not worth my time.

23          In fact, some of you in this room, you have

24   friends that are just like that.  Fire them.  Some of

25   you may have family.  Fire them.  Some of you in this

FTC-SP-000382

1   room, it might be your spouse.

2          (Laughter.)

3          MIKE SCHREINER:  I'm not going to

4   (inaudible).

5          But you see where I'm going, right?  See,

6   I'm lucky.  My wife -- win, lose, or draw, I tell my

7   wife what I'm passionate about and what I think we

8   should do.  My wife will look at me and say, go get

9   'em, Tiger.  Right?  She supports.  She may not always

10  (inaudible) but she supports.  But people that are

11  that negative, I just cut them out.  It's not worth my

12  time.  I don't need to hang out with negative people.

13         The people that I hang out with, we talk

14  about business.  Man, I saw that product line you put

15  together.  I ran the numbers.  I don't know how you

16  made it work.  (Inaudible) let me show how I hooked up

17  with this manufacturer.  We want to lift each other

18  up.  It's not that scarcity mindset, right?  I -- I

19  don't believe there's any competition out there

20  because I want competition.

21         If there's competition on my product lines

22  other than private label stuff, that means I'm in the

23  right place.  And if there's no competition, then I'm

24  selling product that nobody else wants.  I can't make

25  people buy what I want to sell.  I just want to sell

1   what people are already buying.  So we got to get some

2   of that out of our life, guys.

3            All right, are you guys ready to change your

4   financial IQ, yes or no?

5            AUDIENCE:  Yes.

6            MIKE SCHREINER:  Because I'm telling you

7   right now, guys, I'm going to turn everything you've

8   been taught about money, about credit, upside down and

9   inside out.  My one big question right now, do you

10  have to have good credit to do this business, yes or

11  no?

12           AUDIENCE:  (Inaudible).

13           MIKE SCHREINER:  I love it.  That's good,

14  that's good.  You always see that people say yep.  You

15  see a lot of people say nope.  And there's always a

16  few going, man, I hope not.

17           (Laughter.)

18           MIKE SCHREINER:  Okay, here's the thing.

19  You do not have to have good credit to do this or any

20  business.  But it can help.  But you don't have to

21  have it.  Here's the thing.  Do you think anybody I

22  deal with right now gives a rip of what my credit

23  score is?  Yes or no?

24           AUDIENCE:  (Inaudible).

25           MIKE SCHREINER:  Not even a little.  The

FTC-SP-000384

1    only thing that I -- people -- that people care about

2    right now with me is what my history is and how much

3    what?  How much they're going to make with me.  Right?

4    They don't care about my credit score.  Now, here's

5    the thing about credit scores.  Your credit score

6    should look like a heartbeat.  Your credit score

7    should be going up and down, up and down.

8            It's not the score that we worry about right

9    now, guys.  It's credit history.  Look, I'll tell you

10   guys right now.  My credit score right now is 793.

11   Six and a half months ago, my credit score was 614.

12   And, again, my credit score is going up and down.

13   Every company I know, whether it's banks or those

14   lines of credit, whether it's my credit cards, they

15   see my credit history.  It's not just credit score;

16   it's credit history that they want to see.  Do you all

17   hear me?

18           Okay, so this is something you're going to

19   have to change because some of us have been taught, we

20   get our credit score and we got to hang onto that,

21   right?  Your credit score is only as good as you can

22   utilize it.  How many of you people in here know

23   somebody that has great credit that can't even get a

24   car loan?  Yeah.  So it's not just credit score,

25   right?  They have to have that credit history.

FTC-SP-000385

1          So let's talk about what it does to our

2     credit.  Now, does anybody know how we got these

3     numbers today?  They actually -- so to be fair, I

4     haven't changed these yet, but the numbers just jumped

5     again.  But these numbers changed about 12 years ago.

6     Does anybody know how we got this numbering system?

7          AUDIENCE:  No.

8          MIKE SCHREINER:  These numbers?  Yes, no?

9     Okay, how many of you know what TARP was?  The

10    Troubled Assets Relief Program, right?  The big bank

11    bailout?  You guys remember that?  Yes?

12         AUDIENCE:  Yes.

13         MIKE SCHREINER:  Okay, so here's what

14    happened, guys.  When these banks got bailed out about

15    12 -- that's why I say, this changed about 12 and a

16    half years ago.  Here's what happened, is these banks

17    got bailed out, yes?  But they were still responsible

18    now to pay back that money.  So all these big banks

19    now had to figure out how to (inaudible) money coming

20    in, they still had to show a profit, but they had to

21    pay off that loan as well.  So they were struggling.

22         How many of you remember about 12 and a half

23    years ago, you started getting credit card offer after

24    credit card offer after credit card offer?  You guys

25    remember that, right?  Do you guys remember when it

FTC-SP-000386

1    all of a sudden stopped?  So here's what stopped it.

2    See, what happened is these big banks were struggling.

3    Well, what happened is FICO, Fair Isaac, right?  Some

4    of you guys know what that is, yes?  Right,

5    TransUnion, Experian, Equifax, they went to these big

6    banks, and they said, look, we've got a solution for

7    your problem, but what's in it for us.

8         Now, to this day, it's an undisclosed amount

9    of money of what they taught these big banks and what

10   I'm going to teach you all right now.  So what they

11   did is almost 12 years ago, the high you could have on

12   your credit score was 800.  That was the highest you

13   could be.  So what they did now is they jumped it to

14   850.  Well, that slid everything down.  What that

15   means, if you were in the lower part of an A ranking,

16   you dropped to B.  If you were anywhere as a B rank,

17   you'd drop to C.  Anywhere in C, you dropped to D.

18        Now, whether you know it or not, is

19   everything you sign for at a financial institution,

20   whether it's credit cards, bank loan, car loan,

21   mortgages, it says in all of that paperwork, if your

22   credit ever changes rankings, they can now increase

23   your interest to the maximum amount and they do not

24   have to tell you about it.

25        Guys, they forced this on us, and they did

230

1    it to us overnight.  Right?  How many of you remember

2    that happened, right?  You may have had a 10 to 11

3    percent interest, and all of a sudden it jumped to 30

4    percent.  They can't just do it willy-nilly, but if

5    you change rankings, they can do whatever they want.

6    So they forced it on us.

7          Here's the thing, guys, you can no longer

8    just bury your head in the sand and hope things work

9    out.  We've got to know where we sit with our credit

10    score.  Like I said, in the beginning, right, we'll

11    play a bit of a role.  You know, I have to have good

12    credit and we got to know where you sit, but it's the

13    credit history that we've got to build.  And people

14    have just been doing it the wrong way.

15          So let's talk about what builds our credit

16    score.  So 35 percent of your credit score is based on

17    your payment history.  So if you don't have good

18    credit, you don't have to tell me why, I know why.

19    Yeah, feel free to take a screen shot of this if you

20    want.  Number two, in your notes where it says amount

21    owed, I want you to write to the amount available.

22    Thirty percent of your score is based on what's owed

23    to what's available.

24          Now, here's the thing about number two.

25    You've only got two ways to change that number, right?

FTC-SP-000388

231

1    Number one, take down the bad debt.  Number two, add

2    new credit lines on top of it.  So look at this way,

3    guys.  Let's say I have one credit card and I've got a

4    $5,000 limit and it's -- that card is maxed out.

5    Well, to change number two, that 32 percent of my

6    score, I can either pay that five grand off or I go

7    get another credit card that will give me $5,000.

8          If I double that limit now available, and I

9    only have half of it due, does that change my score,

10    yes or no?

11          AUDIENCE:  Yes.

12          MIKE SCHREINER:  Huge.  Like I said, guys,

13    30 percent of it is based on what's owed to what's

14    available.  Number three, your length of credit, 15

15    percent, meaning how long have you had those credit

16    cards.  Number four is our new credit.  This is

17    something that 99 percent of Americans don't even

18    know, because how many of you have one, two, three

19    credit cards and you have good credit scores, but you

20    haven't been able to get higher limits or a higher

21    credit score?  Have you guys had that issue, yes or

22    no, right?

23          This is why, guys.  To get that extra 10

24    percent of your credit score, you got to be adding new

25    lines of credit.  They say once a year.  You really

FTC-SP-000389

1    should be doing it every quarter, because if you've

2    got three cards, all you've done is shown everybody

3    those three cards trust you, but no one else does.  So

4    to get that additional 10 percent, we have to add new

5    lines of credit.

6          And then, finally, number five, types of

7    credit card.  Now, when we talk about this, guys,

8    we're only going to start using investor cards, not

9    the consumer cards.  Those are nothing that a Baby Gap

10   card can buy you that's the regular cards cannot,

11   okay?

12         So there's only five credit cards that we

13   want to focus on.  We're going to use Visa.  Now, when

14   I mention these cards, these cards cannot say debit.

15   Okay?  We want credit-credit cards.  So we want Visa,

16   Mastercard, American Express, Discover Card, and

17   Victoria's Secret -- no, I'm just kidding.

18         (Laughter.)

19         MIKE SCHREINER:  I'm just kidding.  My wife

20   loves that store.  No, the fifth one is only going to

21   apply to a few people, USAA credit cards.  Do I have

22   any military personnel in here?  Now, hold your hands

23   up, guys.  Let me see.

24         AUDIENCE:  I am.

25         MIKE SCHREINER:  Awesome.  Help me give

1   these guys a round of applause.

2               (Applause.)

3          MIKE SCHREINER:  (Inaudible).  Thank you for

4   your service.  This is one of the reasons I wear this.

5   I don't know if you guys know what this is.  This is

6   an MIA-POW ID tag.  I've very thankful for your

7   service.  My father was born and raised in Germany.

8   Okay, and he got chased out of Germany just like

9   everyone else did, came to the States.  Because of the

10  freedom he enjoyed, he served.  So did both of my

11  uncles.  I've got two cousins right now.  One's a

12  Marine; the other one's a test pilot and a trainer for

13  the Navy.  What you guys do, you make it -- allow us

14  to do what we do.  So thank you so much for your

15  service.

16          USAA, if you don't have those, the first

17  three credit cards you can get from those guys I

18  recommend going after them because they're great with

19  their limits, they're awesome with their interest

20  rates, because it's your service that's going to

21  qualify more so than you personally.

22          But for the rest of us, guys, Visa,

23  Mastercard, American Express, and Discover.  Those are

24  the only cards we want to be using, because there's

25  nothing those other cards can get you.  Now, I am all

1    about the club cards, right, the Costco, the Sam's

2    Clubs, right, Cabella's.  I'm a huge Cabella's guy.

3    But here's the thing about those club cards you don't

4    realize.  So last year, Costco kicked out American

5    Express.  They now have the Visa.  So my Visa card

6    through Costco, I have a $25,000 limit.  They will not

7    give me more.  And here's why.  Even though it's a

8    Visa card, even though I can use it anywhere, Costco

9    says you're never going to spend more than 25 grand

10   with us.  That's the way they look at this.  Make

11   sense?

12        So I'm all about those club cards, but you

13   just got to remember, they can't give you those kinds

14   of limits, right?  Can you get over $100,000 limit on

15   your credit card, yes or no?  Yeah.  We got

16   (inaudible) but you're not going to start there.

17   Look, the bottom dollar of the day is when you call

18   your credit card company saying, hey, give me a 100

19   grand and you get it.  Okay?  You can get there, but

20   there's a process to it.  But that's what we want,

21   guys.  We've got to go after those investor-type

22   cards.

23        Now, credit cards are just one strategy.

24   But here's the thing, guys.  What's easier?  Is it

25   going to be easier to earn some capital or raise seed

FTC-SP-000392

1   capital?

2          AUDIENCE:   (Inaudible).

3          MIKE SCHREINER:  Oh, man, it's always easier

4   to raise.  In two seconds in this room, I raised 100

5   grand.  I asked how many of you could find me 50

6   grand; two hands went up; that's 100 grand.  I can't

7   earn 100 grand in two seconds, but I can raise it all

8   day long.  It's always easier to raise.  In fact, some

9   of you guys are sitting on your assets you're not even

10  utilizing.  So credit cards is one strategy

11  (inaudible) to fund it, but there are tons of

12  different ways to leverage other people's money or

13  money that you already have that you're not utilizing.

14          So let's talk about the different sources of

15  seed capital.  Number one, pension plans.  Now,

16  there's just not a lot of them around anymore, but

17  pension plans allow (inaudible) pull out almost 95

18  percent of that (inaudible).  But there's (inaudible).

19          Friends and family.  Okay, so when it comes

20  to friends and family, here's my caveat, guys.  Wait

21  until you've got some things going to prove your prior

22  history because when we first started this, I had a

23  friend of mine, his father passed away.  Him and his

24  sister sold their dad's house, right?  So each of them

25  made about 125,000.  So I knew he got a good chunk of

FTC-SP-000393

1    money.

2            So I went to him and said, look, we're doing

3    a purchase order, I need about $32,000, I'll split the

4    profit with you 50/50.  He looked at me square in the

5    eyes, and he said, Mike, you fixed my car last month,

6    what do you mean you're an investor?  I was like, all

7    right, you know what, fair enough.  So, I'm just

8    saying, wait until you've got the track record, okay?

9            Federal, state, local governments; we'll

10   talk more about how to negotiate with banks, how to

11   deal with them.  Life insurance policies, hmm, this is

12   a big one.  How many of you in here have a life -- a

13   life insurance policy?  Okay.  How many of you have

14   term life?  How many have whole or universal whole

15   life policies?

16           Aah, see, this is why the wealthy lean

17   towards whole life or universal whole life policies.

18   They build cash value.  Term life policies do not.

19   Now, we buy term policies in bulk, and then we convert

20   them to whole life policies.  And I'll explain why we

21   do that on Sunday.  But with my whole life policy now,

22   with it building cash value, I can loan myself money

23   out of that policy, go and do a deal, and then I'm  .

24   just going to pay myself back.  Guys, whole life

25   policies are awesome, so that's why we like the whole

1    life.  Term doesn't build any kind of cash value.

2    There's no offsetting of inflation or (inaudible) term

3    life.

4           401(k)s.  How many of you in here have a

5    401(k) at the job you're at?  Okay.  How many of you

6    have a 401(k) from a previous job that you haven't

7    done anything with?  Okay, if you don't have a 401(k)

8    and it's a (inaudible) if you're at the job right now,

9    you can't move that money until you either quit or are

10   fired.  But if you had a previous job that had a

11   401(k) and you've done nothing with that fund, it is

12   right now a dead fund.  You can't contribute to it,

13   and it's not being managed.  You have to move it.

14          Now, they'll recommend you moving it to an

15   IRA, whether a straight IRA or a Roth IRA.  What we

16   do, what the wealthy do, is we lean towards something

17   called a self-directed Roth IRA.  In fact, I'm going

18   to have the team pass out this form right here.  This

19   is from a company that we've teamed up with called

20   Horizon.  Now, what Horizon does is a self-directed

21   Roth IRA.  So let me show you why this works.  And

22   here's the thing, this is why I say they're going to

23   pass this form out.  I recommend all of you guys

24   filling this out, and here's why.  And you're not

25   obligating yourself to anything.

238

1          What Horizon does, though, is they're going

2    to send you a starter kit, and they will actually in

3    about two to three weeks get you on the phone and do a

4    consultation with you to see if this makes sense.  If

5    it makes sense, you do it.  If it doesn't make sense,

6    don't do it.  But generally for them to give you the

7    starter kit and do that consultation, they charge $199

8    to do that service.  You guys fill this out this

9    weekend and turn it in, they'll do it for free.

10         Now, now that I've explained why I suggest

11   you fill this out, let me show you why we use self-

12   directed Roth IRAs.  Out of a 401(k), out of a

13   straight IRA or a straight Roth IRA, not self-

14   directed, I can loan myself money.  Right?  So how

15   many of you know what your 401(k)s (inaudible) right

16   now and you can give yourself a loan?  Yes or no?

17   Right.

18         Now, here's the thing.  I can take money out

19   of my 401(k), my IRA, my -- my Roth IRA.  I can always

20   say I need 10K to go to a purchase order.  I can pull

21   10 grand out of my 401(k), IRA, Roth IRA, right?  I

22   can go get the 10 grand, and then all I'm going to do

23   then is pay myself back plus the interest.  Now, do we

24   pay taxes on borrowed money, yes or no?

25              AUDIENCE:  No.

FTC-SP-000396

1          MIKE SCHREINER:  No.  So, again, it's a way

2     I can get that money without paying taxes on those

3     funds.  But here's the thing, though.  I can only

4     contribute to any of my other retirement accounts by

5     my age.  So I can only contribute $5,500 a year to my

6     retirement account.  My self-directed Roth IRA,

7     though, I can grow it by hundreds of thousands of

8     dollars every year tax-free.  Here's why.  Same

9     scenario with a self-directed Roth IRA.  I can pull 10

10    grand out, go do a deal.  Then when I flip those

11    products, I pay that 10 grand back, plus now all of

12    the profits will go back into this -- this Roth IRA

13    tax-free.  It's not a contribution.  It's profit from

14    the investment.

15          So if you have a 401(k) that you're no

16    longer at that company, you need to move it.  I

17    recommend a self-directed Roth IRA.  Whether you do it

18    through Horizon or not, you need to move it.  If you

19    don't have a retirement account and you want to set

20    one up, fill this out and turn it in.  They'll set one

21    up for you, guys.  But I'm telling you right now, this

22    is why we can grow our accounts by hundreds of

23    thousands of dollars every year, and we do it all tax-

24    free.

25          It's not a contribution.  I can still only

FTC-SP-000397

1    contribute to this $5,000 a year.  But I'm growing it

2    by hundreds of thousands of dollars because it's not

3    my money.  It's the profit from the investment.

4    Everybody understand?  So I recommend all of you fill

5    this out.

6         Now, if you're happy with what you've got

7    and you don't want to move it, don't fill it out.  If

8    you aren't and you want to do something with it or you

9    need to set something up, fill this out and turn it

10   in.  You're not obligating yourself to anything.

11   These guys do it for free this weekend when you fill

12   it out and turn it in this weekend, they'll give you

13   the option.  If it makes sense, do it; if it doesn't

14   make sense to you, don't do it.  But at least you got

15   the option to see what's going to work for you.

16        Personal bank loans.  What's the problem

17   with personal bank loans?  You got to jump through all

18   sorts of hoops, don't you?

19        AUDIENCE:  Yes.

20        MIKE SCHREINER:  You got to qualify and you

21   got to prove this stuff.  Here's the thing, too, guys.

22   We no longer are doing business with big banks.  The

23   big banks do not care about you all.  In fact, does

24   anybody in here watch C-SPAN?  C-SPAN?  If you don't,

25   you need to start, guys.  Here's the thing.  C-SPAN

FTC-SP-000398

1    interviewed the Bank of America president.  They asked

2    him how do you guys make your money.  On national

3    television, he said, we make our money off of the

4    uneducated.  I kid you not.

5          Guys, we no longer do business with the big

6    banks.  There's a lot of things they can't do, and

7    there's a lot of things they just won't do for us.

8    What we want to use are community banks.  Now, there's

9    only two ways to find a community bank.  Number one,

10   the legal description of the bank has to say

11   "community bank," not their marketing.

12         How many of you in here have heard of

13   Regency Bank?  You guys heard of Regency?  Yep,

14   Regency markets themselves as a community bank, don't

15   they?  Regency Bank is Bank of America.  They're not a

16   community bank.  The reason they put that bank out,

17   the reason Bank of America created that bank is

18   because after the TARP, they had a huge black eye,

19   people didn't trust Bank of America.  So they just

20   rebranded and launched a whole new product line.

21         Do companies do that, yes or no?  Oh, every

22   day, guys.  So they market themselves, hey, we're your

23   -- we are a community bank for you.  But when you look

24   at it, it's Bank of America, they're not.

25         The other way, guys, is that will do

FTC-SP-000399

1    portfolio loans.  Big banks cannot do it.  Anybody

2    that took TARP money cannot do a portfolio loan.  See,

3    portfolio loans do not have to follow FHA underwriting

4    guidelines.  So you don't have to have seas of money

5    to get loans.  You don't have to worry about the hoops

6    we jump through for -- for VLOCs and ELOCs and all

7    those different things.

8         But it's the legal description for portfolio

9    lending, but we do not do business with big banks,

10   guys.  They just don't care.  So why (inaudible) in

11   fact, there are some of those big banks I cannot

12   stand.  Now, Wells Fargo and I (inaudible) we have

13   gone the rounds, right, especially when it comes to

14   business.  Now, I use all their credit cards, but I

15   never will have any of my accounts with those banks,

16   because they just can't do what I need or want them to

17   do.  But we do want to tap into some of that.

18        HELOCs, does anybody know what a HELOC is?

19        AUDIENCE:  No.

20        AUDIENCE:  A line of credit.

21        MIKE SCHREINER:  Yeah, it's a home equity

22   line of credit, right?  Access to the equity in your

23   home.  Some of you have a ton of equity in your home.

24   And, again, your equity does you no good unless you

25   utilize it.  It's like your credit score.  In fact, if

1    you think that that equity is such a thing you want to

2    hang onto, then here's your homework assignment.  At

3    lunch today when you go and you pay for lunch, on the

4    receipt, this is what I want you to write:  I am

5    giving you 0.0000001 percent equity (inaudible) and

6    then put the address of the property.  See how that

7    works out for you.

8            Is it okay to leverage the equity in our

9    homes in today's times, yes or no?  What do you think?

10           AUDIENCE:  No.

11           AUDIENCE:  Yes.

12           MIKE SCHREINER:  Yes.  But here's the key.

13   You never want to leverage yourself more than 80

14   percent globally.  I saw a lot of people here in

15   Florida go out of business overnight during the

16   economy bubble because they were leveraged out 120,

17   130 percent.  They had nothing to recover from.  But

18   I'll tell you what, guys, equity in a home, unless

19   you're utilizing it, it doesn't do any good.

20           Now, I have equity in my house that I live

21   in.  I don't have to use my HELOC to do my business

22   anymore.  I use it more for asset protection, and

23   here's why.  The HELOC is a revolving line of credit,

24   right?  It just works like a credit card, for those of

25   you who don't know.  You can use it and you pay it

244

1    back; you use it and you pay it back.  But you only

2    pay on that money if you use it.  Once you set it up,

3    you're not paying it, just like a credit card, right?

4    You don't put money on our credit card, you're not

5    making payments on the card.  If you don't pull that

6    HELOC out, you're not making payments on it.

7            The house I live in, we've lived there for

8    about eight years now.  I've got over $400,000 in

9    equity in our home.  So I have a HELOC on it.  Here's

10   why.  If somebody falls in front of my house, I can't

11   hide the fact that I live there.  Now, I have a law in

12   my state.  It's the same law you all have in your

13   state.  It's called the Homestead Law.  What this

14   means, if somebody wanted to sue you personally, they

15   can't take the home you live in, it's your house, but

16   they can sue you for the equity you have in your home.

17           So with me now, I have a HELOC on there.  So

18   if somebody slipped in front of my house and the title

19   search is done, the lawyer's going to see that there's

20   a mortgage on my home and a HELOC on my home.  It

21   doesn't tell him whether that money's used or not.

22   All it shows on paperwork now is all of the equity is

23   gone.  If there's no equity in the home, there's no

24   reason to sue me, the suit drops off.

25           So HELOCs are awesome.  And, now, if I get a

FTC-SP-000402

1   (inaudible) check for 2-, 3, 400,000, I got the money

2   right then and there.  So I could fund my own stuff

3   regardless.  Make sense?  Some of you all are sitting

4   on a ton of equity and it's not doing you any good,

5   guys.  It's more of a target on your back than

6   anything else.  Do we live in a (inaudible) society?

7   Yes or no?

8           AUDIENCE:  Yes.

9           AUDIENCE:  We do.

10          MIKE SCHREINER:  Yeah.  What's easy for me

11  to take in a lawsuit, property that's free and clear

12  or one that's completely leveraged out?  Always free

13  and clear.  So we got to utilize that money because

14  the equity -- that's your money.  You might as well

15  use it to make more money with.

16          Money partners.  Private money is

17  phenomenal.  We're going to talk about that.  In fact,

18  put this in your notes right now, guys.  I just

19  thought about it when I was talking about the HELOC.

20  Own nothing but control everything.  So, again, own

21  nothing, control everything.  I'd be willing to put

22  money in in this room that I am the brokest person in

23  this room.  Oh, man, I got three credit union accounts

24  in my name.  And I think if you add all three of those

25  together, I'm a little under $800.

FTC-SP-000403

1    See, on paper, I'm broke, and I control

2    accounts that have millions.  From paper, I own

3    nothing.  We'll talk more about that on Sunday.

4    WCAP funding.  Now, what WCAP is, guys,

5    these guys do sourcing for businesses.  So you can

6    have them do this for you.  These are the kind of

7    businesses these guys have funded to do business.

8    Now, the cool thing with WCAP, one of the things that

9    they do, you can use their funding, it's unsecured

10   revolving lines of credit.

11   In fact, how many of you would like to have

12   access to a lender that every month or every quarter

13   you can negotiate your limit, you can negotiate your

14   interest rate, you can even negotiate when you make

15   your payment.  How many would like to get that kind of

16   access?  Yeah.  Y'all already have it.  It's called

17   credit cards.  Guys, you got to start looking at these

18   differently.

19   They can get you unsecured revolving lines?

20   Big deal, $150,000.  So there's two ways to raise seed

21   capital.  You can do it yourself.  I'm going to teach

22   you both ways.  Or you can have these guys do it for

23   you.  These guys, their goal is to get you 0 percent

24   cards that it'll do it at 12, 18 percent -- or 12 to

25   18 months.  Most credit cards right now, the average

1   interest is anywhere from 15 to 20 percent.  So they

2   can get you a 0 percent card.

3           So if you got a 0 percent card for 18 months

4   and you've got $150,000 available, how many times

5   would you need to roll that money over before you

6   start seeing some serious profit?  I mean, you're

7   talking your first quarter being in business, yes?  So

8   again, it kind of comes down to you're going to pay

9   for the money, guys.  You might as well as pay for

10  this amount.

11          So you can use these funds to purchase

12  inventory, right, for your products; or you can use it

13  for your marketing expenses; you can definitely use it

14  for your advanced education; become an investor,

15  right?  So you become the bank.  Or you can even use

16  it to pay off your high-interest loans, because some

17  of you right now on your credit cards, you're paying

18  25, 26 percent.  You don't even know you're paying

19  that kind of money.

20          So these guys can do it for you.  In fact,

21  what will happen is at the lunch break, you're going

22  to meet with your consultant.  So they're going to

23  give you appointment cards of when your time is going

24  to meet with them, but they'll also give you this

25  CreditNav information.

FTC-SP-000405

1          And here's the cool thing that I do

2     recommend with CreditNav.  They will give you all

3     three of your credit scores for a buck, including your

4     credit history.  Then, you can figure out -- because

5     if they don't hit that guarantee, that 50- to 100

6     grand, you don't pay for their services.  If they

7     guarantee you that kind of money, you think you're

8     going to pay for that service, yes or no?

9          AUDIENCE:  Yes.

10         MIKE SCHREINER:  Oh, yeah, guys.  They're in

11    business, okay, they got to make some money.  But

12    you're not paying for it up front either.  They'll

13    just -- because what they're doing is they're

14    basically sourcing credit cards for you.  Now they can

15    do it where it's always soft hits and it won't affect

16    your credit score.  So many people get concerned about

17    credit scores, right?

18         So here's the thing, guys.  When they do a

19    hard pull on your credit, you're talking anywhere from

20    one to five points.  I have never seen it greater than

21    three points.  But people get so worried about that.

22    All you got to -- to get one increase or one new

23    credit card, you're going to far surpass that three-

24    point hit, that two to three-point hit because,

25    remember 30 percent of your credit score is based on

249

1    what's owed to what's available.  So remember, it's

2    not what it costs, guys; it's only what it's going to

3    do for you.

4          So these guys can do it all for you, and the

5    way that they do it, they can shadow the hits, so you

6    can get one credit line without having those run, and

7    that's something that actually -- anymore, guys, it's

8    a lot of soft pulls.  And that's something the Obama

9    Administration did that I agree with, right, because

10   now it's not going to affect your credit that great,

11   but even if it does, again, don't step over dollars to

12   pick up your pennies, if you see what I'm saying.

13         Okay, so, you can have them do it, and they

14   can get you a lot more, or you can do it yourself.  So

15   you can give yourself credit card financing.  Now, let

16   me ask you this, guys.  How many credit cards are too

17   many?  Yeah, I agree, I don't think there's a number.

18   In fact, my wife and I, our goal is fifty.  Fifty.

19   And we are close.

20         But here's the thing.  I'm not a believer

21   that you can have access to too much money.  You just

22   can't.  And the worst thing I can think of in business

23   is when you find a deal that you know is a deal that

24   you're going to make money with, and you can't do it

25   because you have to set yourself up to make it happen.

**FTC-SP-000407**

1    I never want to walk away from a deal that I know is a

2    deal that I can make -- I can make 60, 70 percent

3    profit just because I don't have the funding in place.

4    Because I'll tell you all right now, guys, when you

5    need the money, you'll never find it, right?

6              So this is why we source all the time.  So

7    I'm going to teach you both ways.  Now, here's the

8    caveat.  If you're going to let these guys do it for

9    you, you cannot do it yourself, because the way that

10   they're negotiating with these credit card companies,

11   their (inaudible) is to get you the higher limits with

12   the zero percent.  If you want to do it yourself, I'm

13   going to teach you both ways.

14             The only reason I'm going to teach you the

15   other way is once you get these lines of credit with

16   CreditNav, you can now start going out there and

17   getting increases on your own.  So I'm going to teach

18   you both ways, but if you're going to get these guys

19   to get your funding, see if they can do it.  If they

20   can't do it, do it on your own.  If they're not

21   getting the amount you want, do it on your own.  But

22   I'm going to teach you both ways to negotiate.  Fair

23   enough?

24             AUDIENCE:  Yeah.

25             MIKE SCHREINER:  So when it comes to our