# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney General, Lori Swanson,

     Plaintiffs,

     v.

SELLERS PLAYBOOK, INC., a corporation,

EXPOSURE MARKETING COMPANY, a corporation, also d/b/a Sellers Online and Sellers Systems,

JESSIE CONNERS TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY,

     Defendants.

CASE NO. ~~18CC2207 DWP/tnl~~

**FILED UNDER SEAL**

**PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF MINNESOTA'S EXHIBITS**

**VOLUME V**

**Px. 7**

**FTC-SP-000810 - FTC-SP-001024**

SCANNED
JUL 3 0 2018
U.S. DISTRICT COURT MPLS


1

# **Table of Contents**

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|-------|--------------------|--------------------|-----------------|
| Px. 7 | Transcript of Sellers Playbook Training Workshop Day 3 | FTC-SP-000810 | FTC-SP-001024 |

# PLAINTIFF'S EXHIBIT 7

FTC-SP-000810

1            OFFICIAL TRANSCRIPT PROCEEDING

2             FEDERAL TRADE COMMISSION

3

4

5    MATTER NO.     1823116

6    TITLE          SELLERS PLAYBOOK

7

8    DATE          RECORDED:  MAY 20, 2018

9                TRANSCRIBED:  JUNE 22, 2018

10

11   PAGES         1 THROUGH 214

12

13

14          ORLANDO SEMINAR - DAY 3

15

16

17

18

19

20

21

22

23

24

25

26           For The Record, Inc.

27   (301) 870-8025 - www.ftrinc.net - (800) 921-5555



PLAINTIFF'S
EXHIBIT
7

FTC-SP-000811

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4     RECORDING:                                  PAGE:

5     Day 3 - Sellers Playbook Event                 4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**FTC-SP-000812**

1              FEDERAL TRADE COMMISSION

2

3    In the Matter of:          )

4    Sellers Playbook           )   Matter No. 1823116

5                               )

6    ------------------------------)

7                                   May 20, 2018

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on May

13   21, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-000813

```
 1                P R O C E E D I N G S

 2                   -    -    -    -    -

 3           DAY 3 - SELLERS PLAYBOOK EVENT

 4              (Pause while entering event.)

 5              (Various background conversations.)

 6              MR. TYNDALL:  People are honest, you know.

 7    It's good.

 8              UNIDENTIFIED FEMALE:  No (inaudible).

 9              MR. TYNDALL:  Oh.

10              MIKE SCHREINER:  (Inaudible).  I'm going to

11    show a video just to get our minds back into the mind

12    set we were in before we left here last night, and

13    then I'll come up and we'll get going.

14              (Video played.)

15              VIDEO:  I don't know what that dream is that

16    you have.  I don't care how disappointing it might

17    have been as you've been working toward that dream.

18    But that dream that you're holding in your mind, that

19    it's possible.  Now, some of you already know that

20    it's hard; it's not easy.  It's not changing your

21    life.  But in the process of working on your dreams,

22    you are going to incur a lot of disappointment, a lot

23    of failure, a lot of pain, and moments that you are

24    going to doubt yourself and say, God, why, why is this

25    happening to me?  I'm just trying to take care of my
```

1  children and my mother.  I'm not trying to steal

2  (inaudible).  I mean, why did -- why does it have to

3  happen to me?

4        For those of you that have experienced some

5  hardships, don't give up on your dream.  The hard

6  times are going to come, but they have not come to

7  stay.  They have come to pass.

8        (Video inaudible due to music playing.)

9        VIDEO:  It's very important to believe that

10  you are the one (inaudible).  Most people, they raise

11  a family, they earn a living and then they die.  They

12  stop growing, they stop working on themselves, they

13  stop stretching, they stop pushing themselves.  But a

14  lot of people like to complain, but they don't want to

15  do anything about their situation and most people

16  don't work for their dreams.  Why?

17        One is because of fear, the fear of failure.

18  What if things don't work out?  And the fear of

19  success.  What if they do and I can't handle it?

20  These are not risk takers.

21        You spend so much time with other people,

22  you spend so much time trying to get people to like

23  you.  You know other people more than you know

24  yourself.  You study them, you know about them, you

25  want to hang out with them.  You want to be just like

1　them. And you know what, you've invested so much time

2　in them, you don't know who you are. I challenge you

3　to spend time by yourself.

4　　　　It's necessary that you get the losers out

5　of your life if you want to live your dream. But

6　people (inaudible) has a special kind of meeting.

7　Will you become the right person (inaudible) separate

8　yourself from people? You begin to have a certain --

9　　　　(Video inaudible due to background

10　conversations.)

11　　　　VIDEO: You will never ever be the best

12　copycat in the world, but you will be the best

13　(inaudible).

14　　　　But everybody won't see it and everybody

15　won't join you and everybody won't have the vision.

16　It's necessary to know that. But you are an uncommon

17　breed. It's necessary that you allow yourself to

18　(inaudible) people to attract people into your

19　business who are (inaudible) and unreasonable, people

20　who are refusing to leave life just as it is and

21　(inaudible).

22　　　　(Video inaudible due to music playing.)

23　　　　VIDEO: The people that are living their

24　dream of (inaudible) to attach themselves to the

25　people that are living their dreams are the people

1   that know that if it's going to happen (inaudible).

2              (Video inaudible due to music playing.)

3              VIDEO:  Someone's opinion of you does not

4   become your reality.  You don't have to go through

5   life being a victim.  Even though you face

6   disappointments, you have to know within yourself that

7   I can do this.  Even if no one else sees it for me,

8   I'm going to see it for myself.

9              This is what I believe and I'm going to

10  (inaudible).  No matter how bad it is or how bad it

11  gets, I'm going to make (inaudible).

12             (Video inaudible due to music playing.)

13             VIDEO:  I want to represent possibilities,

14  okay?  (Inaudible) right now (inaudible) you're going

15  to go to the next level (inaudible).  I want to be

16  (inaudible).  You can't get to that (inaudible).  You

17  can't get to (inaudible) you really want to be until

18  you start investing in (inaudible).  (Inaudible)

19  books.  I'm telling (inaudible).

20             (Video inaudible due to music playing.)

21             MIKE SCHREINER:  I'll be right back.

22             VIDEO:  You become the person who you were

23  (inaudible) to be, designed for you (inaudible).  Why?

24  Because you're not (inaudible).

25             (Video inaudible due to music playing.)

**FTC-SP-000817**

1      VIDEO:  You can touch millions of people's

2    lives and the world will never be the same again

3    because (inaudible).  Don't let nobody steal your

4    dreams.  (Inaudible) face rejection (inaudible).

5    (Inaudible) says you can count on me (inaudible).

6    (Inaudible) again and again and again (inaudible)

7    reviewing (inaudible).  It's not over until I win.

8    You can live your dream.

9         (Video ended.)

10    MIKE SCHREINER:  So Michael Jordan was cut

11   from his high school basketball team.  Oprah Winfrey

12   got fired from a TV station telling her that she

13   wasn't built for TV.  In fact, Walt Disney got fired

14   from an advertising agency because they told him he

15   wasn't creative enough.

16        The story about Sylvester Stallone and Rocky

17   is one of my favorites.  Does anybody know the story

18   how he wrote the movie, Rocky?

19        MIKE SCHREINER:  Not how he wrote it, but

20   when he (inaudible).

21        MIKE SCHREINER:  So what happened is

22   Sylvester Stallone his whole life knew he wanted to be

23   an actor.  The problem was, when he was born, half of

24   his face was paralyzed.  That's why he talks the way

25   he talks.  Well, he kept saying and he kept saying, I

1    want to be an actor, I want to be an actor.  His mom

2    finally put it to him when he was a teenager and said,

3    when are you going to stop saying and start doing.

4    He's like, you know what, fair enough.

5           So he moved out to California, started

6    getting roles here and there, little commercials, some

7    basement productions.  Well, what happened at this

8    point, guys, he was an out-of-work actor.  He had $150

9    in his bank account.  In one weekend, he watched a

10   fight between Ali and (inaudible).  He sat down that

11   weekend and wrote the script to Rocky.

12          Now, he started selling his script.  He got

13   an offer.  His first offer was for a little over

14   $150,000.  He turned it down.  Now, you got to

15   remember, this was in the mid to late-sixties, right?

16   160 grand?  That's a good chunk of money.  He turned

17   it down.

18          Now, before he got a second offer, he

19   actually ran out of money.  They sold their dog so he

20   could pay his bills.  He got a second offer for that

21   movie, a little over $320,000.  He turned it down.  He

22   sold it a week later for $34,000.  The reason was, he

23   got to play Rocky.

24          Now, here's the thing, guys.  He didn't look

25   like this.  He had to become the fighter.  In fact,

1  how many of you have seen at least the first Rocky

2  movie?  Yeah, so you remember the scene where he's

3  running up the stairs with the dog, right?  See, when

4  he sold it for the $34,000, he took some of that money

5  and went and bought his dog back.  That was his dog

6  running up the stairs with him.

7       Did it pay off for him, yes or no?

8       AUDIENCE:  Yes, it did.

9       MIKE SCHREINER:  Yeah, I mean, they went on

10  to make, what, 37 Rocky movies?  I mean, they're still

11  making them, right?  He made the Rambo series.  I

12  mean, he's just gone on and on and on.

13       One of the reasons -- I actually have this

14  saying in my house.  One of the reasons he put this in

15  the last movie, he talks about it all the time and he

16  says, it was interesting to him when he was telling

17  all these guys, all these other out-of-work actors

18  that he wanted to sell the script but he had to pay

19  the fighter.  All these other out-of-work actors are

20  telling him, you're not, it's never going to happen,

21  nobody's going to let you do the main character.

22       And he kept telling himself, why in the

23  world am I going to let other losers tell me how to be

24  a winner?  They weren't acting; they weren't writing

25  scripts, right?  They were out of work just like he

1       was and they're giving him advice.

2               That goes back to what I was saying all

3       weekend, right?  Who are we surrounding ourselves

4       with?  Who are we letting influence our lives?  When

5       we step forward, when we break our own chains, that's

6       when things happen.  That's when success comes.

7               Look, last night I told you all that we

8       would be here as long as it took last night to make

9       sure all of your questions are answered.  A lot of you

10      all hung out last night, a lot of good questions came

11      up.  Some of the questions that came up, I want to

12      address in front of the room.  The reason is, I know

13      if one person has that question, a lot of people are

14      going to have the same question.  It just depends on

15      who asks it first.

16              So one of the questions that came up last

17      night, they said, look, I'm doing this.  I just want

18      to know what's going to be sold to me after this

19      weekend.  I thought that was a fair question.  And the

20      reason was because when I went to my training, that's

21      exactly what happened, right?  The first training I

22      went to, they said, all right, if you really want to

23      learn how to do this, you have to go to this training.

24      I was like, I thought this was that training, right?

25              Look, guys, understand, with us, our

1 advanced training is just that.  Look, there is no

2 Wholesale 202, no Retail Arbitrage 303.  Our advanced

3 stuff, guys, is all put forward, it's all training,

4 it's all (inaudible), it's all (inaudible).  The only

5 thing you will ever be sold after this weekend is

6 product for your stores, and it's not from us.  It's

7 from people that we already have a relationship with.

8 Other than that, it's pure education, it's pure

9 support, it's pure help.

10  Another question that came up last night is

11 someone said the timing, and I know I've heard this a

12 bunch this weekend.  Guys, time is never on our side.

13 We make the right time.  If we're waiting for the

14 right time, we'll be waiting around for a long time.

15  The only thing is, I just recommend, guys,

16 if there's something you want to do, let us know.  Let

17 me ask you this.  How many of you in this room have

18 said to you, to a friend, a spouse, somebody, that we

19 should really get involved in ecommerce?  How many of

20 you said that five, six, seven months ago, maybe even

21 a year ago?  Yeah?

22  So here's my question.  If you don't do

23 something today, what are you going to say next year?

24 Right?  Guys, time is never on our side.  I just want

25 you to understand that.  The only difference between

1    you and me is time and training.  That's it.  There's
2    really nothing special.  All I did was I just followed
3    the program, guys.  I didn't create it, I didn't
4    invent it, I just followed the program.
5              I encourage all of you if there's something
6    you want to make a difference, go for it.  The
7    greatest thing about this business is what it allows
8    us to do, guys.  If you want more (inaudible), right,
9    if you want more money to solve problems -- that's
10   what we are.  We're problem solvers.  If you want more
11   freedom, face your fears.  Guys, fear is temporary;
12   knowledge is forever.
13             So if there's anything that you can do,
14   guys, the only difference again is time and training.
15   That's it.
16             One of my heros is Elon Musk.  Does anybody
17   know who Elon Musk is?  Oh, a lot of you guys, yeah.
18   He's awesome, right?  So for those of you who don't
19   know, Elon Musk is Tesla, Solar City, SpaceX, all of
20   that.  Well, his start -- him and his brother
21   developed Paypal.  Now, they had so much time and
22   money invested in Paypal, they actually had to live in
23   the office that they were running that out of because
24   they couldn't afford to pay their rent.
25             Now, when they sold Paypal, they made a good

1    chunk of money.  Elon, though, knew that wasn't his

2    final step.  He wanted to continue to progress.  So he

3    took all of his proceeds and did Tesla, SpaceX and

4    Solar City.  Now, when I say all of his proceeds, he

5    actually had to borrow money to pay his rent after he

6    made these investments.  Have those investments paid

7    off?  Yes or no?

8              AUDIENCE:  Yes.

9              MIKE SCHREINER:  Huge, right?  SpaceX right

10   now is leading.  NASA is using SpaceX now to launch

11   their stuff into space, right?  Tesla is one of the

12   fastest-growing car companies in the world.  I mean,

13   it's incredible (inaudible).  But, again, his vision

14   was clear.  He had a system in place.  Guys, that's

15   all it takes.  So don't let your little bit of fear

16   just stop you.  (Inaudible) here to help you.

17             All right.  Today, we're going to spend a

18   lot of time talking about private label.  By a show of

19   hands, how many of you in here want to do private

20   label?  Okay.  And by the end of the day, I guarantee

21   every hand will be up as well because of the rate of

22   return that comes with private label.

23             So when it comes to private label, there are

24   a couple things we've got to cover.  We're going to

25   have to brand the products.  So we're going to talk

1  about doing the brand.  Improving products is a great

2  way to do private label products as well.  (Inaudible)

3  do not always have to be invented.  Here's the thing.

4  I am not the most creative person.  So for me to try

5  to create something new, it just doesn't work with me.

6  But if I can fix a problem with a product that a lot

7  of people are already complaining about, then that's

8  what I want to do.

9      With the new private label, that's the

10  greatest thing about it is you can win the buy box 100

11  percent of the time.  Now, when it comes to private

12  labeling, it's not just shipping that can be

13  expensive; it's going to be marketing as well.  So

14  we're going to talk a lot about branding and marketing

15  strategies because we've got to get people to know

16  what we have to offer.

17      But here's the biggest reason why private

18  labeling is where you want to go (inaudible).  So when

19  you look at your rate of return on these investments,

20  guys, this is with a $10,000 investment at a 15

21  percent return, in one year, you'll turn it into

22  $53,000.  At a 30 percent return, you'll turn it into

23  $232,000.  At the private label level, if you're

24  making 50 percent returns, which is very conservative,

25  you're going to turn that same $10,000 into a $1.2

1   million return.

2          All of those numbers are very conservative,

3   guys, that we're talking about.  But this is why I

4   said 1 percent over time can really be a million

5   dollars.  So you, bare minimum, should be 15 percent.

6   But when we talked (inaudible) yesterday wholesaling,

7   you're going to make 15 to 30 percent.  Private label,

8   you're making anywhere from 40 to 60.  Like I said,

9   I've seen some of our private label people making over

10  70 percent return.  But this is why it's such a big

11  deal because you're talking the difference between

12  53,000 versus 1.2 million.  So it's a huge difference

13  in the rate of return.

14         I mean, again, these are very conservative

15  numbers.  But this is not pie in the sky stuff either,

16  guys.  This is actual numbers we're seeing with a lot

17  of our students and a lot of it is worst case.  They

18  think they know what to do in one year of this

19  business.  Let's just get started with it, but it's

20  just numbers.  That's all that comes down to.

21         So when we talk about private label, there's

22  quite a few different ideas.  So a perfect example of

23  private label products would be George Foreman grills.

24  How many of you by a show of hands know what George

25  Foreman grills are, right?  Yeah.  Now, did George

1    Foreman create the barbecue grill?  Yes or no?

2              AUDIENCE:  No.

3              MIKE SCHREINER:  No, right.  In fact, all he

4    did was put a spin on it, didn't he?  What was the

5    George Foreman spin that he put on these grills?

6              AUDIENCE:  (Inaudible).

7              MIKE SCHREINER:  (Inaudible).  No, well, he

8    said, you can clean inside, right, cook inside and

9    clean it.  What else?  The tilt, right?  So it was

10   cooking all of the grease off of the grill, right?

11   How many of your barbecue?  Okay.  So when you

12   barbecue, where does the grease go?  It goes off into

13   (inaudible), right?  But, again, he spun it because

14   everybody knows grilling food is healthy, yes?  So he

15   spun it.  You can now cook indoors, look at all the

16   grease coming off.

17             Now, George Foreman is not the picturesque

18   of health, is he?

19             AUDIENCE:  No.

20             MIKE SCHREINER:  No, right?  If you ask me,

21   he's a little punch drunk, right?  But it worked,

22   didn't it?  Now, here's the interesting thing, there

23   were two problems with his first series grill.  Does

24   anybody remember the two problems that he had with the

25   grill?

1    AUDIENCE:  (Inaudible).

2    MIKE SCHREINER:  Huh?

3    AUDIENCE:  (Inaudible) too small.

4    MIKE SCHREINER:  Oh, it was small.  But that

5    wasn't the biggest problem.  Where did the grease go?

6    AUDIENCE:  (Inaudible).

7    MIKE SCHREINER:  Yeah, on the countertop,

8    right?  So what they've got is a lot of people were

9    handling these electric grills over their sinks to

10    have that grease run.  That's a good fit, right?  The

11    other problem was the plates in the first series grill

12    didn't come out, so you couldn't clean them.  Now, his

13    team was smart enough to fix those two things.  So

14    they actually created a drip tray for that first

15    series grill.  If they did not, we could step in and

16    create a drip tray for that grill, just like that.

17    That steam basket, right?  I showed you that

18    one yesterday (inaudible) saw.  That steam basket was

19    not created by Instant Pot.  It was a private label

20    where somebody said, this was not created.  So we

21    could have created a drip tray for that grill.  It

22    would have been a whole new market.  We could have

23    said it fits the George Foreman grill, not that it's

24    George Foreman's grill drip tray.  You see what I'm

25    saying?  So this is how we avoid any of those

1    confrontations.

2         Now, the second series -- they actually did.

3    So they released a drip tray and then they sold it as

4    an add-on.  And then when they released the second

5    series, it had a drip tray and the removable plates.

6    But that's what I'm talking about.  He didn't create

7    the grill.  All he did was put a spin on it.  That's

8    all we're looking to do.

9         In fact, another great example is Mission

10   Belt.  Has everyone ever heard of Mission Belt before?

11   No?  Okay, so those of who that watch Shark Tank,

12   that's where it actually got its big hit.  So the

13   brothers are from Utah.  So I know their story, I know

14   the brothers.  What happened is the one brother was

15   huge; he was a big guy.  Well, he started losing a ton

16   of weight.  Well, what happens, he kept cinching his

17   belts up, punching new holes in that belt and then he

18   had these holes punched all the way around his belt,

19   right?  So it was embarrassing.  So they're like,

20   there's got to be a better way to do this.

21        Now, they did not create the belt.  They

22   didn't even create -- I've been wearing Mission Belts

23   all weekend.  It's the (inaudible) belt, so -- right?

24   So there's no holes, it just ratchets up.  So they

25   didn't create that.  The military has been using

1   ratcheting belts for eons, right?  So all they did was

2   make it really nice leather, they branded it Mission

3   Belt, put nice (inaudible) on it and then they

4   marketed the heck out of it.  In fact, they struck a

5   deal with Daymond John.  Now, Daymond John is actually

6   a marketing guru.  The only problem with Daymond John

7   is he (inaudible) so that's what Mission Belt found.

8   With that being said, though, they sold a ton of them

9   once they got that push.

10          So we are going to talk about different

11   branding, ways to do this.  See Daymond John actually

12   got his start with a company called FUBU.  Does

13   everybody know his story?

14          AUDIENCE:  No.

15          MIKE SCHREINER:  Yeah, so the interesting

16   thing about FUBU, FUBU was started in Oakland,

17   California.  For lack of a better term, they were a

18   gang banger clothing.  Daymond John stepped in as

19   their marketing guy, started branding it.  Now, this

20   is how he knew he made it work.  He was actually into

21   JFK, walking through the airport, saw a business guy

22   walking down the airport with a pair of FUBU jeans

23   on.

24          So when we talk about branding, that's what

25   we've got to do is we've got to get people's ideas

1    about what the product may be changed so that they

2    want those jeans. Does that make sense? It's the

3    same thing, guys. They didn't create the belt.

4    George Foreman didn't create the grill. All they did

5    was put a spin on those things. That's all you have

6    to do is put a spin on it, change it enough to make it

7    yours. Sometimes you don't even have to change it.

8    Sometimes it's just the branding.

9          So one of my favorite companies to talk

10   about -- and, again, I'm not promoting these guys, I'm

11   not promoting their product. I really like their

12   story. This is a company called Grillaholics. Now,

13   Grillaholics, what a brilliant name, right? Just

14   brilliant. See, what they did -- now, these guys

15   actually did create a new product line. What they did

16   is they created a grilling mat. Does anybody know

17   what grilling mats are? You guys know what I'm

18   talking about, right?

19         So it's a mat that goes on your barbecue

20   grill. The guys that created this, the reason they

21   created it is they were big chicken cookers, they

22   grill a lot of chicken, so I grill a lot of chicken as

23   well in my family, but they also were big skewer guys.

24   Does anybody use skewers here? Okay. So what's the

25   biggest problem with skewers on barbecue grills?

1    Yeah, everything falls through, right?  Stuff cooks

2    off, right?  The vegetables can fall through the grill

3    and you're losing your food.

4           So they created a mat that would go on top

5    of the grill, you could put all your food on it,

6    nothing's falling through and nothing sticks.  Now,

7    they did create a new product line.  So in October --

8    excuse me, in October of 2014 is when they created

9    that grill mat.  Now, they did a huge promotional push

10   for that grill mat.  They were smart, too, because

11   they got other people to promote it for them.  But

12   they didn't want to be just a one-hit wonder.

13          So in July of 2015, they launched a second

14   product which was Meat Claws.  So what Meat Claws were

15   or are is they're a handle with these plastic claws

16   that (inaudible).  Does anybody smoke meats?  Yeah.

17   We're huge Traeger --  I have two Traegers.  I love

18   smoking meat.  But you all know using your fork and

19   stuff, you will shred that stuff.  That's what those

20   claws were made to do.

21          Now, they changed the handles a little bit,

22   but those claws have been around as well.  So they

23   came out with those Meat Claws.  You can shred your

24   meat, you can toss your salad, you can do whatever you

25   want with them.

1          And then later that same year, in November

2    2015, they launched a meat press. So it was a three-

3    part press. You put the hamburger in there and you

4    smash it down and make a pocket, and then you could

5    put cheese, bacon, onions, whatever you wanted, and

6    then you put the top on it and now you have a stuffed

7    burger. So they created a stuffed burger press.

8    Again, not new, there was other companies that had it,

9    but they branded it Grillaholics.

10          Now, what they did do phenomenally was that

11    push on the grill mat. They got Rachel Ray to promote

12    the grill mat. Now, if you're creating a new product

13    line, that's really the kind of marketing you want to

14    start doing after. If we're just tweaking certain

15    things, we don't have to go after it that hard. But

16    they were brilliant because they didn't just stop at

17    one product, right?

18          And those of you who watch Shark Tank, you

19    hear it all the time. That's one of the biggest

20    complaints that the sharks always tell these guys,

21    you're not a company, you are a product. Right? They

22    don't want just one-trick ponies, do they? Because a

23    product will not make you wealthy. It will get you

24    some money, but it doesn't make you wealthy. So they

25    went after multiple lines.

1    Now, this is the cool part about it, here is

2    their Amazon store. Now, look at this, those brushes

3    they didn't invent. In fact, you can buy brushes like

4    that at Home Depot. All they did was brand it

5    Grillaholics. Who wouldn't want a barbecue set that

6    says Grillaholics on it, right? Because they

7    (inaudible) that barbecue set, guys. None of that is

8    new, right? There are hundreds of thousands of

9    barbecue sets out there. But, again, they branded it

10   Grillaholics. So that's their grill mat. They did a

11   basket. That's the meat claws. So, again, only one

12   or two products were really theirs. Everything else

13   they just branded Grillaholics.

14       Do you think it's working for them? Yes or

15   no? $104,000 a month profit. Now, half of that

16   really is coming from the mat. The thing about it,

17   guys, if we don't create something new, that means

18   57,000 profit every single month is coming from the

19   other products that all they did was brand. So the

20   story being you don't have to create new products;

21   it's all about branding it and the promotion that

22   we're doing (inaudible). Because now anybody who

23   types in Grillaholics, they're going to their site.

24       (Inaudible). Do you think Grillaholics has

25   their own website? Yes or no?

1          AUDIENCE:  (Inaudible).

2          MIKE SCHREINER:  Yes.  When you create a
3     private label or a white label line, do you want to
4     create your own website?  Yes or no?

5          AUDIENCE:  Yeah.

6          MIKE SCHREINER:  Yes.  Do you want people
7     buying from our own websites versus buying on Amazon?
8     Yes or no?

9          AUDIENCE:  Yeah.

10         MIKE SCHREINER:  Why?

11         AUDIENCE:  More profit.

12         MIKE SCHREINER:  Yeah, way more profit.  We
13    don't have to pay Amazon fees, right?

14         AUDIENCE:  Right.

15         MIKE SCHREINER:  And we can sell pretty much
16    anything we want on our own websites.  Now, here's the
17    thing I'll tell you, you cannot drive Amazon customers
18    to your website from your Amazon store.  Amazon will
19    not stand for it.  Because in all reality, it's
20    Amazon's customers.  So they will not allow you to
21    drive their customers to your website.

22         Now, there are ways we can do it and there's
23    ways we can get around it, and I'll show you some of
24    those ways.  You have to be very careful in your
25    marketing on Amazon.  Now, the interesting thing that

1    I found, I found a lot of people visit our website and

2    then they go back to Amazon and buy the product from

3    Amazon anyway.  Why?

4            AUDIENCE:  (Inaudible).

5            MIKE SCHREINER:  Trust, right?  They don't

6    know us from Adam.  But they knew Amazon.  They

7    guarantee two-day shipping and you know if there's a

8    problem with the product, Amazon will definitely take

9    care of it.  Do I care if they buy from my website or

10   Amazon?  No, I just want them buying, right?  So I

11   don't really care.  So we'll show you how to start

12   tying those together as well.

13           But you just cannot drive your customers

14   from your store on Amazon to your private website.

15   You've got to be very careful.  There are strategies

16   that I'll teach you guys this weekend that we can use.

17   When people buy on our Amazon store, what information

18   do we collect?  What information can we collect from

19   them?

20           AUDIENCE:  (Inaudible).

21           MIKE SCHREINER:  So if somebody buys -- when

22   people buy from my Amazon store, what information of

23   theirs do I get?

24           AUDIENCE:  (Inaudible).

25           MIKE SCHREINER:  Email.  All I get is an

1    email, period.  So there's ways that we do something

2    called drip marketing, and I'll talk about that later

3    this afternoon.  It's how we can use that information

4    to market to them, but we cannot market our websites

5    on our Amazon store.

6        So do you remember what I -- when I showed

7    you guys (inaudible) signing up for your (inaudible),

8    right?  (Inaudible) account.  They'll ask you if you

9    have a website.  So they can list your website, but

10   nowhere in the marketing on Amazon can you say, go to

11   our website.

12       But let me ask you this, though -- yes,

13   dear?

14       AUDIENCE:  I'm just curious, when you said

15   the -- you said sometimes you send your own little

16   personal note.

17       MIKE SCHREINER:  Right.

18       AUDIENCE:  Can that say the website?

19       MIKE SCHREINER:  Yeah, and we'll talk about

20   that (inaudible).  And here's the thing, too.  How

21   many of you here, by a show of hands, have bought

22   something on Amazon and right after you bought it, you

23   got an email to give a review on the product?  Have

24   you guys seen that, right?  What was (inaudible) said

25   in the email, though?  Does anyone remember?

1          AUDIENCE:  (Inaudible).

2          MIKE SCHREINER:  Because a lot of times

3    those emails will say, if it's an educated investor,

4    it will say, hey, thank you for purchasing our

5    product.  If there's a problem with this product,

6    please contact us directly.  Here's an email, here's a

7    phone number, here's our website.  And then it will

8    say, please leave a review.  Yes?

9          Can we do that?  Yes or no?

10          AUDIENCE:  Yeah.

11          MIKE SCHREINER:  Yeah, yeah.  For me, when I

12    get emails like that, I know they're educated.  And

13    the reason is is because we're not only trying to get

14    the reviews because on private label products, guys,

15    look, the only way on private label products that we

16    can validate ourselves as a real business or a real

17    store, we have to show sales.  But we also have to

18    have reviews.  So we want to drive that traffic

19    through reviews, right?

20          Now, here's the thing, I can say, please

21    visit us if there's a problem.  Now, when do you

22    generally get those emails for the reviews?  You get

23    them right after you purchase it?

24          AUDIENCE:  After you receive it.

25          MIKE SCHREINER:  Yeah, it's usually after --

1     sometimes you'll get it right after you purchase it,

2     though, right?  That's how I know they have no idea

3     what they're doing because if I get it right after I

4     purchase it, I'm not going to get the product for

5     another two days.  Do I -- then am I going to go back

6     and try to find an email to send a review?  Yes or no?

7            AUDIENCE:  No.

8            MIKE SCHREINER:  No.  So here's what you do:

9     The same auto-responder program that we use when

10    people have a question or a comment about it, right,

11    it sends an automatic (inaudible) out.  It's the same

12    thing.  As soon as I get notification that the product

13    was delivered to my customer, then that automatic

14    program sends out a notification that says, hey,

15    you've gotten the product -- now it's usually a day or

16    two after they got the product -- thanks for

17    purchasing our product.  If there's a problem with

18    this product, please contact us directly.  Please go

19    on and leave a review and let us know what you thought

20    of the product.

21            If I don't get a review after that first

22    email, I send another one a week later.  Have you ever

23    seen that?  Yes or no?

24            AUDIENCE:  Yeah.

25            MIKE SCHREINER:  Yeah, and that's -- that's

1    what I mean, right? These guys are doing that because

2    they're educated. They know to send out that second

3    email because we want to drive people to do it. In my

4    mind, the way I look at it, if I get a second email,

5    in my mind (inaudible) they're going to keep sending

6    these emails until I send that review. So I'm going

7    to get on and do a review, right? So it's the same

8    thing. I do the same thing (inaudible).

9          AUDIENCE: (Inaudible) can you market on

10   social media (inaudible) show your product with your

11   private label and then (inaudible) your Amazon

12   (inaudible)?

13         MIKE SCHREINER: Hey, absolutely. And you

14   want to, too. (Inaudible). Look, I know some of you

15   in this room may be fighting social media, right?

16   Some of you guys want nothing to do with Facebook,

17   Instagram, Snapchat, FaceSwap, right, all of those

18   stupid things that are out there. But when it comes

19   to our business, you've got to use them.

20         How many of you found out about this

21   training through Facebook or Instagram? It works,

22   guys. We just have to work it for the right reasons.

23   So when you're talking about social media, we're not

24   usually going to show pictures of our food, right, or

25   pictures of our shoes. Now, here's the thing. You

1    will never see me market my products on my personal

2    Facebook page.  Remember, anonymity in this business

3    is key.  I don't want people to know it's my store.  I

4    don't want people to know it's my product.  So we set

5    up separate Facebook accounts, Instagram accounts for

6    our business.

7         Now, I'll put stuff on my Facebook

8    (inaudible) I just bought this product and it's

9    awesome.  Check it out.  But I'm not saying it's my

10   product.

11        AUDIENCE:  (Inaudible).

12        MIKE SCHREINER:  You can have -- you can

13   have a ton right now.  Yeah, you can have multiple,

14   absolutely.

15        So, but again, guys, we're talking

16   (inaudible).  We've got to get that marketing out

17   there.  So we're going to spend a lot of time on

18   marketing as well.  But, again, the biggest reasons

19   why, huge potential markup.  You control (inaudible).

20   You decide who sells your product or not.

21        Now, here's the thing, I mentioned this

22   earlier.  Amazon is actually promoting more private

23   label product lines than they are the originals.  Why?

24        AUDIENCE:  (Inaudible).

25        MIKE SCHREINER:  Huh?

1        AUDIENCE:  (Inaudible).

2        MIKE SCHREINER:  I can't hear you.

3        AUDIENCE:  Are they (inaudible)?

4        MIKE SCHREINER:  It's not that they're

5  selling better.

6        AUDIENCE:  (Inaudible).

7        MIKE SCHREINER:  No, they don't care about

8  (inaudible).

9        AUDIENCE:  (Inaudible).

10       MIKE SCHREINER:  No.

11       AUDIENCE:  (Inaudible).

12       MIKE SCHREINER:  No.

13       AUDIENCE:  (Inaudible).

14       MIKE SCHREINER:  Uh-uh.  Here's the biggest

15  reason, guys.  Remember, I told you a lot of times

16  when people are doing private label products is

17  they're finding a problem with the original and

18  they're fixing it.  So if Amazon can now sell a

19  product that's been fixed, they don't have to deal

20  with the returns or the customer complaints.

21       Perfect example, how many of you have kids

22  that bought those indoor double-winged helicopters?

23  Anybody buy those, those little RC helicopters, right,

24  those little flying helicopters?  What's the biggest

25  problem you think happens with those helicopters?

1          AUDIENCE:   (Inaudible) break (inaudible).

2          MIKE SCHREINER:  Yeah, they break, right?

3     As soon as they -- my kids went through so many of

4     those things.  They were flying into walls and into

5     the Christmas tree, right?  They were breaking

6     (inaudible).  Now, the company's response was selling

7     more blades.  So they would sell the replacement

8     chopper blades, so as soon as you break them, you

9     could replace them.

10          There was a private label guy that came out

11    with (inaudible) helicopter.  Now, those blades are

12    spinning really fast, so they're still going to break,

13    right?  So they still sell replacements, but that

14    caged helicopter now, when it flew into the wall, it

15    would just bounce off the wall and fly (inaudible)

16    everywhere else.  My kids went through dozens of those

17    things.  Those caged helicopters, I'll tell you right

18    now, outsold the original helicopter four to one.

19    Again, with one little stupid fix.

20          Okay.  So we talk about -- think about stuff

21    you bought recently.  You're like, man, this could be

22    better because that's what we're doing, guys, we're

23    fixing them (inaudible) create them.  But you get the

24    same technology (inaudible) get to protect the chopper

25    and the original company never did.  (Inaudible) well,

1    we'll just keep selling replacement blades, and people

2    were buying them, right, because everyone was flying

3    into walls.  (Inaudible) flew it into the wall

4    (inaudible).  Make sense?

5           All right.  So you want to do that.  So the

6    first thing we've got to do is to be able to identify

7    products, and I'll show you how we do that as well.

8    And we've got to research the steps.  So just because

9    an idea of the product or a way to make the product

10   better, if it's not selling, even if you better it,

11   it's not going to change people's buying habits,

12   right?  If nobody is buying it, just because you did

13   something different, they're still not going to buy

14   it.

15          Then we'll talk more about our shipping,

16   whether domestic or overseas (inaudible).  How

17   (inaudible) brand awareness, how to drive our traffic.

18   So we'll go through all of that step by step.

19          So let's start with identifying the product.

20   So that's one of the biggest things.  So the same

21   strategy I taught you guys yesterday (inaudible) to

22   find out what people are buying today, it's the same

23   strategy we're going to use when we start doing

24   private label.  What we want to now start looking at

25   is for problems or questions that are consistent with

1    the same product.  Find out what their complaint is

2    because, again, a lot of these companies, if they're

3    selling 5,000 a month and then they get 1,000 people

4    complaining about one thing, they're not going to

5    change their business model because in their mind it

6    still works, right?  (Inaudible) 1,000 people,

7    especially if it's the same consistent problem that

8    they had.

9         So I told you guys how (inaudible) we did a

10   live search and we found that there was a suitcase

11   that the biggest complaint was cost.  Everyone loved

12   the bag, but everybody complained about the cost.  So

13   if that's (inaudible) something I wanted to go into is

14   suitcases, I would have found a manufacturer that I

15   could have gotten that price down for the same

16   quality.  Because then that's what I would have sold,

17   the bag is cheaper for the same quality.

18        So when you see a consistent thought -- and

19   you guys know what I'm talking about when it comes to

20   complaints, right?  In fact, I'll show you.  I think I

21   (inaudible) last night.  I'd have to show you

22   (inaudible).

23        So it's interesting when you go to the

24   customer reviews section, it will give you -- so on

25   this product there's K'NEX.  Do you guys know what

1    K'NEX are?

2         AUDIENCE:  Yeah.  (Inaudible).

3         MIKE SCHREINER:  Yeah, kind of like Legos,

4    but they're big old plastic things you can build all

5    sorts of stuff out of, right?  So even if you look

6    here, guys, 54 positive reviews, 21 critical reviews.

7    So even on a product that's just built to be what it

8    is, right, I mean, they're just already put together,

9    and that was some of the things.  So you've got 54

10   people are saying it's awesome and 21 people still

11   saying that it sucks.

12        So this is what I mean by when you start

13   working your own business, guys, you've got to take

14   (inaudible).  You're not going to make everybody

15   happy.  Because when I read through the K'NEX -- my

16   kids (inaudible).  My 14-year-old has probably got

17   seven sets of this stuff.  But with the K'NEX, that's

18   the thing, though, is people were complaining, oh,

19   it's hard to put together, it's hard to follow.  It's

20   supposed to be.  That's what it is.  It's a technical

21   (inaudible).  And people were buying it knowing that

22   and then they complained about it.

23        All right.  So, listen, you've got to take a

24   lot of this stuff with a grain of salt.  There's a lot

25   of crap out there that people put online to complain

1    about stuff and they did it themselves.

2           Now, here's the great thing with Amazon,

3    though.  They don't let people get on and complain.

4    They had to have purchased the product.  To me, that's

5    awesome.  Because if I'm getting a complaint on my

6    products, then it means somebody bought it.  Now, if

7    it's something like this where they're just

8    complaining that it was hard to put together, well,

9    there's nothing I can do, right?  Hey, sorry you

10   bought it.  (Inaudible) it was hard to put together

11   and (inaudible).  You've got to pay attention to that

12   stuff.  So nobody can get on and just complain like

13   they (inaudible) online.

14          When you get on the internet, people can

15   piss and moan about anything, they don't even have to

16   buy the product, right?  In fact, there was a guy that

17   was causing a big problem in -- excuse me, in Atlanta,

18   huge (inaudible).  He was going out to (inaudible)

19   like complaining about it.  It was this huge social

20   uprising, all of this stuff he was doing.  Come to

21   find out, that guy was doing the complaining never

22   even bought (inaudible) truck.  His buddy bought the

23   (inaudible) truck and (inaudible).

24          At any rate (inaudible).  He never even

25   bought the truck (inaudible).  So that's (inaudible).

1       But this one in here said it was missing

2   some pieces, I get it.  But if that's you and we're

3   sending the K'NEX (inaudible) and you're missing

4   pieces, we can take care of it, I can just send you

5   extra pieces.  It's not a big deal.  But people are

6   going to complain.

7       So (inaudible) stuff we want to look at

8   here.  So (inaudible) look at it, guys, we do go to

9   the question of questions and answer regarding

10  customer complaints and reviews.  If you see a

11  consistent complaint against one product and nobody's

12  fixing it, much less if the manufacturer is not doing

13  anything about it, that's something we want to start

14  looking at and taking advantage of.  Does that make

15  sense?  Yes?

16      AUDIENCE:  (Inaudible).

17      MIKE SCHREINER:  Excuse me.  All right.  So

18  we want to look at the flow of this.  (Inaudible)

19  problems with it.  If it's something we can fix, we go

20  for the fix.  Again, even if it's (inaudible) 1,000

21  people complaining about it, we fix what the 1,000

22  people are complaining about, what else are we going

23  to capture.  (Inaudible).  Well, because, again,

24  people want to buy the upgraded phone.  That's why the

25  (inaudible) telephone helped (inaudible).  So we need

1    to (inaudible) entire marketplace.

2          Think about what (inaudible) that product

3    had (inaudible), right?  Like drip trays, steam

4    baskets, those types of things.  Now, if (inaudible)

5    guys, you do not have to patent these products.  And

6    hear when I say this, patents are expensive and they

7    take a lot of time.  For small patents, they're

8    anywhere from $15,000 to $25,000.  I got a friend and

9    he's a patent attorney, that's what he does for a

10   living.  They're not cheap and they take time to do.

11         Most product lines we don't have to patent

12   unless you develop a brand new product.  The grill mat

13   got a patent, right?  So some of the stuff (inaudible)

14   is, but 99.9 percent of the products, you don't have

15   to patent.  Because if someone else is going to make a

16   drip tray and they're going to try to (inaudible)

17   because we're already ahead of the game, we did that.

18   Does that make sense?

19         In fact, I'll tell you (inaudible) right now

20   what we're working on.  I can tell you because we've

21   already started the process.  Has anyone in here ever

22   played or seen the game (inaudible)?  (Inaudible).

23   Yeah, you know, so what it is, it's a (inaudible)

24   game.  So you've got (inaudible) and you've got a

25   ball.  You can play with two or four people and you

FTC-SP-000849

1  hit the ball (inaudible) back and forth, back and

2  forth.  (Inaudible) got.  We've got a couple at the

3  cabin, we've got a couple at home.  They love playing

4  it.  Well, it was funny because they (inaudible).

5  (Inaudible).

6  So (inaudible).  So if there's a way that

7  you could get that (inaudible) to kind of rotate as it

8  got hit so it changed the direction of the ball every

9  time you hit.  (Inaudible) find a way to make that

10  happen.  Now, we want (inaudible) at a spike ball.  We

11  have to change the entire name if we're going to

12  change the entire product.  But that's the thing.

13  Just (inaudible) what did you like about it, what

14  didn't you like, what do you think is missing with it,

15  what is the problem with it.  And if no one is going

16  after that stuff, that's what you should go after.

17  AUDIENCE:  (Inaudible) come across

18  (inaudible).

19  MIKE SCHREINER:  Because I'm changing it

20  enough that it's not the same product and I'm making

21  (inaudible).  It's going to be (inaudible).  So

22  (inaudible) drip trays (inaudible) because we're not

23  patenting that stuff.  Because no one else is going to

24  do it because (inaudible) already (inaudible).

25  AUDIENCE:  (Inaudible).

```
 1              MIKE SCHREINER:  Right, but that's the
 2      problem with (inaudible), too.  (Inaudible) a metal
 3      (inaudible).  So the whole thing is going to be
 4      completely different.  They can't patent a trampoline.
 5      You can't patent (inaudible).  I mean (inaudible).  So
 6      they're going to have to make (inaudible) because it's
 7      a whole new product line.  So that's what I'm saying
 8      is don't get so concerned about that stuff.
 9              Now, if you're going to build something
10      that's the same and then call it that, then you're in
11      trouble.  But we're not calling it (inaudible).  I
12      mean, it's always -- how many of you have had that
13      thought where you're like, man, somebody just came out
14      with (inaudible) and you're like, I thought of that
15      years ago?  That's why you need to start working on
16      it, guys.  If you have an idea, start investigating.
17      See (inaudible), see if (inaudible) that stuff.
18              And like I said, private label (inaudible)
19      this is not where you're going to start, right?  Now,
20      some of you are already (inaudible) and they're going
21      to be able to jump in a little quicker.  But it's
22      going to -- it takes time and money to develop these
23      things.  So that's what I'm saying is in the
24      beginning, you want to start with (inaudible) go and
25      get that money coming and then we'll (inaudible).
```

1    AUDIENCE:  (Inaudible).  I'm in the car

2    driving (inaudible) front seat and she's telling my

3    sister that she wants to do (inaudible).  (Inaudible)

4    stupidest thing (inaudible) which we never did it and

5    then all of a sudden (inaudible).

6    MIKE SCHREINER:  (Inaudible).

7    AUDIENCE:  So I'm just -- that's why I'm

8    here, you know (inaudible).

9    MIKE SCHREINER:  Well (inaudible) just

10   released and I had that same idea last year.

11   (Inaudible) why didn't you do that?  Yeah, a lot of it

12   is people just don't know how and (inaudible) again,

13   it takes time and money, right?  So (inaudible) you

14   can't do it.  But that's what I'm saying, a lot of

15   times it's just tweaking things (inaudible) not that

16   creative, all right?  But it's just (inaudible) and

17   stupid problems that nobody else is going after that

18   makes a product (inaudible).

19   Any more questions?

20   (No response.)

21   MIKE SCHREINER:  All right.  So let's talk

22   about where do we source.  Now, I will tell you guys

23   when you start (inaudible) manufacturers here in the

24   States, it is expensive.  But the reason is because it

25   follows all the guidelines, all the manufacturing

FTC-SP-000852

1    codes.  So we do (inaudible).  If you're (inaudible)

2    you have to be up to code.  Amazon won't sell stuff

3    that's not (inaudible) anybody else.

4          So here's the cool thing about it.  When you

5    start creating a private label line, brick and mortar

6    stores are going to want to pick your lines up.

7    Grillaholics is now in Target (inaudible), JCPenney's,

8    Sears (inaudible).  They're in every major store,

9    right?  Do we want brick and mortar stores to pick up

10   our product lines?  Yes or no?

11         AUDIENCE:  Yes.

12         MIKE SCHREINER:  Absolutely.  It's not what

13   we (inaudible) but (inaudible) brick and mortar store

14   (inaudible) making it happen and it's expensive a lot

15   of times to get a brick and mortar (inaudible).  But

16   if they're going to pick us up, we want them to have

17   it.

18         Now that brings this (inaudible).  When you

19   develop private label lines, guys, you have to develop

20   a UPC code for that product.  If it's a new product,

21   you have to have a UPC code for the product.  Now,

22   you'll also get (inaudible) for that product as well.

23   You do not assign the (inaudible) to the product.

24   Amazon assigns (inaudible) to the product.  But we

25   have to have a UPC code for it.

1    And here's what they're going to tell you.

2    Last summer, it was the beginning of the summer last

3    year, the FCC and the FTC closed down three different

4    companies because they were selling false and fake UPC

5    codes.  So don't try to get cheap when it comes to

6    those codes.  Make sure you've got a company that

7    (inaudible).  Because you have to understand, these

8    are a national thing.

9         I don't -- if I scan this misting water

10   bottle here in Florida, it comes up (inaudible),

11   right?  If I scan this in Utah, the same water bottle

12   (inaudible) in Florida.  It's a national database that

13   these go into.  And it was a problem, those guys were

14   selling UPC codes that weren't supposed (inaudible).

15   You then (inaudible) and buy a UPC code and you send

16   it to Amazon and they scan it and (inaudible) you have

17   to now go back and get that (inaudible).  See what I'm

18   saying?  So make sure you've got a great company that

19   can do it (inaudible).  Those three companies got shut

20   down last year because they were selling fake ones.

21   And you have to have a UPC code for a new product.

22   That's the only way (inaudible).  (Inaudible).

23        So a lot of times, when you get a list of

24   manufacturers, they have in-house whether they do a

25   UPC code or (inaudible).  And, again, they're not

1    cheap but it's (inaudible).  Overseas, again, it is

2    cheap, but there's more hassle and we'll talk about

3    even more so with that today.  So if you're going to

4    go overseas, make sure you've got somebody that can

5    (inaudible), right?  Those of you (inaudible).  So

6    you'll have access to (inaudible) for you.  But if

7    you're going to go on your own, get somebody over

8    there that speaks the language that can do it on your

9    behalf.

10          But I'm telling you guys right now, if you

11   (inaudible) and they will (inaudible).  And then,

12   again, make sure that (inaudible).  We talked about

13   that yesterday, yes?  Right?  So make sure

14   (inaudible).  (Inaudible) manufacturer (inaudible) if

15   you go domestic or international.  It's not what they

16   do (inaudible) because they'll do it.  They'll supply

17   a manufacturer (inaudible) percent off the top.  That

18   doesn't sound like a lot, but it is when you're

19   talking about (inaudible).

20          So I want to go through a few of these and

21   talk about (inaudible) everybody in here knew so much

22   about (inaudible).  So I want to show you guys how you

23   can (inaudible) because, again, they're not

24   necessarily bad, but you've got to be careful

25   (inaudible).  Now, I don't care if you go

1      international, I don't care if you go domestic, guys.

2      When it comes to manufacturers, we need to verify and

3      validate everything that's (inaudible).  (Inaudible).

4      (inaudible) never ever ever ever (inaudible) ever

5      never ever never ever buy a product without getting a

6      sample.  Period.  I don't care if you have to pay for

7      the sample.  Never ever (inaudible) guys, until you

8      get a sample.  Underline it, score it, highlight it,

9      never ever (inaudible) do it.  But always get a

10     sample.

11             AUDIENCE:  (Inaudible).  How do you know

12     that what you're getting isn't already (inaudible)

13     Amazon (inaudible)?

14             MIKE SCHREINER:  (Inaudible).

15             AUDIENCE:  Like, for example, I (inaudible).

16     Like how do I go about (inaudible).

17             MIKE SCHREINER:  All's you got to do

18     (inaudible) anyway.  (Inaudible).  As long as you have

19     (inaudible) then Amazon has to assign (inaudible).

20             AUDIENCE:  (Inaudible).

21             MIKE SCHREINER:  Because as soon as you have

22     that UPC code, then Amazon attaches an ASIN number to

23     that code.  So there's not going to be another ASIN

24     that's going to be attached to that.  Make sense?

25             So let's talk about (inaudible), guys.  So,

1    again, it's not that they're bad, but you have to

2    validate them because they (inaudible) the items

3    (inaudible). But, again, you can get (inaudible) from

4    these guys, you just have (inaudible).

5        AUDIENCE: (Inaudible). Do you remember

6    Hurricane Andrew?

7        MIKE SCHREINER: Uh-huh.

8        AUDIENCE: Okay. I bought 14 containers

9    from South America (inaudible). I got a different

10   sample. It was (inaudible). It was white. The

11   samples that I chose, when I got those 13 containers,

12   were not the same. So (inaudible). So I lost tons of

13   money in that deal. Just because you get a sample

14   doesn't mean they're going to ship that exact product.

15       MIKE SCHREINER: (Inaudible). (Inaudible)

16   samples and they send me crap (inaudible).

17       AUDIENCE: Yeah, but (inaudible) --

18       MIKE SCHREINER: (Inaudible). You should

19   have gone after them. (Inaudible).

20       AUDIENCE: South America.

21       MIKE SCHREINER: (Inaudible).

22       AUDIENCE: Okay. (Inaudible).

23       MIKE SCHREINER: (Inaudible).

24       AUDIENCE: It's very hard to get them to

25   come back.

```
1              MIKE SCHREINER:  If you go (inaudible).
2              AUDIENCE:  Well, okay, I agree with that.
3              MIKE SCHREINER:  Yeah.  I don't (inaudible).
4              AUDIENCE:  (Inaudible).
5              MIKE SCHREINER:  (Inaudible).  I contacted
6    (inaudible) and I said, look, this is what they sent
7    me, this is the shit they sent (inaudible).
8    (Inaudible) same thing.  You need to fix it.  But if
9    you're doing it yourself, you're (inaudible).  And
10   that's what I'm saying, I don't know if you do
11   international, I don't care if you do domestic -- she
12   proved my point -- you better have somebody that can
13   argue on your behalf.  (Inaudible) containers and
14   you're stuck with them.  So you can learn from your
15   own mistakes, you can learn from somebody else's.
16   (Inaudible) get stuck with these containers.  Because
17   I've seen that time and time and time again
18   (inaudible) it's the same thing.
19              And who's going to (inaudible).  You've got
20   to know what your time frames are going to be with
21   manufacturers as well.  Consistent.  We had a lady
22   that came to this training, now she actually did
23   (inaudible).  Her and her family ran a (inaudible)
24   school, so they actually (inaudible).  (Inaudible)
25   because they (inaudible).  So (inaudible)
```

1    manufacturing it.  They (inaudible) how well it was

2    going to do.  She didn't know what she was doing.

3            So they ordered a bunch from the

4    manufacturer in (inaudible), had a whole shipment

5    (inaudible) like hotcakes.  They sold out of their

6    inventory in about a month and a half.  When they were

7    starting to see their inventory (inaudible) so the

8    last week that they knew they were going to have it,

9    she placed another order.  Two and a half months it

10   took for them to get them a second order.  Now, she

11   was out of that inventory for two and a half months

12   because (inaudible).  (Inaudible) because she kept on

13   running out of inventory.  (Inaudible) she was

14   spending 62 percent of her profit margin every month

15   trying to market because she had (inaudible).

16           So that's what I'm saying, you've got to

17   know those manufacturers.  You've got to have somebody

18   (inaudible) tell you, hey, it's going to (inaudible).

19   You need to know what time frame (inaudible).

20   (Inaudible).  So I don't care if you go domestic or

21   foreign, guys, you've got to have people on your side

22   (inaudible).  (Inaudible).

23           All right.  So let me show you how to get

24   out of (inaudible).  All right.  So (inaudible)

25   doesn't want you guys to see this.  (Inaudible).  Now,

1    when you get on here, guys, you can decide.  So what I

2    did, I did a whole search on flexible garden hoses.

3    And here's the reason I did this.  I thought hoses

4    were seasonable.  (Inaudible) places like Florida

5    where you guys use hoses year-round.  In Utah, we

6    (inaudible).  So I never knew that hoses sell all the

7    time.  But everything (inaudible).  Quite a bit,

8    right?  Right.  You drive over them in the driveway

9    (inaudible).  (Inaudible) season, they freeze, they

10   crack, right, they split.  We have to buy new ones.

11   (Inaudible).  So I did a flexible hose search.

12           Now, when you do this on Alibaba -- and this

13   is most manufacturing sites.  You'll see that you can

14   pick the (inaudible) or the standard, everything you

15   want to look for, it is all the manufacturer's

16   information, the kind of stuff you're looking for, all

17   of the different things.

18           So let me show you a couple things here on

19   (inaudible).  I mean, you can also decide (inaudible).

20   So you can pick and choose what you (inaudible)

21   manufacturing, excuse me, what are all the things

22   manufactured -- you can decide, all right, what

23   country, you can (inaudible) the area, the types of

24   suppliers.  So when it comes to types of suppliers,

25   the biggest thing that most people see on here is this

1    one right here.  Can you guys see what that is?  That

2    is a gold supplier emblem.  Do not put a ton of faith

3    in a gold supplier emblem.  I have not seen a

4    manufacturer on Alibaba that did not have the gold

5    supplier emblem.  There is a fee that they pay for it.

6    It's kind of like (inaudible).  You want to join

7    (inaudible), there's a fee.  You want to be

8    (inaudible) fee.  That's all there is to it.  Okay?

9    So don't put a whole lot of faith in that.

10        This, however, is a big deal.  This is their

11   response rate.  Now, here's another thing I'll tell

12   you, do not get sucked in by the marketing from the

13   suppliers.  (Inaudible).  That's (inaudible) says

14   2017, Amazon bestseller (inaudible).  Do you really

15   think that's Amazon's bestseller?  Yes or no?

16        AUDIENCE:  No.

17        MIKE SCHREINER:  (Inaudible).  It's not.  So

18   it's simply their own marketing, okay?  But look at

19   this, what the response rate is, Alibaba tracks the

20   response rate just like Amazon does, meaning these

21   guys have 48 hours to respond to their buyers, whether

22   it's a shipping problem or whether it's a (inaudible)

23   problem, no matter what it was, they have 48 hours to

24   respond.  Ten percent might as well be zero.

25        So here's the way I look at this, right?

1    These guys are saying they're the Amazon bestsellers.

2    They've been in position for a year.  Now, here's the

3    thing.  I told you guys yesterday when these

4    manufacturing plants over in Asia (inaudible) right.

5    Do you think that company is (inaudible)?  Yes or no?

6    So I need to (inaudible) for a year.

7             AUDIENCE:  (Inaudible).

8             MIKE SCHREINER:  (Inaudible).  So what

9    happens is (inaudible) right?  Companies (inaudible)

10   issues and problems and (inaudible).  Same company,

11   right?  (Inaudible).  (Inaudible) they just re-

12   released it.  Same thing.  Now (inaudible) right?

13   It's the same thing, guys.

14            So here's what (inaudible) got to look at

15   this, though.  If I was in business for one year, I

16   would want to make sure, especially if I'm marketing

17   myself as an Amazon bestseller, I would want to make

18   sure I'm taking care of every one of my customers.

19   Would you?  Yes or no?  And they've got a 10 percent

20   response rate as opposed to this second one that's got

21   seven years under that same name and they've got a

22   94.8 response rate.  This is the kind of stuff you've

23   got to look at.  Every company will let you know what

24   they're tracking.  So 94 percent, that tells me

25   they've been in business for seven years and they're

1   taking care of their customers versus these guys who

2   have been in business for a year and they're not

3   taking care of their customers.  See what I'm saying?

4   So, again, you've got to watch that stuff.

5          So just because they've only done it for a

6   year doesn't mean I won't do business with them.  But

7   at 10 percent, I would never do business with them.

8   Because that means if there's a problem with my

9   containers, if there's a problem with my shipping or a

10  problem with the product, I'm never going to

11  (inaudible).

12          AUDIENCE:  (Inaudible).

13          MIKE SCHREINER:  I don't.

14          AUDIENCE:  (Inaudible).

15          MIKE SCHREINER:  (Inaudible).  I've listened

16  to a lot of you guys (inaudible).  So that's what I

17  was talking about the gold member.  Again, it's just a

18  fee you pay (inaudible) that's all it is.  So don't

19  put a lot of faith in it.  Now, if they weren't a gold

20  member, I would never do business with them.  But just

21  because they have that doesn't mean anything, right?

22  They're just paying a fee.  That's all there is to

23  it.

24          Trade assurance, does anybody know what

25  trade assurance is?  Do you know (inaudible)?

1       AUDIENCE:  (Inaudible).

2       MIKE SCHREINER:  Yeah.  What it's supposed

3    to do is create trust, right?  You're guaranteeing

4    your money basically between a buyer and a seller.

5    Now, here's an interesting question.  Who do you think

6    (inaudible) generate trade assurance?

7       AUDIENCE:  (Inaudible).

8       MIKE SCHREINER:  No.

9       AUDIENCE:  (Inaudible).

10       MIKE SCHREINER:  Credit cards.  Why do we

11    think credit cards create a trade assurance?

12       AUDIENCE:  (Inaudible).

13       MIKE SCHREINER:  They're just that,

14    chargebacks.  See when there's an issue now and people

15    can't get a hold of the manufacturer, where is the

16    second place they go?

17       AUDIENCE:  (Inaudible).

18       MIKE SCHREINER:  Credit cards, right?  They

19    say, hey, we paid for this, I want my money back,

20    right?  So the credit card has (inaudible).  So credit

21    cards actually created trade assurance because

22    (inaudible) and that's what it's supposed to do is

23    protect our money as an investor, right?  As a buyer,

24    it's supposed to build that trust.  So if they do not

25    have trade assurance, guys, I don't care if it's

1    domestic, I don't care if it's international, if they

2    cannot offer trade assurance, do not do business with

3    them.  Because you're not guaranteed, your money is

4    not guaranteed.  That's what it's saying is, okay,

5    we're only going to ship to your warehouse.  When it

6    ends up at the warehouse, that money is ours, there's

7    no coming back (inaudible).  But up to that point,

8    because look (inaudible) who is responsible for what,

9    when.  If the ship goes down and sinks, how do I come

10   out of (inaudible), right?  If I have a container full

11   of (inaudible) on the ship, I don't want to be

12   responsible for it.  That shouldn't fall on me.  So

13   that's what this is supposed to guarantee.

14          So, again, it comes under the (inaudible)

15   because I got to make sure that I'm not responsible

16   for something I don't have control over because

17   (inaudible) never take control of that stuff, I'd

18   never (inaudible) once (inaudible).  So we've got to

19   make sure that people have that trade assurance.

20          And then lastly, the supplier assessment.

21   Does anybody know what supplier assessment is?

22   Supplier assessment.  Okay, what supplier assessment

23   is actually a third-party company validating that the

24   company is a company.  But all they're validating --

25   so it's a -- see, what happened, when Alibaba first

1      came out, they had a lot of shell companies listed on

2      Alibaba.  You guys know what shell companies are,

3      yeah?  So, I mean, there were no plants, there was

4      nothing there, so they built a name and put a listing

5      on there to start selling products, but there was

6      nothing to (inaudible).  So they were just taking the

7      money and running.

8           So what happened -- now, this was -- this

9      was when Alibaba first came out, right?  So people

10      couldn't follow up, so they were flying over to Asia

11      to find these plants.  They show up where the address

12      is supposed to be and it's bare land, right, or it's

13      somebody's house.  So that's what the supplier says

14      (inaudible) it's a third-party company.  But that

15      third-party company, all that means is a seller went

16      out and saw that there isn't (inaudible) and in this

17      case, they're making (inaudible).  Not that the fraud

18      is there, not that it's not counterfeit, not that

19      they're using Goodyear rubber, it just says if there's

20      a plant here and they make hoses. (Inaudible).  Those

21      supplier assessments are good.  So if you get that

22      license, it's good from 2011 to 2031.  So they can

23      make (inaudible) two years ago that's when the

24      assessment was done and now we're making teddy bears.

25           (Inaudible) for that, but it's just that

1    they're not -- they're not inspecting the product.

2    It's not like here.  In the States, when you get

3    domestic (inaudible) supplier assessment, they're

4    making sure that everything is up to code, that it's

5    manufactured like it's supposed to be (inaudible) and

6    they're saying (inaudible).  With these guys, it's not

7    that way.  So it's just a third-party company saying

8    that they did (inaudible).

9            Now, here's the other thing I want to tell

10   you (inaudible).  (Inaudible) buy a bottle of water

11   (inaudible) these guys when you get a sample.  So

12   let's just say (inaudible) is what you want for

13   (inaudible).  And I don't promote them (inaudible).

14   They're very (inaudible), right?  So when it comes to

15   that, if they say (inaudible) rubber hose, then I want

16   a sample.  I don't know if it's (inaudible) rubber.

17   I'll take it somewhere to -- I'll pay the money.  I'll

18   take it somewhere and get it tested to make sure it's

19   Goodyear rubber.

20           Once I get it tested and it is, I'll place

21   my order.  If they send out 10,000 hoses and it's not

22   Goodyear rubber, you better believe I'm going back to

23   them and say, look, you guys said it was Goodyear

24   rubber, I tested it (inaudible) these ones are not.

25   You better fix it.  See what I'm saying?  I got a leg

**FTC-SP-000867**

1    to stand on now.

2         But if they say (inaudible) yep, okay,

3    sweet, and it's not (inaudible), right?  (Inaudible)

4    are Goodyear rubber.  That doesn't mean (inaudible).

5    So that's why I say, guys, always get a sample.  And

6    if you're not sure it is what it is, get it checked,

7    especially with Alibaba, especially anywhere overseas

8    really because you just don't know.  So once you do,

9    you should have a (inaudible).

10        AUDIENCE:  (Inaudible).

11        MIKE SCHREINER:  So, again, if they don't

12   have (inaudible), but just because they have one

13   doesn't mean (inaudible).  They have to fit in all

14   those categories, right?  They have to be a gold

15   supplier; they have to be around longer than one year,

16   right?  They have to have (inaudible) customer care

17   (inaudible).  They have to have trade assurance.  So

18   all of that has to play a role.

19        AUDIENCE:  (Inaudible).

20        MIKE SCHREINER:  No.  Anything (inaudible)

21   want to pay for it (inaudible).  There's a reason.

22   (Inaudible).  Now, most of the suppliers will give you

23   a sample.  Some of them are going to charge because

24   you're going to air freight these suckers over

25   (inaudible).  (Inaudible) if I'm going to dump $20-,

1    $30-, $40,000 on a (inaudible) I need to know I'm

2    getting what I want to get.  If they say we don't do

3    samples, okay, thanks for your time.  Even domestic,

4    it's the same thing.  Yeah, because even domestic, I

5    want to know exactly what it is I'm getting.

6           All right.  So number one, guys, when it

7    comes to -- oh, any other questions on the -- on

8    figuring out Alibaba or any of these others?

9           (No response.)

10           MIKE SCHREINER:  Okay.  Again, I'm not

11    saying don't use them, I'm not saying to use them.

12    All I'm saying, guys, is you've got to verify and

13    validate everything you do.  And I don't care if you

14    (inaudible).  I don't care if it's domestic or

15    international, verify and validate.  Okay?

16           All right.  So when it comes to branding,

17    this is something we've got to be able to take

18    (inaudible).  So the biggest thing when it comes to

19    branding is, number one, we've got to know our buyers.

20    You have to know your targeted audience and go after

21    them.  Do marketers now do that same thing?  Yes or

22    no?  Advertisers don't (inaudible) do they?  Think

23    about what we watch on TV, guys.  Every morning, when

24    the kids are watching cartoons, what commercials are

25    playing?  What's being sold?

1          AUDIENCE:  (Inaudible).

2          MIKE SCHREINER:  Yeah, toys, right, cereals,

3     right, all of that stuff.  In the afternoons, they're

4     selling (inaudible).  In the evening, they're selling

5     (inaudible) for parents and adults, right?  Guys,

6     there's a reason.  (Inaudible) just happen by

7     accident, right?  There's a reason these guys market

8     when they market.

9          You need to know who your target audience is

10    and go after it.  Don't be -- don't be shy about it,

11    all right?  Just go after it.  If you know you've got

12    a product that's just for women, market it to women.

13    If you've got a product for young kids, market it to

14    those kids.  We have to know who we're going after and

15    we've got to target them (inaudible).

16         We want to design it -- so when it comes to

17    our brand names when we're branding a product, these

18    are all the things that play a role.  You've got to

19    come up with a great name, something catchy, not

20    confusing, right?  You want to have a great

21    (inaudible), a good website.  You want to have a good

22    design.  All of that stuff is going to play a role

23    when you know your market because (inaudible).  I'm

24    just (inaudible).  It's an awesome (inaudible) and we

25    just want (inaudible).  (Inaudible).  So that's

1     (inaudible).  Get to know (inaudible) something that

2     everybody reads and (inaudible) yeah, that's awesome.

3     They know exactly what it is, right?  You hear

4     Grillaholics and you're not like, what are they

5     selling, bath mats?

6              And this also goes back to (inaudible).

7     Now, here's the (inaudible) thing.  Their Amazon store

8     -- do you think their Amazon store itself is called

9     Grillaholics?  Yes or no?

10             AUDIENCE:  (Inaudible).

11             MIKE SCHREINER:  No.  Their website is

12    called Grillaholics, but they sell multiple products

13    on their Amazon store.  (Inaudible) is the

14    Grillaholics (inaudible).  Now, Grillaholics has not

15    released their line to let anybody else sell it yet.

16    But they have their own website, they have their own

17    -- they're doing it in other ways, right?

18             But on their Amazon store -- their Amazon

19    store is not called Grillaholics because they sell

20    multiple products.  Grillaholics is (inaudible).  But

21    on their website, it's all Grillaholics because

22    (inaudible).  When you go to the Grillaholics website,

23    you'll see links to the Amazon store, but you'll also

24    see links to other websites.  On their other websites,

25    they're selling all of their other product lines.

1          I'm telling you this because if you brand a
2     product line, if you develop a whole new product line,
3     when you build the website for that line, you want to
4     keep the name congruent throughout.  But don't fall in
5     the trap again of going to the Grillaholics website
6     and they're selling bath mats because the same
7     (inaudible).  Well, I thought this was Grillaholics,
8     is this a Grillaholics bath mat, right?  Do my towels
9     have to say Grillaholics -- you see what I'm saying?
10    So when it comes to that (inaudible) you want to keep
11    it congruent, okay?
12         So some of the biggest branding mistakes
13    that we've seen, number one, confusing names, right?
14    You're not really sure what it is or what it isn't and
15    what it's trying to sell.  Number two, it's confusing
16    the packaging, right?  People make it so busy and try
17    to be so creative, it comes right back to what I was
18    saying yesterday, KISS.  Guys, when it comes to
19    branding your brand, keep it simple, okay?  The
20    simpler it is (inaudible) only creative, it's how we
21    market it.  If it's too (inaudible) it's not congruent
22    like I was talking about, a short-term vision and you
23    don't see (inaudible), right?
24         Grillaholics (inaudible).  They knew they
25    wanted to do other product lines.  (Inaudible) hey, we

1    can grow that company and now they've started

2    releasing shredding claws, right, grill mats

3    (inaudible) makes sense.  (Inaudible) makes sense.

4            It's not (inaudible) to change.  Here's the

5    thing, guys.  Do markets change?  Yes or no?

6    (Inaudible).

7            AUDIENCE:  Yes.

8            MIKE SCHREINER:  Yeah.  So when we get stuck

9    saying this has worked for us over the last ten years,

10   it's going to continue to work, but too many people do

11   that, don't they?  (Inaudible) this is different.

12   Yeah.  So that's what I'm saying, don't get stuck

13   there.

14           So here's another great example.  How many

15   of you have ever heard of Grandma's Secret Spot

16   Remover?  Let me have a show of hands.  Okay, yeah.

17   Now, from a branding standpoint, it's a little

18   confusing, it's a little busy, I'm not a big fan of

19   it, okay?  (Inaudible) did this, but it worked.  Part

20   of the reason this product worked is everybody's

21   belief that -- is the fact that grandmas have secrets,

22   don't they?  Okay?  We all love them.

23           In fact, there's a story of this guy who got

24   married and his wife was cooking a ham.  She cut the

25   ends off the ham.  He's like, why did you cut the ends

1  off the ham?  She says, oh, it makes the ham taste

2  better.  What?  She said, no, it does (inaudible).  He

3  said, who told you that?  She said, oh, my mom told me

4  that.  So he called the mom and he says, hey, why do

5  you cut the ends off a ham, and the mom said, oh,

6  because it makes it taste better.  He's like, that

7  doesn't make sense.  He says, I've eaten ham my whole

8  life.  He says, who told you that?  She says, my

9  mother.  The great-grandmother was alive.  He called

10  the great-grandmother and says, why do you cut the

11  ends off a ham?  And she said, because when I cook, it

12  won't fit in my oven.

13      (Laughter.)

14      MIKE SCHREINER:  That was the reason she cut

15  the ends off the ham.  But grandma's ham was awesome,

16  right?  So everyone assumed their belief (inaudible)

17  you cut the ends off the ham, it makes the ham taste

18  better.  So it's the same thing.  Everybody knows

19  grandma's got a secret (inaudible), right?  Now, the

20  (inaudible) is it works.  It works well, right?  And

21  those of you who have used it -- has anyone used it?

22  (Inaudible).  It works, doesn't it?  It is phenomenal.

23  And it's a great product.  You can drink it out of the

24  bottle and not die.  I don't (inaudible), but it's a

25  natural (inaudible) product.

1          Now, this is their Amazon store.  Here's the

2     cool thing, too.  You can see right (inaudible).  They

3     have it set up on a subscription as well.  So you buy

4     one -- you buy one set of these bottles, it's 10

5     bucks; if you buy a six-month supply, it's (inaudible)

6     and if you buy a year supply, it's $7.50 or 7 bucks

7     (inaudible).  So, again, they do that tiered pricing

8     for (inaudible) because that will guarantee that

9     you're (inaudible) for that product.  But it works.

10    That's the best part about this.

11         (Inaudible) but everybody knows grandmas

12    have secrets, right?  So we want to have that kind of

13    a secret thing.  So I think if this product was called

14    Bob's Secret Spot Remover, it wouldn't have gotten so

15    big.  But here's the cool thing, too.  Grandma's

16    Secret Spot Remover got picked up by Walmart, Target,

17    CVS, I mean, all of these brick-and-mortar stores

18    because it's a great (inaudible) product.

19         Now, one of my favorite things about their

20    product though is there's a real grandma.  She lives

21    actually in Florida, right here in Florida.  Her

22    grandson -- I think it was her grandson or her nephew

23    -- I can't remember who it was -- he was over there

24    one day and she was mixing up this cleaning fluid.  He

25    said, what is that?  She goes, oh (inaudible) cleaner,

1     I've used it my whole life.  And (inaudible) it was

2     awesome.  He was like, Grandma, we should start

3     selling this.  And that's how it came about.

4            So I (inaudible) because (inaudible) right?

5     Like this is (inaudible).  Aunt Jemima.  There's a

6     real Aunt Jemima, right?  There's a ton of those.  So

7     for me, I thought that was cool because there's

8     actually a real Grandma.  (Inaudible) guys.  But the

9     name is awesome, right?  Grandma's Secret Spot

10    Remover.  It is a good product and it works.  It's so

11    cool.

12            Oh, so (inaudible).  (Inaudible).  Let's

13    take a quick ten-minute break -- let's take a

14    15-minute break and then I'll get into (inaudible).

15            (Various background conversations.)

16            (New audio file:  Day 3 - Part 2.wma)

17            (Various background conversations.)

18            MR. TYNDALL:  I have a quick question.  How

19    long does it normally take to set up a private label

20    like this?

21            MIKE SCHREINER:  There's not a quick answer

22    on that one.

23            MR. TYNDALL:  Okay.

24            MIKE SCHREINER:  It really depends on what

25    you're doing, what the manufacturer can do, what they

1    (inaudible) in place, yeah.

2            MR. TYNDALL:  Okay, okay.  But like just

3    general like time frame, like can I --

4            MIKE SCHREINER:  You can do it in a month.

5            MR. TYNDALL:  Really?

6            MIKE SCHREINER:  I mean, you really can.

7    We've done them quicker than that.

8            MR. TYNDALL:  Oh, yeah.  Okay.

9            MIKE SCHREINER:  So when you find a

10   manufacturer that's already doing something, all

11   you're doing is branding it.  You can get all that

12   done in a week if you (inaudible).

13           MR. TYNDALL:  Okay, yeah.

14           MIKE SCHREINER:  But if you're coming up

15   with a new product, there is a lot of the R&D that's

16   got to go into place --

17           MR. TYNDALL:  Okay.

18           MIKE SCHREINER:  -- because you've got to

19   make sure, okay -- just like the one thing that we're

20   doing now for my kids and that tramp.  It's -- I mean,

21   we've been at it now for already a month and it's just

22   -- it's a slow process.

23           MR. TYNDALL:  Okay.

24           MIKE SCHREINER:  We've got to find what's

25   going to work and there's a lot of testing to make

1    sure, hey, this is going to be okay or --

2         MR. TYNDALL:  Huh.  Now, can -- is the coach

3    going to go over that with me?

4         MIKE SCHREINER:  Mm-hmm.

5         MR. TYNDALL:  Okay.

6         MIKE SCHREINER:  (Inaudible).  It's a

7    private label concierge services.  That's what they

8    do.

9         MR. TYNDALL:  Okay.  And you guys are

10   successful with it or --

11        MIKE SCHREINER:  Yeah, yeah.

12        MR. TYNDALL:  Okay.

13        MIKE SCHREINER:  We have -- I mean, I'll

14   show you a ton of --

15        MR. TYNDALL:  Okay.

16        MIKE SCHREINER:  -- I'll show you a bunch of

17   them today.

18        MR. TYNDALL:  I mean, that would be great,

19   yeah.  Yeah, just so I get kind of like an idea.

20        MIKE SCHREINER:  Yeah.  I'll show you --

21        MR. TYNDALL:  Because I think that's kind of

22   where I want to be is more in the private label.

23        MIKE SCHREINER:  Everybody does, yeah.

24        MR. TYNDALL:  Yeah.

25        MIKE SCHREINER:  Because the money you make,

1    it's disgusting.

2              MR. TYNDALL:  Yeah.

3              MIKE SCHREINER:  It really is.

4              MR. TYNDALL:  Yeah.

5              MIKE SCHREINER:  The money that we make on

6    that stuff.

7              MR. TYNDALL:  Oh, really?  Okay.  Huh.

8              MIKE SCHREINER:  And I got -- I can -- the

9    cool thing about it, I can sell about a third of my

10   private label line that I sell on my wholesale line

11   and I'm making more money.

12             MR. TYNDALL:  Okay, huh.

13             MIKE SCHREINER:  Because my return, I mean,

14   we're making 60 plus percent on every one.

15             MR. TYNDALL:  Okay.  And do you -- do you do

16   it in your same Amazon store?

17             MIKE SCHREINER:  Same store.

18             MR. TYNDALL:  Same store, okay.

19             MIKE SCHREINER:  Yeah.

20             MR. TYNDALL:  (Inaudible) you only have

21   to -- you can only have one.

22             MIKE SCHREINER:  Right.  Well, you can have

23   multiple.

24             MR. TYNDALL:  Okay.

25             MIKE SCHREINER:  But you have to have a

**FTC-SP-000879**

1    whole reason why.  You (inaudible).

2           MR. TYNDALL:  Oh, okay.

3           MIKE SCHREINER:  So if I created like a

4    Grillaholics line --

5           MR. TYNDALL:  Okay.

6           MIKE SCHREINER:  -- I would probably set up

7    a whole separate store --

8           MR. TYNDALL:  Okay.

9           MIKE SCHREINER:  -- for that line.

10   Grillaholics didn't.  They just had one because they

11   had their own website.  They started differently.

12          MR. TYNDALL:  I see, okay.

13          MIKE SCHREINER:  But, yeah, for me, a

14   private label line, it's not a new product.  Now, when

15   we do that tramp, we may do something.  Because if we

16   -- if we tie a lot of things together to that, then we

17   may.

18          MR. TYNDALL:  Okay.

19          MIKE SCHREINER:  But right now, I'm just --

20   we're looking at just the one.

21          MR. TYNDALL:  Okay.  Cool.  Well, you're

22   sounding better, too.

23          MIKE SCHREINER:  Thank you.

24          MR. TYNDALL:  Yeah.  I was getting worried

25   about you yesterday.  I'm like --

FTC-SP-000880

1          MIKE SCHREINER:  I thought I was going to

2    lose it.  I thought it was going to go.

3          MR. TYNDALL:  Yeah.  Wow.

4          MIKE SCHREINER:  I'm glad it didn't because

5    I have a ton of information to say.

6          MR. TYNDALL:  Yeah, yeah.  Well, thanks.

7          MIKE SCHREINER:  Yeah, yeah.

8          MR. TYNDALL:  All right.

9          (Pause.  Various background conversations.)

10         UNIDENTIFIED MALE:  This lady here, she made

11   an interesting point.  She's a rep for a lot of

12   companies and she said, you know, the American

13   companies (inaudible) -- the American companies

14   manufacture all their stuff in China.  And she said

15   (inaudible) you get into trouble (inaudible).

16         MR. TYNDALL:  Hmm.

17         UNIDENTIFIED MALE:  And she's evidently

18   (inaudible) a lot.

19         MR. TYNDALL:  Hmm.

20         (Pause.  Various background conversations.)

21         MIKE SCHREINER:  All right, guys, go ahead

22   and find your seats.

23         (Pause.)

24         MIKE SCHREINER:  All right, all right.  They

25   wanted me to remind you guys (inaudible).  Those of

FTC-SP-000881

1    you that want to turn these in (inaudible) put them on

2    the back table back there so they (inaudible) if

3    that's something you wanted to do. (Inaudible). You

4    can turn it into that back table at any time. Just

5    put it on that table (inaudible).

6         Okay. So how many of you in the room have

7    ever heard of BlendTec blenders?

8         AUDIENCE: (Inaudible). What is it?

9         MIKE SCHREINER: BlendTec blenders. So the

10   guy that invented BlendTec -- he didn't invent

11   BlendTec. The guy that invented the name BlendTec

12   blenders, what he did was he looked around America and

13   he said, you know what this country really needs, a

14   $350 blender. That's what this country needs.

15        Now, here's the thing about BlendTec

16   blenders. Everything before that time that was being

17   sold was (inaudible) all the blenders were selling for

18   20 to 30 bucks a pop. He let one out for $350 apiece.

19   Now, here's the thing, though. BlendTec blenders are

20   not new. Commercial use for these blenders has been

21   used for years, right? So everything smoothie shop,

22   all the Orange Juliuses, that's the kind of blenders

23   that they use. He was the first guy to take it now

24   residential.

25        Now, this guy was brilliant in his

1    marketing.  He knew his target audience.  His target

2    audience, he went after the baby boomers.  Why do you

3    think he went after the baby boomers?

4              AUDIENCE:  (Inaudible).

5              MIKE SCHREINER:  They're more health-

6    conscious.  What else?

7              AUDIENCE:  Money.

8              MIKE SCHREINER:  Yeah, at the time who had

9    the money in the country?  Ten years ago, it was all

10   baby boomers, right?  They're the ones that had all

11   the money.  Nobody else is going to spend 350 bucks on

12   a blender, but the baby boomers would.

13             AUDIENCE:  (Inaudible).

14             MIKE SCHREINER:  Huh?

15             AUDIENCE:  (Inaudible).

16             MIKE SCHREINER:  Yeah.  Well, he marketed,

17   though, to the baby boomers.  Now, we understand, too,

18   that generation, when products were made, they were

19   made for what?

20             AUDIENCE:  To last.

21             MIKE SCHREINER:  To last, right?  Today, we

22   live in a disposable world, don't we?  Guys, there are

23   manufacturers of cars right now and there have been

24   for years where they're making disposable cars.  And

25   here's what I mean.  There's a couple of them -- I

1    know even when I was renting, what, 15 years ago, when

2    I was still renting on cars, you couldn't replace the

3    suspension on them.  They did not make replacement

4    parts.  So when that suspension wore out, the car went

5    (inaudible) got a new car.

6            So these blenders, that was the whole thing,

7    they were built to last.  And they are powerful, guys.

8    You can cut a tree down with them, right?  In fact, he

9    did a whole push to the baby boomers.  Now, the funny

10   thing is, this guy that created it hates millennials.

11   He doesn't even hide it.  Have you guys ever seen the

12   YouTube videos (inaudible)?  Oh, I got to show you

13   this.

14           AUDIENCE:  (Inaudible).

15           MIKE SCHREINER:  Do you have one?  Yeah, you

16   have -- we have -- well, we use it to trim our tree,

17   but (inaudible).

18           AUDIENCE:  (Inaudible).

19           MIKE SCHREINER:  So watch this video that he

20   does and you'll see who he's going after.  So when I

21   talked about we've got to know who our end buyer is,

22   right, and you go right after them, he did.  He went

23   right after these guys.  In fact, just pay attention

24   real quick because it starts to the music (inaudible).

25           (Music played.)

1          MIKE SCHREINER:  What does that remind you

2     of?

3          AUDIENCE:  Price is Right.

4          MIKE SCHREINER:  Price is Right (inaudible).

5     That's what they grew up on, right?  That's what they

6     watched.  The music, the everything.

7          (Video playing.)

8          MIKE SCHREINER:  So that's the (inaudible).

9          (Video playing.)

10         MIKE SCHREINER:  Okay.  Did you guys hear

11    what he just said?  Are you having a hard time

12    deciding which phone to get, right?  Neither are what?

13         AUDIENCE:  We.

14         MIKE SCHREINER:  We.  Not I, but he's put

15    himself right with the baby boomers.  Now, the funny

16    thing about this that he does -- if anyone has ever

17    seen this series -- he's showing how powerful this

18    blender is, right?  So they were blending up marbles,

19    everything.  The reason he did this promo right here,

20    his grandson came to him and said, Dad -- or Grandpa,

21    would you please tell my dad that he needs to buy me

22    the new iPhone.  And the grandson was seven years old.

23    He's like, what the crap do you need a phone for,

24    right?  He's like, I didn't know you had a phone.

25    What do you need the new one for?

1          So he does this -- he's going to blend up an

2     iPhone 6.  And you know everybody in the world

3     watching this on YouTube was like, he's not really

4     going to do that to that phone, is he?  But I told you

5     guys, my daughter, all right, 17 years old

6     (inaudible).  You've got the (inaudible) what do you

7     need (inaudible).  Well, it's better, right?  But

8     that's the (inaudible) isn't it, right?  They have to

9     have the newest and the best stuff.

10          So this is (inaudible), but this all came

11    about because of his grandson.

12          (Video playing.)

13          MIKE SCHREINER:  You know every teenager in

14    the world right now is like no.

15          (Laughter.)

16          (Video playing.)

17          MIKE SCHREINER:  Now, the best part about

18    that that I love is you know every kid is watching

19    that.  They're saying the mute button.  They have no

20    idea what he's talking about, right?  All of us are

21    going like, yeah, mute (inaudible).

22          (Video playing.)

23          MIKE SCHREINER:  Wait until it gets up to

24    speed.

25          (Laughter.)

**FTC-SP-000886**

1          MIKE SCHREINER:  This is the best part

2     (inaudible).

3               (Video playing.)

4               (Laughter.)

5          MIKE SCHREINER:  (Inaudible).  Anyway, he

6     does a whole YouTube series on this.  It was

7     brilliant.  And I'll tell you what, guys, they sold

8     millions of them.  And it was just -- it was

9     brilliant.  But he knew -- he knew exactly who his

10    target market was and he went after them.  He didn't

11    even hide the fact that he was going after them.

12              Now, there was another company that stepped

13    in and replaced the big (inaudible) of a company

14    called Vitamix.  Now, here's the thing about Vitamix.

15    How many of you in here have heard of Vitamix before?

16    I got a lot more hands, right?  Here's what's

17    interesting.  Vitamix actually had that same -- their

18    blender was released before -- before BlendTec did.

19    But Vitamix didn't market it correctly.  They were

20    just marketing the industrial blender for residential

21    people.

22              After they saw what Blendtec was able to do

23    with their sales because of their target market,

24    Vitamix now changed their marketing and they branded

25    it now as a family blender.  So they started showing,

1    hey, if you want to eat healthier, right, make peanut

2    butter at home, here's our blender that does this.

3    He's a smoothie machine.  My kids -- we have two

4    Vitamix blenders and my kids love it.  They make

5    orange julius with it at home, we do make peanut

6    butter.  That's what it does, right?  Vitamix

7    (inaudible) copied BlendTec did, now they've surpassed

8    what BlendTec's sales were.  They've got a video

9    series for kids and that company is what launched them

10    to the top.  That's what sold.

11          So, again, they can talk about how it's this

12    incredible industrial blender, but it's how the videos

13    teach them.  It's how you educate your consumers,

14    guys.  That's why I was saying even on some of your

15    Amazon sites, you've got to put videos if you're

16    selling something that needs that education

17    (inaudible).  Does that make sense?

18          But it was brilliant.  350 bucks for a

19    blender.  I mean, the Vitamix is actually more than

20    that.  But they work, don't they?  And they are built

21    to last.

22          AUDIENCE:  Yes.

23          MIKE SCHREINER:  So he knew who he was going

24    after, he branded it that way.  He didn't even hide

25    the fact that that's who he was going after.  But it

1     worked.  So don't be scared to do that, guys.  You're

2     not stupid people.  It's marketing.  It's what you

3     should be doing.  In fact, in your notes, put this,

4     100/10/2.  100 to 10 to 2.  That right there, my

5     friends, is an associate's degree in marketing.  If

6     you put out 100 pieces of marketing pieces, right,

7     you'll get 10 responses.  Out of those 10 responses,

8     you're going to get two deals.

9              It's the same with your product lines.  When

10    you guys start negotiating with manufacturers,

11    wholesalers, liquidators, you're going to reach out to

12    about 100 manufacturers, you're going to get 10

13    responses, and you'll find two good product

14    (inaudible).

15             See, it always (inaudible) because even on

16    day one we talk about credit cards.  I have people

17    come up to me and they'll say, I don't know if I'm

18    comfortable with this.  I'm like, just give it a try.

19    I don't think it's not going to work, I just don't

20    like being told no.  Guys, this is business, right?

21    If you don't want to hear no, this isn't for you.

22    Business is not for you.

23             For me, every time I'm told no, I get

24    excited.  Because I know I'm one step closer to

25    getting what?

1          AUDIENCE:  Yes.

2          MIKE SCHREINER:  Yes.  And all I've got to

3     do is find a couple of yeses for me to make the money

4     I want to make.  Make sense?

5          Guys, that's all it is is just marketing.

6     So when it comes to your private label line, know your

7     target market and go after it.  Go to (inaudible).

8     That's what our marketing is supposed to do.  We

9     should be reaching out to those that want what we

10    have.  Any questions on that?

11         (No response.)

12         MIKE SCHREINER:  Now, there is something I

13    do want to caution, too.  When I talk about this

14    private label stuff, it's not always having to be a

15    new product.  Okay?  A lot of times when you just take

16    an existing -- just like the hose that I showed you,

17    right, we can just take the hose, change a couple

18    things.  I can put a handle on there, maybe a valve.

19    Now I put my name on it.  That's still a private label

20    item.  Now, my manufacturer is going to (inaudible)

21    because I'm not developing a product.  All I'm doing

22    is getting my name on that product.  But can I market

23    that as a whole new product line?  Yes or no?

24         AUDIENCE:  Yes.

25         MIKE SCHREINER:  Yeah.  Will I get a whole

1     new ASIN number?  Yes or no?

2            AUDIENCE:  Yes.

3            MIKE SCHREINER:  So that's what I'm saying,

4     it doesn't have to be a blender, it doesn't have to be

5     a grill, it doesn't have to be a belt.  A lot of times

6     we can take -- and I'll show you some examples of what

7     our students have been able to do, where they've taken

8     an existing thing, branding it their name, they're

9     changing their marketing and going after what they

10    want to sell it for and they sell it.

11           So some of the different ways to market.

12    Number one, the photos, that kind of stuff, when it

13    comes to that marketing, guys, we've got to have that.

14    So when it comes to your private labeling, you have to

15    build your site, you have to build a sales page.  So

16    again, the main photo, that is a big thing for Amazon.

17    Again, white background, minimum 1,000 pixels.  If you

18    do not make it -- it's got to be zoomable.  If you

19    don't meet that standard, your listing will never go

20    live.  They will not list it.

21           You have to have the bullet points.  You

22    have to have the other photo.  You have to have that

23    stuff.  Now, congratulations, guys.  Now, you could do

24    it yourself if you have that availability.

25    Manufacturers will not build your site for you.  Those

1    of you teaming up with us, we can build that site for

2    you.  They'll do the basic site, they'll take a

3    picture, they'll add your bullet points.  You're going

4    to go in and customize it.  So if you want to add

5    video to it and you've got something that needs video

6    added, you got to have the videos.  Put it on the

7    site.

8            I told you my son bought that RC airplane.

9    It was more expensive than the others just because it

10   showed him exactly how to use the controller.  That

11   was the selling point for him.  Does it work for us?

12   Yes or no?  That was a long time.  I'll see what

13   they're selling, but I want to see exactly what it

14   does.  And that actually changed what I was going to

15   buy because I saw and I went, oh, well, that's exactly

16   what I'm actually looking for.

17           So if you've got something like that -- now

18   if you're just selling a hose, you don't need to add

19   videos.  Right?  But if you're doing something that

20   needs it, add the videos, guys.  We've got to educate

21   our customers as well.

22           Okay, so when it comes to the different

23   advertising, pay-per-click.  Now, I touched on that a

24   little bit earlier.  When it comes to everything I've

25   talked about the first two days, you can validate to

me why you're paying to have someone click on your site, right? We should be keying in the ASIN number that are already (inaudible). It's just a matter of doing what the Amazon rules are to win the buy box.

When it comes to private label, this is the only time I will ever validate paying for marketing. So how many of you know what lightning deals are on Amazon? Really? Okay. So the lightning deals is a great strategy short-term. Here's what lightning deals are. How many of you go to the first page and you'll see today's deals? That's what lightning deals are.

Now, you can set that up for your product lines. So you can say, hey, look, I want ten clicks a day, I went 20 clicks a day, whatever it is. But here's the thing you've got to remember, if you're selling a product for, say, 30 bucks, when you do the lightning deals, you can't sell it for 30 bucks. The reason it's a lightning deal is because you're giving a discount.

How many of you have seen where people are selling a product that's usually 30 bucks and they're selling it for 15 bucks? Have you guys seen that? Yes or no? That's why, guys. They're trying to get the sales. They've got to get the sales going.

1          The only way as a private label product line

2     that we can win the buy box, we have to have sales, we

3     have to have reviews.  If you don't have those two

4     things, Amazon is not going to give you the buy box.

5     Just because you have a (inaudible) ASIN, you have to

6     prove that people want to (inaudible) the product.  So

7     we have to verify and validate that people want our

8     product.  So lightning deals, pay-per-click, it's a

9     good short-term fix so we can get sales and get

10    reviews.

11         Has anyone ever seen when they market a

12    product for, say, 10 bucks and it's usually 30 bucks,

13    and they say, you can buy it for 10 bucks, but you

14    have to leave us a review.  Has anyone seen that?

15         AUDIENCE:  Yeah.

16         MIKE SCHREINER:  Yeah.  You pay for reviews,

17    guys, because, again, to validate these lines, they

18    know they have to have sales and they have to have

19    reviews.  Again, it's short-term.  It's nothing you're

20    going to do long-term and you would never do it on

21    anything other than a white label or private label

22    product.  Don't do it on your wholesale deals, don't

23    do it on your liquidators, don't do it on that stuff.

24    Definitely never do it on retail arbitrage, okay?

25         But the lightning deals are awesome because

1     you can set it up with Amazon. You can have it go for

2     as long as you want. You can say, look, I want ten

3     clicks. After ten people click on that, then it pulls

4     it. So you're managing marketing better that way.

5     Same with the pay-per-click for sponsored sites.

6     Short-term, but it will drive sales. And, again, when

7     you do that, make sure you put the caveat, hey, we'll

8     sell it to you for 10 bucks, but please leave us a

9     review. Do you think people will leave you a review

10    to get a good deal? Yes or no?

11             AUDIENCE: Yes.

12             MIKE SCHREINER: Yeah, because they want to

13    know, okay, so they'll give you this, so it's not a

14    piece of junk, it's because they want a review. Make

15    sense?

16             And then coupons, does Amazon have coupons?

17    Yes or no?

18             AUDIENCE: Yes.

19             MIKE SCHREINER: They do. But is that the

20    coupon we want to give out? Yes or no? Huh. Here's

21    what I mean, too. So we talk about our marketing. I

22    told you guys, you cannot drive your customers --

23    they're not your customers. You cannot drive Amazon

24    customers away from the Amazon site, right?

25             So here's what you do, though. How many of

1    you in here, by show of hands, have ordered something

2    on Amazon, when you got the box, you opened it up and

3    there's a thank you card in there?  Have you guys seen

4    that?  Yes or no?

5              AUDIENCE:  Yes.

6              MIKE SCHREINER:  What's usually on that

7    card?  This will tell you if they're educated or not.

8              AUDIENCE:  Website.  They have their own

9    (inaudible).

10             MIKE SCHREINER:  Website, email, phone

11   number and a coupon.  That's an educated investor.

12   When you open up that box, there's a thank you card in

13   there that says, thank you for purchasing our product.

14   You flip that card over and it says, if there's a

15   problem with this, please contact us directly, right?

16   Here's our phone number, here's our email, here's our

17   website.  And if they're really good, they'll put a

18   coupon in there that says, next time you come to our

19   website to buy something from us, here's 10, 15, 20

20   percent off.  You can use it or you can share it.

21             My 14-year-old got his Eagle Scout award

22   last year.  We ordered, off of Amazon, a sculpted

23   eagle, an eagle statue.  When we sculpted that eagle

24   statue -- when I got it in the mail, I got a thank you

25   letter.  In there it said, if there's a problem with

1    this, please let us know, here's our website, here's

2    our email, here's our phone number.  Then they gave me

3    a 25-percent-off coupon for the next sculpture.  Where

4    do you think the first place I went was?  To the

5    website.  I wanted to see what else they had to sell,

6    right?

7              Now, my 12-year-old is getting his Eagle

8    Scout next year.  My little brother, though, his son

9    is getting his this fall.  So I gave him the coupon

10   already because he wanted to get the same eagle statue

11   I got my son.  So here's going to go there, he's going

12   to buy from their website, and then the deal was that

13   he gives me the next coupon.

14             Again, I never thought I'd be a coupon

15   shopper, but when I started running my own business,

16   I'm all about the coupons.  I offer them to my

17   customers and I will use them every chance I get

18   because it's going to save me a lot of overhead.  Does

19   that make sense?

20             In fact, here's (inaudible).  I told you

21   last year my kid wanted to do an outdoor movie

22   theater, right?  So we had to buy an outdoor

23   projector.  Same thing, as soon as I got that

24   projector, inside there was a thank you card and there

25   was a letter.  It was a personal note.  It looked like

1    it was handwritten.  It was printed.  It was

2    brilliant.  It was written and she says, my name is

3    so-and-so, I am the CFO of this company.  We have

4    heard there are sometimes issues with this projector

5    getting damaged in shipping.  Please plug it in and

6    let us know.  If there's a problem, contact us

7    directly, we will make it right.

8              Why would I want people coming to my website

9    or contacting me directly versus going through Amazon?

10             AUDIENCE:  (Inaudible).

11             MIKE SCHREINER:  Not only the traffic, but

12   for me, it just validated that company is a what?  A

13   real company, separate from Amazon.  I already knew

14   that because I'm in this, right.  But it's a real

15   company.  But more so than that -- now, if there's

16   problems, is Amazon going to know about it?  Yes or

17   no?

18             AUDIENCE:  No.

19             MIKE SCHREINER:  No.  They're going to take

20   care of me for sure.  If they don't, then I'll go

21   through Amazon.  But I want the same thing.  I don't

22   want my complaints going to Amazon because then it

23   affects my store rating, right?

24             AUDIENCE:  Right.

25             MIKE SCHREINER:  But if they come to me

1    directly, Amazon doesn't need to know. I'll take care

2    of them, I'll build the relationship. But once I do

3    that now, I've just earned a new customer, didn't I?

4    Not for my Amazon store now, no, for my own business.

5    And, again, I want them buying from my website because

6    I'm making more money. That is awesome.

7            So we (inaudible). So, again, those of you

8    that are teaming up with us, this is part of our

9    service. When they do the FBA prep work, the thank

10   you cards, the letter is in there, the coupons, Kelly

11   will add all of that into your packaging before it

12   ever goes to Amazon. Most FBA preppers don't do that.

13   Amazon will not do that, but we can do that. We're

14   not breaking the rules. That's something we're

15   allowed to do. I'm not marketing on my Amazon store

16   to go to my website. But I can do it once they buy my

17   product. Get it?

18           When it comes to the social marketing as

19   well, guys, like I said, create separate pages for

20   your product lines. I've seen too many new investors

21   get all -- get all excited about doing social media,

22   and then on their Facebook page, they're like, hey,

23   here's my store, check my stuff out. That's bad.

24           But all of these are linked together, aren't

25   they? Right? We talked about this, didn't we, right?



SCANNED

JUL 3 0 2012

U.S. DISTRICT COURT MPLS

1       Because every time you search for something on Amazon,

2       as soon as you go to your Facebook page, all of a

3       sudden, it's scrolling through there, isn't it?

4       You're like, wait a minute, how did they know what I

5       was looking at on there?  Guys, they're all tied

6       together.  So there's nothing wrong with using that

7       same (inaudible).

8               Now, do people sell stuff on Facebook?  Yes

9       or no?

10              AUDIENCE:  Yes.

11              MIKE SCHREINER:  Has anyone here ever bought

12      anything off of Facebook?  Okay, when you click the

13      buy, do you buy from Facebook or where does it take

14      you?

15              AUDIENCE:  To the site.

16              MIKE SCHREINER:  It takes you to the

17      website, doesn't it?  Or it takes you to their Amazon

18      store.  This is why we use social media, guys.  It's

19      not just for marketing.  We can actually make sales.

20              There's one company I'm going to show you,

21      it's one of our students that they did, there's a

22      company that they marketed the product 100 percent

23      through social media when they started, and they

24      killed -- they did -- it was a whole new product line

25      and they killed it.  It was awesome.  But they did it

FTC-SP-000900

1 through social media.

2 So they did all the marketing -- I'll show

3 you exactly what (inaudible) because they had their

4 videos, there was a Facebook page, right? They did

5 Facebook, Instagram, Snapchat, Twitter. Well, they

6 didn't really -- they did a little bit on Twitter.

7 There was one (inaudible). I can't remember

8 (inaudible). I can't remember. It's very vague. It

9 was some weird social platform. I don't know.

10 But it (inaudible). It was all through

11 social media. They didn't do any real mainstream

12 marketing; they did it all through social media. So,

13 guys, we've got to start utilizing it, but again, for

14 the right reasons. So you can link your stores

15 together. In fact, there are many platforms -- so if

16 you build a website through Shopify -- how many of you

17 know what Shopify is? How many of you know Amazon now

18 owns Shopify?

19 If you start linking all of your pages

20 together, there's so many different (inaudible).

21 Coach Stacey just recently -- when they made that

22 switch, Coach Stacey now teaches you how to start

23 tying your Shopify, your Amazon, your eBay stores,

24 your Etsy stores, all of those platforms together. I

25 want to drive my customers from my Amazon store to my

1    website, to my ebay stores, back to Amazon. I want

2    everybody buying everything they can with all of my

3    (inaudible). Make sense?

4          That also comes into affiliate marketing.

5    How many of you have seen where they have a website

6    and then it says, other products that may be available

7    on this website? Have you guys seen that? Yes or no?

8    That is affiliate marketing.

9          Now, the problem with affiliate marketing,

10    guys, it's not duplicatable and it's not predictable.

11    But it works. We can do affiliate marketing on our

12    Amazon sites as well. So Amazon is just a platform

13    that you can drive customers. So it's the same kind

14    of thing (inaudible). (Inaudible) bought this also

15    bought this, right?

16          Now, how many of you have seen right under

17    the heading, right under the main page there's a

18    little section that says, people that bought this

19    bought this as well? If you get them together, then

20    it's this much. Have you guys seen that? Yes or no?

21          AUDIENCE: Yes.

22          MIKE SCHREINER: That's an affiliate

23    marketing link. It's not the same stores more times

24    than not. It's two different stores. But it's

25    products that people have constantly bought together.

1    Now, as a seller, every time I see those affiliate

2    marketing (inaudible), I look to see if there's a way

3    I can combine those two products and do one listing of

4    both products.  So here's what I mean.

5         My wife loves gardening.  Why is beyond me.

6    I don't get it, right?  I just -- it's not a thing for

7    me.  In fact, we tried to grow corn in our backyard

8    and our dog eats that corn before we ever even harvest

9    it, right?  Does anybody have dogs that eat corn?

10   Maybe it's just ours.  She's (inaudible) now.

11        But when it comes down to it, she loves

12   gardening, right?  (Inaudible).  Now, she (inaudible).

13        (Period inaudible due to audio noise.

14   Recording volume decreases at this point.)

15        MIKE SCHREINER:  (Inaudible) combine all of

16   that.  So now (inaudible) one purchase.  I guarantee

17   it was (inaudible).  Because somebody said that people

18   were buying this apron and also buying this tool set

19   for the garden.  So somebody saw that and they put

20   them together (inaudible) but now it had a new ASIN

21   number and a new (inaudible).  So it's a private

22   label.  And (inaudible).  They were killing it.  They

23   won't release to anybody else.  But that's what I'm

24   talking about.  That's the best (inaudible).  Make

25   sense?  Yes?

1                AUDIENCE:  Yes.

2                MIKE SCHREINER:  Okay.  And then the same

3        thing, guys, once you develop a private label line,

4        you want to brand that line, but you also want to

5        brand your website.  Can you have multiple websites?

6        Yes or no?

7                AUDIENCE:  Yes.

8                MIKE SCHREINER:  I mean, you can have as

9        many websites as you want.  In fact, Shopify

10       (inaudible).  Now (inaudible).  Here's what I mean.

11       If I want -- I'm going to create (inaudible) private

12       label, right, other than changing the name and

13       rebranding.  I'm not creative enough to create

14       something brand new.  But if I was creating something

15       brand new, I (inaudible) Amazon store (inaudible).  I

16       can sell millions of products on my store.  They don't

17       have to be related, they don't have to be tied

18       together.  There's private label in there, white

19       label, wholesale.  All that stuff is all in the same

20       store.  But on my websites, each individual website

21       does (inaudible).

22               So you have one website that sells

23       (inaudible) or household goods and it will drive

24       (inaudible) outdoor (inaudible) website, but the

25       website we have for all our outdoors (inaudible) right

1   (inaudible) all that stuff, it didn't (inaudible) on

2   that website.  It has to be something simple.

3

4        MIKE SCHREINER:  But (inaudible) drives it

5   to (inaudible).  It's going to drive (inaudible).  You

6   want (inaudible) developing a website for a branded

7   item and let it sell that branded item.  Put links on

8   there to your other stuff.  (Inaudible) start selling

9   (inaudible).  If you go to Grillaholics website, you

10  don't see any bathroom products on their website.

11  There's links to their Amazon store where they sell

12  that stuff or other websites.  But you see where I'm

13  going with this, right?  So keep that congruent.

14  That's what I'm saying.  If you're developing a line,

15  keep it congruent throughout your website (inaudible).

16  Any questions on any of that?

17        (No response.)

18        MIKE SCHREINER:  All right.  So YouTube

19  video, also platforms for your video (inaudible).  In

20  fact, that's what really took Blendtec over the edge

21  is his YouTube series, because he could say it was an

22  industrial blender, but until he starts showing it was

23  blending up marbles, phones -- I mean, they were

24  blending everything in there, right?  That's what

25  really sent them over the edge.

FTC-SP-000905

1       Banner ads, how many of you know what banner

2    ads are?  Are they everywhere now?

3       AUDIENCE:  Yeah.

4       MIKE SCHREINER:  Facebook has them, right?

5    (Inaudible) ads on the sides, right?  Facebook has

6    them, Amazon has them, eBay.  Everyone who's got

7    (inaudible) yeah.  But the thing about banner ads,

8    they're not cheap (inaudible).  So make sure it's a

9    short-term thing.  Use the banner ads, once you get

10   the sales, once you get the reviews, you don't have to

11   continue with banner ads.  (Inaudible) awareness is

12   out there.

13       Now, here is -- this is just (inaudible)

14   tips here when it comes to a cheap way to market your

15   products.  (Inaudible) reviews.  Let me (inaudible)

16   show of hands, how many of you in here have friends

17   and family that shop on Amazon?  So why not have your

18   friends and family going to your Amazon store, buy

19   your product and leave you a review?  It doesn't cost

20   you anything, does it?  Now, what I tell my family and

21   my friends, buy the product from me, leave me a

22   review.  If you don't like the product, let me know,

23   I'll give you the money back.  (Inaudible), right?

24       Now, here's the thing I'll tell you.  Do not

25   (inaudible) your family and friends always leave

1    five-star reviews?  Amazon knows no product is

2    perfect.  If every review is five stars, greatest

3    product I ever bought (inaudible), they know

4    something's up.  But, hey, look, there's nothing wrong

5    with having your family and friends, they all have

6    different addresses, different (inaudible) coming in,

7    right?  They don't know that you're having them do

8    that.  All they're seeing now is sales and they're

9    seeing reviews.  Four stars, four and a half stars

10   (inaudible) five stars.  (Inaudible) red flag to

11   Amazon.  Everybody (inaudible), right?

12          Hey, guys, this is a great way because now

13   you'll get the reviews, you'll get the sales.  When

14   you get reviews and sales, number one, you start

15   winning the buy box.  Number two, you're going to get

16   organically pushed (inaudible) by Amazon.  You'll move

17   into the bestsellers list, right?  (Inaudible) guys

18   (inaudible).  Some of those were hit hard the last

19   three months.  They weren't bestsellers for the last

20   eight months, nine months.  But for the last four,

21   they were the bestsellers.  Because of that now, her

22   sales are going up because they're listed on the

23   bestsellers list.  So you get that organic push.  Now,

24   the selling happens organically.  You don't have to

25   drive it; it's already there.  Once that starts

1    happening, you guys, then it just takes off.

2           Blogging, does anybody do blogging anymore?

3    (Inaudible).  It can be effective if you know what

4    you're doing.  If you don't, yeah, it's (inaudible).

5    People love to share their opinion (inaudible).

6           AUDIENCE:  Yeah.

7           MIKE SCHREINER:  And people love to read

8    other people's opinions, right?  But you've got to

9    remember, someone else's opinion doesn't make people

10   spend money and it doesn't stop people from spending

11   money.  So you've just got to take that -- you've got

12   to take it for what it's worth.  Blogging can be

13   effective, but it's got to be done in the right way.

14          AUDIENCE:  (Inaudible).

15          MIKE SCHREINER:  Yeah, yeah.  (Inaudible)

16   can be effective as well, right?  In fact, you know, a

17   lot of times, it's funny because you can watch those

18   YouTube channels and really (inaudible).  There's

19   people who are out there saying, hey, I do this all

20   the time (inaudible).  So when I was working as

21   (inaudible) YouTube channels on how to fix

22   (inaudible).  Hey, here's (inaudible), right?  So I

23   would watch (inaudible) show me how (inaudible).  What

24   if he was showing (inaudible) messed up the computers?

25   He's like, oh, I do this all the time, you guys should

1    do this.  Well, we started noticing (inaudible) a

2    repair shop and people were bringing their cars in

3    because they tried to replace (inaudible) and if you

4    didn't do the right -- if you didn't do the right

5    sequence (inaudible) computer.  So (inaudible) check

6    (inaudible).  Yeah, and then you have to replace a

7    $14,000 computer.  What?  That's (inaudible)

8    information.  YouTube.

9            So you've got to be careful with this stuff,

10   too.  Don't say it's a fact if it's not.  And you see

11   it all the time.  People do it all the time with

12   (inaudible).  (Inaudible) Amazon.  Why do you think so

13   many people are listed so far down (inaudible)?  Well,

14   they just said, if I sell it at this price, I'll sell

15   more because I'm charging more.  That doesn't work.

16           AUDIENCE:  (Inaudible).

17           MIKE SCHREINER:  Okay.

18           AUDIENCE:  (Inaudible).

19           MIKE SCHREINER:  Right.

20           AUDIENCE:  Is that something you can

21   negotiate with them (inaudible)?

22           MIKE SCHREINER:  Yeah, that's part of their

23   affiliate marketing is what they're doing.  Here's the

24   thing you've got to remember, too.  You've got to

25   remember a lot of stuff -- a lot of this is on YouTube

1      (inaudible).

2                    AUDIENCE:  (Inaudible).

3                    MIKE SCHREINER:  And that's from other

4      people.  That is their opinions.

5                    AUDIENCE:  (Inaudible).

6                    MIKE SCHREINER:  Yeah.

7                    AUDIENCE:  (Inaudible).

8                    MIKE SCHREINER:  Yeah.  (Inaudible) say this

9      is my opinion, this is what I think.

10                   AUDIENCE:  (Inaudible).

11                   MIKE SCHREINER:  The problem is that more

12     people are just saying this is a fact.

13                   AUDIENCE:  Okay.

14                   MIKE SCHREINER:  And so that guy

15     (inaudible).  Well, the fact was you were doing it

16     wrong and you were ruining people's cars.  But was

17     there any recompense?  Did anybody go after that guy?

18     (Inaudible), right?  It was a YouTube channel.  He's

19     like, oh, that's what I (inaudible).

20                   AUDIENCE:  (Inaudible) video or whatever.

21     (Inaudible).

22                   MIKE SCHREINER:  Nope.  So (inaudible)

23     manufacturer to do this stuff.  You're not going to

24     (inaudible) 100 percent of your (inaudible) white

25     label and private label stuff.  You're going to keep

1    some for your website, you're going to keep some

2    (inaudible) other stuff.  So (inaudible) manufacturer

3    send you extra (inaudible).

4            AUDIENCE:  (Inaudible).

5            MIKE SCHREINER:  Oh, yeah, yeah.  Because

6    here's the thing, too, guys.  When you're doing

7    private label stuff -- now, if I'm doing wholesale, if

8    I'm doing (inaudible) shoppers, 100 percent all of

9    those (inaudible) Amazon because I want to sell this

10   stuff on (inaudible) website, right?  When I

11   (inaudible).  But with private label stuff, I'll set

12   up a website and that manufacturer (inaudible).

13   Because you've -- it's a whole different thing when

14   we're talking private label.

15           AUDIENCE:  (Inaudible).

16           MIKE SCHREINER:  Like what?

17           AUDIENCE:  (Inaudible).

18           MIKE SCHREINER:  Uh-huh.

19           AUDIENCE:  They shouldn't (inaudible).

20           MIKE SCHREINER:  Yes.

21           AUDIENCE:  (Inaudible).

22           MIKE SCHREINER:  Yeah.  You can -- she can

23   tie it to that and say, hey, look, I bought this

24   product, here's the (inaudible) this is what

25   (inaudible).

```
 1              AUDIENCE:  (Inaudible).

 2              MIKE SCHREINER:  No, she (inaudible) tested

 3         the product, yeah, yeah.  And some of that stuff you

 4         want other people to test it because, again, it

 5         validates what you've been saying on private label.

 6         Guys (inaudible) talked about the first two days,

 7         there's no reason to spend (inaudible).  They're just

 8         not going to validate it.

 9              AUDIENCE:  (Inaudible).

10              MIKE SCHREINER:  (Inaudible).

11              AUDIENCE:  (Inaudible).

12              MIKE SCHREINER:  Uh-huh.

13              AUDIENCE:  (Inaudible).

14              MIKE SCHREINER:  Okay, so this question is,

15         when it comes to the marketing (inaudible) traffic,

16         he's wanting to know is if you've got specifically

17         (inaudible) one place, would that increase our sales,

18         right?  No.  It really doesn't and here's why.  So too

19         many of those people thought that.  In fact, like I

20         talked about on Friday, Nike thought that if it was

21         exclusively at their store, more people would come to

22         their store and buy it.

23              What they found, though, is they were losing

24         millions, not thousands, millions of dollars in sales

25         every month because people had ordered online
```

1    (inaudible).  So Nike's a perfect example of that

2    because last year they (inaudible) Amazon's

3    (inaudible) and said, yep, we'll sell our shoes.  They

4    fought it and fought it and fought it, but that was

5    the problem because they were losing sales.

6         Now, Nike didn't know what it was going to

7    sell on there, right?  They're not going to -- they're

8    not going to (inaudible) their shoes for you, just

9    like Apple.  Apple sells their own products, but can

10   you buy Apple products on Amazon?  Yes or no?  See,

11   here's the crazy thing, you can buy an Apple TV on

12   Amazon, right, but what does Amazon have?  They have

13   their own (inaudible), right?  They've got the

14   firesticks and they've got all these other things that

15   do the same thing.  So they mine their competition

16   because they're still getting a percentage back.

17        AUDIENCE:  (Inaudible).

18        MIKE SCHREINER:  Correct.

19        AUDIENCE:  (Inaudible).

20        MIKE SCHREINER:  So you'll set that up.

21   (Inaudible) you get to (inaudible).  And you can go in

22   and negotiate (inaudible) because you set it and you

23   can't do it again.  So you can say, look, I want 50

24   clicks this week, guys, so do ten a day, every day for

25   five days.  So if you're not getting sales, you

```
1       (inaudible) I've got a few, but I'm not really getting
2       (inaudible).
3               AUDIENCE:  (Inaudible).
4               MIKE SCHREINER:  No, the star is just from
5       the rating from the people.  So if everything
6       (inaudible) four stars, then let's just say -- so
7       let's say we (inaudible) right?  So let's say I set it
8       at ten clicks a day for five days, right?  And let's
9       say out of those ten clicks, I have two conversions,
10      right?  Now, our conversion rate is actually higher
11      than that, but let's just say (inaudible) two
12      conversions, right?
13              So every person that bought from you gave
14      you a four-star rating, right?  And let's just say
15      (inaudible) four stars and (inaudible) a four-star
16      rating (inaudible).  So it's not always -- so Amazon
17      just wants to see sales and ratings.  They don't have
18      to see (inaudible).  They've just got to see sales are
19      happening and the customer ratings are happening and
20      (inaudible).
21              Because if people are buying it, Amazon
22      wants them to buy your product.  Why does Amazon have
23      a big push (inaudible) buying your product?
24              AUDIENCE:  (Inaudible).
25              MIKE SCHREINER:  Because they're making
```

1    money off every sale, right?  So if they were

2    (inaudible).

3            AUDIENCE:  (Inaudible).

4            MIKE SCHREINER:  (Inaudible).

5            AUDIENCE:  (Inaudible).

6            MIKE SCHREINER:  It just depends on who it

7    is.  So it depends on the longevity of it as well.  So

8    if you've only got four ratings and two people left

9    two stars and two people left five stars, then you're

10   (inaudible) three stars, right?  They give an average.

11   So it just averages out.  So every time someone gives

12   that rating, right, every time someone gives that

13   store a rating, it plays into the average.  So the

14   longevity of it, the more that you have, so if you've

15   been selling -- let's just say you sold 10,000

16   products and you're at four stars, that's awesome

17   because that means that you've got more people that

18   were happy with you (inaudible).

19           AUDIENCE:  (Inaudible).

20           MIKE SCHREINER:  (Inaudible).

21           AUDIENCE:  (Inaudible).

22           MIKE SCHREINER:  It's not saying I'm going

23   to give you a good rating, but we have to have the

24   reviews.  We have to have the ratings.  Good or bad,

25   we need them, yeah.  But Amazon knows, too, especially

1    with a new product line, they know not everything is

2    going to (inaudible). But if you get enough people to

3    (inaudible) that's when they start doing the push.

4    But that's (inaudible). This is what I said on day

5    one. Don't sell crap. If we're selling junk, then

6    everyone is going to complain about it. So you may

7    have a ton of sales and you may have ratings, but if

8    they're not good and your average is one star,

9    Amazon's going to push them, they're not going to give

10   you the buy box, you're not going to (inaudible).

11   That's it. Did that answer your question?

12            AUDIENCE: (Inaudible).

13            MIKE SCHREINER: Okay.

14            AUDIENCE: (Inaudible).

15            MIKE SCHREINER: No.

16            AUDIENCE: (Inaudible).

17            MIKE SCHREINER: No. Again, Amazon wants to

18   keep an even playing field, so they still want you to

19   (inaudible). So if they (inaudible) your labels and

20   let's just say they (inaudible), right. Let's just

21   say (inaudible) we're going to get (inaudible).

22   They're not going to (inaudible) the buy box, no,

23   because they still want me to (inaudible) because

24   they're going to make more money off of my sales

25   (inaudible). And they want an even playing field

1    because if Amazon -- every time (inaudible) buy box,

2    if I'm playing by their rules, then I'm going to quit

3    selling and Amazon knows that.  Yeah, so they want to

4    keep an even playing field.  This is why they don't

5    let it turn into a (inaudible).  This is why they

6    don't let that stuff happen.

7                I saw another hand.  No?

8                AUDIENCE:  (Inaudible).

9                MIKE SCHREINER:  Sizing, right?

10               AUDIENCE:  The sizing (inaudible).

11               MIKE SCHREINER:  And that's -- and that was

12   Nike's big thing.  But let me ask you this, how many

13   of you have bought shoes online before?  Okay.  How

14   many of you went in the store and tried a shoe on

15   before you (inaudible) buy it?  And that's what

16   happens.  People are like, man, I really like this

17   shoe, they'll go to a Nike store, they'll try it on,

18   and then they'll go back home and buy it online

19   because (inaudible) discounts (inaudible) getting a

20   better (inaudible).

21               AUDIENCE:  (Inaudible).

22               MIKE SCHREINER:  Well, that's the problem is

23   most people, if they can't talk like this, they don't

24   want to talk, do they?  That's the problem with this

25   young generation.  They can't talk.  Like for us, I

1    know -- this is just me, but my kids aren't allowed to

2    have -- we have no technology at home (inaudible)

3    because I want my kids to be able to talk because most

4    kids, if they (inaudible) to their friends

5    (inaudible).  We have an antisocial environment going

6    on.  So a lot of people (inaudible).

7              AUDIENCE:  (Inaudible).

8              MIKE SCHREINER:  Yeah.  (Inaudible) are

9    horrible when it comes to dresses, when it comes to

10   like suits and stuff because sizing changes over

11   there, too, right?  So the inventory -- so (inaudible)

12   I want to go over this just because of that because

13   you can have a size 2, 3, 4 in a dress is one size and

14   sizes 6, 7, 8, 9 and 10 (inaudible).  So all of

15   (inaudible) -- that's why clothing is tough.  Now,

16   here's what you do though.  Amazon has got into

17   clothing manufacturing.  Have you guys seen that

18   Amazon offers a custom clothing line now?  Has anyone

19   seen that?  Yes or no?

20              Yeah, they offer a custom clothing line.

21   Now, here's the (inaudible).  How many now have seen

22   Nordstrom's does a custom clothing line and you can

23   now order online?  In fact, there's an app that just

24   came out not too long ago that you can actually do the

25   app -- it has a camera.  You set it so far away.  You

1     stand there and it's supposed to measure your body and

2     then it makes custom (inaudible).  I (inaudible).  I

3     have a guy that does mine.  But it's amazing to me.

4     When Amazon starts doing stuff like that, for me, it's

5     (inaudible).

6             AUDIENCE:  (Inaudible).

7             MIKE SCHREINER:  Mm-hmm.  And that's how a

8     lot of clothing (inaudible).  They just say, great,

9     order these dresses (inaudible).  Yeah.  But most of

10    the time, especially when it comes to shoes, people go

11    to the store and try it on, find out the size, because

12    Nike does it different, right?  So most of my dress

13    shoes are ten and a half, but when I buy my Nikes,

14    they're nine and a half or ten.  Their sizes are

15    different.

16            AUDIENCE:  (Inaudible).

17            MIKE SCHREINER:  So (inaudible).  Just like

18    I did yesterday (inaudible).

19            AUDIENCE:  (Inaudible).

20            MIKE SCHREINER:  (Inaudible).  In fact, for

21    those of you teaming up with us, they take this to a

22    whole other level when it comes to private labeling

23    because you've got to (inaudible) and (inaudible)

24    manufacturing, for R&D, for shipping, and all of that

25    (inaudible).  Like I said, guys, Alibaba (inaudible)