# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney General, Lori Swanson,

     Plaintiffs,

     v.

SELLERS PLAYBOOK, INC., a corporation,

EXPOSURE MARKETING COMPANY, a corporation, also d/b/a Sellers Online and Sellers Systems,

JESSIE CONNERS TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY,

     Defendants.

CASE NO. _18x2207 DWC HM_

**FILED UNDER SEAL**

**PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF MINNESOTA'S EXHIBITS**

**VOLUME VI**

**Px. 8 - 13**

**FTC-SP-001025 - FTC-SP-001292**

1



SCANNED
JUL 3 0 2018
U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|---|---|---|---|
| Px. 8 | Transcript of First One-on-One Meeting at Sellers Playbook Training Workshop Day 2 | FTC-SP-001025 | FTC-SP-001088 |
| Px. 9 | Transcript of Second One-on-One Meeting at Sellers Playbook Training Workshop Day 2 | FTC-SP-001089 | FTC-SP-001145 |
| Px. 10 | Transcript of Third One-on-One Meeting at Sellers Playbook Training Workshop Day 2 | FTC-SP-001146 | FTC-SP-001179 |
| Px. 11 | Photos from Sellers Playbook Training Workshop Day 1 | FTC-SP-001180 | FTC-SP-001186 |
| Px. 12 | Photos from Sellers Playbook Training Workshop Day 2 | FTC-SP-001187 | FTC-SP-001271 |
| Px. 13 | Photos from Sellers Playbook Training Workshop Day 3 | FTC-SP-001272 | FTC-SP-001292 |

# PLAINTIFF'S EXHIBIT 8

FTC-SP-001025

1              OFFICIAL TRANSCRIPT PROCEEDING

2                 FEDERAL TRADE COMMISSION

3

4      MATTER NO.     1823116

5

6      TITLE          SELLERS PLAYBOOK

7

8      DATE           RECORDED:   MAY 19, 2018

9                     TRANSCRIBED:  JUNE 6, 2018

10

11     PAGES          1 THROUGH 63

12

13

14            Day 2 - First One-on-One Meeting

15

16

17

18

19

20

21

22

23

24

25

26            For The Record, Inc.

27     (301) 870-8025 - www.ftrinc.net - (800) 921-5555



PLAINTIFF'S
EXHIBIT
8

FTC-SP-001026

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    Day 2 - First One-on-One Meeting          4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**FTC-SP-001027**

1          FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Sellers Playbook              )   Matter No. 1823116

5    -----------------------------)

6                                   May 19, 2018

7

8

9

10          The following transcript was produced from a

11    digital file provided to For The Record, Inc. on May

12    21, 2018.

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-001028

1                    P R O C E E D I N G S

2                       -    -    -    -    -

3              DAY 2 - FIRST ONE-ON-ONE MEETING

4              MR. TYNDALL:  Hi.

5              (Music and conversations in background.)

6              MR. TYNDALL:  Oh, hi.

7              MIKE ETHINGTON:  Good morning.

8              MR. TYNDALL:  Hi.  Good morning.

9              MIKE ETHINGTON:  How's it going?

10             MR. TYNDALL:  Good.  How are you doing?

11             MIKE ETHINGTON:  I'm doing well.

12             MR. TYNDALL:  Good.

13             MIKE ETHINGTON:  Are you my 8:30?

14             MR. TYNDALL:  I am your 8:30, yeah.

15             MIKE ETHINGTON:  All right, fantastic.  Grab

16   a seat.  How are you doing this morning?

17             MR. TYNDALL:  It's way too early.

18             MIKE ETHINGTON:  I know, right?

19             MR. TYNDALL:  Yeah.

20             MIKE ETHINGTON:  (Inaudible).

21             MR. TYNDALL:  So I did my -- my homework.

22             MIKE ETHINGTON:  Perfect.  Well done.

23             MR. TYNDALL:  I mean, I -- I didn't spend

24   like an hour on it, but I did it.

25             MIKE ETHINGTON:  Okay.  Well, that's good.

1          MR. TYNDALL:  Yeah.

2          MIKE ETHINGTON:  I'm glad you followed

3   through.  Now, is Randy -- is he here with you?

4          MR. TYNDALL:  You know, my uncle threw out

5   his back.

6          MIKE ETHINGTON:  Oh, no.

7          MR. TYNDALL:  He's going to be here.

8          MIKE ETHINGTON:  Uh-huh.

9          MR. TYNDALL:  He's just running late.

10         MIKE ETHINGTON:  Yeah.

11         MR. TYNDALL:  Is that okay?  Or?

12         MIKE ETHINGTON:  Yeah, that's fine.

13         MR. TYNDALL:  Okay.

14         MIKE ETHINGTON:  That's totally cool.  So is

15   he -- is he going to be here for this meeting, or is

16   he just going to be here in time for class?

17         MR. TYNDALL:  Maybe for this meeting.  I

18   don't know.

19         MIKE ETHINGTON:  Okay.

20         MR. TYNDALL:  He just -- yeah, he has back

21   problems, so --

22         MIKE ETHINGTON:  Gotcha.

23         MR. TYNDALL:  -- I'm sorry.

24         MIKE ETHINGTON:  That's cool.

25   Understandable.  It's hard to deal with back problems,

1    that's for sure.

2              All right, then, we'll go ahead and get

3    started.

4              MR. TYNDALL:  Okay.

5              MIKE ETHINGTON:  And then when he gets here,

6    we'll -- we'll catch him up --

7              MR. TYNDALL:  Okay.

8              MIKE ETHINGTON:  -- and that.

9              MR. TYNDALL:  Okay.

10             MIKE ETHINGTON:  All right, cool.  So the

11   purpose of this meeting, J███, is twofold.

12             MR. TYNDALL:  Okay.

13             MIKE ETHINGTON:  The first reason is it's an

14   opportunity for me to get to know you better, to learn

15   where you are currently --

16             MR. TYNDALL:  Okay.

17             MIKE ETHINGTON:  -- and where you want to go

18   moving forward.

19             MR. TYNDALL:  Okay.

20             MIKE ETHINGTON:  Any current problems or the

21   challenges you're faced with and how Amazon might be a

22   solution to that.  Okay?

23             MR. TYNDALL:  Okay.

24             MIKE ETHINGTON:  And then the second thing

25   is to determine if you would be a good fit for the

1    advanced training option that we have.

2            MR. TYNDALL:  Okay.

3            MIKE ETHINGTON:  I know Mike talked about it

4    briefly yesterday.  I'm sure you've got questions

5    about it.

6            MR. TYNDALL:  Yeah.

7            MIKE ETHINGTON:  He'll talk about it in more

8    detail this afternoon so you'll know exactly what it

9    entails.

10            MR. TYNDALL:  Okay.

11            MIKE ETHINGTON:  But at some point I

12    determine that you're not a good fit for the advanced

13    training, I'll just tell you that straight up, and I

14    hope you don't mind me being that direct.

15            MR. TYNDALL:  No, no, no.

16            MIKE ETHINGTON:  And for you as well, if you

17    don't feel like you need it or want it moving forward,

18    you're welcome to let me know.

19            MR. TYNDALL:  Okay.

20            MIKE ETHINGTON:  I'm okay with the answer

21    no.

22            MR. TYNDALL:  Okay.

23            MIKE ETHINGTON:  I hear it often, so --

24            MR. TYNDALL:  Okay.

25            MIKE ETHINGTON:  -- I'm good either way, all

1    right?

2              MR. TYNDALL:  Okay.

3              MIKE ETHINGTON:  Okay, very cool.  So with

4    that said, are you okay if I ask you a few questions,

5    J███████ --

6              MR. TYNDALL:  Sure.

7              MIKE ETHINGTON:  -- to get to know you

8    better?  Great.  So if you don't mind, why don't we

9    read through this, and then I may ask you some

10   questions about it --

11             MR. TYNDALL:  Okay.

12             MIKE ETHINGTON:  -- and try and make a few

13   notes.

14             MR. TYNDALL:  So I was just -- I'm

15   unemployed.

16             MIKE ETHINGTON:  Okay.

17             MR. TYNDALL:  I was living up in the

18   Philadelphia area.

19             MIKE ETHINGTON:  Okay, so you're -- how long

20   have you been here in Orlando?

21             MR. TYNDALL:  Just a few months.

22             MIKE ETHINGTON:  Uh-huh.

23             MR. TYNDALL:  My -- so my mom moved down

24   here.

25             MIKE ETHINGTON:  Gotcha.

1       MR. TYNDALL:  After retirement.  So I've

2    been staying with her.  She has some mobility issues.

3    She hurt her foot, so I've been kind of helping out

4    while I've been unemployed.

5       MIKE ETHINGTON:  Gotcha.

6       MR. TYNDALL:  So I was just kind of looking

7    for something to do, like, that would give me

8    flexibility from home.

9       MIKE ETHINGTON:  Yeah.  Okay.

10       MR. TYNDALL:  I've sold a few things online.

11    I never knew it was called arbitrage --

12       MIKE ETHINGTON:  Uh-huh.

13       MR. TYNDALL:  -- but it sounded familiar,

14    like I've done it for, you know, records and stuff

15    like that --

16       MIKE ETHINGTON:  Cool.

17       MR. TYNDALL:  -- years ago.

18       MIKE ETHINGTON:  Was that mostly on eBay

19    or --

20       MR. TYNDALL:  Yeah, mostly on eBay

21    (inaudible).

22       MIKE ETHINGTON:  Okay.  So you've got some

23    experience on eBay.  That's good.

24       MR. TYNDALL:  Yeah.  Never really made that

25    much money on it, though, like it was more of a hobby.

1    MIKE ETHINGTON:  Right.

2    MR. TYNDALL:  I was just going through, you

3    know, garage sales and --

4    MIKE ETHINGTON:  Mm-hmm.

5    MR. TYNDALL:  -- just pick up, you know,

6    records here and there --

7    MIKE ETHINGTON:  Yeah.

8    MR. TYNDALL:  -- that I thought could be

9    sold for more, yeah.  So -- but, yeah, I mean, I'm

10   kind of in flux right now, like, I don't know whether

11   I want to move back to Philadelphia.  I've got some

12   friends up there, or whether I want to stay down here

13   and help my mom because she's --

14   MIKE ETHINGTON:  Gotcha.

15   MR. TYNDALL:  Yeah.

16   MIKE ETHINGTON:  So you're a little

17   undecided on (inaudible).

18   MR. TYNDALL:  Yeah, yeah.

19   MIKE ETHINGTON:  Okay.

20   MR. TYNDALL:  Yeah.  So, yeah, so I was

21   just, you know, I saw about this and it was, you know,

22   I don't know, it seemed like an interesting

23   opportunity.

24   MIKE ETHINGTON:  Yeah, for sure.

25   MR. TYNDALL:  Because, like, yeah.

1           MIKE ETHINGTON:  So you're looking for

2   something that would just give you more flexibility --

3           MR. TYNDALL:  Yeah.

4           MIKE ETHINGTON:  -- and allow you to work

5   from home.

6           MR. TYNDALL:  Yeah.

7           MIKE ETHINGTON:  Okay.  So is this something

8   that you're looking at as a potential full-time

9   opportunity, or is this something that you're going to

10  do in tandem with trying to find another employment?

11          MR. TYNDALL:  I mean, I would like to do it

12  full-time.

13          MIKE ETHINGTON:  Yeah.

14          MR. TYNDALL:  You know, I think -- I like

15  how he didn't sugarcoat the arbitrage stuff.

16          MIKE ETHINGTON:  Yeah.

17          MR. TYNDALL:  Because when I did it, I mean,

18  I loved -- I loved doing it --

19          MIKE ETHINGTON:  (Inaudible).

20          MR. TYNDALL:  -- but it was definitely

21  like --

22          MIKE ETHINGTON:  Time-consuming?

23          MR. TYNDALL:  -- time-consuming, yeah.

24          MIKE ETHINGTON:  (Inaudible).  It was a lot

25  of work.

1          MR. TYNDALL:  And I -- you know, for things
2     that I didn't really care about --
3          MIKE ETHINGTON:  Right.
4          MR. TYNDALL:  -- like I don't want to go to
5     Walmart every day --
6          MIKE ETHINGTON:  Yeah.
7          MR. TYNDALL:  -- and, like, look at shit --
8          MIKE ETHINGTON:  Right.  I don't blame you.
9          MR. TYNDALL:  Yeah, yeah.
10          MIKE ETHINGTON:  I wouldn't want to do that
11     either, J███.  So, yeah.
12          MR. TYNDALL:  Okay.
13          MIKE ETHINGTON:  I don't blame you.  So,
14     yeah, so there's -- there are some other things that
15     you can do that are a lot more worthwhile.
16          MR. TYNDALL:  Okay.
17          MIKE ETHINGTON:  Mike's going to teach you a
18     lot about wholesale today --
19          MR. TYNDALL:  Okay.
20          MIKE ETHINGTON:  -- and why that's so much
21     better than doing retail arbitrage.
22          MR. TYNDALL:  Okay.
23          MIKE ETHINGTON:  And then, ultimately, our
24     goal is to get into private label.
25          MR. TYNDALL:  Okay.

1          MIKE ETHINGTON:  Only because your returns

2     are going to be substantially larger.

3          MR. TYNDALL:  Okay.

4          MIKE ETHINGTON:  And we'll talk about that

5     in more detail tomorrow.  I'll kind of show you some

6     numbers, and we can kind of get a sense of what those

7     returns are going to be for you moving forward.

8          MR. TYNDALL:  Okay.

9          MIKE ETHINGTON:  But this is a full-time for

10    a lot of people.

11         MR. TYNDALL:  Yeah.

12         MIKE ETHINGTON:  And when I say full-time, I

13    mean like two to three hours a day, right?

14         MR. TYNDALL:  Okay.  Wow.

15         MIKE ETHINGTON:  And they're making easy six

16    figures.

17         MR. TYNDALL:  Okay.

18         MIKE ETHINGTON:  And for myself included.

19    You know, that's what allows me to do what I'm

20    passionate about.

21         MR. TYNDALL:  Yeah.

22         MIKE ETHINGTON:  You know, and even come out

23    here for three days --

24         MR. TYNDALL:  Yeah.

25         MIKE ETHINGTON:  -- a month and --

1        MR. TYNDALL:  Yeah.

2        MIKE ETHINGTON:  -- do this.  So totally

3   doable to have as a full-time employment.

4        MR. TYNDALL:  Okay.

5        MIKE ETHINGTON:  You know?  And the cool

6   thing about where you are right now, as you are

7   unemployed, is that if you treat this like your next

8   job --

9        MR. TYNDALL:  Yeah.

10       MIKE ETHINGTON:  -- and you devote the time

11  and effort into it, it could very well be that.

12       MR. TYNDALL:  Okay.

13       MIKE ETHINGTON:  And you don't have to worry

14  about resumes and interviews and all the crap that

15  goes with this.

16       MR. TYNDALL:  Right, yeah, yeah.

17       MIKE ETHINGTON:  I hate that.

18       MR. TYNDALL:  Yeah.

19       MIKE ETHINGTON:  I hate interviews.

20       MR. TYNDALL:  Yeah.

21       MIKE ETHINGTON:  So I hope this doesn't feel

22  like an interview --

23       MR. TYNDALL:  Oh, no, no, no, that's fine.

24       MIKE ETHINGTON:  -- because they drive me

25  crazy.

1    MR. TYNDALL:  Yeah.

2    MIKE ETHINGTON:  Okay, cool.  Sorry to

3    interrupt.  If you want to go ahead.

4    MR. TYNDALL:  Oh, yeah, I mean, I was

5    basically -- basically --

6    MIKE ETHINGTON:  Took care for your mom.

7    MR. TYNDALL:  -- what I (inaudible) yeah,

8    yeah.

9    MIKE ETHINGTON:  It was another big thing.

10    MR. TYNDALL:  Yeah, I mean, it would be

11    nice, you know, you know, I miss my friends, but,

12    like, I could see myself living down here, maybe near

13    my mom.

14    MIKE ETHINGTON:  Yeah.

15    MR. TYNDALL:  And, like, you know, her

16    doctor's appointments are during the day, you know,

17    and she needs to do stuff during the day.  And, so,

18    like, when I tried to, you know, reconcile that with

19    getting a job --

20    MIKE ETHINGTON:  Right.

21    MR. TYNDALL:  -- it's kind of hard.

22    MIKE ETHINGTON:  Makes sense, yeah, sure.

23    MR. TYNDALL:  Yeah.  And I can always get,

24    like, you know, a bar job or something --

25    MIKE ETHINGTON:  Right.

1    MR. TYNDALL:  -- with more flexible hours,

2  but I don't really want to do that either.

3          MIKE ETHINGTON:  Yeah.  I hear you.

4          MR. TYNDALL:  So, yeah.

5          MIKE ETHINGTON:  That sounds like a pretty

6  good fit.

7          MR. TYNDALL:  Yeah.

8          MIKE ETHINGTON:  And be able to do some of

9  that stuff.

10          MR. TYNDALL:  Yeah.

11          MIKE ETHINGTON:  Is your mom -- is she

12  requiring more long-term care, like is she in need of

13  someone --

14          MR. TYNDALL:  I -- I -- I think so.

15          MIKE ETHINGTON:  You think so?  Yeah.

16          MR. TYNDALL:  Yeah, yeah.

17          MIKE ETHINGTON:  Okay.

18          MR. TYNDALL:  So...

19          MIKE ETHINGTON:  Well, that's really good of

20  you.

21          MR. TYNDALL:  Yeah, yeah.  I mean, it was --

22  you know, I just -- luck of the draw or unluck of the

23  draw that I've been unemployed.

24          MIKE ETHINGTON:  Yeah, right.

25          MR. TYNDALL:  And I'm the one that gets to

FTC-SP-001041

1    go down.

2           MIKE ETHINGTON:  Right.  I like your

3    attitude about it.  Okay, so, and then, what did you

4    have underneath your mom?  The third column?

5           MR. TYNDALL:  The third -- oh, so, yeah, I

6    just, you know, I wanted, you know, to -- to kind of

7    build a nest egg and, like, you know, just become more

8    independent.

9           MIKE ETHINGTON:  Yeah.

10          MR. TYNDALL:  You know, I'm 30 -- 31 now.

11          MIKE ETHINGTON:  Okay.

12          MR. TYNDALL:  And, like, I've never really

13   traveled at all.  I've never, like --

14          MIKE ETHINGTON:  Cool.  Where do you want to

15   travel?  Anywhere particular?

16          MR. TYNDALL:  I'd really like to go to

17   Japan.

18          MIKE ETHINGTON:  Oh, yeah.

19          MR. TYNDALL:  Yeah.

20          MIKE ETHINGTON:  That would be cool.

21          MR. TYNDALL:  Yeah.  Something different.

22          MIKE ETHINGTON:  Yeah.

23          MR. TYNDALL:  You know, just -- yeah.  I had

24   a buddy that went to Thailand.

25          MIKE ETHINGTON:  Oh, yeah.

**FTC-SP-001042**

1          MR. TYNDALL:  And he loved it.

2          MIKE ETHINGTON:  Yeah.

3          MR. TYNDALL:  Yeah.

4          MIKE ETHINGTON:  Cool.

5          MR. TYNDALL:  So, he was -- he's actually

6     thinking about moving there.

7          MIKE ETHINGTON:  Oh, really?

8          MR. TYNDALL:  Yeah.

9          MIKE ETHINGTON:  He really did love it.

10         MR. TYNDALL:  Yeah, yeah.

11         MIKE ETHINGTON:  That's awesome.

12         MR. TYNDALL:  Well, he's in computers.

13         MIKE ETHINGTON:  Okay.

14         MR. TYNDALL:  So he's like, you know, I can

15    do it from anywhere.

16         MIKE ETHINGTON:  Yeah, sure.

17         MR. TYNDALL:  Like -- and I'm, like, oh,

18    that's kind of cool.

19         MIKE ETHINGTON:  Yeah, that is.

20         MR. TYNDALL:  Yeah, so...

21         MIKE ETHINGTON:  That's really cool.

22         MR. TYNDALL:  Yeah.

23         MIKE ETHINGTON:  And that's what I love

24    about this is you can do this from anywhere.  Like I

25    was in Hawaii for three weeks with my family, just on

FTC-SP-001043

1    vacation, and I probably put two hours a week into it.

2              MR. TYNDALL:  Wow.

3              MIKE ETHINGTON:  And you can do this

4    literally from -- from wherever you are.

5              MR. TYNDALL:  Huh.

6              MIKE ETHINGTON:  And when I was stuck in a

7    keyhole, working an eight to 12 or -- you know, 12

8    hours a day --

9              MR. TYNDALL:  Yeah.

10             MIKE ETHINGTON:  -- I had to work for a

11   whole year just to get one week of -- of vacation

12   time.

13             MR. TYNDALL:  Yeah.

14             MIKE ETHINGTON:  And that was crazy to me.

15             MR. TYNDALL:  Yeah.

16             MIKE ETHINGTON:  And I just -- I

17   need -- I need free time.  I need more time.

18             MR. TYNDALL:  Yeah.

19             MIKE ETHINGTON:  And, so -- so, that's one

20   thing I love about Amazon is you can be anywhere, you

21   can be doing anything, and you can still be making a

22   passive residual income when you set it up right --

23             MR. TYNDALL:  Yeah.

24             MIKE ETHINGTON:  Yeah, it's great.  Cool.

25   All right, cool.

**FTC-SP-001044**

1     So, then, tell me a little bit about what

2  your passion is.  So, yesterday, I asked, you know, if

3  money was of no consequence, if you had more money

4  than you could spend.  So let's say you set up your

5  Amazon business --

6          MR. TYNDALL:  Sure.

7          MIKE ETHINGTON:  -- you set it up the right

8  way where it's all working for you, so you're not

9  doing any of that manual work, you're not doing any of

10  the handling of the product or the shipping or

11  anything like that, so you're just making a residual

12  income, more than you can spend.  Now, what does that

13  look like for you?  What would you be doing with your

14  time?

15          MR. TYNDALL:  I mean, I think spending time

16  with my mom and traveling.

17          MIKE ETHINGTON:  Yeah.

18          MR. TYNDALL:  Yeah, traveling around the

19  world.

20          MIKE ETHINGTON:  Cool.

21          MR. TYNDALL:  Yeah.

22          MIKE ETHINGTON:  Okay, so those are the

23  priorities.

24          MR. TYNDALL:  Yeah.

25          MIKE ETHINGTON:  Nice.

1             MR. TYNDALL:  Yeah, definitely.

2             MIKE ETHINGTON:  All right, I like it.

3             MR. TYNDALL:  Yeah.

4             MIKE ETHINGTON:  Does your mom have

5     somewhere that she would love to go, that she hasn't

6     been?

7             MR. TYNDALL:  She's never --

8             MIKE ETHINGTON:  (Inaudible) a little trip?

9             MR. TYNDALL:  She's never been to Europe.

10            MIKE ETHINGTON:  Okay.

11            MR. TYNDALL:  And she loves, like,

12    everything France.

13            MIKE ETHINGTON:  Yeah, cool.

14            MR. TYNDALL:  So I think it would be kind of

15    cool to --

16            MIKE ETHINGTON:  Yeah, that would be.

17            MR. TYNDALL:  Yeah.

18            MIKE ETHINGTON:  I'm going to Europe on

19    Monday.

20            MR. TYNDALL:  Oh, yeah?  Where are you

21    going?

22            MIKE ETHINGTON:  Yeah, for -- so we're

23    starting in England, and then we're going to go to

24    Ireland for a week, and then we're going to go to

25    France for a week.

1          MR. TYNDALL:  Oh, cool.  Wow.

2          MIKE ETHINGTON:  Yeah, yeah.

3          MR. TYNDALL:  Nice.

4          MIKE ETHINGTON:  So I'm excited to --

5    excited to go.

6          MR. TYNDALL:  Cool.

7          MIKE ETHINGTON:  But France is beautiful.  I

8    can see why she would love to be there.  It's an

9    amazing place.

10          MR. TYNDALL:  Oh, yeah.  I've -- I've never

11   been, so, you know --

12          MIKE ETHINGTON:  Yeah, it is, it's awesome.

13          MR. TYNDALL:  Yeah.

14          MIKE ETHINGTON:  It's worth going.

15          MR. TYNDALL:  Huh.

16          MIKE ETHINGTON:  Yeah.

17          MR. TYNDALL:  Cool.

18          MIKE ETHINGTON:  Yeah, for sure.  All right,

19   good deal.  So, then, tell me a little bit about how

20   long you've been thinking or considering an

21   opportunity with Amazon.  I know you mentioned you've

22   been selling some product on eBay.

23          MR. TYNDALL:  Yeah.

24          MIKE ETHINGTON:  So how long have you been

25   thinking about Amazon --

**FTC-SP-001047**

1        MR. TYNDALL:  Not that long.

2        MIKE ETHINGTON:  Not that long?  Okay.

3        MR. TYNDALL:  I mean, yeah, I mean, I

4   just --

5        MIKE ETHINGTON:  Since you got the invite?

6        MR. TYNDALL:  Yeah, yeah.

7        MIKE ETHINGTON:  Okay.

8        MR. TYNDALL:  Yeah, I mean, I didn't really

9   even know, like, I mean, I didn't know you could sell.

10  Like, I never thought about selling new stuff --

11       MIKE ETHINGTON:  Yeah.

12       MR. TYNDALL:  -- on Amazon.

13       MIKE ETHINGTON:  Right.

14       MR. TYNDALL:  It was always used stuff on

15  eBay.

16       MIKE ETHINGTON:  Yeah.

17       MR. TYNDALL:  So, yeah, I never --

18       MIKE ETHINGTON:  Cool.  Yeah, so this will

19  open your eyes --

20       MR. TYNDALL:  -- the past month, yeah.

21       MIKE ETHINGTON:  -- to some serious

22  possibilities.

23       MR. TYNDALL:  Yeah.

24       MIKE ETHINGTON:  Okay.  So, then, being here

25  this weekend, J█████, what do you feel like you need

1    the most help with?

2            MR. TYNDALL:  I mean, I think -- I thought

3    yesterday was interesting.  Like, I -- but I knew kind

4    of a little bit about --

5            MIKE ETHINGTON:  Yeah.

6            MR. TYNDALL:  -- all of that.

7            MIKE ETHINGTON:  Uh-huh.

8            MR. TYNDALL:  I think, like, my biggest

9    question is, like, how do I, like -- because I know

10   when I was selling the stuff on eBay from time to

11   time, like I'd get something that I thought would

12   sell, and then, like, it's still in my room.  Yeah,

13   like five years later.

14           MIKE ETHINGTON:  I know, right?  Yep.

15           MR. TYNDALL:  Which I don't mind, like, for

16   records and other things --

17           MIKE ETHINGTON:  Yeah.

18           MR. TYNDALL:  -- that I like.

19           MIKE ETHINGTON:  That you actually enjoy.

20           MR. TYNDALL:  But, I mean --

21           MIKE ETHINGTON:  You don't want to get stuck

22   with 1,000 fidget spinners.

23           MR. TYNDALL:  Yeah, yeah.  Yeah.

24           MIKE ETHINGTON:  No, I hear you.

25           MR. TYNDALL:  Yeah.

1          MIKE ETHINGTON:  So I think that you'll find

2     today and tomorrow far more educational.

3          MR. TYNDALL:  Okay.

4          MIKE ETHINGTON:  Yesterday is kind of slower

5     because it's more like the mental side of it and

6     getting your mind right --

7          MR. TYNDALL:  Sure.

8          MIKE ETHINGTON:  -- and then for beginners

9     it's retail arbitrage for -- so for someone that has a

10    little experience already, I can see why yesterday

11    would have been slow for you.

12         MR. TYNDALL:  Okay.

13         MIKE ETHINGTON:  Today is all about what

14    you're hoping to accomplish and finding what the

15    demand of a product is so you know how quickly you can

16    liquidate that product so --

17         MR. TYNDALL:  Yeah.

18         MIKE ETHINGTON:  -- that you don't get stuck

19    with it.

20         MR. TYNDALL:  Yeah.

21         MIKE ETHINGTON:  Also, running numbers

22    backwards so that you know exactly what your maximum

23    purchase price is per unit of product.

24         MR. TYNDALL:  Okay.

25         MIKE ETHINGTON:  So we're going to draw all

1    that today.

2              MR. TYNDALL:  Huh.

3              MIKE ETHINGTON:  So that will be hugely

4    beneficial for you.

5              MR. TYNDALL:  Okay.  And then in terms of,

6    like, profits and -- do you guys handle that?  Like,

7    do you store product?  How does that work exactly?

8              MIKE ETHINGTON:  Yeah, so there's a few

9    different options, and Mike is going to explain them

10   today.

11             MR. TYNDALL:  Okay.

12             MIKE ETHINGTON:  So we talked about FBM,

13   which is the fill by merchant.

14             MR. TYNDALL:  Yeah.

15             MIKE ETHINGTON:  Where you're doing

16   everything.

17             MR. TYNDALL:  I've (inaudible).

18             MIKE ETHINGTON:  And he -- yeah.

19             MR. TYNDALL:  Yeah.

20             MIKE ETHINGTON:  Which you have done.

21             MR. TYNDALL:  Well, not with Amazon.

22             MIKE ETHINGTON:  Right, but, yeah, but

23   you're fulfilling orders, just like eBay.

24             MR. TYNDALL:  Yeah, okay.

25             MIKE ETHINGTON:  Right, where you're just

1    fulfilling orders that come to you.

2         MR. TYNDALL:  Yeah.

3         MIKE ETHINGTON:  And that's -- that's the

4    same.  FBA is when you have Amazon fulfill the orders

5    for you.

6         MR. TYNDALL:  Yeah.

7         MIKE ETHINGTON:  Meaning that you still

8    receive the product and you still package it according

9    to the Amazon specs.

10        MR. TYNDALL:  Okay.

11        MIKE ETHINGTON:  But then you could put like

12   100 screen protectors that are boxed and ready to go

13   into a large box and then ship that large box to

14   Amazon.

15        MR. TYNDALL:  Okay.

16        MIKE ETHINGTON:  Amazon's going to receive

17   that; they're going to unpackage it; and they're going

18   to stack all of your product up.  And then when you

19   get an order, they're going to ship that product

20   onesie, twosie on your behalf.

21        MR. TYNDALL:  Oh, okay.

22        MIKE ETHINGTON:  Okay?

23        MR. TYNDALL:  (Inaudible).

24        MIKE ETHINGTON:  So that's the second

25   option.  The third option is having a fulfillment

**FTC-SP-001052**

1    service.

2              MR. TYNDALL:  Yeah.

3              MIKE ETHINGTON:  Where they will receive all

4    of your product coming from wherever.

5              MR. TYNDALL:  Okay.

6              MIKE ETHINGTON:  You know?  They will unload

7    it, unpackage it, they'll sort it.  They -- they will

8    repackage it according to Amazon specs, and then they

9    will send it to Amazon, and then Amazon will send it

10   onesie, twosie to everybody.

11             MR. TYNDALL:  Okay.

12             MIKE ETHINGTON:  So that you're literally

13   not warehousing any product, you're not handling it,

14   you're not --

15             MR. TYNDALL:  Okay.

16             MIKE ETHINGTON:  -- none of that.

17   No --

18             MR. TYNDALL:  What was that -- what was that

19   called, fulfillment?

20             MIKE ETHINGTON:  So that's a -- that's using

21   a fulfillment service.

22             MR. TYNDALL:  Okay.

23             MIKE ETHINGTON:  So we -- and Mike will talk

24   about that today.  Our company offers that service --

25             MR. TYNDALL:  Okay.

1    MIKE ETHINGTON:  -- at deeply discounted

2  rates only to our advanced training students.

3    MR. TYNDALL:  Okay.

4    MIKE ETHINGTON:  So he'll talk about that

5  fulfillment --

6    MR. TYNDALL:  Okay.

7    MIKE ETHINGTON:  -- and what that'll do for

8  you.

9    MR. TYNDALL:  Okay.

10    MIKE ETHINGTON:  But there's -- there's not

11  like a term like FBA for it.  It's just -- there's --

12  there's FBM, FBA, and then if you use a fulfillment

13  service, then they'll do the FBA for you.

14    MR. TYNDALL:  I see.  Okay.

15    MIKE ETHINGTON:  So, yeah.  But that's kind

16  of how that goes.

17    MR. TYNDALL:  Okay.

18    MIKE ETHINGTON:  Cool?

19    MR. TYNDALL:  And, now, like, the other

20  question I had was do you self-direct?  I didn't know

21  if --

22    MIKE ETHINGTON:  If what?

23    MR. TYNDALL:  If you can talk about that,

24  like that you self-direct, the form that they gave

25  out.

1           MIKE ETHINGTON:  Oh, yeah, yeah, yeah.

2           MR. TYNDALL:  Yeah.

3           MIKE ETHINGTON:  On -- on --

4           MR. TYNDALL:  Yeah.

5           MIKE ETHINGTON:  -- the funds, the

6    (inaudible) funds?

7           MR. TYNDALL:  Yeah, I don't have it -- yeah,

8    I kind of --

9           MIKE ETHINGTON:  Yeah, so I can kind of tell

10   you a little bit about that.

11          MR. TYNDALL:  Okay.

12          MIKE ETHINGTON:  So basically what they do

13   is they -- they are a broker, just like a stock

14   broker, for example.

15          MR. TYNDALL:  Okay.

16          MIKE ETHINGTON:  But with stock brokers,

17   they are limited to only being able to sell in

18   stocks --

19          MR. TYNDALL:  Okay.

20          MIKE ETHINGTON:  -- and mutual funds and

21   bonds and things that trade in the market.

22          MR. TYNDALL:  Okay.

23          MIKE ETHINGTON:  So what -- good morning.

24   How are you?

25          UNIDENTIFIED FEMALE:  I'm good, and you?

1          MIKE ETHINGTON:  Good, thank you.

2          So this company is awesome because what they

3     do is they allow you to use retirement funds to invest

4     in other things --

5          MR. TYNDALL:  Okay.  Oh.

6          MIKE ETHINGTON:  -- that are nontraditional.

7          MR. TYNDALL:  Okay.

8          MIKE ETHINGTON:  Like real estate, for

9     example.

10         MR. TYNDALL:  Okay.

11         MIKE ETHINGTON:  Or your Amazon business.

12         MR. TYNDALL:  Okay.

13         MIKE ETHINGTON:  So what's cool about it is

14    you can actually be borrowing funds from your

15    retirement account.

16         MR. TYNDALL:  Okay.

17         MIKE ETHINGTON:  It's in one of these

18    accounts, and using it and self-directing it for

19    yourself.

20         MR. TYNDALL:  Oh, okay.

21         MIKE ETHINGTON:  And making money in real

22    estate or Amazon or other things that you want to put

23    your money in outside of the market.

24         MR. TYNDALL:  Okay.

25         MIKE ETHINGTON:  But you're still getting

1    all of the retirement advantages, as though it were in

2    a retirement account.

3            MR. TYNDALL:  Huh.

4            MIKE ETHINGTON:  Because it's still a

5    retirement account.

6            MR. TYNDALL:  Yeah.

7            MIKE ETHINGTON:  It's just nontraditional.

8            MR. TYNDALL:  Okay.

9            MIKE ETHINGTON:  Yeah.

10           MR. TYNDALL:  Instead of that mutual fund.

11           MIKE ETHINGTON:  Exactly.

12           MR. TYNDALL:  Okay.

13           MIKE ETHINGTON:  And if you submit that

14   form, basically, they'll just call you and kind of get

15   a sense of what --

16           MR. TYNDALL:  Yeah.

17           MIKE ETHINGTON:  -- you have and what you

18   want to do and find out if that's -- if that's a fit

19   for you.

20           MR. TYNDALL:  Okay.

21           MIKE ETHINGTON:  To tap into those sources.

22           MR. TYNDALL:  Yeah, because, I mean, my

23   other -- my job that I had, like, we actually had a

24   good 401(k).

25           MIKE ETHINGTON:  Yeah.

1          MR. TYNDALL:  I have a good chunk of money

2    in there.

3          MIKE ETHINGTON:  Awesome.

4          MR. TYNDALL:  But, you know, the market's at

5    the top.

6          MIKE ETHINGTON:  Right --

7          MR. TYNDALL:  I mean, it just seems like --

8          MIKE ETHINGTON:  Yeah, it is.

9          MR. TYNDALL:  It just seems --

10         MIKE ETHINGTON:  The market is (inaudible).

11         MR. TYNDALL:  -- you know, yeah.  Yeah.

12         MIKE ETHINGTON:  And I think you're wise to

13   -- to tap into those funds and -- and invest in them

14   for yourself.

15         MR. TYNDALL:  Okay.

16         MIKE ETHINGTON:  You know, because in the

17   market, if you're making 10 percent --

18         MR. TYNDALL:  Yeah.

19         MIKE ETHINGTON:  -- which is really good --

20         MR. TYNDALL:  Yeah.

21         MIKE ETHINGTON:  -- and you're doing that

22   well.

23         MR. TYNDALL:  And it's been doing that well,

24   but not --

25         MIKE ETHINGTON:  Yeah, it has been.

1          MR. TYNDALL:  -- forever, yeah.

2          MIKE ETHINGTON:  It's been -- yeah, exactly.

3          MR. TYNDALL:  Yeah.

4          MIKE ETHINGTON:  It's -- it can't go on like

5     this forever.

6          MR. TYNDALL:  Yeah.

7          MIKE ETHINGTON:  So what's nice about it is

8     that you can take a chunk of that money -- let's say

9     with your Amazon business, when you're doing

10    wholesale, you should be making 30 percent on your

11    money or more.

12         MR. TYNDALL:  Okay.

13         MIKE ETHINGTON:  Otherwise, it's not worth

14    your time.

15         MR. TYNDALL:  Okay.

16         MIKE ETHINGTON:  Right?  So 30 percent

17    versus 10 percent, you know, if you know you can make

18    30 percent with your money --

19         MR. TYNDALL:  Yeah.

20         MIKE ETHINGTON:  -- as opposed to letting it

21    sit in the market at 10 percent, then it would make a

22    lot more sense for you to use it for --

23         MR. TYNDALL:  Okay.

24         MIKE ETHINGTON:  -- you know, what you can

25    make the most with.

1          MR. TYNDALL:  Yeah.

2          MIKE ETHINGTON:  Yeah.

3          MR. TYNDALL:  That would be great.

4          MIKE ETHINGTON:  Yeah, which is awesome.  So

5    that -- that's -- that's a really good way of tapping

6    into those funds and still getting all the retirement

7    benefits associated with it.

8          MR. TYNDALL:  Okay, yeah.

9          MIKE ETHINGTON:  Cool.  So I love your

10   motivation is a 10-plus.  That is awesome.

11         MR. TYNDALL:  Yeah.

12         MIKE ETHINGTON:  So I presume that Amazon --

13   you're sure that that's something you want to do

14   moving forward?

15         MR. TYNDALL:  Yeah.  Yeah, yeah.

16         MIKE ETHINGTON:  (Inaudible).

17         MR. TYNDALL:  I mean, it's like the biggest

18   company in the --

19         MIKE ETHINGTON:  Yeah, it's a big deal.

20         MR. TYNDALL:  -- well, maybe not the biggest

21   company, but, you know, the biggest retailing company,

22   yeah.

23         MIKE ETHINGTON:  Yeah.  Without question.

24         MR. TYNDALL:  Yeah.

25         MIKE ETHINGTON:  It's the future of retail.

1          MR. TYNDALL:  Yeah.

2          MIKE ETHINGTON:  No question.  So what

3    obstacle, if any, would prevent you from getting

4    started right away?

5          MR. TYNDALL:  I mean, yeah, I mean, you

6    know, it's one of those things like, because I know --

7    I don't know very much about, like, wholesaling or

8    anything like that.  And I think it would be, like,

9    knowledge --

10         MIKE ETHINGTON:  Yeah.

11         MR. TYNDALL:  -- and just --

12         MIKE ETHINGTON:  Knowing how to do it the

13   right way.

14         MR. TYNDALL:  Yeah.  And a little fear, too,

15   because --

16         MIKE ETHINGTON:  Yeah, that's

17   understandable.

18         MR. TYNDALL:  -- you know --

19         MIKE ETHINGTON:  When I --

20         MR. TYNDALL:  -- it seems like a big -- like

21   a quantum leap to go from, like, what I was doing --

22         MIKE ETHINGTON:  Right.

23         MR. TYNDALL:  -- to, like --

24         MIKE ETHINGTON:  And what were you doing?

25         MR. TYNDALL:  Well, so, I mean, in terms of

**FTC-SP-001061**

1   eBay.

2           MIKE ETHINGTON:  Oh.

3           MR. TYNDALL:  I worked for a bank.

4           MIKE ETHINGTON:  Okay.

5           MR. TYNDALL:  So, yeah, yeah.

6           MIKE ETHINGTON:  Got it.

7           MR. TYNDALL:  But in terms of, like, eBay,

8   like buying things, like you were saying, like I can

9   return it if it doesn't sell and like -- but it -- I'm

10  getting the sense that I'm going to be buying a lot of

11  stuff.

12          MIKE ETHINGTON:  Yeah.

13          MR. TYNDALL:  And I'm just worried that,

14  like, it's --

15          MIKE ETHINGTON:  That you'll get stuck with

16  it.

17          MR. TYNDALL:  -- I'll get stuck with it,

18  yeah, yeah, yeah.

19          MIKE ETHINGTON:  Okay.  Cool.  I'm going to

20  put that here.

21          MR. TYNDALL:  Yeah.  I don't know, is that a

22  legitimate -- because I've never done it, so --

23          MIKE ETHINGTON:  It's definitely a

24  legitimate concern.  I mean, there's -- there's no way

25  I could sit here and tell you that you're never going

FTC-SP-001062

1    to get stuck with product.

2            MR. TYNDALL:  Sure.  Yeah.

3            MIKE ETHINGTON:  Because there's just no way

4    of knowing for sure.

5            MR. TYNDALL:  Yeah.

6            MIKE ETHINGTON:  But there are really great

7    ways of -- of mitigating your risk --

8            MR. TYNDALL:  Okay.

9            MIKE ETHINGTON:  -- as best as possible, and

10   we'll show you those things.

11           MR. TYNDALL:  Okay.

12           MIKE ETHINGTON:  We'll teach you those

13   things.  Today is good because you will get a sense of

14   what the demand of a product is based on how -- how

15   much is selling every month.

16           MR. TYNDALL:  Sure.

17           MIKE ETHINGTON:  So you'll be able to get a

18   really good sense of how quickly you'll be able to

19   liquidate product.

20           MR. TYNDALL:  Okay.

21           MIKE ETHINGTON:  And as long as you're

22   staying away from fad products like fidget spinners --

23           MR. TYNDALL:  Yeah.

24           MIKE ETHINGTON:  -- and things that have a

25   very short life span --

1          MR. TYNDALL:  Yeah.

2          MIKE ETHINGTON:  -- those are things that

3     people get in trouble with.

4          MR. TYNDALL:  Okay.

5          MIKE ETHINGTON:  Because they roll the dice

6     and they take the risk.

7          MR. TYNDALL:  Mm-hmm.

8          MIKE ETHINGTON:  And they -- it's very

9     alluring because they're -- they make a ton of money,

10    right --

11         MR. TYNDALL:  Yeah.

12         MIKE ETHINGTON:  -- in a short amount of

13    time.

14         MR. TYNDALL:  Yeah.

15         MIKE ETHINGTON:  But at the same time, it's

16    risky because --

17         MR. TYNDALL:  Yeah.

18         MIKE ETHINGTON:  -- you never know when

19    that's just going to turn off.

20         MR. TYNDALL:  Yeah.

21         MIKE ETHINGTON:  And, so, so to mitigate

22    that risk, we recommend that you stay with things that

23    people need that are not fads --

24         MR. TYNDALL:  Okay.

25         MIKE ETHINGTON:  -- things that are staples.

**FTC-SP-001064**

1          MR. TYNDALL:  Okay.

2          MIKE ETHINGTON:  Like a bed (inaudible)

3     everyone needs to sleep on a bed, right?  There's

4     sheets, you know, things like that where they're

5     always going to be selling.  They're not a fad.

6     They're just -- they're solid.

7          MR. TYNDALL:  Okay.

8          MIKE ETHINGTON:  So that's important.

9          MR. TYNDALL:  Huh.

10          MIKE ETHINGTON:  And then knowing,

11     you know, how many of those are turning over every

12     month --

13          MR. TYNDALL:  Okay.

14          MIKE ETHINGTON:  -- is going to be

15     important, starting with, you know, a sample, a small

16     sample, to see how it performs is a good idea so that

17     you don't buy, you know, 100,000 units right out of

18     the gate.

19          MR. TYNDALL:  Yeah.  Okay.

20          MIKE ETHINGTON:  So there's really powerful

21     ways of doing this the right way so that you don't

22     take unnecessary risks.

23          MR. TYNDALL:  Okay.

24          MIKE ETHINGTON:  And that's why I commend

25     you for being here this weekend, J███.  You're

1      getting the knowledge.  You're learning how to do this

2      the right way the first time so that you don't make

3      the mistakes along the way that (inaudible).

4                  MR. TYNDALL:  Yeah.

5                  MIKE ETHINGTON:  Yeah.

6                  MR. TYNDALL:  Yeah, because that seems

7      like --

8                  MIKE ETHINGTON:  So --

9                  MR. TYNDALL:  -- it should -- because it --

10                 MIKE ETHINGTON:  It could --

11                 MR. TYNDALL:  You know, yeah.

12                 MIKE ETHINGTON:  -- yeah, if you don't -- if

13     you're not doing what -- what you're supposed to --

14                 MR. TYNDALL:  Yeah.

15                 MIKE ETHINGTON:  -- what --

16                 MR. TYNDALL:  Yeah.

17                 MIKE ETHINGTON:  -- then, yes --

18                 MR. TYNDALL:  Okay.

19                 MIKE ETHINGTON:  -- it could.  But I will

20     say this, that we've been doing this a long time.

21                 MR. TYNDALL:  Okay.

22                 MIKE ETHINGTON:  And if you plug into the

23     system and you stick to the system, you'll be hugely

24     successful.

25                 MR. TYNDALL:  Okay.

1          MIKE ETHINGTON:  We won't let you fail.

2          MR. TYNDALL:  Okay.

3          MIKE ETHINGTON:  Okay?

4          MR. TYNDALL:  Okay.

5          MIKE ETHINGTON:  So the more you know, too,

6     the less you'll fear.

7          MR. TYNDALL:  Okay.

8          MIKE ETHINGTON:  And as you learn more about

9     how to mitigate your risk, how to limit that, that's

10    going to help you with your confidence --

11         MR. TYNDALL:  Yeah.

12         MIKE ETHINGTON:  -- and help going to reduce

13    that fear.

14         MR. TYNDALL:  Okay.

15         MIKE ETHINGTON:  There's always going to be

16    fear, you know?

17         MR. TYNDALL:  Yeah.

18         MIKE ETHINGTON:  And that's okay.  I mean,

19    if you don't feel a little fear, then -- then there's

20    something wrong, especially when it comes to

21    investing.

22         MR. TYNDALL:  Yeah.

23         MIKE ETHINGTON:  You know?  And I -- I would

24    just say take that fear and utilize it to motivate you

25    to succeed --

1        MR. TYNDALL:  Okay.

2        MIKE ETHINGTON:  -- you know, to push you to

3   success --

4        MR. TYNDALL:  Sure.

5        MIKE ETHINGTON:  -- as opposed to allowing

6   it to inhibit you and -- and hold you back.

7        MR. TYNDALL:  Okay.

8        MIKE ETHINGTON:  You know?

9        MR. TYNDALL:  Yeah.

10        MIKE ETHINGTON:  And that's really what

11   separates those who are successful from those who

12   aren't, which is what you do with the fear.

13        MR. TYNDALL:  Yeah.

14        MIKE ETHINGTON:  Yeah, because everyone's

15   going to feel a little --

16        MR. TYNDALL:  Yeah.

17        MIKE ETHINGTON:  Yeah.  Okay, cool.  So five

18   to ten hours a week you can invest in the business.  I

19   presume now that you're unemployed --

20        MR. TYNDALL:  Yeah.  Yeah.

21        MIKE ETHINGTON:  -- you've got time, okay,

22   nothing but time.

23        MR. TYNDALL:  Forty to 50 hours --

24        MIKE ETHINGTON:  Okay, perfect.

25        MR. TYNDALL:  -- yeah, I mean, yeah, yeah.

1    MIKE ETHINGTON:  Well, and that's awesome,

2    too, because you'll get out of this what you put into

3    it.

4              MR. TYNDALL:  (Inaudible).

5              MIKE ETHINGTON:  So the more time you're

6    able to put into it, the more you're going to get out

7    of it.

8              MR. TYNDALL:  Okay.

9              MIKE ETHINGTON:  And then hopefully the more

10   quick you're going to be able to accomplish your

11   goals.

12             MR. TYNDALL:  Okay.

13             MIKE ETHINGTON:  Okay?  So how did it go

14   with the CreditNav exercise from yesterday?

15             MR. TYNDALL:  I didn't get very far --

16             MIKE ETHINGTON:  Okay.

17             MR. TYNDALL:  -- because I realized my -- my

18   credit's frozen.

19             MIKE ETHINGTON:  It's frozen?

20             MR. TYNDALL:  Yeah, so I was part of a --

21   like a -- I think the Equifax leak.

22             MIKE ETHINGTON:  Oh, no.

23             MR. TYNDALL:  So --

24             MIKE ETHINGTON:  Yeah?

25             MR. TYNDALL:  -- so, yeah, I got to call --

FTC-SP-001069

1    I got to call them up and unfreeze --

2              MIKE ETHINGTON:  Gotcha.

3              MR. TYNDALL:  -- the credit.

4              MIKE ETHINGTON:  Okay.

5              MR. TYNDALL:  But before -- I mean, I had a

6    pretty high score.

7              MIKE ETHINGTON:  Yeah, your score is

8    awesome.

9              MR. TYNDALL:  I mean, it was upper --

10   upper --

11             MIKE ETHINGTON:  790?

12             MR. TYNDALL:  -- yeah.

13             MIKE ETHINGTON:  Yeah, that's really good.

14             MR. TYNDALL:  I mean, that was about a year

15   ago.

16             MIKE ETHINGTON:  How long ago was that?

17   Okay, a year?

18             MR. TYNDALL:  About a year ago.  I mean,

19   but --

20             MIKE ETHINGTON:  Now, has anything happened

21   in that year that would (inaudible) --

22             MR. TYNDALL:  Nothing really.  I mean,

23   I've - I've paid off my student loans.

24             MIKE ETHINGTON:  Okay.

25             MR. TYNDALL:  I'm -- I'm pretty good, even

1    though I'm unemployed, I'm pretty good.

2              MIKE ETHINGTON:  Right.

3              MR. TYNDALL:  I don't -- try not to carry a

4    balance.

5              MIKE ETHINGTON:  Hey, yeah, so it should be

6    that or higher.

7              MR. TYNDALL:  Yeah.  Yeah.

8              MIKE ETHINGTON:  It sounds like, especially

9    if you paid off your student loans.

10             MR. TYNDALL:  Yeah.

11             MIKE ETHINGTON:  Then it probably is an 800.

12             MR. TYNDALL:  Okay.

13             MIKE ETHINGTON:  Try and call them today and

14   see if you can get it unfrozen --

15             MR. TYNDALL:  Okay.

16             MIKE ETHINGTON:  -- because, really, it's

17   going to be worth taking a look at.

18             MR. TYNDALL:  Okay.

19             MIKE ETHINGTON:  With that high of a credit

20   score, there's a lot I can do to help you.

21             MR. TYNDALL:  Okay.

22             MIKE ETHINGTON:  And we'll talk

23   about -- about that more once you get that unfrozen,

24   once I can help you there.

25             MR. TYNDALL:  Okay.

1           MIKE ETHINGTON:  But you have the one Visa

2    for -- 15,000 is your limit.

3           MR. TYNDALL:  Yeah.

4           MIKE ETHINGTON:  Okay.  Do you have any

5    other credit cards outside that Visa?

6           MR. TYNDALL:  No.

7           MIKE ETHINGTON:  Okay, just the one?

8           MR. TYNDALL:  Just the one, yeah.

9           MIKE ETHINGTON:  Okay.  So here's your

10   assignment today, J█████.

11          MR. TYNDALL:  Okay.

12          MIKE ETHINGTON:  Let's get your credit

13   unfrozen.

14          MR. TYNDALL:  Okay.

15          MIKE ETHINGTON:  I want you to call your

16   Visa and ask them for 30,000.

17          MR. TYNDALL:  Okay.

18          MIKE ETHINGTON:  I think you're going to get

19   it.

20          MR. TYNDALL:  Okay.

21          MIKE ETHINGTON:  Okay?  But from now on,

22   moving forward, you are self-employed, not unemployed,

23   okay?

24          MR. TYNDALL:  Okay.

25          MIKE ETHINGTON:  So you're running your own

1    business.

2              MR. TYNDALL:  Okay.

3              MIKE ETHINGTON:  And if they ask you how

4    much you're making, you're making 100,000.

5              MR. TYNDALL:  Okay.

6              MIKE ETHINGTON:  And that's what you're

7    going to make this year.

8              MR. TYNDALL:  Okay.

9              MIKE ETHINGTON:  You're going to make more

10   than that, but if you say that, then they may ask for

11   documentation, which slows everything down.

12             MR. TYNDALL:  Okay.

13             MIKE ETHINGTON:  Okay?  So just stay at

14   100,000.

15             MR. TYNDALL:  Okay.  And if they do ask

16   for, like, documents -- I mean, I was making about

17   60,000 --

18             MIKE ETHINGTON:  Okay.

19             MR. TYNDALL:  -- at the previous job.

20             MIKE ETHINGTON:  Uh-huh.

21             MR. TYNDALL:  Do you think that would be a

22   problem?

23             MIKE ETHINGTON:  So, yeah, you could -- I

24   mean, you could send them those statements if you had

25   to --

**FTC-SP-001073**

1            MR. TYNDALL:  Okay.

2            MIKE ETHINGTON:  -- but they're not going to

3    ask you at 100,000.

4            MR. TYNDALL:  Okay.  Okay.

5            MIKE ETHINGTON:  Yeah, as long as you don't

6    go over 100,000, they're not going to ask you.

7            MR. TYNDALL:  Okay.

8            MIKE ETHINGTON:  Okay?

9            MR. TYNDALL:  Okay.

10           MIKE ETHINGTON:  And here's the conversation

11   with your Visa.

12           MR. TYNDALL:  Okay.

13           MIKE ETHINGTON:  I would call them and say,

14   hey, I am going to make a substantial purchase.

15           MR. TYNDALL:  Okay.

16           MIKE ETHINGTON:  I want to put it all on one

17   card and I want that card to be your card, but to do

18   that, I need you to increase my limit to 30,000.

19           MR. TYNDALL:  Okay.

20           MIKE ETHINGTON:  I think you'll get it.

21           MR. TYNDALL:  Okay.

22           MIKE ETHINGTON:  Because of your outstanding

23   credit score.

24           MR. TYNDALL:  Yeah, I mean, I -- I actually

25   -- I don't really carry a balance.  I don't carry --

1      MIKE ETHINGTON:  Yeah, which is awesome.

2      MR. TYNDALL:  -- I pay it off.  I mean, I've

3  been lucky.  I have a little inheritance.

4      MIKE ETHINGTON:  Okay.

5      MR. TYNDALL:  So, you know, it helps.

6      MIKE ETHINGTON:  Right, sure.

7      MR. TYNDALL:  But, yeah.

8      MIKE ETHINGTON:  For sure.

9      MR. TYNDALL:  Okay.

10      MIKE ETHINGTON:  Yeah, so I would, I'd get

11  30 on that.  And then what's great about your credit

12  score is that you have an opportunity to acquire new

13  credit cards at 0 percent interest.

14      MR. TYNDALL:  Okay.

15      MIKE ETHINGTON:  For 12 to 24 months.

16      MR. TYNDALL:  Okay.

17      MIKE ETHINGTON:  And that's courtesy of your

18  credit score, of you paying it off every month, which

19  is awesome.

20      MR. TYNDALL:  Yeah.

21      MIKE ETHINGTON:  So I would seriously

22  consider going to CreditCards.com.

23      MR. TYNDALL:  Okay.

24      MIKE ETHINGTON:  And I would search under

25  new cards with your credit score as excellent.  So you

1   can search for -- you can search for credit cards

2   based on your score.

3            MR. TYNDALL:  Okay.

4            MIKE ETHINGTON:  So you're an excellent

5   rating, so click on excellent.

6            MR. TYNDALL:  Okay.

7            MIKE ETHINGTON:  And then it will give you

8   all of the credit cards that you will likely be

9   approved for.

10           MR. TYNDALL:  Okay.

11           MIKE ETHINGTON:  And what's cool about that

12  is you can just shop for the cards that are the most

13  appealing.

14           MR. TYNDALL:  Okay.

15           MIKE ETHINGTON:  You know, if it has 0

16  percent interest for 24 months, you're going to want

17  that card --

18           MR. TYNDALL:  Okay.

19           MIKE ETHINGTON:  -- over the card with 0

20  percent for 12 months.

21           MR. TYNDALL:  Okay.  So you want it more --

22           MIKE ETHINGTON:  Yeah, so, you want --

23           MR. TYNDALL:  Okay.

24           MIKE ETHINGTON:  -- yeah, as long as you can

25  have 0 percent, that's -- that's ideal.

1          MR. TYNDALL:  Okay.  Okay.

2          MIKE ETHINGTON:  And then, you know, you can

3    kind of look at those cards and decide which ones you

4    like.

5          MR. TYNDALL:  Okay.

6          MIKE ETHINGTON:  And most of those will be

7    cash-back, you know, they'll give you 1 percent cash

8    back on all your purchases.  Or it might be a sky-

9    miles card or points for hotels, but any of those

10   cards are going to be awesome when they're giving you

11   something in return.

12         MR. TYNDALL:  Okay.

13         MIKE ETHINGTON:  And here's why I say that

14   to you.  If you have a card for 10,000 and you're

15   buying $10,000 worth of product every single month --

16         MR. TYNDALL:  Yeah.

17         MIKE ETHINGTON:  -- that's $10,000 on your

18   card every month.  And if you're getting 3 percent

19   back, you know, that adds up really quickly.

20         MR. TYNDALL:  Yeah (inaudible) yeah.

21         MIKE ETHINGTON:  Or if you want to take a

22   free trip to Japan --

23         MR. TYNDALL:  Yeah.

24         MIKE ETHINGTON:  -- those miles add up

25   really quick --

1          MR. TYNDALL:  Okay, get like an airline

2     card.

3          MIKE ETHINGTON:  -- yeah, so find cards that

4     are going to give you something in return.

5          MR. TYNDALL:  Okay.

6          MIKE ETHINGTON:  And with your credit score,

7     you won't have a hard time finding those.

8          MR. TYNDALL:  Okay.

9          MIKE ETHINGTON:  Okay?  So the idea here is

10    we're just trying to acquire as many funding resources

11    as possible.

12         MR. TYNDALL:  Okay.

13         MIKE ETHINGTON:  Are we going to use all

14    those?  No.

15         MR. TYNDALL:  Sure.

16         MIKE ETHINGTON:  Likely we'll put some of

17    those cards in a safe, you know, and --

18         MR. TYNDALL:  Yeah.

19         MIKE ETHINGTON:  -- just keep them locked

20    down because you're not going to tap into them, but at

21    least you'll know you have them.

22         MR. TYNDALL:  Okay.

23         MIKE ETHINGTON:  Like I said yesterday, it's

24    better to have it and not need it --

25         MR. TYNDALL:  Okay.

1          MIKE ETHINGTON:   -- than to need it and not

2     have it.

3          MR. TYNDALL:  Okay.

4          MIKE ETHINGTON:  So let's go after all the

5     money that we can.

6          MR. TYNDALL:  Okay.

7          MIKE ETHINGTON:  And then if it sits, that's

8     fine, but at least we have it if we need it.

9          MR. TYNDALL:  Okay.

10         MIKE ETHINGTON:  Right?  But let's start by

11    -- by making that call to unfreeze your credit and

12    then calling your Visa to increase your limit.

13         MR. TYNDALL:  Okay.

14         MIKE ETHINGTON:  And then I would browse

15    those -- those new cards and see which of those are

16    appealing to you.

17         MR. TYNDALL:  Okay.

18         MIKE ETHINGTON:  If you -- if you go to

19    CreditNav and you follow through from the assignment

20    yesterday, you can get access to our funding.

21         MR. TYNDALL:  Okay.

22         MIKE ETHINGTON:  My guess is that you'll

23    have -- that they'll go and they can get 80- to

24    100,000 in your name --

25         MR. TYNDALL:  Okay.

**FTC-SP-001079**

1        MIKE ETHINGTON:  -- as well, my guess would

2  be that you're preapproved for.

3        MR. TYNDALL:  Okay.

4        MIKE ETHINGTON:  What that means is that

5  they go out and they get credit cards for you on your

6  behalf --

7        MR. TYNDALL:  Okay.

8        MIKE ETHINGTON:  -- in your name, so they're

9  your credit cards.

10       MR. TYNDALL:  Okay.

11       MIKE ETHINGTON:  They're all 0 percent

12  interest for 12 to 24 months.

13       MR. TYNDALL:  Okay.

14       MIKE ETHINGTON:  They charge a $3,000 fee to

15  do that for you.

16       MR. TYNDALL:  Okay.

17       MIKE ETHINGTON:  But that 3,000 just goes on

18  one of those cards that they get for you.

19       MR. TYNDALL:  Okay.

20       MIKE ETHINGTON:  The advantage for them is

21  that they have relationships with these companies and

22  they've been doing it a long time, so they could

23  probably get double what you're capable of getting for

24  yourself --

25       MR. TYNDALL:  Okay.

1        MIKE ETHINGTON:  -- would be my guess.

2        MR. TYNDALL:  Okay.

3        MIKE ETHINGTON:  So if you go out and you

4    increase your Visa to 30,000 and then you apply for

5    three new cards and they're all 10,000 each, I -- I

6    don't doubt that you could accomplish that.

7        MR. TYNDALL:  Okay.

8        MIKE ETHINGTON:  I don't doubt that at all.

9    And then that would give you access to, what, 30 --

10   45,000 on your own.

11       MR. TYNDALL:  Okay.

12       MIKE ETHINGTON:  Okay?

13       MR. TYNDALL:  Okay.

14       MIKE ETHINGTON:  But if you wanted 80 to

15   100, then it would be that 3,000 and have them do all

16   that work for you.

17       MR. TYNDALL:  Okay.

18       MIKE ETHINGTON:  So it's totally up to you

19   on how you want to do that, but let's -- let's --

20   let's raise funds as best we can.

21       MR. TYNDALL:  Okay.

22       MIKE ETHINGTON:  Right?  And then Mike will

23   talk a little bit more about that today, too.

24       MR. TYNDALL:  Okay.

25       MIKE ETHINGTON:  And then outside of that,