

JUL **3 0** 2018

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney
General, Lori Swanson,

     Plaintiffs,

     v.

SELLERS PLAYBOOK, INC., a
corporation,

EXPOSURE MARKETING COMPANY,
a corporation, also d/b/a Sellers Online and
Sellers Systems,

JESSIE CONNERS TIEVA, individually
and as an officer of SELLERS
PLAYBOOK, INC. and EXPOSURE
MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and
as an officer of SELLERS PLAYBOOK,
INC. and EXPOSURE MARKETING
COMPANY,

     Defendants.

CASE NO. _____

## FILED UNDER SEAL

## PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF MINNESOTA'S EXHIBITS

**VOLUME VII**

**Px. 14-27**

**FTC-SP-001293 - FTC-SP-001504**

1



SCANNED

JUL 3 0 2018

U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|-------|--------------------|--------------------|-----------------|
| Px. 14 | Registration Form | FTC-SP-001293 | FTC-SP-001294 |
| Px. 15 | Investor Goal Sheet | FTC-SP-001295 | FTC-SP-001296 |
| Px. 16 | USelfDirect.com Handout | FTC-SP-001297 | FTC-SP-001298 |
| Px. 17 | CreditNav.com Handout | FTC-SP-001299 | FTC-SP-001300 |
| Px. 18 | The Seven Levels Deep Exercise | FTC-SP-001301 | FTC-SP-001304 |
| Px. 19 | Product Investment ROI Calculations | FTC-SP-001305 | FTC-SP-001306 |
| Px. 20 | ROI Spreadsheet Handout | FTC-SP-001307 | FTC-SP-001308 |
| Px. 21 | Membership Enrollment Handout | FTC-SP-001309 | FTC-SP-001310 |
| Px. 22 | Business Pro Executive Membership Package Information | FTC-SP-001311 | FTC-SP-001313 |
| Px. 23 | Handwritten Financing Example | FTC-SP-001314 | FTC-SP-001315 |
| Px. 24 | Jump Start Executive Membership Package Information | FTC-SP-001316 | FTC-SP-001318 |
| Px. 25 | Sellers Playbook Login Information | FTC-SP-001319 | FTC-SP-001320 |
| Px. 26 | Web Captures from SellersPlaybook.com | FTC-SP-001321 | FTC-SP-001337 |
| Px. 27 | Sellers Playbook Online Workbook | FTC-SP-001338 | FTC-SP-001504 |

# PLAINTIFF'S EXHIBIT 14

FTC-SP-001293



# REGISTRATION FORM

| PRIMARY | GUEST |
|---------|-------|

**Name:** _____
**Address:**_____
**City:**_____
**State/Province:**_____ **Zip/PC:**_____
**Day Phone:** (_____)_____
**Eve. Phone:** (_____)_____
**Email:**_____

**Name:** _____
**Address:**_____
**City:**_____
**State/Province:**_____ **Zip/PC:**_____
**Day Phone:** (_____)_____
**Eve. Phone:** (_____)_____
**Email:**_____

Welcome to the Sellers Playbook 3-Day Workshop. We are looking forward to having you with us for the next three days of intense learning. To ensure an optimal learning environment for all we ask that all attendees respect the rights of others by not soliciting or distracting other students in any way from a positive learning environment. Sellers Playbook workshop staff reserves the right to deny entrance to anyone who becomes a distraction to the positive learning environment of the class.

This Three-Day Workshop presentation is copyrighted. Any recording, of any nature, is strictly prohibited. I understand and agree that no guarantee has been made that I will generate any kind of monetary gain from this training. I also understand that Sellers Playbook provides educational products and training and does not sell a business or business opportunity. Individuals who purchase educational products and training may not make any money. Additionally, we do not offer any tax, accounting, financial, retirement account or legal advice. Prior to undertaking any specific business or investment transaction, we encourage you to consult your own accounting, legal and tax advisors to evaluate the risks, consequences and suitability of that transaction.

X_____
Student Signature (Primary)

X_____
Student Signature (Guest)





Work Smarter
Not Harder

www.SellersPlaybook.com

**FTC-SP-001294**

PLAY - SPRF

# PLAINTIFF'S EXHIBIT 15

FTC-SP-001295

A42



**PLAINTIFF'S EXHIBIT 15**

# INVESTOR GOAL SHEET

By us having a snapshot of your current situation, we can more efficiently help you develop a plan of action.

## STUDENT

NAME: _____

EMAIL: _____

PHONE: _____

## PLEASE INDICATE (ARE YOU THE:)

☐ PRIMARY    ☐ GUEST

GUEST OF:
_____

### EXPERIENCE LEVEL

Have you started your Amazon Store?  ☐ YES  ☐ NO

Are You:  ☐ Intermediate  ☐ Advanced

## GOALS:

Can you commit at least 5-10 hours per week?  ☐ YES  ☐ NO

What is Your Level of Motivation?    1    2    3    4    5    6    7    8    9    10+

What are your top financial goals? What do you want your Amazon store to help you accomplish?

_____

_____

**Circle Age Group:**    18-35    36-50    51-65    65+

What is holding you back from accomplishing your goals? _____

⬤ The more capital you have, the faster you will be able to create positive cash flow. You will need credit for inventory and building your business.

## CREDIT/RESOURCES:

Do you believe your credit is:  ☐ Excellent  ☐ Average  ☐ Bad  ☐ Not Sure?    Credit Score(if known)_____

Occupation: _____    Current Annual Income: _____

### Available Financial Resources (please indicate the amount that best represents your current circumstances) :

| | $1-5K | $5-10K | $10-15K | $15-20K | $20-25K | $25-50K | $50-75K | $75-100K | $100K+ |
|---|---|---|---|---|---|---|---|---|---|
| **Checking:** | $1-5K | $5-10K | $10-15K | $15-20K | $20-25K | $25-50K | $50-75K | $75-100K | $100K+ |
| **Savings:** | $1-5K | $5-10K | $10-15K | $15-20K | $20-25K | $25-50K | $50-75K | $75-100K | $100K+ |
| **Money Market/ IRA:** | $1-5K | $5-10K | $10-15K | $15-20K | $20-25K | $25-50K | $50-75K | $75-100K | $100K+ |

HELOC (Home Equity Line of Credit):$_____    Other Money Resources:  $_____
                          Available: $_____                          Available: $_____

Personal Lines of Credit: $ _____          Business Lines of Credit: $_____
(separate from your credit card)  Available: $ _____                          Available: $_____

| Credit Card Type (Visa, MC, AMEX, Discover) | Credit Limit | Current Balance | Remaining Balance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SP**

FTC-SP-001296

# PLAINTIFF'S EXHIBIT 16

FTC-SP-001297


**USelfDirect.com**
SDIRAs powered by **HORIZON** TRUST

HAVE MORE. SAVE MORE. *MAKE MORE*

Speaker:_____

Event:_____

Name (first, last):_____

Address:_____

Phone:_____

Email:_____

Do you want to learn how to make more money for retirement?  ☐ YES  ☐ NO

Do you currently have an IRA?  ☐ YES  ☐ NO

Do you have a 401(k), 403(b) or other plan from a previous employer?  ☐ YES  ☐ NO

What is the current value of your retirement accounts?

☐  $1 to $50,000       ☐  $50,001 to $100,000       ☐  $100,001 to $200,000

☐  $200,001 to $1,000,000       ☐  $1,000,000+

How happy are you with the performance of your retirement plans?

Not Happy   1   2   3   4   5   6   7   8   9   10   Very Happy

**PLAINTIFF'S EXHIBIT**
**16**

**Get your Self Directed IRA Starter Kit FREE!**
This $197 exclusive package (yours free today) includes:

1. **How to Get Started in 33 Days.**  This video reveals the secrets of Self Directing your retirement account to make money in 33 days.

2. **Self Directed, Self Made Success.** Our latest book goes beyond the basics and shares the strategy used by the top 3% wealthiest investors.

3. **One2One Consultation.**  Talk to a professional to discover how to accelerate your wealth by leveraging your retirement plan and achieve predictable, certain and secure results.

Toll Free: 1(888) 205-6036 (press option 1)
www.HorizonTrust.com



**FTC-SP-001298**

# PLAINTIFF'S EXHIBIT 17

FTC-SP-001299



## *Personal Credit Evaluation Homework*

1. Pull a current report at www.creditnav.com (YOU MUST USE CREDITNAV.COM FOR THIS REPORT). CreditNav is a credit monitoring service that offers the most accurate three bureau full report that is closest to what banks are looking for before approving clients for funding.

2. This is a soft pull of your credit and will NOT affect your personal credit scores.

3. Visit www.creditnav.com and click on the GREEN "**Get my Credit Report**" icon in the upper right corner.

> Get my Credit Report

4. In order to secure your Credit Report, you **MUST USE**:

# *PASSWORD*: **Password1**
# *PROMO CODE*: **TRIAL642**

By utilizing the above referenced Promo Code, your report will automatically be securely sent to your Consultant.

Once you have completed pulling your credit report, you can take advantage of the 7-Day Trial of credit monitoring. To CANCEL CreditNav.com, click on the "**Click Here to Close Account**" link at the bottom of the homepage.

5. Check with your Consultant to see what funding options you have.

*\*\* Do not apply for any new lines of credit or acquire any new inquires on your personal credit until you have spoken with your Consultant about the best possible funding options\*\**



FTC-SP-001300

# PLAINTIFF'S EXHIBIT 18

FTC-SP-001301



# SELLERS



**PLAINTIFF'S EXHIBIT**

**18**

## HERES IS AN EXAMPLE OF HOW THE QUESTIONS WORK.

| | |
|---|---|
| What is important to you about becoming a successful Amazon seller? | *make more money* |
| **Why is it important for you to** make more money **?**<br>*Enter your answer from the above box in this question* | *get out of debt* |
| Why is it important for you to _get out of debt_ ?<br>*Enter your answer from the above box in this question* | *stop working so hard and pay someone else* |
| **Why is it important for you to** stop working hard... **?**<br>*Enter your answer from the above box in this question* | *Because I want to do things in my life with the fruits of my labor* |
| Why is it important for you to _because i want to..._ ?<br>*Enter your answer from the above box in this question* | *To take care of my mother who is widowed and needs help.* |
| **Specifically, why is it important for you to** take care of my.... **?**<br>*Enter your answer from the above box in this question* | *Because she sacrificed everything to send me to college and I want to make sure she is taken care of in her Golden years.* |
| Why is it important for you to _take care of her...._ ?<br>*Enter your answer from the above box in this question* | *Because I want to be in control of my life so I can help those around me (who can't help themselves) know they are precious, worthy and loved.* |



**In Summary,** what is important to you about becoming a successful Amazon seller?

**The Big Why Is:** So you can be in control of your life and help those around you (who can't help themselves) know they are precious, worthy and loved.

FTC-SP-001302



# SELLERS

## WHAT IS IMPORTANT TO YOU ABOUT ACHIEVING THE IDEAL YOU?

**What is important to you about becoming a successful Amazon seller?**

Working from home, flexibilits

**Why is it important for you to** be fiexible ?
*Enter your answer from the above box in this question*

take care of my mom

**Why is it important for you to** ~~take care of mom~~ ?
*Enter your answer from the above box in this question*

She lives alone and has mobility issues

**Why is it important for you to** spend time with mom ?
*Enter your answer from the above box in this question*

She needs help getting to appointment and errands

**Why is it important for you to** help my mom ?
*Enter your answer from the above box in this question*

mom can't do a lot of things for herself

**Specifically, why is it important for you to** be there ?
*Enter your answer from the above box in this question*

I have the flexibility to help her

**Why is it important for you to** _____ ?
*Enter your answer from the above box in this question*

~~~~ Business on Amazon will give ~~me~~ the flexibility and freedom to help my mom

**FTC-SP-001303**

# Who Moved My Cheese?

Name: J█████ S███████



**What character do I relate to now?**  Haw ... although more Hem

**What character do I want to become?**  Haw

**What will happen if I do not change?**  Unemployed or minimum wage job near my mom's place.

**What did I learn from the book?**  I didn't read the book :-)
Take new opportunities don't get boxed into a way of thinking

**I am now committed to do the following:**  Starting my own business Working from home.

Remember to check your credit rating!



# PLAINTIFF'S EXHIBIT 19

FTC-SP-001305



# Product Investment ROI Calculations

## ROI Spreadsheet

EXECUTIVE
**PRODUCT INVESTMENT**                    **$10,000**

| Return Margins | | 15% | 20% | 25% | 30% |
|---|---|---|---|---|---|
| **Month** | 1 | $11,500.00 | $12,000.00 | $12,500.00 | $13,000.00 |
| **Month** | 2 | $13,225.00 | $14,400.00 | $15,625.00 | $16,900.00 |
| **Month** | 3 | $15,208.75 | $17,280.00 | $19,531.25 | $21,970.00 |
| **Month** | 4 | $17,490.06 | $20,736.00 | $24,414.06 | $28,561.00 |
| **Month** | 5 | $20,113.57 | $24,883.20 | $30,517.58 | $37,129.30 |
| **Month** | 6 | $23,130.61 | $29,859.84 | $38,146.97 | $48,268.09 |
| **Month** | 7 | $26,600.20 | $35,831.81 | $47,683.72 | $62,748.52 |
| **Month** | 8 | $30,590.23 | $42,998.17 | $59,604.64 | $81,573.07 |
| **Month** | 9 | $35,178.76 | $51,597.80 | $74,505.81 | $106,044.99 |
| **Month** | 10 | $40,455.58 | $61,917.36 | $93,132.26 | $137,858.49 |
| **Month** | 11 | $46,523.91 | $74,300.84 | $116,415.32 | $179,216.04 |
| **Month** | 12 | $53,502.50 | $89,161.00 | $145,519.15 | $232,980.85 |

**PLAINTIFF'S EXHIBIT**

**19**

# PLAINTIFF'S EXHIBIT 20

FTC-SP-001307

**PLAINTIFF'S EXHIBIT 20**

| Month | RETAIL ARBITRAGE AVERAGE 15% NET PROFIT | WHOLESALE AVERAGE 30% NET PROFIT | PRIVATE LABEL AVERAGE 50% NET PROFIT |
|---|---|---|---|
|  | 15% | 30% | 50% |
|  | $10,000.00 | $10,000.00 | $10,000.00 |
|  | $1,500.00 | $3,000.00 | $5,000.00 |
| 1 | $11,500.00 | $13,000.00 | $15,000.00 |
|  | $1,725.00 | $3,900.00 | $7,500.00 |
| 2 | $13,225.00 | $16,900.00 | $22,500.00 |
|  | $1,983.75 | $5,070.00 | $11,250.00 |
| 3 | $15,208.75 | $21,970.00 | $33,750.00 |
|  | $2,281.31 | $6,591.00 | $16,875.00 |
| 4 | $17,490.06 | $28,561.00 | $50,625.00 |
|  | $2,623.51 | $8,568.30 | $25,312.50 |
| 5 | $20,113.57 | $37,129.30 | $75,937.50 |
|  | $3,017.04 | $11,138.79 | $37,968.75 |
| 6 | $23,130.61 | $48,268.09 | $113,906.25 |
|  | $3,469.59 | $14,480.43 | $56,953.13 |
| 7 | $26,600.20 | $62,748.52 | $170,859.38 |
|  | $3,990.03 | $18,824.56 | $85,429.69 |
| 8 | $30,590.23 | $81,573.07 | $256,289.06 |
|  | $4,588.53 | $24,471.92 | $128,144.53 |
| 9 | $35,178.76 | $106,044.99 | $384,433.59 |
|  | $5,276.81 | $31,813.50 | $192,216.80 |
| 10 | $40,455.58 | $137,858.49 | $576,650.39 |
|  | $6,068.34 | $41,357.55 | $288,325.20 |
| 11 | $46,523.91 | $179,216.04 | $864,975.59 |
|  | $6,978.59 | $53,764.81 | $432,487.79 |
| 12 | $53,502.50 | $232,980.85 | $1,297,463.38 |
|  | POTENTIAL NET PROFIT: $43,502.50 | POTENTIAL NET PROFIT: $222,980.85 | POTENTIAL NET PROFIT: $1,287,463.38 |

# PLAINTIFF'S EXHIBIT 21

FTC-SP-001309



# SELLERS PLAYBOOK

# MEMBERSHIP ENROLLMENT

| BUSINESS PRO MEMBERSHIP | ON-SITE PRICE |
|---|---|
| • Executive Website/Software Access<br>• 32 scheduled coaching/strategy sessions (30 minute sessions)<br>• Education available 24/7 through our online training facility<br>• Supplier Lists and Sourcing Solutions<br>• Two Sellers Playbook Learning and Sourcing Summits<br>• Receiving, Warehousing and FBA Preparation Services | **$ 32,997-** |

## BUSINESS PRO EXECUTIVE BONUSES

• 16 Additional Scheduled Coaching/Strategy Sessions (30 minute Sessions)
• Private Label Concierge Service which includes...
    • Sourcing your private label products
    • Price negotiation and the benefit of our buying power, creating the ability to substantially increase your ROI on Amazon
    • Customs and Shipping handling
    • Listing your private label products into your Amazon store
    • Assistance in marketing your private label products
• Customs Bond

| ELITE PRO MEMBERSHIP | ON-SITE PRICE |
|---|---|
| • Executive Website/Software Access<br>• 24 scheduled coaching/strategy sessions (30 minute sessions)<br>• Education available 24/7 through our online training facility<br>• One Sellers Playbook Learning and Sourcing Summit<br>• Supplier Lists and Sourcing Solutions | **$ 26,997-** |

## ELITE PRO BONUSES

• 12 Additional scheduled coaching/strategy sessions (30 minute sessions)

PLAINTIFF'S
EXHIBIT
21

Work Smarter
Not Harder

www.SellersPlaybook.com

SP

2018.PLAY - PS

FTC-SP-001310

# PLAINTIFF'S EXHIBIT 22

FTC-SP-001311



PLAINTIFF'S EXHIBIT 22

# Business Pro Executive Members

Sellers Playbook, Inc. is a customer service organization that offers a customized system to perfect the individual's ability to sell on Amazon effectively and profitably. The Business Pro package of services is ideal for the individual who is looking to supplement or replace income, as it is a full-service, turnkey package. Services provided by Sellers Playbook, Inc. for their Exclusive Business Pro Executive Membership are as follows:

1. **Access to Personalized Coaching and Tech Support:**
   - Amazon Coaching – Available by phone or web meeting during normal business hours
   - Education available 24/7 through our online training facility
   - Live webinars hosted by Amazon experts
   - Three 30 minute onboarding/orientation sessions with our coaching staff to familiarize yourself with our executive membership
   - Professional technical support

2. **Sellers Playbook Software:**
   - Complete data automation
   - Product price, rank and sales tracking
   - Determine your core product by calculation

3. **Supplier Lists and Sourcing Solutions:**
   - Product sourcing concierge service, our sourcing managers can help source products or brands you are looking for both domestic and internationally
   - Contact information to Sellers Playbook preferred suppliers, line sheets and pricing
   - Ability to negotiate using our buying power
   - Access to private label product suppliers

4. **Two Sellers Playbook Learning and Sourcing Summits**
   - Sellers Playbook network of suppliers and coaches
   - Hands on coaching support through the tradeshows and help with ordering and understanding inventory quantities and value
   - Industry leading speakers

5. **Receiving, Warehousing and FBA Preparation:**
   - Ability to ship product directly to Sellers Playbook for receiving
   - Uploading to your store, labeling and shipping to Amazon FBA
   - You eliminate all product receiving and preparation



# Business Pro Executive Membership

- 12 months of executive website/software access
- 32 scheduled coaching/strategy sessions (30 minute sessions)
- 12 months access to coaching support online system
- Supplier lists and sourcing solutions
- Two Sellers Playbook learning and sourcing summits
- Receiving, warehousing and FBA preparation services

# On-Site Business Pro Executive Bonuses

- 16 additional scheduled coaching/strategy sessions (30 minute sessions)
- Personalized tradeshow tour
- Private label concierge service which includes...
  - Sourcing your private label products
  - Price negotiation and the benefit of our buying power creating the ability to increase your ROI on amazon dramatically
  - Customs and shipping handling
  - Listing your private label products into your Amazon store
  - Assistance in marketing your private label products.

# PLAINTIFF'S EXHIBIT 23

FTC-SP-001314

WWW. CREDITCARDS. COM

$\underline{\text{CARD 1}}$
$\$ 30,000$

MONTHLY FEE
$\$ 600 \times 6 = \$ 3600$

$\underline{\text{CARD 2}}$
$\$ 5,000$

$\$ 100 \times 6 = \$ 600$

BANK
$\boxed{\$ 5,000}$

PLAINTIFF'S
EXHIBIT
23

# PLAINTIFF'S EXHIBIT 24

FTC-SP-001316



# Jump Start Executive Members

Sellers Playbook, Inc. is a customer service organization that offers a customized system to perfect the individual's ability to sell on Amazon effectively and profitably. The Jump Start Package of Services is ideal for the individual who is looking to supplement their income and willing to fulfill their orders and send to FBA on their own. Services provided by Sellers Playbook, Inc. for their Jump Start Executive Membership are as follows:

1.  Access to Personalized Coaching and Tech Support:
    - Amazon Coaching – available by phone or web meeting during normal business hours
    - Education available 24/7 through our online training facility
    - Live webinars hosted by amazon experts
    - Three 30 minute onboarding/orientation sessions with our coaching staff to familiarize yourself with our executive membership
    - Professional technical support

2.  Sellers Playbook Software:
    - Complete data automation
    - Product price, rank and sales tracking
    - Determine your core product by calculation

3.  Supplier Lists and Sourcing Solutions:
    - Direction to domestic and international suppliers
    - Help sourcing product domestic and internationally
    - Ability to negotiate using our buying power





## Jump Start Executive Membership

---

- 3 months of executive website/software access
- 8 scheduled coaching/strategy sessions (30 minute sessions)
- Supplier lists and sourcing solutions

## On-Site Jump Start Executive Member Bonuses

---

- 4 additional scheduled coaching/strategy sessions (30 minute sessions)

# PLAINTIFF'S EXHIBIT 25

FTC-SP-001319

 

## Welcome To Sellers Playbook
1 message

---

**Sellers Playbook** <info@sellersplaybook.com>                     Mon, May 7, 2018 at 3:38 PM
To: 

Hello J████,

Congrats! You're all signed up for the Seller's Playbook three-day training. We're excited to have you join us – and can't wait to give you all the tools you need to start winning on Amazon.

Here is the information you need for the 3-day training:

**Date:** 5/18/2018
**Hotel:** Doubletree Airport
**City:** Orlando

First, log on to our Basic Membership area and check it out. Your credentials to log on are:

**Username:** ████████████████
**Password:** ██████

Once you're logged on, you can get quick tips from a variety of webinars and helpful information in our FAQ section.

Also, make sure to check out the Top Suppliers List for product sourcing ideas.

You can always get in touch with us if you want to talk to one of our team members.

Cheers,
The Seller's Playbook Executive Team

Unsubscribe

Sellers Playbook 9001 Science Center Dr Minneapolis, Minnesota 55428 United States (800) 919-2298



**FTC-SP-001320**