# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney
General, Lori Swanson,

     Plaintiffs,

     v.

SELLERS PLAYBOOK, INC., a
corporation,

EXPOSURE MARKETING COMPANY,
a corporation, also d/b/a Sellers Online and
Sellers Systems,

JESSIE CONNERS TIEVA, individually
and as an officer of SELLERS
PLAYBOOK, INC. and EXPOSURE
MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and
as an officer of SELLERS PLAYBOOK,
INC. and EXPOSURE MARKETING
COMPANY,

     Defendants.

**CASE NO. _____**

**<u>FILED UNDER SEAL</u>**

**PLAINTIFFS FEDERAL
TRADE COMMISSION'S
AND STATE OF
MINNESOTA'S EXHIBITS**

**VOLUME VIII**

**Px. 28 - 37**

**FTC-SP-001505 - FTC-SP-001763**

1


SCANNED
JUL 30 2018
U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|---|---|---|---|
| Px. 28 | Transcript of Sellers Playbook Webinar | FTC-SP-001505 | FTC-SP-001573 |
| Px. 29 | Sellers Playbook Webinar Slides | FTC-SP-001574 | FTC-SP-001632 |
| Px. 30 | USelfDirect.com Handout | FTC-SP-001633 | FTC-SP-001635 |
| Px. 31 | CreditNav.com Handout | FTC-SP-001299 | FTC-SP-001300 |
| Px. 32 | The Seven Levels Deep Exercise | FTC-SP-001301 | FTC-SP-001304 |
| Px. 33 | Product Investment ROI Calculations | FTC-SP-001305 | FTC-SP-001306 |
| Px. 34 | ROI Spreadsheet Handout | FTC-SP-001307 | FTC-SP-001308 |
| Px. 35 | Membership Enrollment Handout | FTC-SP-001309 | FTC-SP-001310 |
| Px. 36 | Business Pro Executive Membership Package Information | FTC-SP-001311 | FTC-SP-001313 |
| Px. 37 | Handwritten Financing Example | FTC-SP-001314 | FTC-SP-001763 |

# PLAINTIFF'S EXHIBIT 28

FTC-SP-001505

```
 1              OFFICIAL TRANSCRIPT PROCEEDING
 2               FEDERAL TRADE COMMISSION
 3
 4
 5    MATTER NO.     1823116
 6    TITLE          SELLERS PLAYBOOK
 7
 8    DATE           RECORDED:  JUNE 14, 2018
 9                   TRANSCRIBED:  JUNE 28, 2018
10
11    PAGES          1 THROUGH 68
12
13
14       2018-06-14_13-01-38 (Sellers Playbook Webinar)
15
16
17
18
19
20
21
22
23
24
25
26               For The Record, Inc.
27    (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```



PLAINTIFF'S EXHIBIT 28

```
1                    FEDERAL TRADE COMMISSION
2                         I N D E X
3
4    RECORDING:                                    PAGE:
5    2018-06-14_13-01-38 (Sellers Playbook Webinar)    4
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**FTC-SP-001507**

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Sellers Playbook              )   Matter No. 1823116

5                                   )

6    ------------------------------)

7                                   June 14, 2018

8

9

10

11            The following transcript was produced from a

12   digital file provided to For The Record, Inc. on June

13   22, 2018.

14

15

16

17

18

19                                            ,

20

21

22

23

24

25

```
 1               P R O C E E D I N G S
 2               -    -    -    -    -
 3       2018-06-14_13-01-38 (Sellers Playbook Webinar)
 4            PRESENTER:  Welcome out, ladies and
 5    gentlemen.  Welcome to the Sellers Playbook Winning on
 6    Amazon webinar.  Before we get started, go ahead and
 7    just check around you and make sure that all
 8    disturbances are out of the way.  I'd like you to
 9    really stay focused and engage in the education you
10    have.  And I know when you're at home, sometimes
11    things can pop up.  So if you happen to have a phone,
12    if you could set it aside, turn it over, turn off your
13    TV, and really engage in this.
14            We look forward to educating you and getting
15    you started on Amazon, the most profitable way
16    possible.  This is something Sellers Playbook has
17    perfected over the last couple of years, learning from
18    those that are already there and making real money on
19    Amazon versus just playing around.
20            So as we get started, now, hopefully you've
21    had a chance to research us a bit.  We're glad to have
22    you onboard, and we look forward to helping you
23    continue your success or getting you started in your
24    success on Amazon.  Well, something you've noticed in
25    the last several years and just checking things around
```

1    you and in our world how quickly things are moving,

2    let's think about some things that have changed in

3    your lifetime.  When you were young, if you would have

4    went to your parents and said, hey, I'm going to go

5    jump in a stranger's car, and I'm going to have that

6    stranger take me to a stranger's house, and I'm going

7    to stay there for the next few days, wouldn't you all

8    agree that your parents would have told you you're

9    crazy, you can't do that, that's too dangerous?  But

10   when you really think about it, isn't that a common

11   thing for people to do today?

12          Now, if you don't know where I'm going with

13   this, you may not have heard of these two companies

14   coming up right here.  Airbnb and Uber, B, basically

15   replacement for a hotel today where we can go stay in

16   a stranger's home, apartment, or condo and stay there

17   instead of a hotel.  Uber, instead of taking a car

18   company or a taxi, we jump in and jump in a stranger's

19   personal car to get us from Point A to Point B.  Both

20   basic ideas that have been around for most of our

21   lifetimes -- taxis and hotels -- that now these two

22   companies have started to replace and cut into that

23   marketplace.

24          Well, why does this matter to us as Amazon

25   sellers?  Well, it just shows how much the world has

1    changed and continues to change.  If you didn't know

2    this, Airbnb right now is worth more than Hilton, it's

3    worth more than Hyatt, and it's worth more than

4    Marriott.  It's worth more than most of them combined.

5    But when you think about it, how many hotels does

6    Airbnb actually own?  To my knowledge, zero.  And

7    Uber, even though they're not a car producer, do you

8    realize at this moment they say they're worth more

9    than Ford Motor Company and GM; however, they produce

10   no cars, nor do they own cars.

11          What these two companies have also allowed

12   us to do as consumers is we can now make money in ways

13   we never were able to in the past.  Airbnb, renting

14   out our own home, our own condos, and Uber, utilizing

15   our own personal cars to make extra income.  Well,

16   when you think about retail, wouldn't you agree Amazon

17   has essentially done the same thing in retail?  Amazon

18   continues to grow and has continued to eat into

19   traditional market space.

20          Well, what's happening around us, we see

21   announced in the news quite often.  Think about some

22   of the stores that you've seen announce closings, some

23   of them completely and some of them general locations

24   this year and in upcoming years, CNN and Fox News both

25   agreeing on this, and we all know, they very rarely

1    agree on anything.

2         Macy's announced they're closing several
3    stores in the next year.  Radio Shack is basically a
4    dying brand.  They have less than 70 stores worldwide.
5    The Gap, which also owns Banana Republic and Old Navy,
6    announced that they're closing over 200 stores in the
7    next 18 months.  Gymboree has filed for bankruptcy.
8    Sears has been struggling for years.

9         Do you remember, those of us that remember
10   the catalog era, thought they were over back then?
11   Then a couple years ago they took on Kmart and
12   absorbed that, and that didn't end up very well for
13   them, did it?  But they continue to move down this
14   path of more and more brick-and-mortar stores closing.
15   Target is closing multiple stores, eight -- in eight
16   states this year.  And, of course, Toys R Us, they say
17   they'll most likely be out of business by the end of
18   this year.  They're going through the liquidation
19   process as we speak.

20        Now, many people don't realize this, but
21   it's said that Amazon went to many of these companies
22   and asked them years ago to jump on their platform
23   and sell their goods.  But most of these companies
24   said no, you're just a website; what do we need you
25   for?  Well, I think most of us can agree, seeing how

1    much Amazon has grown, many of these companies

2    could utilize Amazon's services and utilize their

3    help to keep their businesses alive and help them

4    thrive.

5         And just a short time ago, Sam's Club shut

6    down 60 locations overnight.  If you watch the news a

7    lot, JCPenney, Footlocker, many other major retailers

8    are shutting doors this year and in the upcoming years

9    because of online sales.  More and more people are

10   moving online to purchase products.  And if you don't

11   know this, the number one reason that people purchase

12   products online is obviously because of the

13   convenience.  Price comes in secondary.

14        Now, as we look at this and we see the

15   expansion of Amazon, and if you don't know Amazon now,

16   it's worth over $500 billion, just over that.  And

17   it's said to be worth more than Walmart, Costco,

18   Target, Macy's, and Kohl's combined.

19        Now, when you think about how large they've

20   become and you think about how much is being sold on a

21   daily basis, do you realize that right now Amazon

22   isn't even the largest retailer in that list I just

23   gave?  By far, worldwide, Walmart is.

24        So why is Amazon worth so much more money?

25   Well, ladies and gentlemen, similar to Uber and

1    Airbnb, they don't have the overhead that some of

2    these other companies have.  They don't have

3    traditional brick-and-mortar stores.  They have

4    fulfillment centers, where we as sellers have the

5    opportunity to have our inventory stored.  When we

6    sell our product, they ship it out for us.

7          Now, because of this, the CEO and creator of

8    Amazon is now the world's wealthiest person.  It's

9    said right now by financial analysts that Amazon will

10   definitively be the world's first trillion-dollar

11   company.  Now, I'm imagining that if you're listening

12   to this, you're watching this right now, your goal is

13   to get a big piece of that trillion dollars.

14         Now, I know we'd like it all, but the

15   reality is in today's market, the way that Amazon

16   works, you don't need the whole pie, ladies and

17   gentlemen.  You just need your slice.  And hopefully

18   you're here for that reason.  And I know if you're not

19   now, you will by the time we're done.  Every one of

20   you should engage and get started selling on Amazon as

21   quickly as possible.

22         Now, I've learned many times in doing

23   this, Amazon has created a way to stay extremely

24   relevant.  Considering where they started back in the

25   late '90s to where they are today, they've grown

1    tremendously because there's a lot of places for us to
2    sell our products today.  It's not just Amazon.  Every
3    one of us could go out and start our own website and
4    sell products, but the reality is, as you know, the
5    reason we want to be on Amazon is because they are
6    said to be the world's largest marketplace as we
7    speak.
8          People from all over the world have the
9    ability to point, click, and buy.  And Amazon has made
10   it incredibly easy for us to purchase there, correct?
11   One-click ordering, Prime members.  This is something
12   that all of us can do and, hey, many of you may have
13   been getting to a point where you purchase so many
14   products you don't even remember what's showing up on
15   your doorstep on a daily basis.  I know, I've been
16   there myself.  So we want to get a piece of this.  If
17   you've been a consumer for a long time, let's get on
18   the third-party seller side.  That's what Amazon calls
19   us when we sell our own products.
20         And Amazon has continued to stay relevant by
21   engulfing and becoming part of other markets and
22   getting into other spaces.  Look at all these
23   companies that Amazon has purchased or invested into
24   just over the last few years.  Well, just over a year
25   ago, if you remember, they purchased Whole Foods for

FTC-SP-001515

1    about $14 billion.

2          Coming back to that relevancy, if you didn't

3    know this, Amazon created something called Amazon

4    Fresh, where we can now order groceries and have them

5    delivered in less than two hours.  Amazon's making a

6    great case for us never to leave home.  Now, I think

7    we all realize we all need to leave our homes, but

8    they're making it easy for us to stay at home and get

9    all the things that we need.

10          Now, not only that, they're now getting into

11    food prep to compete with companies like Blue Apron.

12    So even though in the beginning where people thought,

13    hey, Amazon's nuts for buying Whole Foods, they did it

14    for that distribution channel, right?  They continue

15    to grow.

16          Now, something that's going to help them

17    stay incredibly relevant from this point forward into

18    the future is many people didn't notice this, but by

19    the end of 2017, Amazon had acquired licenses to sell

20    pharmaceuticals in over 12 states.  And quite recently

21    it was announced that Amazon is teaming up with a

22    couple of other major companies, including Warren

23    Buffett's Berkshire Hathaway to create a new

24    healthcare company.

25          And maybe that's the reason you're listening

FTC-SP-001516

1    to this today.  Maybe because you're looking at the
2    cost of things rise and you may already know that the
3    number one cause of bankruptcy in the United States
4    for the last several decades has been medical debt.
5    Many people, on a daily basis, some of you listening
6    to this today, may not even be able to afford your
7    medication.  Well, Amazon is creating a way that we
8    can make additional income or maybe make your full-
9    time income.
10            And I truly believe as consumers this is
11   good for us also because they're creating a more
12   competitive market space for pharmaceuticals and for
13   healthcare, which will hopefully drop some of the
14   costs of those things.  And if you're in that world,
15   you've just been opened up to over 300 million
16   potential clients.
17            Well, let's look at this in terms of
18   numbers.  They say that right now over the last couple
19   of years Amazon has just continued to increase their
20   sales.  Now, last year -- you see these numbers go up
21   until 2016, and in 2016, there was about $136 billion
22   worth of products sold through Amazon.  In 2017, there
23   was $178 billion worth of products sold.  Now, if you
24   track this all the way back to when they started
25   reporting statistics in 2008, their sales have doubled

FTC-SP-001517

1       about every three to four years.

2                    And if you're wondering if Amazon has

3       peaked, not even close.  Just past -- just this past

4       year, towards the end of the year is where they hit

5       the $500 billion mark.  However, as I mentioned

6       before, Amazon will most likely be the world's first

7       trillion-dollar company, so there's still a lot of

8       room for growth.

9                    However, I think we can all agree, just like

10      any other opportunity we've had in the past, we don't

11      want to miss out.  We want to be in there where we can

12      get money before we hit that peak.  It's just like any

13      other business, eventually it will peak.  We're going

14      to get to a point where Amazon has to peak and level

15      out, and if you want to sell products there, you want

16      to get there before that.

17                   That's why I congratulate you for being on

18      this webinar here today, so you can get a piece of

19      that Amazon pie, so you can get into the marketplace

20      before they've peaked.  You've got a lot of room for

21      growth.  You don't want to miss that opportunity like

22      you may have in stocks, like Google or even Amazon.

23                   Ladies and gentlemen, you don't realize

24      this, just over three years ago, Amazon stock was

25      about $250 a share.  Today, it's peaking out over

FTC-SP-001518

1    1,500 a share.  People talk about things like bitcoin.

2    In 2010, if you would have invested $100, you'd be

3    worth over $20 million as we speak.  That's $100

4    investment being worth over 20 million.  Now, I'm not

5    saying that's what Amazon's going to be for you, but

6    you don't want to miss the opportunity you have in

7    front of you.

8            Now, out of all these sales, out of the $178

9    billion that was sold on Amazon in 2017, how much of

10   that was sold by you and I?  Average people that are

11   trying to sell their products and goods on Amazon,

12   well, according to Amazon statistics, about half.

13   About half of all sales sold on Amazon are sold by you

14   and me.  Well, if you look at the numbers, it's pretty

15   amazing that that's happened, and in the second and

16   fourth quarter of 2017, we as third-party sellers, for

17   the first time ever, actually outsold Amazon.  We sold

18   more product than Amazon did in the second and fourth

19   quarter.

20           Now, I don't know if you would agree with me

21   on this, but I think it tells that, hey, that's a

22   great sign for us, because if Amazon continues to grow

23   and expand and we continue to get a bigger piece of

24   that marketplace, that's putting even more money in

25   our hip national bank, and that's why we're here,

1    because we want to be able to make money doing these

2    things and walking through it step by step.

3            Now, one of the best way [sic] to do it and

4    to really get a piece of that market space is to learn

5    from others.  Let them walk you through how this

6    works, because according to Amazon statistics, there

7    are over 300 million Amazon members worldwide and

8    growing every single day.  There are over 90 million

9    Prime members worldwide and growing every single day.

10           Right now, there are over -- just over 2

11   million third-party sellers, just over 2 million, but

12   they say that less than 10 percent of those third-

13   party sellers actually make a livable wage.  They

14   actually make enough money that they can live on --

15   less than 10 percent.  So an education, coaching

16   sports or anything, if you really want to learn how to

17   do this the right way, I think you'd all agree with

18   me, the best way to learn this is to learn from people

19   that are already in that 10 percent, those people that

20   are million-dollar sellers.  And that's exactly what

21   drew me to Sellers Playbook quite some time ago.

22           Now, my experience selling online, I've had

23   quite a bit over the last several years.  The first

24   time I ever sold anything online, it was clear back in

25   2003.  It was almost 15 years ago.  And just like you,

1    at the time, for many of you anyhow, it wasn't

2    originally going to be my full-time income.  It was

3    just side income.  Back then, I wasn't selling, and

4    when I first started to sell, I wasn't selling on

5    Amazon quite yet.  And there are various reasons why,

6    but the main reason was you weren't able to.

7            And just like anybody else, I started to ask

8    myself, why am I not selling on Amazon and why am I

9    not selling on other platforms.  And one of the best

10   way to get there is, like I said, to help overcome

11   fear.  If you have fear, learn from somebody that's

12   done it well, then apply those -- that information and

13   apply that knowledge, and, of course, overcome that

14   fear, go out there and do it.  If you're worried about

15   time with Amazon, ladies and gentlemen, Amazon has

16   become incredibly simplified, where if you can invest

17   about an hour a day, you can get on the right track.

18   It may not make you filthy rich, but it will become

19   consistent.

20           And if you're able to do anything they say

21   for at least 21 days straight, it could eventually

22   become a habit.  And I think we could all use a habit

23   that's beneficial and profitable.  And that's what

24   Amazon can become for each and every one of you.  If

25   you've had any of these questions that are on the

FTC-SP-001521

1   screen right now -- not knowing what to sell or where

2   to find products or how do you sell on Amazon -- well,

3   that's why I say it's great to learn from those that

4   are already doing it and just follow that path.  And

5   that's exactly what Sellers Playbook did for me and

6   could do for each and every one of you.

7             And obviously in the short period of time

8   that we have with you here today on this webinar, no

9   matter how fast I talk, and I know I get excited and

10  talk too quickly sometimes.  I can't teach you ever

11  tiny detail.  So we do want to give you the

12  opportunity to continue your education along with us

13  if and when you choose to do so.  And I do highly

14  suggest it because if you've ever struggled with past,

15  hey, this is something that will take you to that next

16  level that most people never get to.

17            We'll actually be doing a live training in

18  your area, a two-and-a-half-day training where we go

19  through all the things I mention and cover here today

20  at a much slower pace, and it's hands-on training

21  where we'll walk you through things step by step so

22  you can actually go down the same path that I've been

23  through with Sellers Playbook over the last couple of

24  years.  We'll walk you through that and give you the

25  option to do it.

1        Now, for those of you that are excited, you

2    know this is for you and you wanted to learn more

3    about it, there is a button you can click on the page.

4    That will take you to the next step so you can get

5    enrolled in this training.  Now, there is an

6    investment, and we will get to that as we move through

7    things.  I invested thousands of dollars for my Amazon

8    education.  We want to make this achievable for

9    everybody on this webinar.

10        Now, back to when I first started selling, I

11    mentioned before, I wasn't selling on Amazon.  And

12    there is a reason I didn't sell on Amazon back in 2003

13    is because, you remember, Amazon didn't allow you to

14    sell on Amazon back then.  Only Amazon sold on Amazon.

15    And for about the first ten years that Amazon was

16    around, Amazon sold just one product.  Now, I don't

17    know if you remember what that one product was, but

18    Amazon started off solely as a bookstore.  Anybody

19    remember this?  This was Amazon or about ten years.

20    Amazon sold books, period.

21        Today, I think we all know that you can buy

22    almost what on Amazon?  Almost anything, just like it

23    shows in their marketing, from A to Z, everything from

24    A to Z.  So back then I sold on another platform that

25    you probably remember.  It's more of a garage sale

1    theory for most people today, and it's something

2    called eBay, is where I originally started off.  And

3    it was my side income.  And I got to a point where I

4    was making anywhere from $2- to $3,000 a month selling

5    products on eBay.  And I did that for several years,

6    from 2003 until about 2008.

7              Around 2008, the economy dipped.  And maybe

8    that's why you're here.  Maybe you haven't rebounded

9    in the past ten years, or maybe you're worried about

10   ten-year averages and cycles that it's going to happen

11   again, and you don't want to go through those

12   hardships and file bankruptcy like millions of

13   people's had -- people had to do.  You don't want to

14   file bankruptcy or -- or you don't want to lose your

15   home, and many people have went through that over the

16   last ten years.

17             Well, my goal was just to make some extra

18   income in the very beginning.  And, eventually,

19   because of Sellers Playbook, it's now become my full-

20   time source of income.  My major source of income is

21   selling on Amazon and utilizing Amazon sources and now

22   teaching about Amazon throughout the United States and

23   webinar series like this.

24             Well, I got to a point where around 2010

25   I'd been struggling because of the economy and because

1  I really didn't understand why more and more people

2  were jumping onto Amazon.  So around that time, I

3  decided to start trying to sell on Amazon.  And

4  because I thought I was an expert in e-commerce, I

5  thought I was going to crush my Amazon competition,

6  because most of those were new sellers.  So with all

7  this experience behind me, I thought, well, it makes

8  sense, I'm an e-commerce expert, I'm going to crush

9  everybody.

10       And I jumped in, and it didn't go very well.

11  My first five listings were all taken down.  So I

12  tried it again and they were taken down again.  And

13  then I received an email threatening suspension.  And

14  I realized that even though Amazon is e-commerce,

15  Amazon and eBay are two completely different things.

16  Amazon has rules and regulations, and they enforce

17  every single one.  eBay has rules and regulations, but

18  they're pretty light with them.  So I realized, hey,

19  more and more people are moving to Amazon; I've got to

20  learn Amazon.

21       So I learned Amazon, how to create a listing

22  that would stick, but then my products weren't

23  selling.  So I had to find a way to boost my sales.

24  And I did that in the beginning by reading books and

25  going to that place that we all go to to learn

1    everything for free, this deep, dark abyss I've

2    learned called YouTube.  Y'all heard of YouTube, where

3    you go in there and you click on one video and five

4    hours later you've seen everything but what you

5    actually need?  So I had to seek out other people that

6    were selling really well on Amazon, and that's

7    actually what took me to Sellers Playbook.

8           I got to a point with Sellers Playbook where

9    I realized that I wasn't doing what I should have been

10   doing, and I learned that from experience, from

11   talking to other sellers.  They taught me a simple

12   system that I'm going to get to in a few moments

13   called the Playbook System.  And PLAY is an acronym,

14   which I'll get to in just a moment.

15          Now, at that time, the reason I sat down and

16   learned from Sellers Playbook is because my sales were

17   really lackluster.  I went from making $2- to $3,000 a

18   month to making less than $1,000 a month.  And when I

19   had a chance to actually sit in a room, one-on-one,

20   with a real Amazon seller that had made a bunch of

21   money, made their living there, and I told them that I

22   was an expert and I'd been doing something that I'm

23   going to show you in a few moments called retail

24   arbitrage, which is essentially going into stores to

25   purchase products and then taking them home and

1    reselling it online, I'd been doing that for about ten
2    years at this point, so this is around 2011, 2012.
3         And one of the first things they said to me
4    is you will never have consistent income without
5    consistent inventory.  When you're doing retail
6    arbitrage, it's a great stepping stone, but you never
7    have control over your inventory.  It's just what's on
8    clearance in the store.  That was one of the first
9    things they helped me realize.  The second thing they
10   helped me realize was that I didn't have to do all the
11   shipping myself.  Amazon has a system in play to be
12   able to help you with that.
13        And quite quickly I was able to start making
14   more money online than I was at my regular job and
15   eventually got to a point where most of you that have
16   ever had a job or if you have a current job, where you
17   get to a point where you actually have the ability and
18   the luxury to, quote, unquote, fire your boss, if
19   you've ever wanted to fire your boss, well, you're on
20   the right path being here with us on this webinar
21   today and then moving forward in getting to that live
22   class in your area.  It will take you through those
23   things step by step.
24        Now, that Playbook System, it started off
25   like this.  P stands for finding products that sell

1    well.  I want to find some products that are selling

2    well on Amazon because I know they're currently

3    selling.  From finding those products, now I have to

4    locate that inventory.  How do I get the inventory?

5    Do I get it from -- as I was doing, shopping for

6    dollars, retail arbitrage?  Or suppliers, wholesalers,

7    and manufacturers?

8             Once I get access to that inventory, how do

9    I get it to the consumer.  That's the A, address and

10   label.  Well, address and label is are you going to

11   box that stuff up and ship it out yourself?  I did

12   that for the better part of ten years, and I got to

13   tell you, it's a lot harder than you think it is.  I

14   was putting in 25 to 30 hours a week between shopping,

15   creating listings, and shipping products out, and I

16   was only making $2- to $3,000 a month.

17            Now, I work physically a lot less and have

18   the ability to make a lot more because I no longer

19   have to ship my products out.  I now do something

20   called FBA.  Now, if you don't know what FBA stands

21   for, in Amazon lingo, that stands for fulfilled by

22   Amazon.  That means instead of you packaging all your

23   product up and shipping it out, you can have Amazon do

24   that for you.  Now, if that sounds awesome to you,

25   just one more reason for you to get enrolled and get

FTC-SP-001528

1    to that workshop in your local area coming up in the
2    next couple of weeks.
3            Now, the Y stands for your pricing or
4    marketing. Now that I'm out and going, how in the
5    world am I going to get people to find me? How can I
6    get people to point and click and purchase my product,
7    because as I mentioned before, Amazon right now has
8    over 2 million third-party sellers. And as I
9    mentioned before that, that only a few of them -- less
10   than 10 percent -- actually make a real income. So
11   what sets those 10 percent apart? It's getting people
12   to buy.
13           Right now, there are over 2 -- right now,
14   out of the 2 million-plus sellers on Amazon, there are
15   over 400 million product pages. I think we'd all
16   agree, that's a lot of product. So how are people
17   going to find, point, click, and purchase your
18   product? Well, how we do that on Amazon today is we
19   do it by winning something. We call it winning the
20   buy box. Now, if you've never heard of the buy box,
21   I'd be willing to bet everybody that's ever been on
22   Amazon has seen the buy box. And if you're hearing
23   the buy box now for the first time, this is something
24   you have to know about in order to make money on
25   Amazon. So let me share with you what the buy box is

1    if you don't believe you're familiar with it as of
2    yet.
3            Now, if you look up any product on Amazon,
4    this is an Amazon search bar.  I just typed in "dog
5    toys."  Now, you see many of them come up, and if you
6    see the one in the center, it's a very popular dog toy
7    over the last little while called Zippy Paws.  And let
8    me click on that and open it up.  Now, as you open it
9    up, this is an Amazon listing.  I think we've all seen
10   listings like this.
11           Now, this particular Amazon listing, as you
12   see, you can see that you can purchase this product
13   right now for just under $9 -- $8.87.  Now, if we want
14   to purchase this dog toy, if you look to the right of
15   your screen, there's a button that says "add to cart."
16   That right there, ladies and gentlemen, is the buy
17   box.  As I said before, everybody that's ever been on
18   Amazon knows and has seen the buy box, but unless
19   you're a current seller selling on Amazon or have done
20   a lot of research, you wouldn't call it the buy box
21   until somebody showed you this.
22           Now, it's important for you to know that
23   Amazon recognizes this and calls it the buy box also.
24   That's where that terminology comes from.  And if you
25   are selling on Amazon already and you didn't know that

FTC-SP-001530

1    was called the buy box, no offense to you, but what

2    that shows me and other Amazon sellers is that you're

3    not an experienced seller, and you're probably not

4    having that much success.  That's why the education is

5    key.

6            Now, moving on to why we say it's winning

7    the buy box.  Now, if I were to purchase this set of

8    dog toys directly from Amazon right now, I'm actually

9    not buying it directly from Amazon.  If you look at

10   the middle of the listing, you see right here -- I'll

11   circle it -- it actually says that it's sold by the BT

12   Group.  And the BT Group is fulfilled by Amazon.

13           So when I purchase that set of dog toys, I'm

14   not buying it from Amazon directly; I'm buying it from

15   somebody like you and me.  I'm buying it from the BT

16   Group.  They're fulfilled by Amazon, which means, once

17   again, when I purchase this, they're not running in a

18   back room to ship it out; Amazon is doing that for

19   them.  I think we'd all love to get to a position to

20   be able to do that.

21           Now, we say it's winning the buy box because

22   you may know this and you may not, but let me point it

23   out.  Coming back to that original screen, do you

24   think that the BT Group is the only seller selling

25   this set of dog toys?  Well, some of you know already,

1    but if you look to the bottom, right corner, you see

2    an area that says "other sellers on Amazon." Now,

3    I've just expanded that for us. And if you look, you

4    can see right there, down at the bottom, it says there

5    are 12 total sellers, including the BT Group, that are

6    selling that exact same set of dog toys.

7           Now, the BT Group is the group that comes up

8    first. They're the first seller that comes up. Now,

9    what that means is they're winning the buy box on this

10   product because they are the first that comes up in

11   the search. Now, if you're winning the buy box,

12   according to Amazon statistics, you are getting 70 to

13   80 percent of the sales on that product. Did you hear

14   me, 70 to 80 percent of the sales on that product if

15   you're winning the buy box.

16          Now, understanding that if you're winning

17   the buy box, you're generally making more money than

18   others that are out there doing this, I think it's

19   important for us all to understand how to win the buy

20   box. Now, in the short period of time I have with you

21   on this webinar, it's not enough to break down every

22   tiny detail to help you win the buy box each and

23   every time. I'll give you a few tips, but you want to

24   learn the step-by-step approach and the ins and outs,

25   I'm going to encourage you to enroll in that workshop

1    that we're having in your area coming up in the next

2    couple of weeks.  That's where that real information

3    comes in handy where we can walk you through this step

4    by step.

5           Now, some of the things that factor into you

6    winning the buy box, well, of course reviews are

7    important, if you have positive reviews.  Your

8    inventory, how much you have and where it's located.

9    Not only your inventory where it is and how -- and how

10   much you have, but also what type of account you have,

11   which we'll get to.

12          Are you a professional seller, or are you an

13   individual seller?  All of these things factor in.

14   And, of course, many of you are thinking to yourself,

15   well, of course, the price factors into this.  Your

16   price is going to help you win the buy box.  However,

17   what a lot of people don't realize is pricing your

18   product too high or too low actually hurts you.  Now,

19   a lot of times when people hear that, they say, too

20   low, that doesn't make any sense, you should win.

21   Well, on other platforms, I'll agree with you.  See,

22   when I first started selling, selling on places like

23   eBay, the lowest price tends to win.  You muscle your

24   way through the market.  You push your weight through

25   it.  If you can offer a lower price, you know you'll

1     get the majority of sales.

2           However, on Amazon, that is not the case.

3     As a matter of fact, if you really do a lot of

4     research on Amazon, if you've ever clicked on that

5     "New (12) from $8.87" down at the bottom there, if

6     you've ever done that on a product to see all the

7     purchasing options, you'll occasionally find somebody

8     selling the exact same product you're looking at for a

9     lower price if you look deep enough.

10          Now, Amazon doesn't make that person that's

11    selling it for the lowest price the top seller because

12    all those other things factor in.  As a matter of

13    fact, if you price your product too low -- so as an

14    example, if Amazon has ran analytics and they see

15    that, hey, everybody sees this product is a good

16    value, around $9, that's where we should sell it,

17    that's why everybody here is selling it for about $9.

18          But if you could undercut the market and

19    come in and sell this product for $6 and still be

20    profitable, you'd think that you were going to get

21    ahead and undercut the market.  However, on Amazon,

22    that can actually hurt you.  Amazon may actually bury

23    you at the bottom of the list because you're trying to

24    undercut the market.

25          Now, if you just learned something right

1    there, imagine what you're able to learn in the course

2    of a few days instead of just a few seconds.  And I've

3    got to tell you, if I would have known that basic

4    concept when I first started selling on Amazon, it

5    would have saved me about a year of frustration,

6    because I came from a marketplace where you pushed

7    through the market.  You have the lowest price, you

8    win.  That doesn't happen on Amazon.  That's one of

9    those reasons that there are so few truly successful

10   Amazon sellers.

11          Now, something that's also important to

12   understand is out of those 12 sellers, let's say that

13   you and I are two of the 12 sellers and we're doing

14   all the things we're supposed to.  We're having Amazon

15   fulfill for us.  They have our inventory.  We're

16   offering free shipping.  We're doing all -- we have

17   great reviews.  Let's say that we're all doing the

18   same things.  Well, eventually, if one of us is

19   winning over the other, we might get frustrated.  So

20   what Amazon tries to do for us that are all equal,

21   that are doing things the correct way is -- this is an

22   advanced strategy, but they will split the buy box

23   between us, so we each get a number of shares -- a

24   share of the sales, so we can each make money, instead

25   of just one person making money.

1       Amazon tries their best to be a fair and
2   level marketplace, but only to sellers that know what
3   they're doing and follow Amazon's rules.  Would they
4   split this buy box with all 12 sellers?  No.  The
5   reality is about 80 to 90 percent of Amazon sellers
6   eliminate themselves from the buy box because they
7   never take the time to actually learn like you're
8   doing here today.  And that's what can separate you
9   from the wanna-bes to being a gonna-be, actually going
10  out and making money doing these things.
11      Now, imagine what we can teach you in the
12  course of a couple of days.  Once we teach you how
13  that buy box works, how to split that buy box, how to
14  research products, you can go out and find simple,
15  silly products like these plastic containers.  These
16  are a best seller on Amazon and have been for well
17  over two years.  When you learn to crunch numbers,
18  which I'll just show you visually here, there are
19  about 6,400 of these sets selling every single month.
20  They sell for $13 apiece, so that's about $83,000
21  worth of gross sales.
22      Well, at about a 20 percent profit margin,
23  that gets about $16,000 profit selling a plastic
24  container.  And if you're one of three people in the
25  buy box, that's something we can show you how to do at

1       that workshop.  You're making over $5,500 a month

2       selling a plastic product that if done correctly you

3       never even have to touch.  That's the ultimate goal on

4       Amazon, it's like me and other sellers is learning how

5       to do this, getting all these great deals from

6       suppliers and manufacturers, having that product

7       delivered to a fulfillment center where you can sell

8       it and win the buy box and never even have to touch

9       the product.

10              Now, everybody can get to this level.  Some

11      of you can start there.  Others will have to take

12      small steps.  Either way, we want to show you how to

13      be profitable as soon as possible utilizing Amazon and

14      Sellers Playbook system.  That's why I encourage you,

15      once again, go to that workshop that's live in your

16      area.  To get dates, times, and enrollment

17      information, just click the button on your screen.

18      The investment to attend this workshop, if you go to

19      our website, you will see is $997 per person.  That's

20      the normal cost to attend our training.  That's what

21      many people -- thousands of people across the United

22      States have invested to attend our live workshop.

23              Now, we also have some technologies and

24      things that go along with us; however, for those of

25      you listening to this webinar, when you enroll, we are

1      going to give you a discount.  Now, that discount is a

2      couple of hundred dollars off.  It's 797 for you and a

3      guest.  So instead of -- get this -- instead of 997

4      per person, about a $2,000 enrollment for you and a

5      guest -- so bring somebody positive with you -- we're

6      going to allow you to invest 797 and bring a guest for

7      free.  That's less than half the cost.

8              Now, if those dates that we give you when

9      you get set up, if those are a challenge, talk to that

10     consultant.  They'll find a way to get you started as

11     soon as possible.  If your investment is a challenge,

12     hey, it's a drop in the bucket.  Consider what the

13     traditional education costs that might get you a job,

14     right?  This is something that can make you money for

15     a lifetime.

16             And our trainings are set up quite a bit

17     differently than what we're doing here today because

18     they're live, they're face-to-face, there's

19     interaction.  What we do is we're bringing in -- we'll

20     bring in tables.  We have a classroom-style setup.  We

21     ask you to bring in your laptop, your digital device,

22     your Kindle, your -- your tablet.  We want you to

23     bring those things with you so it's an interactive

24     training, it's hands-on.

25             So as your instructor, like myself, is in

1    front of the room teaching you, you're following along

2    at the same time.  So we can teach a section, then do

3    a Q&A; teach a section, then do a Q&A.  Now, as we

4    teach, we teach to the entire group, and we keep our

5    groups pretty intimate.  We've learned to do that

6    because when we have groups of hundreds of people, it

7    really can affect the learning environment, right?  We

8    want to be able to stay on the same page and make sure

9    that you're getting the most out of your time and out

10   of this education.

11          So we are also going to set you up with a

12   consultant that can help get you to the next level,

13   because even though we're going to learn as a group,

14   we know that you probably have personal, individual

15   questions you need to have answered.  Not only that,

16   we also probably realize that you have a different

17   financial goal than the person next to you.  So we

18   want to be able to say, hey, if your goal is to make

19   $3- to $5,000 a month, here's what you need to go do

20   to hit that goal, A, B, C, D, E, F.

21          Now, if your goal is to make $3- to $5,000 a

22   day, we can help put you on the right path in the

23   steps and the time frame that's achievable for each

24   and every one of you or something to -- that you can

25   work on, depending on the time you put in.  We'll walk

1    you through those things step by step.  So not only do

2    we give you general education and the right way to

3    sell on Amazon, we also want to give you a one-on-one

4    consultation so we can actually write out a business

5    plan that's personalized for you and the business that

6    you want to run on Amazon.  The cost of that alone is

7    worth more than the cost of enrollment to attend this

8    class.  You're learning from real Amazon sellers and

9    get you from where you are to where you want to be.

10         Now, when you're ready and you know this is

11    for you, just click on that link below, click on that

12    button, get out there and get enrolled.

13         Now, when you're getting started, step

14    number one, first thing you need to do is create

15    what's called a seller's account.  Now, setting up a

16    seller's account is absolutely free to get enrolled,

17    to start.  And we all love free.  But selling on

18    Amazon, that's not free.  Remember, Amazon right now

19    is worth over $500 billion.  They are the world's

20    third largest company.  Their CEO is the world's

21    wealthiest person.  They didn't get there by being a

22    nonprofit and giving things away for free.

23         So they do charge for their services, but

24    they're very minimal in terms of running a business.

25    So you have two choices here.  You have professional

1   and you have individual. Now, for me, getting you

2   started, I just want to get you started. So at least

3   set up your individual account. It only takes a few

4   minutes to do. It's free monthly, but they do charge

5   you 99 cents per listing.

6       Now, once you've listed at least 40 items,

7   it makes sense to upgrade to professional. If you're

8   listing at least 40 items on a monthly basis because

9   as a professional, the investment is 39.99 a month,

10  but you can list an unlimited number of products. If

11  you want to list 25,000 products, go for it. It's

12  still just 39.99 a month.

13      Now, there's some additional benefits to

14  being professional. You sign up whichever way you

15  want to know and know that as an individual you can

16  always upgrade to professional. As a professional,

17  you can always downgrade to individual. That is up to

18  you. The key is that you need to get started, so at

19  least set up that individual account. And those of

20  you who attend the workshop, we'll walk you through

21  this step by step, A, B, C, in chronological order.

22      Now, as a professional, you are also going

23  to receive some additional benefits from Amazon. I'll

24  show those to you here. As an individual, you can

25  only sell in the United States. As a professional,

1    you can sell in the United States, Mexico, and Canada.

2    As a professional, you can offer Prime shipping.  As

3    an individual, that is only in unique situations.  It

4    is primarily for professional sellers.

5            Another big, big thing is customer service.

6    Ladies and gentlemen, as a professional, Amazon will

7    help you with disputes.  As an individual, they kind

8    of just leave you on your own.  And here's something

9    you're going to learn.  For an Amazon success story to

10   happen, along the way, you're going to sell a lot of

11   products.  And, eventually, you may run into a

12   situation that is out of your control, where somebody

13   may leave you a bad review.  Because something I've

14   learned in doing this is you cannot keep 100 percent

15   of people happy 100 percent of the time.  It's just

16   the way that the world is today.

17           And you may sell somebody a product that you

18   never even touched.  It came from a manufacturer,

19   directly to a fulfillment center, directly to that

20   customer, and there happened to be a manufacturer's

21   defect.  They open it up, and maybe that person had a

22   bad day.  So instead of contacting you to ask you if

23   they can get a refund or an exchange, which you're

24   more than happy to do, they decide to leave you a bad

25   review.  And sometimes that's the first thing that

1    people see about you.  And I think we all know that

2    everything online today is true, right?

3            Ladies and gentlemen, of course it's not.

4    But, unfortunately, we live in a society where you

5    could have 125 positive reviews and two bad reviews,

6    and somebody's going to look at those two bad reviews

7    and give those more weight and more credit than the

8    125 good reviews.  You've got to see the overall big

9    picture.

10            Amazon understands this, so as a

11   professional account holder, they will help you with

12   disputes like that, and they help give you benefit of

13   the doubt because you're going to continue to sell

14   there.  As an individual, they just leave you out

15   there to kind of fend for yourself.  And they do that

16   because they love to reward people that are utilizing

17   their system.

18            All right, now, here's a breakdown of those

19   things that I just mentioned.  And the final thing on

20   that list as a professional, and this list comes

21   directly from Amazon, is as a professional, you have

22   the eligibility to win the buy box.  As an individual,

23   it's virtually impossible.  Now, if you want to get 70

24   to 80 percent of those sales or a share of those

25   sales, I think it's a no-brainer to eventually become

1    professional.

2         Start off however you choose to, whatever

3    makes you the most comfortable in the beginning, but

4    just know, to have success, sometimes you have to feel

5    a little discomfort.  Without progress, there's

6    nothing but regress, and I think most of us have

7    learned that in our adult lives.  So if you want to

8    learn how to win that buy box, get to our live

9    training so we can walk you through that step by step.

10        Now, once you've got your account set up,

11   whichever account you need, whichever account you

12   decide to go with is great, you just need to get

13   started -- the next step is you need to have something

14   to sell.  Now, some of you may have businesses,

15   products and inventory that you can sell right now,

16   and some of you aren't sure.  You're just saying to

17   yourself, hey, Jay, I just want to make money selling

18   on Amazon, I don't care what I sell.  And that's great

19   because you're a blank canvas.

20        Something I've learned is never prejudge

21   products until you run the numbers.  If I said to each

22   and every one of you on this webinar, hey, go out and

23   sell Chapstick, most of you would probably laugh at

24   me.  But when I show you that the number one seller of

25   Chapstick of all time on Amazon does about $70 million

1    in sales each year, suddenly Chapstick sounds pretty

2    good.

3          Now, these five guys now own an Amazon store

4    called Pharmapacks.  And it started because they all

5    worked together in a pharmacy and didn't like their

6    job much.  One of them got education on Amazon,

7    learned how to sell.  Didn't get an advanced

8    education, just some basics.  And they had some time,

9    took them quite a while through trial and error, and

10    they learned that if they sold one Chapstick or one

11    travel-sized toothpaste, they actually lost money on

12    Amazon.  But if they could package them together and

13    offer them in packs, thus the name Pharmapacks, they

14    made a lot of money.

15          Now, if Pharmapacks sounds familiar to you,

16    as in the last couple of years, it's been said that

17    Pharmapacks is one of the 500 fastest growing

18    privately held companies in the United States.  And it

19    essentially started because they didn't like their job

20    much and they learned how to sell on Amazon the right

21    way.  And if you get a chance to read any of the

22    articles that have been written about them and they've

23    been interviewed, they say that if you want to become

24    a great seller on Amazon, they say learn how to win

25    the buy box.  That's what took them from where they

1     were to the $70 million a year they're selling now.

2            Now, what we look for on Amazon through

3     Sellers Playbook, what we educate you on, is how to

4     plan what we call FAST-moving products.  And FAST is

5     another acronym.  F stands for financially profitable,

6     can we make money with it.  A, is it available over

7     and over again?  Can I find a place to get this

8     product where I can purchase it at a good price and

9     resell it for a profit?

10           Now, you also want to analyze that product

11    and determine if it's a trend or if it's what we call

12    a core product.  Core means it will sell continuously,

13    over and over and over again.  Trend, as we all know,

14    will eventually end.  If you remember a while back,

15    the big trendy item for kids was -- I know you can see

16    it in your mind -- it was fidget spinners, right?

17    Then it kind of moved on to slime and some other

18    things.

19           And I think we could all agree, if you all

20    went out and bought a bunch of fidget spinners right

21    now, you're most likely going to lose money because

22    that trend has ended.  So we want to show you to

23    analyze core products and trends so we can see if we

24    can make consistent income with those products.

25           Now, the S stands for sellable.  Now, what I

1    mean by sellable is as a brand new seller, there are

2    millions of products that you have the ability to go

3    out and sell right now.  On that same note, ladies and

4    gentlemen, there are a lot of products you can't sell

5    until you get approval.  So if you'd like to sell in a

6    category like health and beauty or jewelry or

7    electronics or grocery, you're not able to sell

8    products from those categories until Amazon approves

9    you to sell in those categories.  There's a process to

10   go through.  Those of you that attend our live

11   training, we'll walk you through that step by step.

12        Now, once you're approved in certain -- in

13   specific categories, we will then show you how to get

14   approved for certain brands.  Brands now are

15   restricted in many cases, also.  So as an example, if

16   you wanted to sell one of the best-selling athletic

17   products out there today, a brand called UnderArmour,

18   you actually need to get a list -- excuse me, you

19   actually need to get a letter from UnderArmour

20   authorizing you to be a reseller of their goods on

21   Amazon.  And once you get approved, you're then

22   charged $1,000 for that approval, almost like a small

23   franchise fee.

24        More and more companies that are big brown -

25   - brand names are now charging for the right to sell

1    their product on Amazon because they want to make sure
2    you're serious.  Brands like Tory Burch and Nike,
3    brands like Calvin Klein, are now charging fees,
4    Adidas, to get approved to sell their product.  And
5    the challenge a lot of times is these brands don't
6    tell you until after you've been approved.
7            Get to that workshop, so we'll give you a
8    list of those different brands and what they charge
9    for approval and also walk you through, step by step,
10   how to get those letters and how that works.  We'll
11   walk you through those things, and it's very
12   important.
13           Something those of us that are on Amazon
14   have learned over the last while is Amazon will be
15   around for a long, long time.  However, that doesn't
16   mean that Amazon is always going to allow brand new
17   sellers to become third-party sellers.  They may
18   eventually say, hey, you know what, we have enough.
19   It could happen.  And seeing these what are called
20   gatings and restrictions only lead us down that path
21   to believe that's going to happen more and more.
22           Now, take for example, I think we all know
23   the best time to sell toys anywhere is the holiday
24   season, that fourth quarter we call it, October,
25   November, and December; however, did you know that if

1    you haven't sold at least 15 toys by October 1st, you

2    are not able to sell toys on Amazon until January of

3    the next year?  Let me repeat that.  If you haven't

4    sold at least 15 toys by October 1st of this year,

5    Amazon does not allow you to sell toys until January

6    of next year.

7            They don't do that to penalize you as a new

8    seller.  They do it to reward the educated sellers

9    that know what they're doing because they're following

10   the Amazon system.  Amazon has a system just like the

11   military, just like jobs, just like anything you've

12   ever been through.  And those that follow that system

13   that Sellers Playbook can teach you tend to have the

14   most success.

15           Now, the final letter in FAST-moving

16   products is T.  And T stands for turnover.  How

17   quickly does the product sell so I can manage my

18   inventory?  If we purchase too much inventory and we

19   have it sitting in an Amazon fulfillment center,

20   Amazon can charge us storage fees.  You don't want to

21   get into a position where you're spending money when

22   you don't need to.

23           Well, where do we find access to these

24   products?  There's a number of different places to go

25   to do this.  Now, if you have some capital to spend,

1    I'm going to highly suggest you do what many of us as

2    sellers do now, where it becomes automated.  We can go

3    to suppliers, wholesalers, manufacturers, and you can

4    negotiate deals to get product at a good cost per unit

5    so you have that profit margin you want when you sell

6    it on Amazon and you win the buy box.

7              Now, it does take some capital to do this,

8    as you know.  And if those of you that are getting

9    started here today are thinking to yourself, well, I'd

10   love to make money on Amazon, but I don't have a ton

11   of capital, just hold tight because I'm going to show

12   you how to get started and earn capital.  And those of

13   you that attend the workshop, we're going to show you

14   ways that you can get access to capital to go out

15   there and buy some of these products in bulk, because

16   if you've ever worked with suppliers and wholesalers,

17   you probably already know this.  The more product you

18   buy at once the better cost per unit you get.

19             So we want to show you how to even source

20   money.  Now, many of our students are able to get

21   anywhere from $10- to $100,000 that they can use to

22   buy product at 0 percent interest for 12 to 18 months.

23   If that got you excited and you were listening to

24   that, then you definitely need to get enrolled.  Click

25   that button and go sign up for that class as soon as

1    possible.

2           Now, suppliers, wholesales, and

3    manufacturers, something I've learned through

4    experience, is you can never ask too many questions.

5    I remember, and many of you have hard of this company,

6    this website.  It's a website called Alibaba.  You

7    ever heard of Alibaba?  Well, Alibaba is not a place

8    that you're ordering products from directly.  They're

9    essentially a broker.

10          Now, years ago, I didn't know this.  So when

11   I ordered product directly through Alibaba, when it

12   was delivered to my house, the delivery guy shows up,

13   DHL is the company that delivered, and when I went

14   outside to sign for the product, he told me he

15   couldn't leave me with -- when I went outside to sign

16   for the product, he told me he couldn't leave the

17   product with me until I paid my international taxes

18   and my customs fees.  So I threw a fit and said, well,

19   what if I don't pay.  And he said to me, then I put it

20   back on the truck and I leave; either pay or don't, I

21   need to leave.

22          The reason I was so frustrated and the

23   reason I threw a fit is because those fees added up to

24   almost the same cost as my product.  It essentially

25   doubled my product cost.  Nobody ever told me this.

1    DHL didn't tell me this; Alibaba didn't tell me this;

2    and the manufacturer that I went through, which was

3    linked through Alibaba, never told me these things

4    would happen.  If you've heard that saying, you don't

5    know what you don't know, it's absolutely true.  I've

6    heard so many horror stories because people do these

7    things and try to do it on their own without the

8    proper guidance and education.

9           Now, those of you, as you go out there and

10   you start to research suppliers and wholesalers, and

11   if you do a Google search, you're all going to find

12   the same ones anyway.  So another added benefit to

13   getting to our workshop is we currently work with a

14   few thousand different suppliers and wholesalers.  But

15   we know if we gave you all of those it would be too

16   overwhelming for you.

17          So for those of you who get enrolled, we'd

18   like to get you started with at least 100 suppliers

19   and wholesalers that will get you on the right path,

20   the ones that have already been asked the questions

21   that you need to ask so you can actually get out and

22   start making money as quickly as possible.  It's just

23   another added benefit to learn from people that have

24   already been there and done that, that have already

25   had success on Amazon and they can pass that on to

1    you.

2            Now, as I mentioned before, to buy a product

3    from suppliers and wholesalers, it's good to have some

4    money.  It's good to have some capital to go out and

5    do this.  But what about those of you that are working

6    on a limited budget, that are saying to yourself, hey,

7    I can afford this class, I know I can do that, it's a

8    no-brainer, but I don't have a ton of money to go out

9    and buy product?  Well, there are some other ways that

10   you can get started doing this with very little

11   capital out of your own pocket.

12           One is something called consignment.  If you

13   know what a consignment shop is, this should make

14   sense to you.  Consignment is just selling for other

15   people.  Now, you may not make millions of dollars,

16   but if you need a way to start creating income, and

17   that's why you're all here, consignment is just

18   selling for other people and making a commission each

19   time you sell.

20           Another thing that has become very popular

21   when done properly is drop shipping.  But if you don't

22   know what you're doing, you could really get yourself

23   in trouble, especially when it comes to shipping times

24   and controlling that inventory.  But drop shopping,

25   the positive side is you don't have to pay for the

1    product up front, nor do you ever have to touch the
2    product.

3            So how this works is a drop shipper gives
4    you access to their inventory.  You take one of their
5    products and you list it on Amazon.  When that product
6    sells, the customer pays you.  You then pay the drop
7    shipper.  And the drop shipper then ships that product
8    directly to the customer.  So what does that mean to
9    you?  As I mentioned before, you're not paying for the
10   product up front, you don't pay for it until somebody
11   pays you first.  And then when the product gets sold,
12   you never have to touch it.  That product is shipped
13   directly to the consumer for you.

14           Now, if you love the sound of that, once
15   again, get to that workshop so we can walk you through
16   good drop shippers that actually are qualified that
17   will help you run your Amazon, the business, the
18   correct way, because there are a lot of ones that you
19   may get in trouble utilizing if you don't know what
20   you're doing.

21           Personal items.  Yes, ladies and gentlemen,
22   it's okay to sell used product on Amazon, but it's not
23   the same as eBay.  You want to sell gently and lightly
24   used product.  But you probably have things sitting in
25   the -- sitting in your house.  You probably have

1    products sitting in the closet that you haven't

2    touched since you bought it, or since somebody gifted

3    it to you.  Start off trying to sell those things.

4            And, of course, a great way to get started,

5    the way that I started, and I did this for almost ten

6    years, it's something called retail arbitrage.  Now,

7    retail arbitrage is essentially going into stores,

8    buying product and reselling it.  One of those home

9    runs tend to be a store like this.  Now, I'm sure you

10   all recognize this store.  This is a Walmart clearance

11   aisle.  And I know you all know it.  And now what you

12   have the ability to do with the right technology is

13   there is something called a seller's app, where you

14   can walk up and down these aisles, you can scan or

15   take pictures of the products, and it will actually

16   show you what that product is selling for on Amazon

17   and all the profitability.

18           So you scan in the product as simple as

19   these disposable women's razors.  These were on

20   closeout at Walmart.  These sell, on closeout, at $2

21   apiece.  But if you look below, directly from Amazon

22   seller's app, it shows that their buy box price was

23   $19.24, minus the $3.88 fee, gives you gross proceeds

24   of over $15.  Subtract the $2, and you're making over

25   $10 profit every time you sell these.  And I know that

1    may not be the home run you're looking for, but you

2    get enough of these, and it can be definitely

3    something you can make money with, something very

4    profitable for you.

5            Here's another item.  This was on closeout

6    at Walmart once again.  This is a -- an electric

7    lawnmower.  And you can see there that the buy box

8    price at the time was $429 on Amazon, minus your fees

9    of about 15 percent, $65, gives you gross proceeds of

10   $364.08, minus the $99 cost of the product gives you

11   about a $265 profit.  Now, if you're shipping this out

12   yourself, you probably realize that that's a large

13   box.  It may cost $100 to ship.  You're right, but

14   you're still making over $150 profit selling the

15   product you found in a Walmart.  Not bad.

16           Now, let me have you take a look at this

17   product for a moment.  Now, if you're looking at this

18   product and you're saying, hey, I know what store

19   that's from, you should definitely be doing retail

20   arbitrage, or you just flat out shop too much.  So

21   that product right there is actually from Target.

22   Now, you can see, if you're looking closely, that it

23   was for sale for $11.06.  At the time, on Amazon, it

24   was selling for 61.81, minus the $10.26 fees, leaves

25   you with $51.55 gross proceed, minus the $11 gives you

1    $40 profit.

2         Now, remember, if you're shipping this

3    product out yourself, you can ship this in the flat-

4    rate shipping envelope for about $6.  Now, if you

5    don't know where to find those numbers and determine

6    what shipping costs are, get enrolled for the class.

7    Let us walk you through that.  However, that still

8    leaves you with about a $34 profit.

9         Now, the challenge that a lot of people run

10   into and where a lot of people go wrong is, of course,

11   seeing these and saying, look, over $30 profit.

12   There's a bunch of these, let's buy them all.  That's

13   not necessarily the best idea.  Now, here's the reason

14   I utilize this in this example.  I have an 18-year-old

15   son.  When he was younger, 13, 14 years old, he

16   learned how to sell and he learned how to do retail

17   arbitrage.

18        Now, I did this for a couple of reasons.

19   Number one, because I think young people need work

20   ethic -- so does everybody, really.  And I also

21   think it's important for everybody to have an

22   entrepreneurial skill because we no longer work for

23   companies for 20 and 30 years and retire with great

24   pensions.  And that's probably why a lot of you are on

25   this webinar, because you need the supplemental income

1    or you need another way to make money.

2            Well, when he was shopping for these, we saw

3    that there was about 100 of these laying around, which

4    seemed great, seemed like that's $3,000 profit.

5    However, if we were to purchase every single one of

6    these, what we found is that only one of these chair

7    covers is selling every five days.  So if I buy 100 of

8    these, we're holding onto this inventory for about a

9    year and a half.  Well, that's not a very smart

10   investment if I want to make money in a decently rapid

11   pace.

12           Not only that, when it comes to retail, if

13   there's no demand for a product, that price is

14   eventually going to drop.  Now, by the time we sold

15   our last one, or my son did, the ten that he bought,

16   the last one sold for just under $37.  Still

17   profitable, but nowhere near those profit highs that

18   we originally saw when we saw all of them lined up.

19           So the challenge in knowing this is Amazon

20   limits the amount of information they give you.

21   Nowhere on an Amazon listing would you know that only

22   one of these chair covers is selling every five days.

23   So you may be wondering, well, how do we figure that

24   out.  Well, get to that workshop so we can walk you

25   through this.  What we used is a technology that was

1    created by Sellers Playbook.

2            Not only does Sellers Playbook provide you

3    with the proper education to create a real Amazon

4    income, to learn what that 10 percent does right, what

5    we also do is they also create technologies to help

6    you take the guessing out of Amazon.  And that's what

7    too many people do on Amazon today, is they guess and

8    they hope for the best, and that's why they end up

9    losing money.

10           So let me show you a normal Amazon listing

11   as we've looked at before.  This is a rice cooker.

12   Now, this rice cooker, if you have the proper

13   relationships with the right suppliers, you may be

14   able to get at a great price where you're making at

15   least a 20 percent profit margin, things that we'll

16   teach you how to figure out at that workshop.  So

17   that's making you $6 apiece, which doesn't sound that

18   amazing, I know.  But when you do it with volume, this

19   could pay your bills.

20           Well, this is a normal listing, and this is

21   about all you see.  Now, what we look for on Amazon is

22   towards the bottom of a listing.  You're going to find

23   an area that's called item description.  And it's

24   going to look like this, and you see all this

25   information?  But towards the bottom there, I want you

1    to focus on something called the best sellers rank.

2    And you can see this particular product, this rice

3    cooker, Aroma rice cooker, is ranked number 35 in

4    kitchen and dining.

5            Well, if you've ever seen a product on

6    Amazon that was listed as a best seller, it means it's

7    ranked in the top 100.  Now, Amazon doesn't tell you

8    how quickly an item sells or how many of that item

9    sell on a daily or weekly basis.  What they give you

10   is a ranking of the product, number one being the best

11   and the most popular, all the way down.  Now,

12   remember, there's millions and millions and millions

13   of products that are being sold on Amazon on a daily

14   basis.  So if you come across a product that ranked

15   number 1.96 million, you know that product probably

16   isn't selling very well.

17           But this particular rice cooker, if you look

18   closely, is a best seller.  It was ranked number 35 in

19   kitchen and dining.  Now, if I want to order a bunch

20   of these so I can sell them and make a bunch of money

21   selling these on Amazon, I've got to have a

22   guesstimation of how many I should order.  The problem

23   is I know it's ranked number 35, but I have no point

24   of reference.  It's still a guessing game.

25           So how is my son able to figure out that

1    only one of those chair covers was selling every five

2    days, and how would I know how many of these rice

3    cookers I should order so I'm not sitting on too much

4    inventory?  This is where our technology called the

5    BSR calculator comes in.  This takes you from guessing

6    to knowing, realtime.  So now what I can do is I can

7    take that ranking that you just saw, kitchen and

8    dining, of rank number 35.  I can see the area that's

9    kitchen and dining.  I type in number 35; I hit go,

10   and it will show me that realtime, over the last 24

11   hours, 70 of those rice cookers have sold.  But even

12   more importantly, it shows me the average each day

13   over the last 30 days.

14          So if I do the math on that, I see that

15   there are 80 of these rice cookers that are selling on

16   a daily basis over the last 30 days.  That's

17   information that's incredibly valuable.  This now

18   gives me an idea and a baseline of how much I should

19   order from a supplier or wholesaler, and I know how

20   many are actually selling.  This is what most sellers

21   on Amazon are never able to figure out.

22          So now if I know that there's an average of

23   30 days in a month and I know that 80 of these

24   guesstimation are selling on a daily basis, I know

25   that about 2,400 of those rice cookers are selling

1     each month.  And if know that they're selling for

2     about $30 apiece, I know that's about $72,000 worth of

3     gross sales.  Now, that's not profit, everybody.

4     That's just total sales.

5              I mentioned before, our profit on this from

6     a supplier would be about 20 percent.  That's only $6

7     apiece, but consider 20 percent of that $72,000 is

8     just over $14,000.  Now, if you're winning the buy box

9     on this rice cooker and you're getting 70 to 80

10    percent of those sales, that means you're making over

11    $10,000 a month selling just one product than in this

12    case you wouldn't even have to touch.  It would be

13    purchased from a supplier.  You could have it

14    delivered to a fulfillment center, learning the proper

15    way to do so, then you can learn how to win the buy

16    box and make money selling this rice cooker, just as

17    an example.  And that's $10,000 per month selling the

18    rice cooker.

19             And if you're able to do that your first

20    month, well, what do you do your second month?  Well,

21    if you just do it again, you're right.  But if you do

22    it again, you might as well do it on vacation.  You

23    just made ten grand selling a product you didn't even

24    have to touch.  And what's amazing about an Amazon

25    business when done properly, this is what it gives me,

FTC-SP-001562

1    an ability to travel (audio glitch).

2            But I guess a more (audio glitch) for me is

3    spending time with my family and go on vacations I

4    never dreamed I'd be able to and not have to worry

5    about a paycheck is you can run this business (audio

6    glitch) using this webinar right now has the ability

7    to do once you have the proper connections, the proper

8    inventory, that you have the knowledge on how to win

9    the buy box, and you have a support team like Sellers

10   Playbook to help guide you through it, that's what we

11   can get you.

12           And the next month, you do the same thing.

13   The next month, you do the same thing.  And you

14   continue to look for more products, like that plastic

15   container.  Do you realize, you get one of these

16   products selling, and if you're one of three sellers,

17   one of eight sellers, many times you're making more

18   money on a monthly basis than the average American

19   makes in a regular, 40-hour-a-week job.

20           How many of these products does it take to

21   replace your income?  For me, that was my goal, is

22   find a way to get out of my regular, everyday job,

23   manual labor.  It was exhausting.  So we look for

24   those reasons why.  What's going to take you to that

25   level?  What's going to make that decision where you

1    decide to take that step forward?  Right?

2          Get to that three-day training.  Let us walk

3    you through things.  Let us walk you through what

4    those Amazon sellers that are million-dollar sellers

5    are doing right and not worry about what the 90

6    percent are doing wrong.  As I said, we're going to do

7    this, it's hands-on training.  You can see here, bring

8    your laptops, bring in your digital devices.  Let us

9    walk you through things step by step.  Let us educate

10   you, train you in a fashion that everybody can learn.

11          Let us sit down with you.  Let us put

12   together business plans to help you find and achieve

13   your dreams.  Let us walk you through those things.

14   For me, when I first started, I knew that my goal was

15   to make some extra money.  Then, when I got to a point

16   where I came across Sellers Playbook and they said,

17   here, what you've been doing for the last several

18   years is more than most because you're actually doing

19   it, but you're working really, really hard doing

20   retail arbitrage, and that's all you're doing to make

21   very, very little.

22          Today, ladies and gentlemen, I work less

23   physically than I've ever worked, but I make more

24   money.  And I think that's the dream for every one of

25   us.  Well, my other reason why, outside of just making

1       more money, was I happen to be a single father.  And

2       in the beginning, my son, I told you, he does retail

3       arbitrage now, he was a cute little kid and he was fun

4       to take care of.  Today, he's a monster.  He's 6'6",

5       260 pounds.  And something fun has happened in the

6       last little while, and gearing up for him to go to

7       college, which I think traditional education is

8       incredibly important to everybody, and I hope you

9       agree with me, but it may not be for everyone.

10              When I started to look into costs for

11      college, I was shocked.  Knowing what I spent years

12      ago versus what people are spending today, do you

13      realize the cost of out-of-state tuition right now is

14      over $20,000 a year?  $20,000 a year.  For a four-year

15      bachelor's degree, that's almost $100,000.  And the

16      scary thing with that today is, well, what is that

17      bachelor's degree really going to get you?  It's a

18      certificate that may or may not get you a job.  Most

19      people I know that have degrees, including myself, it

20      hasn't done much for us lately.  And me, over the past

21      20 years, virtually nothing.

22              And I'm not knocking it.  I think it's great

23      to have that education, but we get to upper-level

24      education, master's degrees, now we're talking

25      hundreds of thousands of dollars.  Now, my son was

1    blessed with size.  He actually recently received a

2    football scholarship, and when this happened and they

3    had a little press conference and they had the school

4    and they were taking pictures, I started to tear up.

5    I'm not that -- I'm not that emotional person that

6    some tend to be.  And it hit me, the reason I was

7    tearing up, when my son came up to hug me to say, Dad,

8    thank you for -- and it's going to be great, I kind of

9    pushed him away a little bit, and I said I'm not

10   crying for you, I said I'm crying for me, because I

11   don't have to pay for school.  And he's a gentleman.

12          Do you realize, there's more student loan

13   debt in the United States right now than there is

14   credit card debt.  That blows my mind.  Now, my son is

15   blessed and fortunate enough to have the size of being

16   6'6", 260 pounds.  Many of you don't.  Many of your

17   kids don't.  And the reason that I think this is

18   important is, yes, he's lucky enough that he's going

19   to be able to get a free education.  Most people

20   don't.  But even if he did, I know I would make sure

21   that he found a way to go to college.

22          And the reason I tell you this story is my

23   son has learned a skill that will make him money for

24   the rest of his life.  Whether college works for him

25   or not, whether football works for him or not, he'll

FTC-SP-001566

1    always know how to make money selling products online.

2    And that education is worth way more than that

3    $100,000 a year.  And each and every one of you on

4    this can get that same type of education for less than

5    $1,000, something that will make you money for a

6    lifetime versus a certificate that might get you a

7    job.

8         Now, as I said, I'm not knocking traditional

9    education, but it's something you may want to

10   consider.  Hey, this is something that actually

11   teaches you how to make money.  And if you're

12   struggling right now, what's going to change unless

13   you take that step forward to make that change?

14   That's why I say click on the button here on this

15   page.  Click to get enrolled.

16        Now we also offer at Sellers Playbook not

17   just education, but we also want to make sure you have

18   all the tools you need to succeed and to really pass

19   the majority of Amazon sellers in a very quick

20   fashion.  So we also want to provide you with some

21   online tools to help you succeed.  Now, one of those

22   is our game -- is our game plan home study course.

23   Our game plan home study course offers a number of

24   different educational videos to help get you started

25   on Amazon.

1          Now, you can sign up for this course anytime

2     online in 997; however, you're going to get this

3     included for your 797 enrollment.  So it's not just

4     the online course.  You're also going to get the face-

5     to-face three-day course.  That's where the real work

6     happens because that's where the real success begins,

7     because we're able to work with you as an individual

8     one-on-one, as well as in a group setting.  And you're

9     going to meet like-minded people that you can continue

10    to work with to help you on the path to success.  Now,

11    you'll receive access to this shortly after enrolling.

12          You're also going to receive access to that

13    100 supplier and wholesaler list.  So within the next

14    few days, you'll be able to start contacting suppliers

15    and wholesalers so you can see what to do.  However, I

16    will strongly suggest, get to the workshop.  Remember

17    when I said you can never ask too many questions?  Let

18    us give you a list of questions to ask these suppliers

19    and manufacturers so that you don't put yourself in a

20    bad position like I was, where I ended up having to

21    pay for customs fees that I didn't even know existed.

22          And also a tool that is just so incredibly

23    important today, and if you're not on Amazon already,

24    it's impossible for you to realize how important this

25    tool is.  It's a necessity.  It's not something that's

1   really optional today, and that's that BSR calculator.

2   You have to know how many products are actually

3   selling on a daily basis.  Now, this will give you

4   that opportunity.  I've had people enroll just for

5   this tool.  You can purchase this tool for over $1,000

6   by itself, but be smart.  Just get to the training

7   because we're going to provide you and your guest

8   access to this BSR calculator for free.

9          There are no monthly fees.  There are no

10  yearly or maintenance fees.  Once you have it, you

11  have it.  And the reason we do that is because the

12  owners at Sellers Playbook realized that the BSR

13  calculator is something you have to have to be a

14  successful Amazon seller.  So it's worth it for that

15  and that alone.  Just think of all the other things

16  that come along with it.

17         Now, we're also going to provide you with

18  some books, our Sellers Playbook manual.  You'll also

19  receive this in a downloadable fashion in the next few

20  days when you get access to that game plan home study

21  course.

22         Now, if you were to price each and every one

23  of these things out individually, the cost to attend

24  our live training in your area -- and we don't do

25  these trainings that often.  We have a limited number

**FTC-SP-001569**

1    of trainers to go out and do this that actually teach

2    Amazon properly and sell on Amazon, so it's something

3    we don't have the opportunity to do that often, so get

4    there now.  The sooner you get started, the sooner

5    you're going to have success.

6              That three-day workshop is usually 997 per

7    person.  The playbook manual, $297.  The BSR

8    calculator, as I mentioned, by itself, 997.  And the

9    game plan home study course, 997.  That's a total

10   value of just over $4,000 -- $4,285.  Those of you who

11   enroll with us here through this webinar by clicking

12   that button below, you're going to get a discounted

13   rate for 797.  That's less than a quarter of the cost,

14   and you're both going to be able to attend.  You're

15   both going to get access to the BSR calculator, and

16   you'll both have access to the game plan, home study

17   course.  You'll both be able to utilize all those

18   tools there to take you from where you are right now

19   to where you want to be selling successfully on

20   Amazon.

21             And we have one final bonus per enrollment,

22   because we don't want you to have any reason you can't

23   run this business -- dates, money, anything being the

24   challenge.  That's why we want you to give us a call,

25   let us walk you through those things.  But,

1    importantly, we want to provide you with the

2    education.  We want to provide you with the software.

3    But we also want to provide you, for those of you

4    lacking it, we also want to provide you with the

5    (audio glitch) knowledge you need to run this

6    business.

7           So as an added bonus, when you get to that

8    workshop, we're also going to provide you during that

9    workshop with a free Kindle, so you also -- now, this

10    is on a limited basis.  This is on a first-come,

11    first-serve basis.  So click that button below.  Get

12    yourself enrolled.  Make that investment in yourself

13    because if you never invest in yourself, nobody else

14    will.  It's worth it to be there to learn what that

15    small percentage of Amazon sellers do extremely well,

16    and I look forward to working with you from now into

17    the future.

18           So as you see here, investment to attend our

19    live training in your area in the upcoming weeks is

20    $797.  That includes everything you see here,

21    including the Kindle.  Get to that workshop.  If

22    you've ever wanted to make an additional income, if

23    you've ever wanted to be able to have a business you

24    can run from home in your spare time and make more

25    than the average American, you've found your way.  Now

1    you just need to take action and get there.

2             I wish you best success.  Congratulations to

3    each and every one of you, and we'll see you at the

4    workshop.  Thanks for coming out.

5             (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 CERTIFICATE OF TRANSCRIPTIONIST

2

3

4         I, Sara J. Vance, do hereby certify that the

5 foregoing proceedings and/or conversations were

6 transcribed by me via CD, videotape, audiotape or

7 digital recording, and reduced to typewriting under my

8 supervision; that I had no role in the recording of

9 this material; and that it has been transcribed to the

10 best of my ability given the quality and clarity of

11 the recording media.

12         I further certify that I am neither counsel

13 for, related to, nor employed by any of the parties to

14 the action in which these proceedings were

15 transcribed; and further, that I am not a relative or

16 employee of any attorney or counsel employed by the

17 parties hereto, nor financially or otherwise

18 interested in the outcome of the action.

19

20

21 DATE:  7/2/2018

22                 SARA J. VANCE, CERT

23

24

25

FTC-SP-001573