## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney General, Lori Swanson,

      Plaintiffs,

      v.

SELLERS PLAYBOOK, INC., a corporation,

EXPOSURE MARKETING COMPANY, a corporation, also d/b/a Sellers Online and Sellers Systems,

JESSIE CONNERS TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY,

      Defendants.

CASE NO. _____

**<u>FILED UNDER SEAL</u>**

**PLAINTIFFS FEDERAL TRADE COMMISSION'S AND STATE OF MINNESOTA'S EXHIBITS**

**VOLUME IX**

**Px. 38**

**FTC-SP-001764 - FTC-SP-002083**

1


SCANNED
JUL 30 2018
U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|-------|---------------------|-------------------|-----------------|
| Px. 38 | Declaration of Alfred Touchet | FTC-SP-001764 | FTC-SP-002083 |

# PLAINTIFF'S EXHIBIT 38

FTC-SP-001764



PLAINTIFF'S
EXHIBIT
38

## DECLARATION OF ALFRED TOUCHET
### Pursuant to 28 U.S.C. § 1746

I, Alfred Touchet, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.  I am a United States citizen at least eighteen years of age. I reside in Provo, UT.

2.  I started working for Sellers Playbook, Inc. ("Sellers Playbook") in late October or early November 2017. Dahlen Downing, the Director of Seminar Operations, hired me and was my supervisor at Sellers Playbook. Mr. Downing hired me based on my telemarketing and seminar sales experience and did not ask if I had any experience selling products on Amazon.com. I had no experience selling products on Amazon.com when Sellers Playbook hired me.

3.  Sellers Playbook offers various seminar and coaching packages that promise to show consumers how to make money by selling products on Amazon.com. Sellers Playbook is located at 9001 Science Center Dr., Minneapolis, MN 55428. Jessie Conners Tieva ("Jessie Tieva") and Matt Tieva own and operate Sellers Playbook. I worked remotely and never visited the company headquarters or met Mr. or Mrs. Tieva in person.

4.  Sellers Playbook puts on "Free Amazon Selling Trainings" across the country. A Sellers Playbook "instructor" or "speaker" leads each preview event. During the preview, the instructors pitch consumers a 3-day workshop that cost between $497 and $997. The company refers to these events internally as "preview events" and the "speakers" are actually salespersons with little to no experience selling on Amazon.com.

5.  I started as a closer at the preview events. My training was all on-the-job. Travis Wade was the seminar director on my team when I started with the Sellers Playbook and provided much of the training. Mr. Wade instructed me to tell consumers that a trainer would answer all of their questions at the workshop. My job was to check in consumers who came to events and to enroll consumers in the 3-day workshop at the end of the event. We used iPads for most of the work. We used an app called PlusThis to check in attendees and an app called SimpleSwipe to collect payments. I worked on a team of four closers. We traveled to a different metropolitan area each week and put on about three to five preview events in each area. During the course of my work with Sellers Playbook, I participated in preview events in California, Georgia, Florida, Illinois, Maine, Maryland, Ohio ,Oregon, and Texas.

6.  I worked at preview events with different speakers, including Don Montgomery, Mitch Johnson, Jazey Drecksel, Fausto Torrez, and Chris Peterson. Many of the speakers also work remotely. I learned that most of the speakers had little to no experience selling on Amazon.com. Some of the speakers even joked about having never sold anything on Amazon.com.

7.  Sellers Playbook promoted me to Seminar Director after a month on the job. My job was to set up for each preview event and oversee the closers. I also entered sales into a spreadsheet that was stored online in Sellers Playbook's shared space on Google Drive.

FTC-SP-001765

8.     As a Seminar Director, I participated in a weekly call with Jessie Tieva, Matt Tieva, and Dahlen Downing. During one call, Matt and Jessie Tieva instructed us not to use their names during the preview events. Mr. and Mrs. Tieva also told us not to say we were associated with Amazon after Amazon and the Washington Attorney General sued FBA Stores, a competitor of Sellers Playbook.

9.     Sellers Playbook had a minimum 10% conversion quota for the preview events. The conversion was the percentage of attendees at a preview event that purchased the 3-day workshop. We received bonuses if our conversions for the preview events exceeded the quota.

10.     Sellers Playbook would advertise its preview event on Facebook using the phrase "Amazon Riches." Many of the consumers who I spoke with at the preview events were under the impression that Sellers Playbook was part of, or associated with, Amazon.

11.     Many consumers told me they decided to purchase Sellers Playbook services based on the earnings claims and industry statistics provided during the preview events.

12.     I met with Dahl Downing in early 2018 about the possibility of becoming a speaker at the preview events.

13.     Mr. Downing provided me an audio recording of Jessie Tieva speaking at a preview event. The audio recording was approximately 2 hours long and titled "Jessie Connors Pitch." Mr. Downing told me to study the recording and that I should use it as a template for speaking at the preview event. I listened to the recording and recognized the voice on the recording as the voice of Jessie Tieva. All of the other speakers I worked with at the preview events used a substantially similar pitch to the Jessie Connors Pitch, including many of the same earnings claims and industry statistics. The company maintained a Google Drive with various recordings of different speakers. I provided a copy of the recording to Reeve Tyndall, an Investigator with the Federal Trade Commission. **Attachment A** is a true and correct transcript of the recording.

14.     Mr. Downing also provided me a PowerPoint slide show for the Sellers Playbook preview event ("Sellers Playbook PowerPoint") in connection with my training to become a Sellers Playbook speaker. I provided a copy of the Sellers Playbook PowerPoint to FTC Investigator Reeve Tyndall. **Attachment B** is a printout of the Sellers Playbook PowerPoint. Many of the slides in the Sellers Playbook PowerPoint, including multiple slides containing earnings claims and industry statistics, were used by multiple speakers at preview events I attended in my capacity was a closer or Seminar Director.

15.     I never became a speaker for Sellers Playbook.

16.     Mr. Downing also instructed me to start telemarketing for Sellers Playbook. My job was to call individuals who did not purchase a coaching package at the 3-day workshop and sell them on one of the coaching packages. These packages were priced up to $34,000. I used the payment processor Qualpay to process credit card payments. Mr. Downing did not provide me with a script but I understood that I should use the same earnings claims and industry statistics in the Jessie Connors Pitch and the Sellers Playbook PowerPoint.

2

17.     I felt that Sellers Playbook misled consumers by making dubious earnings claims and suggesting that it had an affiliation with Amazon.

18.     During my time at Sellers Playbook, the company started to rebrand itself as Sellers Online.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 24, 2018
Provo, Utah

_____
Alfred Touchet

FTC-SP-001767

ATTACHMENT A

FTC-SP-001768

1          OFFICIAL TRANSCRIPT PROCEEDING

2

           FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.    1823116

6

     TITLE         SELLERS PLAYBOOK

7

     DATE          RECORDED:  DATE UNKNOWN

8                  TRANSCRIBED:  MAY 18, 2018

9    PAGES         1 THROUGH 83

10

11

12              JESSIE CONNORS PITCH

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-001769

1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4    RECORDING:                                    PAGE:

5    Jessie Connors Pitch                            4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-001770

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Sellers Playbook              )   Matter No. 1823116

5     ------------------------------)

6                                    Date Unknown

7

8

9

10            The following transcript was produced from a

11    digital file provided to For The Record, Inc. on May

12    14, 2018.

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-001771

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                    JESSIE CONNORS PITCH

4          (Music playing.)

5          UNIDENTIFIED SPEAKER:  -- rags to riches

6    millionaire, she built an e-tail company in 2008 and

7    sold it in 2012.  She also built and sold a private

8    label.  She's been featured on CNBC, Oprah, the Today

9    Show for her brand and (inaudible).  She has also been

10   on the first season of Apprentice.  Please welcome

11   Jessie.

12         (Applause).

13         JESSIE CONNORS:  Thanks, Raquel.  Thank you.

14   How are you guys doing?

15         AUDIENCE:  Great.

16         JESSIE CONNORS:  Wow, that -- come on, you

17   guys.  We're ready to make some money, or what?

18         AUDIENCE:  Yeah.

19         JESSIE CONNORS:  Yeah, good.  I'm really

20   excited to be out here with you guys.  If you came out

21   here to make a change, you're in the right place.  And

22   you all came out to make a change, right?

23         AUDIENCE:  Yeah.

24         JESSIE CONNORS:  Okay, good.  I came to one

25   of these not too long ago myself, and it was
```

1    completely life-changing.  Like Raquel had mentioned,

2    I've done a lot in e-commerce.  I started selling on

3    Amazon quite a while ago, and learning how to do it

4    the right way made all the difference in the world.

5    Are any of you selling right now on Amazon or have a

6    store at all?

7            No?  A couple little hands going up.  Okay.

8    So our overall goals for today are these.  Number one,

9    we're going to talk about the streams of income on

10   Amazon's platform.  And then we're also going to start

11   understanding cash flow -- continual cash flow on

12   Amazon.  The reason why I want to bring that up and

13   talk about that is because I just want to make sure

14   that we're all on the same page, that today is not

15   going to be about learning how to put on an online

16   garage sale.  Is that okay with you guys?

17           AUDIENCE:  Yeah.  Absolutely.

18           JESSIE CONNORS:  So I don't know if you guys

19   hear this at all, but I do because when people ask me

20   what I do, I tell them I have an Amazon store and

21   people will say, well, what's that and say, well, I'm

22   going to go and put something on Amazon for sale.

23   Well, there's a really big difference between putting

24   something for sale on Amazon and making money on

25   Amazon.  You guys realize that, right?

1           AUDIENCE:  Yes.

2           JESSIE CONNORS:  So what I want to teach you

3     all today in the time that we have is the difference

4     because I'm sure that you didn't take time out of your

5     day today just to -- for kicks.  You really wanted to

6     change your life and make some big changes and be able

7     to stand back from maybe your JOBs and stay home more.

8     Is that right?

9           AUDIENCE:  Absolutely.

10          JESSIE CONNORS:  Wow.

11          AUDIENCE:  Yes.

12          JESSIE CONNORS:  Come on!  I know it's warm,

13    but, really?  Okay, good.  So we're going to really

14    talk about that, talk about being able to have your

15    time back, because I don't know about you guys, but

16    when I came to an event similar to this not long ago

17    myself, I was a -- I had a successful business, but it

18    was taking a lot of time away from me.  And what I

19    really wanted was to find the balance between having

20    capital but also not having any time, and I just felt

21    like I was away from my family a lot.  But -- and the

22    other side, too, having a lot of time and no money

23    sucks, too, right?

24          AUDIENCE:  Yeah.

25          JESSIE CONNORS:  So being able to find that

1    balance, and that's what I want to share with you guys

2    today what Amazon's done for me and how we can help

3    you guys parlay that success.  Does that sound good?

4              AUDIENCE:  Yeah.

5              JESSIE CONNORS:  All right, cool.  All

6    right, well, let's get started.  So we're going to

7    talk about taking action on the opportunity right

8    now.  So whether you live in a house like this or a

9    house like this, I'm sure you understand that there

10   is opportunity right now on Amazon's platform.

11   That's why you're here.  And by the way, if you -- I

12   just wanted to show you this to -- this is actually

13   the house that I grew up in for most of my childhood.

14   You guys are, like, oh, sorry, right?  I know it's

15   ugly.

16              I grew up for the majority of my childhood

17   in Northern Wisconsin, in the middle of nowhere.  I

18   don't expect you to know where it is.  It's called

19   Grandsford, but I lived in this house with no running

20   water, no electricity, cooked on a wood stove, heated

21   the house with wood.  I only have six years of

22   education total, so I'm just going to apologize in

23   advance, because I will write stuff up here, and if

24   you can't necessarily read it, just try to sound it

25   out, okay?

FTC-SP-001775

1          But I'm not trying to show you that to be a

2     sob story.  The only reason why I wanted to show you

3     this before we started off here, you guys, is it

4     doesn't matter where you come from or what kind of

5     tough situation or obstacle that you think you might

6     have in your life right now.  What really matters in

7     your life right now?

8          AUDIENCE:  Opportunity.

9          JESSIE CONNORS:  Opportunity, yeah, and what

10    you do today.  You all agree with that?

11         AUDIENCE:  Yeah.

12         JESSIE CONNORS:  So I just want to

13    congratulate for just making the time and effort to

14    come out here this afternoon.  It really does say a

15    lot about you and about your character just for making

16    the time to share with -- out here with us.  It shows

17    a lot about you, and the opportunity that is out there

18    right now on Amazon is absolutely incredible, and

19    that's what I want to talk about for the next ten

20    minutes because if you're in this room, you already

21    probably know that, but the timing is perfect right

22    now.

23         And if you wanted to know, just to move on

24    from this, but I did get my parents out of this house,

25    so they don't live there anymore, but I have to show

1    you one more embarrassing picture.  Don't laugh too

2    hard at this, okay?  That's me.  If you're confused,

3    it's not the one on that side, okay?  That's my

4    grandpa.

5         Anyway, I personally believe that there's

6    three keys to success.  Why don't you write these

7    down.  Number one, you got to recognize the

8    opportunity out there.  Is there a lot of opportunity

9    in the market right now, specifically on the Amazon

10   platform?  You guys -- are you in the right room or

11   what, like --

12        AUDIENCE:  (Inaudible).

13        JESSIE CONNORS:  Is there?

14        AUDIENCE:  Yes.

15        JESSIE CONNORS:  Yeah, absolutely.  You

16   guys are hitting the timing so well right now.  I

17   mean, I'll spend some time talking about that, but as

18   far as a third-party seller, that -- it's been around

19   since 2006, and it's just kind of crazy how many

20   people don't even realize that that's an option.  Have

21   any -- did any of you run into that if you told

22   someone, oh, I'm coming out to a seminar about making

23   money on Amazon, and they're, like, um, what?  Did any

24   of you have that experience?  What are you talking

25   about?

1          So -- and some of you -- some of you

2   know.  Some of you knew that already, but the timing

3   is so perfect right now, but you do have to know what

4   to do.

5          You have to get the knowledge, because

6   there's a lot of people out there which I know you

7   know that are jumping in blind or they have no idea

8   what they're doing.  They're listing stuff, and

9   they're not selling a darn thing, and it can get

10  really expensive if you don't know what to do.  So you

11  -- so we got to find out what to do, and that's what

12  we're going to talk about, and once we know what to

13  do, we got to take action, because the timing is right

14  now.  You could not have picked a better time to get

15  in and get your store started.

16         Amazon changes its rules all the time, so

17  with you guys getting in and getting started in a big

18  way, we need to -- for you to hit your -- hit your

19  train to Amazon's platform and -- and go because there

20  are so many people out there right now and I'm sure

21  you guys know that are kind of looking at the -- they

22  don't realize that the opportunity in retail has

23  totally shifted, right?  So many people think of

24  business as this brick-and-mortar.

25         Do any of you -- have any of you been in

1    retail before?  Some of you?  I had a store for

2    several years, and it's kind of like throwing

3    spaghetti against a wall hoping that, you know, people

4    will walk in and like what -- you know, what you're

5    offering.

6            But with Amazon, we can really predict

7    exactly what people are buying.  And it's really sad,

8    though, that so many people still think about business

9    in that light, kind of a tangible way, even though

10   Amazon, obviously, we're selling tangible products,

11   it's all virtual in some ways.  And that's what I want

12   to teach you guys how to do here and be able to stand

13   back from it all, but a lot of people are still kind

14   of in that mindset of the JOB and the security and,

15   unfortunately, is there any real security in your job

16   anymore?

17           AUDIENCE:  No.

18           JESSIE CONNORS:  No, it's going away, and

19   it's just really time to change your mindset and shift

20   opportunity and -- and recognize where the opportunity

21   is and take action and get out there.  And for a lot

22   of people, they're just going to end up sitting on the

23   sidelines and missing it altogether, right?  And

24   that's what I was saying is I'm sure you guys have ran

25   into a lot of people.

1     I mean, maybe you even had people that

2     questioned you for even coming out here and say, well,

3     what are you doing, why are you doing that, or why are

4     you wasting your time.  And those -- a lot of those

5     people just kind of stay in their comfort zone, so to

6     speak, and that comfort zone gets very uncomfortable

7     pretty fast, right?  So it's about shifting gears and

8     recognizing the opportunity that's out there right

9     now, and with the platform that we have with Amazon,

10    I'm just preaching to the choir, but you guys have

11    seen all of this before, I'm sure.

12            I mean, Amazon has just taken off, and the

13    cool thing is from -- from a point of view from

14    someone that has had a store before, so I had a retail

15    store, and it took me a little bit of, like, getting

16    my arms around the shift in the marketplace and

17    realizing that I needed to be on this platform.  The

18    great thing about Amazon and what they do, really, if

19    you really boil it down to brass tacks, is their

20    marketing and their fulfillment.  So they need third-

21    party sellers like us.

22            But you've got to get on -- onboard right

23    away, and this is why the timing is so important, you

24    guys, because if you wait around like most people are

25    going to do and say, well, we'll see what happens,

1    we'll see what happens, wait and see, wait and see,

2    where will the opportunity end up going?

3              AUDIENCE:  Nowhere.

4              JESSIE CONNORS:  Yeah, it'll go away, right?

5              So -- and because Amazon is changing its

6    rules all the time, we got to get you in and get

7    established quick, because it's one thing -- and I'm

8    going to show you some examples of this -- it's one

9    thing to just go and put something on Amazon.  If I

10   had a dollar for every person that told me, oh, yeah,

11   I'm just -- I'm just going to post this pillow that I

12   have for sale, and guess how many of those pillows --

13   it was a pillow with, like, Irish sayings on it, which

14   I'm Irish, which I thought was kind of cool, but guess

15   how many pillows they actually sold?

16             AUDIENCE:  None.

17             JESSIE CONNORS:  Zero, yeah.  So it's a big

18   difference between listing something for sale and

19   actually selling something and making Amazon your

20   business.  So I just want to make sure, and this was

21   what I was trying to communicate right -- early on

22   here, is that -- that you recognize the difference and

23   you get help, and that's why you guys are here, to

24   really create a business because the timing is

25   crucial.

1          We got to get you established now, because

2     if you kick it -- kick it down the road, kick it down

3     the road like so many people are doing, and then

4     they're going on websites like Ali Baba.  Have you

5     guys heard of that?  Okay, like Ali Baba, things like

6     that and posting junky stuff that they're spending a

7     lot of money to buy, posting it on Amazon, and they're

8     selling zero.  They're just wasting a whole bunch of

9     money and time.  And you do not want to do that,

10    right?

11          AUDIENCE:  No.

12          JESSIE CONNORS:  Right.  So timing is so

13    important, but knowledge, like I said, is really key.

14    If you go on Amazon and look at -- and do you guys all

15    shop on Amazon, right?

16          AUDIENCE:  Mm-hmm.

17          JESSIE CONNORS:  Do you know what Amazon is?

18          AUDIENCE:  Yes.

19          (Laughter.)

20          JESSIE CONNORS:  So if you go on Amazon and

21    look at anything, like a frying pan, for instance,

22    right?  Any old frying pan.  There's 400-plus pages of

23    frying pans, but on top of that, there is like

24    thousands and thousands of sellers.  That doesn't mean

25    that they're all making money.  You go under one

FTC-SP-001782

1    listing, one ASIN number and pull up that -- that

2    frying pan, most of the time, there's multiple sellers

3    under that one item.  You guys have seen that before?

4              Okay, I'm going to show you some pictures

5    because you'll see that there's a lot of people that

6    are listing stuff, but that doesn't mean that they're

7    doing anything, right?  So timing is so critical.

8    Recognizing the opportunity.  You guys are here.  You

9    recognize it.  I know I'm preaching to the choir, and

10   then learning what to do, the right way, so that you

11   really make it count, because I'm going to show you

12   how fast you can grow.  The timing that you have right

13   now to get in and catch this wave, have you guys ever

14   invested in anything before?  Yeah, the market, real

15   estate, whatever, right, is all about what?

16              AUDIENCE:  Timing.

17              JESSIE CONNORS:  Timing.  Timing is so

18   crucial.  So getting in now and taking off with it,

19   and that's what Sellers Playbook is all about.  One of

20   my favorite quotes -- I keep clicking this thing and

21   it's not working, so I'm just going to go over here --

22   Warren Buffett says this, he says, be greedy when

23   others are fearful and fearful when others are greedy.

24   Isn't that so true?  It's all about going against the

25   grain because like we said, so many people are just

FTC-SP-001783

1    sitting on the sidelines.

2            I mean, this is why I said congratulations

3    just for coming.  So many people are just, like, well,

4    we'll see, we'll see, we'll see, and let's try this,

5    or they buy some junky stuff on Ali Baba and try to

6    list it, you know?  And other people like you guys are

7    taking action and getting out there, recognizing the

8    opportunity and diving in.

9            So you're going to learn more about me

10   through the -- through the course of this one-and-a-

11   half-hour presentation, but I want to know about you,

12   too.  I want to know why you guys came out here.  Can

13   anyone shout it out?  Anybody?

14            AUDIENCE:  (Inaudible).

15            JESSIE CONNORS:  Make money.  Nobody came

16   out here to make money, right?  Oh, yeah, can I trade

17   this up?

18            AUDIENCE:  To learn.

19            JESSIE CONNORS:  To learn, okay.  What --

20   what else, though?  What's deeper?

21            AUDIENCE:  (Inaudible).

22            JESSIE CONNORS:  Passive income.  Quality of

23   life.  And what does all that mean?  Dreams.  What

24   else?

25            AUDIENCE:  Success.

1          JESSIE CONNORS:  Success.  So what would

2     that mean to you, though?

3          AUDIENCE:  (Inaudible).

4          JESSIE CONNORS:  More time with your family.

5          What else?

6          AUDIENCE:  Financial freedom.

7          JESSIE CONNORS:  Financial freedom.  What is

8     financial freedom?

9          AUDIENCE:  Vacation.  A boat.

10         JESSIE CONNORS:  Vacation, a boat, okay.

11         AUDIENCE:  So you're not living paycheck to

12    paycheck.

13         JESSIE CONNORS:  Yes.  So, you know what it

14    was for me when I came to an event like this, too, it

15    was cash flow.  I wanted to have the cash flow.  I

16    wanted to be able to stand back from it and be able to

17    have a business that was really working.  I've been an

18    entrepreneur my entire life.  I've -- well, you guys

19    saw, I was on The Apprentice.  I did real estate.  And

20    I -- I started businesses, and it was all really fun,

21    but are there any entrepreneurs in here?  Anybody?

22    Some of you are like, hmm, right, too embarrassed.

23         Well, I don't know if any of you can relate

24    to this, but I felt like I could never take a vacation

25    with the businesses that I had.  It was a pain in the

1    butt, like all of my employees would be calling me.  I

2    would get back from my vacation and I would have,

3    like, so many headaches that I was just driving myself

4    crazy.  So what I really wanted was to create

5    something, and I've been looking for my entire life of

6    something that I could truly stand back from.

7             And when I sold my e-commerce business, I

8    was really successful in it.  I -- I was, but it was

9    also taking so much time away from my life and my

10   children, and I swore I would never go back to retail

11   when I sold it.  I swore.  I was, like, never, ever,

12   ever again, until I learned how to do Amazon right.

13   And, so, that's why I come out once in a while and

14   talk about it because it truly has given me and my

15   family incredible opportunity.

16            So I want to show you some -- some pictures,

17   but before I do that, I want to know from you guys

18   more, so in the cash flow arena, how much would that

19   mean to you?  What does that actually look like to

20   you, financial freedom?

21            So if you were to think of a number, like

22   per month, what would you -- what would give you some

23   peace of mind?  What would that number be?

24            AUDIENCE:  (Inaudible).

25            JESSIE CONNORS:  Ten grand take-home?  Okay.

FTC-SP-001786

1    The reason -- there's a reason why I'm asking you this

2    question, okay?  So keep going.  Ten thousand bucks?

3    Everyone's going to be different.

4            AUDIENCE:  Seventy-five.

5            JESSIE CONNORS:  Seventy-five thousand?

6    Okay.  Anybody else?

7            AUDIENCE:  Twenty-five thousand.

8            JESSIE CONNORS:  Twenty-five grand?  How

9    about even five grand?  Anybody?  Yeah?  Okay.

10            AUDIENCE:  Five thousand a month would be

11    very nice.

12            JESSIE CONNORS:  Five thousand per month,

13    that's what I'm talking about.  Okay.  So the reason

14    why I'm asking you this is because when we talk about

15    your dreams and what you want and really why you're

16    here, I want to know exactly what that looks like for

17    you guys because we can, you know, throw spaghetti

18    against the wall and say, I mean, here -- here's the

19    thing, too.  You guys can go on Google and search how

20    to set up your seller central account.  That's not

21    hard.  That's really easy.  Putting a listing up,

22    really easy.  Making this kind of money every month is

23    different.  You guys agree with that?  So if you're

24    here to really learn how to build a business, that's

25    what I want to talk to you about.  Is that okay?  Is

1    that fair with you guys?

2           AUDIENCE:  Yeah.

3           JESSIE CONNORS:  Okay, because it's -- how

4    much you sell every month is obviously going to relate

5    directly to how much you make, right?  So instead of

6    just going out there and, like, throwing stuff against

7    a wall and saying let's figure this out, let's be more

8    pointed to it and really talk about exactly what you

9    guys all want to -- want to know, right?  Building a

10   business.  Is that -- is that true for everybody in

11   the room?  You're not here because you're bored,

12   right?  I hope.  I hope not, okay.

13          So what I have found in building a true

14   Amazon business that you can stay away from and keep

15   at a distance, I spend about an hour week -- or excuse

16   me, an hour a day checking prices and looking at

17   inventory, okay?  But what it comes down to to build

18   that is a couple of things, and I want you to write

19   this down this time, because most of you didn't write

20   the last one down, so write this down, okay?  For --

21   for one, you have to have a network around you.  You

22   have to have people around you because you don't want

23   to be fulfilling your orders.  That would just be

24   another full-time job, okay?

25          So you have to have a network around you.

1    You have to have suppliers.  You have to have

2    relationships with suppliers.  We're not talking about

3    going on Google and looking at Ali Baba or some dumb

4    website like that, okay?  Those are called consumer

5    reach -- or consumer wholesalers, and we don't even go

6    there.  Do not recommend those.  So number one, you

7    have to have a network.

8            Number two, you have to have a systematic

9    approach, so a system, to how you buy your product.

10   So -- because I'm going to show you some product in a

11   bit and we're going to do the math, and I'll show you

12   how much we make on them.  But think about it this

13   way.  You know those silly fidget spinner things that

14   are driving you crazy right now, right?  I have an

15   eight-year-old, okay?  I get it.  But those things are

16   a fad, right?  How long is that really going to last?

17           When we talk about passive income and

18   consistency, you have to have consistency.  If you're

19   going to quit your job, you better have this money

20   coming in every single month like clockwork.  You guys

21   agree with that?

22           AUDIENCE:  Yeah.

23           JESSIE CONNORS:  So you have to have a

24   systematic approach to how you buy.  Now, again, we

25   can go out there and throw, you know, spaghetti

1    against a wall and cross our fingers and hope

2    everything turns out okay, but that's a really good

3    way to waste a lot, too, okay?  So really building a

4    system.

5            The third thing is you have to have a coach.

6    You have to have someone pushing you through and

7    someone that's already been there.  I've done it

8    before, and personally on just my background, I was

9    really successful, like I said, in e-commerce, and I

10   had my own store and all that stuff.  When I decided

11   to move over to Amazon, I had to humble myself a

12   little bit and realize that it's two totally different

13   things.

14           So I did a lot of fashion-related stuff.  We

15   were on the Today Show all the time, fun stuff like

16   that with clothes and shoes and stuff like that.  Fun,

17   right?  But on Amazon, totally different.  So I had to

18   stop and realize that if I really wanted quality of

19   life, it wasn't so much about the product that I was

20   selling.  I mean, you got to believe in your product,

21   but you don't have to be passionate about it.

22           So, for instance, we have a pressure cooker

23   right now that's doing bananas, like 30 grand a month

24   profit, okay?  Would you guys all get behind a

25   pressure cooker if you're having some success?  Yes or

FTC-SP-001790

1    yes?  Right?  So the reason why I'm asking you this

2    question is that some people get really attached to

3    the idea with Amazon, like I have to really like the

4    stuff, that I'm going to create my own thing, blah-

5    blah-blah.  If truly you're here to create passive

6    residual income, you got to learn from people that

7    have already been there and done that.  You guys agree

8    with that?

9              AUDIENCE:  Yeah.

10             JESSIE CONNORS:  Okay, so I'm going to teach

11   you as much as I can in the couple hours that we have,

12   but as you guys probably saw when you walked in, you

13   got a glossy form on Sellers Playbook, and there are a

14   lot more than just a two-hour seminar.  We have

15   another three-day event that's coming back here to

16   Dallas, and every one of you, if you are really

17   serious about building the business, you need to go,

18   okay?

19             Are you guys serious about building

20   business?

21             AUDIENCE:  Yes.

22             JESSIE CONNORS:  Okay, then you got to go.

23   So it is not free.  Okay, it is an investment, but let

24   me just ask you this question, too, before we go on.

25   Even making 10 grand a month passive residual income

1    from your store, spending very little time per day,

2    what would that be worth to you?  Would you spend

3    three days out of your life to figure out how to make

4    this happen for your family?

5         AUDIENCE:  Yeah.

6         JESSIE CONNORS:  Okay, one person.  That's

7    awesome.  Like, for real.  I mean, would you?

8         AUDIENCE:  Yeah.

9         JESSIE CONNORS:  Okay, good, good, because I

10   hope that you guys know, and I would -- I would -- I

11   would think that you guys would understand and

12   appreciate, I'm really direct.  We can go -- we're

13   going to go through a lot today.  I actually have a

14   ton of slides, so I got to -- I got to hurry up here,

15   but if you really want to build a business, you guys,

16   you got to take the time and learn it from people that

17   are already doing it, and spend some time doing it.

18   So I want you to write these dates down.  Oh, I got to

19   show you something really quick, hold on.  I don't

20   know why this clicker -- oh, maybe it's because I had

21   it off.

22        Now, remember I showed you the trailer that

23   I lived in as a kid?  I didn't have electricity, so

24   it's not a prerequisite to know, like, a lot about

25   computers to have an Amazon store.  Okay?  Just FYI,

1    all right?  All right, so, this -- these are my little

2    why's.  I -- I have four kids.  I don't know if you

3    guys saw me out in the hall.  I was walking my little

4    one around.  She's here.  But, you guys, this is what

5    it's all about.

6              So the reason why I come out here once in a

7    while and talk with you is because -- and I get

8    emotional, but because for -- for me, it's about

9    spending time with the kids and -- and my family, but

10   also for them to see their mom be -- being able to

11   give back.  So I hope you guys can appreciate that

12   because everyone's, you know, "why" is different, but

13   I know you guys all have your own, and let's get you

14   to this point so that you can really do what you love

15   in your life.  Is that okay with you?

16             AUDIENCE:  Mm-hmm.

17             JESSIE CONNORS:  Okay, good, because

18   whatever it is, whether it's being on your boat or

19   going on vacation or whatever that is for you, we have

20   only a certain amount of time on this earth, right?

21   And to be able to spend it with the ones that we love,

22   my husband is in China right now, in Shanghai Disney,

23   with our three-year-old daughter taking her to the

24   Disney part, and my mom, and my sisters.  So being

25   able to give back and have those experiences, that's

1    what this business can do for you.  That's what I want

2    for you guys.

3         So if you're really serious, like I said,

4    about making a change, you got to do this and learn

5    this on a bigger level.  And you got to be committed

6    because I meet people all the time that say this to

7    me, oh, yeah, yeah, yeah, I want to change, yeah,

8    yeah, yeah, let's -- let's do stuff, let's -- let's --

9    I can make a change, can we do that tomorrow, right?

10   If you're really serious about doing this and making a

11   change and building a business, it -- it has to be

12   today, you guys.

13        Are you ready to make a change?

14        AUDIENCE:  Yes.

15        JESSIE CONNORS:  Okay, really?  That was the

16   weakest response in the world.  Come on, you guys have

17   got to pick it up a little bit, okay?  It helps me out

18   a little bit.

19        So, anyway, what it comes down to is having

20   a network around you, having a systemized approach to

21   how you're buying your product, being able to spend

22   very little time per day looking at your seller

23   central account, filling -- making sure your inventory

24   is filled, and spending time with your family.  That's

25   what it's about, and looking at product that's

1    actually working, not trying to guess.  We don't guess

2    on Amazon.  We -- we know exactly what's selling, and

3    that makes all the difference.

4            You guys have seen maybe some of this when

5    you came out here in some of the advertising they do,

6    but the big thing with this, I want you to write a

7    couple more things down that relates to this, is you

8    need to, number one, understand inventory.  If you go

9    out there and just say, you know what, I'm going to

10   buy these cheap, 25-cent cameras and I'm going to list

11   them and I'm going to make some money, does that mean

12   anything?

13           AUDIENCE:  No.

14           JESSIE CONNORS:  Not at all, not at all.

15   But with Amazon, what we can find out is if that

16   product is actually selling and how much you can make

17   depending on the ranking, so we need to know what to

18   buy and how much to buy.  So, for instance, you could

19   go out right now and buy a whole pile of veggie

20   slicers.  I know you're really into that, all of you,

21   you like to cook, right?

22           Okay, you guys got to humor me a little bit.

23   Come on.  So veggie slicers right now we can get for 8

24   bucks apiece with shipping and all that good stuff,

25   and the minimum order is 3,000 units.  How much is

1    that?  $24,000.  If you go out there and buy a bunch

2    of veggie slicers and if they don't sell, you're going

3    to be giving them away at Christmastime, right?  That

4    does not sound like a good idea, okay?

5            So we need to find out what is selling and

6    how much to buy based on where you are at personally.

7    So at our event that's coming up here in a couple of

8    weeks -- every one of you are different.  Every one of

9    you are going to have different goals and a different

10   number of what wealth really means.  We need to find

11   out where you're at and break it down so that by

12   Sunday you know exactly -- exactly the path to get

13   there, okay?

14           But depending on how much you want per month

15   is going to also directly relate to the inventory and

16   diversifying that inventory inside of your seller

17   central account.  So inventory is really critical, so

18   we're going to talk about that in a bit here.

19           Oh, I just skipped over those dates, didn't

20   I?  There are the dates, so why don't you write these

21   down -- June 2nd, 3rd, and 4th, right here.  All of

22   you need to go.  If you're serious about making a

23   change and building a business, that's what this is

24   about.  So we have coaches at -- at the event that

25   actually sit down with you guys one-on-one and map out

1      a plan for you to look at where your inventory is

2      going to be, how you're going to source your product,

3      because everyone is different in the resources that

4      they have accessible to you.  And this number here, I

5      love it, $75,000 a month.  Okay, do -- everybody love

6      this number?

7               AUDIENCE:  Mm-hmm.

8               JESSIE CONNORS:  Come on, like, for real.

9               AUDIENCE:  Yeah.

10              JESSIE CONNORS:  You know what's funny?  I

11    just got to say this really quick, okay?  I bet you

12    that at least half of you, when we roll out these

13    numbers up here and you looked at even 10,000 bucks a

14    month that half of you go -- went like this.  For

15    real, right?  Like, is that really possible, right?

16    Because you have this mentality that, you know, of

17    your JOB that this -- a certain amount is wealth.  You

18    can all reach this goal, okay?  I know that, because

19    we're doing that, okay?  We have multiple stores,

20    okay?  But I know that you can do that.  Myself and my

21    husband do that.

22             But -- but everyone's going to have a

23    different path to make that happen in their life.

24    Does that make sense to you guys?  So everybody is in

25    a different place, so it depends on how you diversify

1    out that inventory. Okay, so let's get started here.

2    So there's three types of income -- earned income,

3    passive income, and portfolio income. Earned income

4    is quick -- quick money. Now, here's the thing with

5    earned income. It's fine for temporary, you know,

6    like just enjoyment, but it's a lot more work because

7    you got to go out there and earn it, and most people

8    are most familiar with earned income because they work

9    a job, right?

10         AUDIENCE: Mm-hmm.

11         JESSIE CONNORS: They work and they get

12   paid; they work, they get paid. If they stop working,

13   what happens?

14         AUDIENCE: (Inaudible).

15         JESSIE CONNORS: No money comes in anymore,

16   right? So it's fine. There's strategies that we can

17   do on Amazon with earned income that you can make

18   money quickly. Actually, my 14-year-old does a lot of

19   earned income strategies because I make him do it.

20   And he makes okay money on a monthly basis. I'll --

21   I'll show you what it is, but it takes me running

22   around all over the place calculating numbers with

23   him, but I'm going to teach you some earned income

24   strategies so you can make money immediately.

25              Passive income is really where it's at,

1  though.  And correct me if I'm wrong, but that's

2  really why you guys are here.  Is that correct?

3          AUDIENCE:  That's why I'm here.

4          JESSIE CONNORS:  Okay.  So building passive

5  residual income is money that you can rely on every

6  single month coming in like clockwork.  Okay, that's

7  not from fidget spinners; that's not from going and

8  selling your used DVDs out of your garage.  That's

9  from buying core product that we already know is

10  selling on Amazon and meeting the Buy Box price and

11  buying it from the right supplier.  All of those

12  things are very critical, okay?  So we're going to

13  talk about that because that's -- that's why you're

14  here.

15          Now, in the meantime, building to passive

16  residual income, there is nothing wrong with doing

17  some earned income strategies, okay, to make some

18  money immediately to build up to this point, okay?

19  Now, you don't jump in to making $75,000 a month.  I

20  hope that you guys realize that, right?  There's a

21  gradual build, unless you have a lot of capital to

22  work with right out of the gate because this is

23  directly related to how much cash you have for

24  product, okay?

25          So we can start with earned income

1    strategies and then graduate into passive, but most

2    people, what they do, if you're really serious about

3    building a business is you start building passive

4    income immediately, so buying core product. Are you

5    guys cool with me talking about that today?

6           AUDIENCE: (Inaudible).

7           JESSIE CONNORS: Okay? Okay. And then

8    portfolio income is your money continuing to make

9    money. So as you build a passive residual income

10    stream, so most of -- most stores end up being around

11    this much, and I'll show you some deposits, 25,000

12    (inaudible) those that work with -- with Sellers

13    Playbook that work with them with suppliers and

14    shipping and all that good stuff because, again, being

15    part of a network is really important, okay?

16           But once you start making decent money, then

17    it's up to you to decide what you want to do.

18    Everybody's vision, like I said, of wealth is

19    different. Some of you might want to just hang out in

20    your boat, and that's okay, but some people like to

21    diversify and open more stores because then what

22    you're doing is just duplicating the process. Or what

23    you can do is start a private label. Have any of you

24    heard of that before? Private label? No? Private

25    label is your own brand. So you set up your own --

1    own brand basically on Amazon.

2            Many people have this idea that your own

3    brand is like you're suddenly making so much more

4    money, but it takes longer to build a private label

5    because you got to do the marketing as well, and you

6    got to pick the right product, okay?  So that's

7    something that we can talk about (inaudible) but I,

8    myself, built a private label and sold it, so that was

9    a really great exit strategy, but when it really comes

10   down to it for me in my business, it's just -- it's

11   all about passive residual income.  You guys agree

12   with that?

13           AUDIENCE:  Yeah.

14           JESSIE CONNORS:  Can I spend more time on

15   that?  I mean, so we'll talk about earned income

16   because I want you to know what that is and what that

17   looks like, and they talk about it at the three-day

18   training.  The three-day training, by the way, it

19   is -- it's normally 2,000 bucks, so you guys can write

20   that down.  So three days of training, $2,000 for the

21   three days in -- in June here in Dallas.

22           And, again, if you're really serious about

23   building a business, you got to go to it because

24   building a solid Amazon business is so much more than

25   just coming to, like, an hour workshop.  You guys

1    agree with that?

2            AUDIENCE:  Yeah.

3            JESSIE CONNORS:  And you guys know that?  I

4    mean, this is not like selling soap or, you know,

5    lipstick or something like that.  It's like building

6    an actual company, and, again, it's one thing to just

7    set up your seller central account and try to sell a

8    few things here and there, but it's another thing to

9    have the right suppliers and really manage that

10   inventory effectively to make a really good profit.

11           So we'll talk about it, and I'll share with

12   -- with all of you, but I would strongly recommend you

13   all go.  They -- they also have some bonuses and stuff

14   that they have for you guys going on this week.  So if

15   you know at any time during the course of the talk

16   here that you want to do it, you can stand up and go

17   back and talk to the team right away and make sure to

18   get your spot, because they have this awesome gift

19   that they're giving, and they have a handful that they

20   have this -- this -- this session.  Okay?

21           All right, so let's dive in here.  When I

22   talk about earned income, what I mean is retail

23   arbitrage, so it's kind of fun, wholesaling.  Have

24   any of you heard of that term at all?  Retail

25   arbitrage?  Okay, basically what it is in a nutshell,

1    I'm going to show you some pictures, but in a

2    nutshell, what it is is you could go to Walmart or

3    any store out there and basically anything in those

4    stores are also sold on Amazon's platform.  You guys

5    know that, right, just from being a shopper, you know

6    that.

7            Okay.  Well, sometimes we have different

8    prices, you know, on Amazon versus in Walmart.  So if

9    you're shopping in Walmart and you see something

10   that's on clearance or for sale that's cheaper, then

11   you look at what the buy box price is on Amazon, we

12   can in some cases list that product on Amazon and

13   actually make a profit.

14           Now, as you can imagine, with that mouthful

15   of stuff that I just said, that there's not a whole

16   lot of profit to be made with retail arbitrage by

17   itself.  Is that understandable to you guys?  So

18   basically what it is in a nutshell is you running

19   around town, going to, like, discount stores, checking

20   on pricing, and possibly getting inventory that way.

21   Okay?

22           Now, can you do it and is there some money

23   to be made in it?  Yes, but is that really where

24   you're going to make passive residual income?

25           AUDIENCE:  Not at all.

FTC-SP-001803

1          JESSIE CONNORS:  Yeah, that would be a hell-

2     no answer, okay?  So no.  So -- but I want to talk to

3     you about it because some people try to go that route,

4     and Jacob, like I said, my 14-year-old, I make him do

5     it just because it's good for him to run numbers and

6     play around and things like that.  It's good for kids.

7     He makes like 500 bucks a month just doing retail

8     arbitrage.  But I'm, like, running around all over the

9     place, you know, helping him out, just looking at

10    stuff.  So I'll teach it to you, but it's a good way,

11    too, you guys, to make money in the interim while

12    you're building your passive residual stream as well,

13    okay?

14          The other thing that you can do is drop

15    ship, so we can talk about that a little bit.  Or

16    overstocked product or selling used product.  Now, all

17    of these options really are temporary.  That's how I

18    want you to look at them because selling used product

19    -- I mean, Amazon has a bunch of rules.  You can't

20    sell your old tennis shoes on Amazon.  You guys know

21    that, right?  So they have a bunch of rules and gates

22    and restrictions on some of the product that's out

23    there, so we got to be careful of that.

24          And that's why learning about building a

25    true Amazon business is so much more than just a

1    little -- a little workshop like this because, I mean,

2    even if you guys ran out to the store and found, like

3    a Hamilton Beach rice cooker, which Hamilton Beach

4    rice cookers are selling like hotcakes right now,

5    amazing, awesome, really awesome, but if you went and

6    bought one and you -- let's say you saw it for dollar

7    and it's selling on Amazon right for 29.99, you

8    couldn't list that thing on Amazon right now because

9    that product has to be from the manufacturer because

10   Amazon is trying to prevent any fake product from

11   being sold on their platform.

12          Makes sense, right, for us as consumers?

13   But as far as stores, you need to have the right

14   supplier.  So you can't run out -- I'm going to show

15   you some examples -- and buy a bunch of stuff if

16   there's gates and restrictions on those things, okay?

17          So I have some pictures in here for you.  So

18   that's me driving around with Violet.  She's three

19   now, but we drive around.  This one, Jacob bought,

20   this Nordicware pan.  We have this store that's near

21   our house called Discount 70, so I take him there, and

22   what we'll do is we look at the product.  So we looked

23   at this product.  He bought it for 2.99 with 50

24   percent off.  So he got it really cheap.

25          And then on Amazon, though, it was selling

1    for $14.99 plus the $5 shipping.  So we added in the

2    shipping credits, so he ended up making 15.41 on each

3    pan, which is great for a 14-year-old kid, right?  But

4    that's only -- how many did he buy?  It was like five

5    products.  So it's awesome money, and you can make

6    some money with that individually, but it's temporary.

7    Do you guys see what I'm saying?

8              So it's fun to learn and understand because

9    Amazon -- there's two different ways and two different

10   platforms to sell.  You can buy the product, because

11   this was seller-fulfilled because I make him do it,

12   and he sent it out to the person that bought it; or we

13   can buy the product and ship it to Amazon FBA

14   fulfillment centers and Amazon fulfills those orders.

15   Have you guys heard of that before, right?

16              AUDIENCE:  Yes.

17              JESSIE CONNORS:  Yeah.  So how many of you

18   in here are Prime?  A bunch of you?  Okay, awesome.

19   So you know what I'm talking about.  You get the stuff

20   in two days and all that.  And by the way, you don't

21   have to be Prime to sell your items Prime, okay?  What

22   that means for you as a seller is your product has to

23   be in Amazon fulfillment centers, and Amazon has to be

24   able to deliver that product to the customer in two

25   days.  Make sense?

1        So that's what -- when we're talking about
2    passive income, that's what you guys want to do.  You
3    don't want to be sitting at home filling orders on --
4    got a couple cake pans here and there.  Does that make
5    sense?  So it's fun to learn and understand, but on a
6    bigger level, you want to be shipping your product to
7    Amazon fulfillment centers, and those are things that
8    you got to know because FBA rules, Amazon --
9    fulfillment by Amazon rules, they're very particular
10    how that -- those items get to them.
11        So when we're talking about $10,000 a month
12    passive income or $25,000 a month passive income,
13    there are some logistics that go into that.  It's not
14    magic or anything like that.  And you guys are
15    obviously smart enough to know that, correct?  So you
16    guys get that.  So those are the kind of things that
17    you guys will learn at the three-day class is
18    understanding how to position your inventory inside of
19    your store because you don't want to go out and buy a
20    whole ton of inventory and not sell it.
21        And, also, if you don't have a lot of
22    capital to buy with inventory, there are some things
23    that you can do to turn the inventory so that you're
24    constantly -- you're starting with a smaller amount of
25    funds to work your way up to this position.  Does that

FTC-SP-001807

1    make sense?

2          But you can't do that, you guys, by doing

3    this kind of stuff.  It's fun for a little while, but

4    this is all just temporary.  It's good to teach kids,

5    though, so that's why I want to talk to you guys about

6    it.  This one was bought before Halloween, 1.99 with

7    50 percent off, and he made 6.97 apiece on it.

8          (Inaudible) but if you really think about,

9    yeah, that's awesome, right?  I mean, but you would

10    need to multiply that by many more times before it

11    would really matter to you.  But if you just think

12    about this, you think about the ROI, return on

13    investment.  So, I mean, this is small numbers, okay,

14    small potatoes, right?  But he bought it for 1.99 with

15    50 percent off.  He bought it for a buck, okay?  And

16    he made seven bucks.  What's the return on investment?

17          AUDIENCE:  (Inaudible).

18          JESSIE CONNORS:  Yeah, it would be a lot,

19    right?  I mean, really?  But, I mean, here's the

20    thing.  You can't expect that kind of return,

21    obviously, on every product.  So the return that we

22    expect at Sellers Playbook with the suppliers that we

23    have access to, and this is the stuff that you guys

24    will learn at the three-day class, is we expect 25

25    percent margins or more, okay?  That means that's what

1    we're making.

2         My husband told me last -- last fall, he

3    said -- because I used to buy real estate, flip

4    properties and rentals and stuff.  He's, like, you're

5    never buying another piece of property again after

6    doing Amazon because the return -- I mean, what are

7    you making right now on your savings account, just out

8    of curiosity?

9         AUDIENCE:  (Inaudible).

10        JESSIE CONNORS:  Like 12 percent?

11        AUDIENCE:  (Inaudible).

12        JESSIE CONNORS:  Just kidding.  Like

13   negative 1 percent, right?

14        AUDIENCE:  Yeah.

15        JESSIE CONNORS:  I mean, so if you think

16   about this, you guys, I mean, this is why I'm saying

17   that you got to learn how to do this right.  You got

18   to go to this class and learn how to do it the right

19   way because you could just run out there and just

20   start spinning your wheels, spending money on all

21   those dumb trinkets, and then not get anywhere close

22   to this.  So the reason why we get here and what we

23   expect is we can track product on Amazon.  We can tell

24   what's selling.

25        So instead of just going out there and

1    buying something and crossing our fingers and hoping

2    that someone will like this dumb cake pan or this, you

3    know, book.  We can actually see based on Amazon ranks

4    the product, we can see how many are selling on a

5    daily basis, on a 30-day average, because we scrape

6    the data from Amazon.  And, actually, for those of you

7    that enroll in the three-day class, you're going to

8    get a tool that does that.  It's awesome.  It's called

9    the BSR calculator.  I'll show you some numbers in

10   here and we can talk about it in a second.  But then

11   it's not guessing.

12        Like when I had my retail store, I was just

13   -- I had clothing, okay?  So I'd go out and buy

14   clothes and shoes and whatever, the stuff that I

15   liked, and I'd buy like a bunch of dresses, like size

16   6s and 8s and 12s, blah-blah-blah-blah-blah.  The

17   first person that walked in my store was like a size

18   zero, and I didn't have any of the -- of their size.

19   It was such a bummer, you know?  So with that, you're

20   just totally guessing.

21        With Amazon, we know exactly what -- what's

22   happening because we have data.  So that rice cooker

23   or that pressure cooker, even though you [sic] might

24   not be the most favoritest thing that you really love,

25   if it's making money, do you love it?

1           AUDIENCE:  Yes.  Absolutely.

2           JESSIE CONNORS:  Yes.  That's what matters.

3    And pricing.  So when we look at the price on Amazon,

4    which I'm going to show you in a second, okay, price

5    can change.  You guys know that, right?

6           AUDIENCE:  Yes.

7           JESSIE CONNORS:  Go up and down.  So we can

8    look at data based on the lowest price that it has

9    been on Amazon.  So if we're looking at something like

10   a fidget spinner, the lowest price that those have

11   been on Amazon, I haven't checked recently, but I bet

12   like probably cents, right?  Fifty cents.  And then

13   you have some that are priced really high.  So think

14   about if you went out and bought a whole bunch of

15   fidget spinners and the price tanked on them, that

16   would suck, for lack of better words, right?  You guys

17   agree with me?

18          AUDIENCE:  Yeah.

19          JESSIE CONNORS:  So what we want to look at

20   when we get into passive income, which I'm going to

21   show you in a second, we want to look at consistency.

22   So we don't want to see those big price drops on those

23   products, so that's why we do a lot of kitchen and

24   dining products, baby products, pet products.  Yeah,

25   is it my favorite ever?  No, not necessarily, but I

1    love it because it performs.

2         So when we're calculating our return, our 25

3    percent margins, we're calculating it off of this

4    lower number just because we have the data.  That's

5    what's so cool about it.  So if the price goes up,

6    what happens to that number?

7              AUDIENCE:  (Inaudible).

8              JESSIE CONNORS:  It also goes up and

9    increases.  So it's not just guessing.  We can

10   actually find out.  So that's why -- that's why I come

11   out here once in a while because you guys got to do

12   this.  You have to do this.  It -- it's the best

13   business ever.  We can -- we know exactly what's going

14   on on Amazon's platform because Amazon tracks it.

15   It's not a guess.  You just have to buy your product

16   the right way and understand how to diversify inside

17   of seller central.  But, anyway, I could go on and on,

18   but this one he made a lot more on, but he only bought

19   one, so that was -- that was it, so it's temporary.

20        Here are some more.  Christmas lights right

21   after -- right after Christmas, so 70 cents at

22   Walmart, which, all right, cool, right?  And they're

23   on Amazon for -- I don't know if you guys can see that

24   -- it's like 5.96 on Amazon, which is there profit

25   there?

1             AUDIENCE:  Mm-hmm.

2             JESSIE CONNORS:  Potentially, right?  But

3       the thing is, we also -- there are some other details

4       that we got to know, which I'll show you, okay?

5       Because, I mean, just as consumers, how many people

6       really buy Christmas lights right after Christmas?

7       Not that many, right?  So if you -- if you buy all --

8       wipe Walmart out of Christmas lights, get them all for

9       70 cents, they might be sitting around for a while.

10      Do you guys follow me?

11            So this is the stuff that you got to know to

12      develop passive residual income.  I mean, you can do

13      this for fun and kicks, but it's not consistent, okay?

14      This one, Off Mosquito refills, three bucks.  On

15      Amazon for 9.93.  So is there potential profit there?

16      Potentially, right?  But if it's just one, this one,

17      49 cents, it's on Amazon for 15.97.  Is that good?

18            AUDIENCE:  Oh, yeah.

19            JESSIE CONNORS:  Yeah, but big problem here.

20      This is poison, so you can't list it on Amazon.  So

21      there are some restrictions to just buying something,

22      and this is why you got to learn how to do this the

23      right way, because if you just go out there and buy a

24      bunch of stuff that you think is cheap, there are --

25      there are gates and restrictions to listing those

1    products.  So what you just need to know is Amazon's

2    guidelines for those products.  Does that make sense?

3              AUDIENCE:  Mm-hmm.

4              JESSIE CONNORS:  So don't go and buy that,

5    otherwise you'd waste 49 cents.  Okay?  Which is not a

6    big deal, but think about if you went out and bought

7    $10,000 worth of something and then realized after the

8    fact you couldn't sell it.  That would not be fun,

9    right?  You'd end up selling it, like, at -- in a

10   garage sale or something like that.  No thank you.

11             These ones, two bucks at Walmart on

12   clearance, also on Amazon for 9.84, so profit.  But

13   the other thing that we got to know, and this is kind

14   of the data stuff that I've been talking about, is we

15   also need to know how many are actually selling

16   because even if we see a profit with these products,

17   if the -- if the sales are so bad or if the rank is so

18   bad that you can't get rid of it for like a year,

19   that's obviously a problem, right?  So that -- that

20   would be a problem.

21             So we research the ranking, research the

22   competition as well because, like we were saying, if

23   you look up any specific product on Amazon, you'll

24   find -- most of the time you'll find a whole bunch of

25   other sellers on the product.  You need to be winning

1    the buy box.  Have you guys all -- ever heard of that

2    term before?

3            AUDIENCE:  (Inaudible).

4            JESSIE CONNORS:  No?  Okay.  You need to be

5    the "buy it now" price.  I'm going to show you some

6    pictures so it makes a little bit more sense to you.

7    You know, as a customer, I'll just tell you myself,

8    it's stuff that I never even thought of because when I

9    want to buy something on Amazon, I just add it to my

10    cart and call it a day, you know?  Anybody in the same

11    boat, right?  So I just never thought of the -- in

12    those terms.  It's just kind of switching hats, you

13    know?  You're switching from a consumer over to an

14    investor.  And if you guys are really serious, like I

15    said, of building a business, that's what you need to

16    do, too.

17            So you need to take the time and learn how

18    to do this right so you can really get yourself

19    established and start making this kind of money.

20    Don't waste time.  Okay?

21            So passive income is identifying core

22    product, identifying product that's actually selling

23    now, that's ranked well.  And this is the kind of

24    stuff that you go through in the three-day class.  You

25    learn how to find your core product.  You learn how to

1    buy your product.  Buying that product's important

2    because -- this is probably stating the obvious, but

3    I'm just going to say, KitchenAid mixers sell really

4    well.  Keurig sells really well.  You guys know those

5    two brand names, right?

6            You're not just going to Google Keurig and

7    call them up and be like, hello, I want to buy some of

8    your, you know, Keurig coffee machines.  Because what

9    are they going to say to you?  They're going to say,

10   who are you, right?  They're going to say, who are

11   you?  So you have to have relationships with

12   suppliers, and that's what Sellers Playbook is and

13   does, and that's why you got to go to this class to

14   learn that stuff, you guys, because that's why so many

15   novice Amazon sellers, they resort to, like, the Ali

16   Baba or the DHgate and this junky product that they --

17   they waste their time on.

18           And, frankly, they waste a whole lot of

19   money because even that, even those veggie slicers and

20   that kind of stuff, you're -- it's a lot of capital to

21   outlay into a product that you don't know if it's

22   going to work or not.  Do you guys agree with that?

23           AUDIENCE:  Mm-hmm.

24           JESSIE CONNORS:  So, instead, learn how to

25   buy in smaller quantities.  Brand name product

1    matters.  Relationships matter.  That's why having a
2    coach and walking through steps of someone that's
3    already done it, that makes a difference.  You guys
4    agree with me?
5            AUDIENCE:  Mm-hmm.
6            JESSIE CONNORS:  That matters, okay?  So
7    identifying core product.  Calculating out the profit.
8    Making sure that we can make our 25 percent margin on
9    the lowest price.  That's important because it -- if
10   those fidget -- you go out and buy the fidget spinners
11   and the price goes down, then there goes profit, too.
12   So we don't want to buy those fad products.  Have you
13   guys ever seen those watermelon slices?  That was last
14   year's thing, right?  But, anyway, I'll show you some
15   -- identifying the supplier, and then we create a
16   system for continual profit.  That's what we're going
17   to do.
18           You want to have consistency.  You can't go
19   out there and buy something and have a one-hit wonder
20   and then quit your job and then that's it.  You got to
21   have consistency with your store.
22           And the other thing that's really important,
23   you guys, and I said this in the beginning, but I'm
24   just going to say it again, your timing is critical.
25   You have to start this the right way now, because if

1    you kick it around, with Amazon, they change their

2    rules all the time.  You guys are all here for a

3    reason.  You all want to make a change in your life.

4    Is that correct?

5           AUDIENCE:  Amazon.

6           JESSIE CONNORS:  Okay, seriously, like half

7    of you again.  Do you guys all want to make a change?

8    Yes?

9           AUDIENCE:  Yes.

10         JESSIE CONNORS:  Okay.  You have to learn

11   how to do this right and start fast.  Get established

12   now because you guys can all -- every one of you can

13   do this.  You -- you can all do this, but if you walk

14   out of here today and say, well, we'll see what

15   happens, none -- you're not going to do that.  You

16   guys understand that, right?

17         You got to learn how to -- how to do it the

18   right way because the timing is -- is so good right

19   now, and creating that system, understanding what

20   product to buy is so important.

21         Okay, now we're going to get into something

22   fun, okay?  This is one of our products.  So you're

23   going to have to help me with some math, because I am

24   bad at math in my head.  So with a calculator, I'm all

25   right, but not in my head.

1          Okay, so if you have your phone or a

2     calculator, you guys are going to help me run the

3     numbers on this, okay?  This product is in baby and in

4     pet, actually.  The average sales per day on it, just

5     on this ASIN, is 71 per day.  Okay?  Now, are there

6     other portable cots on Amazon, you think?

7               AUDIENCE:  Yes.

8               JESSIE CONNORS:  Tons, right.  We can search

9     them, there'll be tons of them, right?  So there's 71

10    selling per day just on this ASIN.  So do this math.

11    We're going to look at the average 30-day.  71 times

12    30 is how many monthly?

13              AUDIENCE:  (Inaudible).

14              JESSIE CONNORS:  No, 2,100?  2,130?  Okay.

15    This is how many portable cots are selling off this

16    ASIN number.  You guys follow that?  Roughly, because

17    this is a 30-day average.  Now, this number can also

18    go up and down, right, depending on sales and

19    depending on the rank of the product, right?  But

20    right now, on a 30-day average, this is how many are

21    selling per month, right, on average.

22              Now, the buy box price is 22.49.  So that

23    means that the buy-it-now price is 22.49.  Do you guys

24    follow me to that level?  So if you want to buy this

25    thing -- who wants it, who wants it?  Okay, you can

1    buy it right now for this price, okay?  Now, do you

2    think there are other people that are selling it for

3    more money?

4              AUDIENCE:  (Inaudible).

5              JESSIE CONNORS:  Okay.  So just as a for-

6    instance, and I have some more pictures on my next

7    couple slides, but I'll just show -- I'll just ask

8    you.  Do you think that -- let's say there's someone

9    that's selling it for 39 bucks --

10             AUDIENCE:  (Inaudible).

11             JESSIE CONNORS:  -- yeah, if there was, how

12   many do you think that person is selling?

13             AUDIENCE:  None.

14             JESSIE CONNORS:  Zero, right?  I had someone

15   ask me this question.  Oh, why don't I price it higher

16   and I'll make more money.  That's not how it works,

17   right, because we're all customers.  We know that if

18   you wanted to buy this portable cot, you're not going

19   to go on Amazon and say, I'm not going to buy it for

20   22 bucks, just kidding, I'll buy it for 39.  Do you

21   guys follow me?

22             Nobody would do that, right?  But here's my

23   next question for you, and I'm going to ask you this

24   in the next couple slides, too, why do people do that,

25   why do you think someone spent the time of listing it

1    for 39 bucks?

2           AUDIENCE:  (Inaudible).

3           JESSIE CONNORS:  If -- if they did.  Why?

4    They didn't shop?  No, they didn't know, yep.  That's

5    -- that's a big part of it, yep.  What else?

6           AUDIENCE:  (Inaudible).

7           JESSIE CONNORS:  But -- that's it.  They

8    paid too much for the product.  They got it from the

9    wrong supplier, because who in their right mind -- and

10   I'll show you some -- and I'm just guessing on this

11   one, I don't know the other sellers, but who in their

12   right mind would sell it for more money than the buy

13   box price?  Go out of their way -- I mean, because

14   they -- they could go look, right, if they have the

15   product.

16          Why would they do that?  It's because they

17   bought it wrong.  If you guys spend some time on

18   Amazon and this is what you do in the -- the three-day

19   class, too, and look at this stuff, I guarantee you,

20   you're going to say this, are these people just like

21   stupid or something, because there's a lot of people

22   listing this stuff for way too high, but it's not

23   that, it's -- it's that, what you said, is they bought

24   it for too high of a price, they can't drop it.

25          So meeting that buy box price is really

1     important.  Do you guys follow what I'm saying?

2              AUDIENCE:  Yeah.

3              JESSIE CONNORS:  Okay, that's the price you

4     have to sell the product at, because if you try to

5     sell it for 39 bucks, you're not going to sell any.

6     Does that make sense?

7              AUDIENCE:  Yes.

8              JESSIE CONNORS:  Okay.  So we have to make

9     our margins at that price.  No, we do.  We share the

10    buy box on this one.  I can't remember how many

11    sellers are on this right now.  There was like 20 or

12    something like that, but this is what's really

13    interesting, okay?  The -- the buy box on this product

14    is actually split right now with Amazon, meaning that

15    we're sharing the buy box at that price.

16              There's other people selling it for more

17    money, and -- which is dumb, right?  It's kind of

18    useless.  But because the buy box is split with

19    Amazon, so basically what that means is you -- you

20    share the buy box with Amazon, half of these sales go

21    to Amazon and half go to us.  Isn't that cool?

22              AUDIENCE:  Yeah.

23              JESSIE CONNORS:  So Amazon's really fair

24    about rotating you through the buy box as a third-

25    party seller.  There's a couple things, though.  Your

1    product has to be in Amazon's fulfillment center, so

2    it has to be at Prime because their product is Prime.

3    You guys follow me on that?  Tell me if you don't.

4    I'll be happy to explain it, but their product is

5    Prime, they get theirs in two days so then your

6    product has to get there in two days.  Okay?  So that

7    has to be in their warehouse, but we have to meet that

8    price.

9             So remember when I was telling you that what

10   I do on a daily basis inside of my store is I just

11   check the prices, because we want to make sure that we

12   continue to stay in the buy box price because if any

13   reason this price goes up or down, we want to be in

14   the buy-it-now box.  Do you guys follow that?  Kind

15   of, vaguely?  Okay.

16            So --

17            AUDIENCE:   (Inaudible).

18            JESSIE CONNORS:  Yeah.

19            AUDIENCE:   If there's five of those 20

20   sellers that are at the buy box price (inaudible)

21   every one of those --

22            JESSIE CONNORS:  Yep.  Yes.  So you rotate

23   evenly through the buy box.  So if we all decided to

24   sell this one item and sell it at this price, the

25   22.49, you would rotate through the buy box.  Now, the

1    reality is, though, once you start looking on Amazon,

2    it's really rare if you see more than even, like, ten

3    people just sharing the buy box. That's like crazy

4    rare. I'll show you some, and we can look at it.

5          But this one is split, okay? So -- and,

6    actually, what we're going to do, we're going to do a

7    10 percent (inaudible) just for -- for kicks. This

8    one's split right now, so we're going to divide it by

9    two. So the sales that we're experiencing on this

10    ASIN number is roughly what? Half of this, which is

11    what?

12          AUDIENCE: (Inaudible).

13          JESSIE CONNORS: What is it?

14          AUDIENCE: 1,065.

15          JESSIE CONNORS: 1,065 off of this one ASIN.

16    Now we're going to multiply it by the buy box price of

17    22.65, which is how much?

18          AUDIENCE: (Inaudible).

19          JESSIE CONNORS: Yep, 25 grand. Now, this

20    number represents not profit, okay? This number

21    represents total sales, okay? So you got Amazon, FBA

22    fees and product cost, but we don't buy any of our

23    product without getting what margins?

24          AUDIENCE: (Inaudible).

25          JESSIE CONNORS: Twenty-five percent. So

1    just for fast math, 25 percent of 25,000 is how much?

2              AUDIENCE:  (Inaudible).

3              JESSIE CONNORS:  Yeah, 6,000-ish.  6,000

4    bucks a month off of this ASIN number.  You guys

5    follow that?  Do you like this product a little bit

6    better?

7              AUDIENCE:  Yeah.

8              JESSIE CONNORS:  Right?  So the reason why I

9    wanted to show you this is I just -- when -- when we

10   talk about this stuff, okay, and say, yeah, I want,

11   you know, 25,000 bucks a month, if you buy your

12   product right and if you diversify your portfolio,

13   getting to 25 grand a month isn't actually a whole ton

14   of products.  It's the right products.

15             Does that make sense?  And that's why I

16   said you got to go to this class and learn how to do

17   it right because you guys can be at these numbers

18   really quick.  You can be here within a few months,

19   but you -- you can't be kicking I around and saying,

20   well, I'm just going to go buy some stuff from Walmart

21   and see what happens because Amazon changes all the

22   time.

23             So even on this one, just -- just for kicks,

24   let's just do this.  If more of you decided to buy

25   this product and jump into the buy box, let's say ten

1    of you did, okay, and let's say you only sold 213, so

2    at 10 percent, 213. So 213 times 22.49 is how much?

3    Anybody have a -- a phone?

4           AUDIENCE: (Inaudible).

5           JESSIE CONNORS: What is it?

6           AUDIENCE: (Inaudible).

7           JESSIE CONNORS: Nope.

8           AUDIENCE: (Inaudible).

9           JESSIE CONNORS: Yeah, 5,000. 5,000. And

10    25 percent of that is still 1,000 bucks, somewhere in

11    there, even if ten of you wanted to sell this thing.

12    So our rule of thumb is this: Ten times ten times

13    one. Ten sales per day off of one product, 10 bucks

14    profit on a product, and then roughly three grand a

15    month on each product. Now, this is obviously

16    changes. We have one product, they're like little

17    outlet plugs, you know, baby outlet plugs, and that

18    product, the price point's only like $2.99, so

19    obviously that doesn't fit exactly. So it really

20    comes down to margins. Are you guys following me?

21           So you're looking at margins, what you're

22    going to make, okay? That's -- that's what we're

23    looking at. We're looking at making 25 percent. But

24    I just wanted to show you this because getting to

25    these numbers, you can absolutely do that. It's just

1 about having a system to be able to do it quick and

2 not getting too attached to the product that you buy;

3 looking at numbers versus oh, I really want to create

4 this or that or whatever.  You can do that.  If

5 there's a product that you really love and you want to

6 create and build on Amazon, did anyone have that idea

7 when they came in the room?

8    A couple of you, okay, that's fine, that's

9 totally fine.  I'm crushing your dreams up here.  Just

10 kidding.  Just -- no, no, that's totally cool, but

11 what I would say to do first is really think about

12 your deeper reason for being here.  Your deeper reason

13 for being here is to do what?

14    AUDIENCE:  Money.

15    JESSIE CONNORS:  Make money, right?  You

16 guys agree with that?

17    AUDIENCE:  Yes.

18    JESSIE CONNORS:  Hello, right?  You're here

19 to make money.  So in order to -- to really build your

20 business by the core product, learn how to

21 systematically buy core product, and then once you

22 start making that money, then you can parlay that into

23 a brand because branding is fun.  I did it.  I mean, I

24 don't do it anymore, I sold it, but it is fun and you

25 can make a lot of money, but you got to weigh out

1      what's really important to you.

2               So let me show you some more, okay.  Okay,

3      this particular product is an air fryer.  Do any of

4      you have these at home?  My eight-year-old calls it a

5      mountain.  It makes really good french fries.  Anyway,

6      this one, the buy box price is 308.  Do you guys see

7      that?  The buy-it-now price, okay, look at all these

8      other sellers, though.  There's seven sellers, and of

9      of this ASI, it's selling 29 units per day, okay?  So

10     just check all these prices:  3.08, 3.08, 3.40, 3.49,

11     and 3.49.  So how many of you would actually buy it

12     for 3.49?  Anybody?

13              AUDIENCE:  No.

14              JESSIE CONNORS:  No, right?  You'd by it for

15     what?

16              AUDIENCE:  3.08.

17              JESSIE CONNORS:  3.08, okay?  So the seven

18     sellers are those truly your competition on this

19     product?

20              AUDIENCE:  No.

21              JESSIE CONNORS:  No our competition is

22     really only who?

23              AUDIENCE:  Two.

24              JESSIE CONNORS:  Two, yep.  Amazon and Prime

25     Goods, too.  Those are the two competitors.  Between

1    these two right here, they are getting all of those

2    sales, so that's why it's important.  And there's

3    other things that are important to us, too, like how

4    many are selling and tracking the product and -- now,

5    when we looked at the other color, so there's a black

6    on, too -- do you think this is all going to be

7    different?  Sellers?

8              AUDIENCE:  Yeah.

9              JESSIE CONNORS:  And how many are selling?

10             AUDIENCE:  (Inaudible).

11             JESSIE CONNORS:  Yeah, let's say there was a

12   purple one.  Do you think it would sell more or less?

13             JESSIE CONNORS:  Less, right?  So all these

14   have separate ASINs and we can track all this stuff.

15   That's what's so cool about it is you -- if you want

16   to make cash flow, there really is a calculated way to

17   get there.  But you got to learn the system because

18   it's a lot more like we said than just throwing

19   something out there, you know what I mean?

20             So this one, this pasta pot, there's 19

21   sellers on it, and just on this ASIN, 70 units are

22   selling per day.  So those of you that are getting

23   enrolled in the three-day class, you're going to get

24   this tool to determine the sales per day.  Don't you

25   think that's cool?

1          AUDIENCE:  Mm-hmm.

2          JESSIE CONNORS:  Because we -- we -- we

3    scrape Amazon's data so we can find out how many are

4    selling on the ASIN.  So this is kind of sad but kind

5    of funny at the same time.  I met this guy that was,

6    like, I posted this t-shirt on -- on Amazon and

7    nobody's buying it.  Can you look at it?  And he has

8    his computer with me, and he -- I had come out here

9    once in a while and do this.  He sat his computer on

10   top of mine, and I looked at the ranking, I'm like,

11   it's ranked a million, which is really bad.  I'm like,

12   this is your problem, this is why it's not selling.

13         But we can tell based on the rank how many

14   are actually selling because rank is directly related

15   to sales.  So that's a tool that you guys are going to

16   get that enroll for the three-day class is the BSR

17   calculator.  So instead of just going out there and

18   saying I'm going to pick this 25-cent camera and

19   hopefully it sells, we can tell exactly how many sales

20   are actually happening on that rank, which do you

21   think that's important?

22         AUDIENCE:  (Inaudible).

23         JESSIE CONNORS:  Super important.  I mean,

24   like I said with the veggie slicer, I mean, that's

25   important.  Okay, so this one, what is the buy box

1    price?  Can any of you tell from just looking at this?

2              AUDIENCE:  29.99.

3              JESSIE CONNORS:  Yeah, 29.99, right?  The

4    next person selling it is 36.69.  So the reason I

5    wanted to show you this, this represents an

6    opportunity for you.  Okay?  Because if you decided to

7    sell this pasta pot -- now you have to buy from the

8    right supplier.  That's why working with -- with us,

9    with Sellers Playbook, is really important, but if you

10    bought it from the right supplier and you priced it

11    for what price --

12              AUDIENCE:  29.99.

13              JESSIE CONNORS:  -- 29.99, how many of those

14    sales would be yours?

15              AUDIENCE:  (Inaudible).

16              JESSIE CONNORS:  Half.  Now, some people

17    ask, though, someone will say, well, why can't I drop

18    the price and let's sell it for 19.99.  Could you

19    potentially win the buy box entirely?

20              AUDIENCE:  (Inaudible).

21              JESSIE CONNORS:  Yeah, you could, but it

22    just comes down to math, right?  Because if you priced

23    it that low, then you're going to also eat into your

24    profit.  So there's something to weigh out.  That's

25    why having a coach and help -- at the three-day class,

1    you guys, you'll get assigned a coach that will sit

2    down with you one-on-one and actually plan out where

3    you're at, what goals you have, and really help you

4    with inventory and structure and all that good stuff

5    because on this one, for instance, if you wanted to

6    buy it, you got to think about the logistics of this,

7    right?

8              So that's 35 pasta pots a day, just on the

9    black.  You could buy different colors, too.  Now, the

10   different colors are going to be ranked different,

11   right?  So just on this one, if you just wanted to

12   sell this one, that's 35 a day.  That's a lot of

13   product.  Do you guys agree with that?

14             So depending on where you're at, and

15   everybody starts differently, depending on where

16   you're at, and this is why I said you can turn

17   product in a shorter amount of time, so flip that

18   inventory a couple times instead of, like, running out

19   and buying like a year's worth of pasta pots or

20   something silly like that, because things can change

21   on Amazon's platform.  Do you guys understand what I'm

22   saying?

23             So that's what we want to help you

24   structure your business and show you how to do.  This

25   one's selling four per day, 63 per day.  But all of

1     these numbers, you guys will see from the BSR

2     calculator for those of you that are getting

3     enrolled in the three-day class. What are the

4     dates again?

5              AUDIENCE: June 2nd to 4th.

6              JESSIE CONNORS: Yep, 2nd through the 4th.

7     This one, 119 are selling per day. This one, best

8     seller's rank is 192 in home and kitchen. So we can

9     take that rank and find out exactly how many are

10    selling based on the rank of that product. This one,

11    is there an opportunity potentially on this one? Why?

12             AUDIENCE: (Inaudible).

13             JESSIE CONNORS: Amazon isn't selling it.

14    There's only an FBA seller, so the sales that are on

15    this product would be split if you were going to sell

16    it at what price?

17             AUDIENCE: 19 (inaudible).

18             JESSIE CONNORS: Nineteen bucks, right? So,

19    I mean, we could do the math on this. Actually, if

20    you guys want, I can show you the BSR calculator

21    really quick. Do you want to see it?

22             AUDIENCE: Yes.

23             JESSIE CONNORS: Yeah? Okay. So on -- I

24    might have to take, like, just a second to log in

25    here, but do you guys have questions while I'm doing

1    that?

2              AUDIENCE:  Yeah, how dynamic is the process

3    (inaudible) daily sales?  How fast does it change?

4              JESSIE CONNORS:  I'll show you.  So

5    basically what you want to look at is not really the

6    sales because the sales are based on the rank.  You

7    want to look at -- hold on.  You want to look at the

8    rank of the product.  So, for instance, I could go on

9    and on about this, but last week, in best-sellers, was

10   a mom mug.  Why?

11             AUDIENCE:  Mothers Day.

12             JESSIE CONNORS:  Because of Mothers Day.  Do

13   you think it's going to be in best sellers this week?

14             AUDIENCE:  No.

15             JESSIE CONNORS:  No, right?  So if you look

16   at the rank of that product last week, it was selling

17   like crazy, awesome, great.  But now the rank's going

18   to start falling because the sales are going to start

19   dropping.  So we want to look at -- at a three-day

20   average on the product, but we tend to not really buy

21   a lot of seasonal things.

22             I mean, you can buy some seasonal things,

23   but it's more of a guess, you know?  Like, for

24   instance, we sold, like, the glow -- what -- bracelet

25   things at Halloween, but you got to -- I mean, we did

1    it because we've been -- me and my husband, we're

2    experienced, right?  But I would never recommend you

3    guys do something like that.

4            I also sold those little -- little drones.

5    Have you guys seen those?  Oh, I hate those things.

6    But -- but Jacob loves them, and at Christmastime, but

7    think about something like that, that's not really a

8    core product because the price goes up and down a lot.

9    And there's a lot more people that jump in to try to

10    sell those things.

11            So with core products, this is -- this is

12    what you guys are going to learn at the three-day

13    class is how to really look at your -- diversifying

14    out your inventory and making sure you're buying stuff

15    that's consistent, that's -- and will stay consistent

16    for a long time.

17            So going back to your question, Diana, if

18    you look at these numbers, which I'll -- this is the

19    BSR calculator, okay?  And this is what you guys

20    will get working with Sellers Playbook and going to

21    the three-day class, which I hope all of you go.  If

22    you --

23            AUDIENCE:  What does BSR stand for?

24            JESSIE CONNORS:  Best seller rank.  Best

25    seller rank.  And, so, Amazon, under any product, and

1   you'll learn how to use it and -- and really

2   understand the tool, but I'll -- I'll just demonstrate

3   it here.  But every product has a specific rank

4   associated to it, and the rank directly relates to the

5   amount of sales that product is getting.  Okay?  So

6   that's why it's so important.

7            So you see these ranks, and let me just give

8   an example.  Let's see if you see a rank -- I assumed

9   this something, so I'm just going to say this.  If you

10  see your rank a million, is that good or bad?  That's

11  actually bad.  I know, isn't that nuts?  So this is

12  where it gets confusing.  The better it has to be

13  closer to one.

14           So every category and department -- so if

15  you can see on here, there's different departments --

16  appliances, arts and crafts, automotive, baby -- so

17  every department ranks their products based on the

18  closer to one is the better-selling items.  You guys

19  follow that?  Kind of vaguely.  This is, like, very

20  tops of the trees, okay?  But what we can do is what

21  was the air purifier ranked again?  192?

22           AUDIENCE:  192, yeah.

23           JESSIE CONNORS:  In what department?  Did

24  anybody remember?  Here, I'll go back.  Is it kitchen?

25  Okay, so, there is no other product -- when I -- when

1    I put it in my slides, okay, 192 on home and kitchen.

2    At the time I put this in my slides, there was no

3    other product that was ranked 192 in home and kitchen.

4    That rank was directly related to that product.  Do

5    you guys follow that?

6            Now, can that change?

7            AUDIENCE:  Yes.

8            JESSIE CONNORS:  All the time based on

9    sales, right?  So what we can do to get an estimate,

10   though, is take that 192 in home and kitchen, go back

11   here, go to our department, and get an estimate on our

12   sales -- and my internet just, like, stopped working.

13   Thanks very much, internet.  Let's see.

14           I don't have that.  Let's try this one.  But

15   that's where I was getting those numbers for you guys

16   when I had those numbers of how many sales per day on

17   the product was here.  Hold on, let me agree to these

18   terms.

19           So how many of you are really serious about

20   wanting to do this and start this as a business, just

21   out of a show of hands?  Anybody?

22           Yay!  I'm so excited for you guys.  I -- I

23   really am.  My -- I came out here -- just to give you

24   an idea, I actually flew out here this morning with my

25   daughter.  I'm real excited to be here and -- and show

1  you how to do this because if any of you have ever

2  invested in anything ever in your life, with, you

3  know, real estate, stocks, a business, being an

4  entrepreneur, anyone do Mary Kay or Amway or anything

5  like that? Okay, that's good. Well, I shouldn't say

6  that. I tried everything, and there is no other

7  business like this. Your timing is so good. It's

8  just really learning -- learning what to do. So let's

9  see if this -- my internet's on here. We can

10  calculate it out. There we go.

11          Okay, so see that? It says current daily

12  sales, 64; average 30-day, 87; and then estimated

13  monthly. So just to clarify, those numbers don't,

14  like, add up, as you can tell, right? So the number

15  that you want to go off of is the middle one because

16  the current daily is 64, but yesterday could have been

17  200. That's why we're at averages.

18          But the estimated monthly sales is based on

19  the longer span of time, and I guarantee you this

20  product hasn't been 192 forever, right? So to get a

21  good idea of where you're at, take the middle one. So

22  we take 87, and we multiply that by 30, because we

23  want -- want to be more -- yeah, we want to be safe

24  for -- you know, we don't want to calculate out best

25  case scenario. Eighty-seven times 30 to get the

1     monthly sales is what?

2           AUDIENCE:  (Inaudible).

3           JESSIE CONNORS:  Nope, it's -- that's not

4     the right number.  So that number is based off a

5     longer period of time on that rank.  So this --

6           AUDIENCE:  (Inaudible).

7           JESSIE CONNORS:  -- air purifier is ranked

8     this now.  So we want to look at a -- like the mom

9     mug.  The mom mug's not going to be in best-sellers

10    forever.  We want to take a better average.  What is

11    the number?

12          AUDIENCE:  (Various answers).

13          JESSIE CONNORS:  2610, and then who were the

14    -- who were the competition on it?

15          AUDIENCE:  (Inaudible).

16          JESSIE CONNORS:  There was just that one

17    other FBA seller, okay?  Did you notice that?  Did you

18    guys see that next to the person's name?  It said

19    their name of the store and then fulfillment by

20    Amazon.  Did you guys see that?

21          AUDIENCE:  Yeah.

22          JESSIE CONNORS:  That's what you guys are

23    going to have on your stores, too.  It's because your

24    product is going to be sitting where?

25          AUDIENCE:  In Amazon.

1          JESSIE CONNORS:  In Amazon fulfillment
2     centers, and they'll send it out for you.  Now,
3     there's -- there's a process to that.  That's why --
4     that's why we -- you've got to go to the three-day
5     class and learn how to do it.  I mean, I can't teach
6     you all -- it all here.  But -- but you don't want to
7     fulfill any of your orders, right?  You don't want to
8     sit home and do that.

9          So -- and think about how many products this
10    really is.  I mean, you divide this by two, that's
11    like 1,300-ish, somewhere in there.  That's a lot of
12    products to fulfill.  You -- you do not want to be
13    sitting -- you know, talking about financial freedom,
14    my family, we lived in London for a year, and that's
15    what's so cool about this.  You can be anywhere you
16    want to be.  Our favorite place is Turks & Caicos.
17    Have any of you been there?  But to be able to do this
18    wherever you are, that's what's so nice.

19          If you fulfill your orders, you sell less
20    because your products aren't Prime.  Prime members
21    could understand that, right?  You understand that.
22    And then you have to do all the work, so it's better
23    to have it in Amazon fulfillment centers, but there's
24    a process to doing that, so that's the kind of stuff
25    that you guys will learn about.  But even on this,

1     1,300, and then we multiply it by the price, which was

2     like 20 bucks or something, right?

3             AUDIENCE: (Inaudible).

4             JESSIE CONNORS: 19.99, so 20 bucks; 1,300

5     times 20 is what?

6             AUDIENCE: (Inaudible).

7             JESSIE CONNORS: 26,80--something? 86? And

8     then 25 percent of that is -- is that five grand, six

9     grand?

10            AUDIENCE: Five.

11            JESSIE CONNORS: Five grand? Okay. Five

12     thousand bucks. So this is where I was saying that it

13     doesn't take a whole lot of -- I mean, a lot of

14     product to get you to those numbers. It's just the

15     right ones, so I want to show you just a couple more

16     things, and I could go on and on, but I don't want to

17     keep you here forever.

18         I wanted to just talk a teeny bit with you

19     about portfolio income, and then I wanted to show you

20     -- I just took a screenshot of deposits so you can

21     see what that looks like. For those of you who have

22     ever had a business before, like as an entrepreneur,

23     you'll probably be able to appreciate this because,

24     you know, with my businesses, I felt like they were

25     super messy, like you just have so many other expenses

1    and employees and blah-blah-blah-blah-blah-blah, you

2    know?

3              With Amazon, it's just really direct.  It's

4    really straightforward because they take out their FBA

5    fees before they deposit.  So I just thought it would

6    be kind of interesting if you -- do you guys want to

7    see that, just so you can kind of get an idea of what

8    it looks like?

9              Okay, so let me go through this really

10   quick, okay?  So with portfolio income suppliers are

11   obviously essential, so that's -- you'll cover that a

12   lot at the three-day class, and then branding if

13   you're going to start a private label.  So what's

14   really cool, you guys, is that you don't ever have to,

15   like, create a product listing or do any kind of

16   marketing on your product if you're selling product

17   that's already ranked well.  Do you guys follow that?

18   You don't ever have to, like, think up a description

19   or take pictures or anything silly like that if you're

20   selling something that's ranked well already.

21             If you're going to sell one of -- a brand

22   that we sell is Nordicware or Bumpkins, Hamilton

23   Beach, I mean, all the brand names you can think of,

24   you're not retaking any kind of pictures.  All you're

25   doing is adding inventory and pricing it correctly.

FTC-SP-001842

1    You guys following me?  And making sure it's in

2    Amazon's warehouse, okay?

3           But if you do want to start a private label,

4    you want to start a brand new listing, that's where,

5    you know, writing a description and branding is really

6    important.  So they -- we do go through that because

7    some people have the impression like I was telling you

8    with the Irish pillow thing, like, oh, you can go put

9    a listing out and everyone will buy it, but there's a

10   lot more to it than that.  There's a right way to do a

11   private label and a wrong way to do it.

12          The bottom line with portfolio income and

13   private label, though, I'll just tell you right now,

14   is that it's a longer process to make the kind of

15   money that you want.  So in my personal opinion, for

16   you guys, if you're really serious about just making

17   money right away -- you guys are cool with that,

18   right?  Do the passive income first, get yourself

19   established, and then you can throw capital at a brand

20   that you love, like starting something, you know, from

21   scratch or whatever.  But it has to be done right.

22          I just wanted to give you a couple examples.

23   This Copco cup is on Amazon for 7.78, and I just

24   wanted to show you this because this is, like, the

25   wrong way to do it, but this down here is Ali Baba,

1    which is not where we buy product from, okay?  The

2    price is 88 cents to 92 cents apiece, which sounds

3    like a decent deal, right?  Anybody in here feel that

4    way?

5              AUDIENCE:  Yeah.

6              JESSIE CONNORS:  Kind of, right?  It sounds

7    like it.  But then you think of couple steps further,

8    all right?  This is where people get caught up in

9    buying something silly like this because this, even

10   though the price is okay, the minimum order is 3,000

11   pieces, okay?  And it's only selling two a day.  That

12   would take you three years to get rid of it.  Okay?

13   Good or bad?

14             AUDIENCE:  Bad.

15             JESSIE CONNORS:  Bad.  And the other thing

16   is this is not even the same cup.  That's the bad

17   thing with stuff like that is that it's not even a

18   Copco cup, so you couldn't actually list it under that

19   ASIN number.  So, again, suppliers are really

20   important, so that's what you guys will learn about at

21   the three-day class.  So you'll learn about sourcing

22   suppliers, you'll learn all about that.

23             This one, same thing.  I just flip-flopped

24   it.  Down here is the Amazon price for 32.95, and this

25   one is, like, some silly website, Ali Baba, for 10 to

1    12 bucks with a lot of novice people think, oh, this

2    is such a great deal, but then they don't realize the

3    minimum order, and they can't list that product under

4    this ASIN. So what you guys need to learn is how to

5    source brand-name products to truly give you the

6    passive income quickly. So selling the right product

7    is really important.

8            So just going back to the beginning, you

9    guys all can make this kind of money if you want. You

10   all can, okay? But it's really up to you to learn how

11   to do it the right way. Because if you just go out

12   there and just bumble around a little bit, I guarantee

13   you you're going to waste so much time and capital

14   just doing that.

15           So you got to commit yourself to going to

16   three days of class time and really learn how to do it

17   right. And -- and if they got to think about what

18   it's really worth to you, I mean, like I said, I meet

19   people all the time that want to make a change in

20   their life, but then they don't do a darn thing. So

21   you guys are here, you showed up, you know you want to

22   make a change. You want to make a change?

23           AUDIENCE: Yes.

24           JESSIE CONNORS: Just do this, go to the

25   class and commit three days of your life and by

FTC-SP-001845

1    Sunday, you guys will be rocking and rolling.  So you

2    guys ready to rock?  Yeah?  Ready to rock and roll?

3    So, anyway, with private label, creating a brand is

4    important.  So what you guys need to think about

5    between now and the three-day class is what your

6    number is because wealth in everybody's view is going

7    to be different.

8              Your view of how much you want on a monthly

9    basis, all of you can have this goal.  That's -- that

10   is attainable.  You can do that.  But it's just the

11   path that you take to get there because it depends on

12   where you're at financially and what you want and all

13   that good stuff.

14             But you got to think about where you want to

15   be in -- in the next couple months.  We can help build

16   you to that point.  Does that sound good?  Okay.

17             But this is just a little snapshot of

18   deposits.  So on the left-hand side, Amazon deposits

19   twice a month.  Here, that's total sales, so 8506,

20   29,000, 43,000, 11 grand, 18 grand, 19 grand, 34, so

21   it ends up being, like, 60 grand a month in this

22   store.  And then FBA takes their fees out, so Amazon

23   takes their fees out, and then you get this deposited

24   in your account.  That's what we're talking about

25   building.  And that's what your seller central account

1 will look like.

2    But I don't -- I mean, all of you probably

3 walked in this door with different expectations of

4 where you want to be, but if you're truly wanting

5 to -- to really create a business, you need to go to

6 this class.

7    Yep.

8    AUDIENCE: (Inaudible) question. Who

9 handles the sales tax?

10    JESSIE CONNORS: You. So Amazon at

11 checkout, at checkout, they add in the sales tax

12 because it depends on where it's shipped to. But you

13 do. So I can talk to you about it individually.

14    AUDIENCE: Is that part of what they're

15 depositing in your account (inaudible).

16    JESSIE CONNORS: That's right. So when we

17 make -- but that -- but the beauty is this, though.

18 If you've run any type of business ever before, you

19 guys, you guys know from -- as a business owner,

20 there's a lot of other stuff going on. You get money

21 coming in the door and you got a lot of money going

22 out the door. Anybody relate to that? Right?

23    With Amazon, and this is why I want you to

24 treat it as a business, your money will be going into

25 one account. So FBA already takes their fees out.

1    All -- the only other thing that you would have to

2    deduct and continue to buy is what?

3            AUDIENCE:  More product.

4            JESSIE CONNORS:  More product, but you got

5    to understand what product to buy.  So it's really

6    pretty straightforward, but you got to have a system

7    to understand what product to buy in order to get this

8    amount.  So it really comes down to, again, you guys,

9    just recognizing the opportunity.  You know that

10   there's opportunity.  That's why you're here.  And

11   understanding what to do, and that's what the three-

12   day class is about and taking action.

13           So now is the time to take action and go

14   back there, talk to the crew.  Every one of you need

15   to go to this.  I don't care what your excuse is, you

16   made the time to come out here because you want to

17   learn and you want to start a business.  That's what

18   you all told me.  Is that correct?

19           AUDIENCE:  Yeah.

20           JESSIE CONNORS:  So if you want to start a

21   business, commit the three days of time to doing it.

22   What they're doing for you guys this week, they

23   dropped the three-day class on their website.  It's

24   two grand, it's 19 -- 1,900 bucks, but this week it's

25   only 997.  That is an absolute steal.  I mean, you go

1    back to look at ROI, return on investment, and you

2    think about, you guys, if you're at even this number

3    in three months, is that worth it?  Yes or yes?

4              AUDIENCE:  Yes.

5              JESSIE CONNORS:  Totally.  So make a change.

6    So what we're going to do now is I want you guys to

7    stand up, come to the back of the room, talk to the

8    coaches, get enrolled in the class.  It's for two

9    people.  They're also giving a gift away for a handful

10   of people.  How many do you have, Clint?

11             CLINT:  We got eight.

12             JESSIE CONNORS:  You have eight?  So the

13   first eight that go back there, they're going to give

14   you a new laptop, too, that you'll get at the three-

15   day class.  So by Sunday, you guys will be ready to

16   go.  And you just need -- it's three days, Friday,

17   Saturday, Sunday, but during those -- what was that?

18             AUDIENCE:  (Inaudible).

19             JESSIE CONNORS:  It's all day, 9:00 to 5:00.

20   Sunday usually finish a little bit early, but what --

21   what they do, too, is like I said, they sit you down

22   with a coach and really plan out where you're going to

23   be based on where you're at, what you want.  So you

24   will have a clear plan.  And suppliers, all that good

25   stuff, that's what we talk about there.  So come on

1  back, stand up, come on back.  Congratulations to you

2  guys already getting enrolled.  Like I said, we're

3  doing eight laptops, so get back there and get a spot.

4          AUDIENCE:  Thank you.

5          JESSIE CONNORS:  Yeah.  Don't leave.  What

6  are you doing?

7          (Music playing.)

8          (The recording was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-001850

1        <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4        I, Sara J. Vance, do hereby certify that the

5   foregoing proceedings and/or conversations were

6   transcribed by me via CD, videotape, audiotape or

7   digital recording, and reduced to typewriting under my

8   supervision; that I had no role in the recording of

9   this material; and that it has been transcribed to the

10  best of my ability given the quality and clarity of

11  the recording media.

12       I further certify that I am neither counsel

13  for, related to, nor employed by any of the parties to

14  the action in which these proceedings were

15  transcribed; and further, that I am not a relative or

16  employee of any attorney or counsel employed by the

17  parties hereto, nor financially or otherwise

18  interested in the outcome of the action.

19

20

21  DATE:   5/21/2018        *Sara J. Vance*

22                           SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC-SP-001851