# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION, and

STATE OF MINNESOTA, by its Attorney
General, Lori Swanson,

    Plaintiffs,

    v.

SELLERS PLAYBOOK, INC., a
corporation,

EXPOSURE MARKETING COMPANY,
a corporation, also d/b/a Sellers Online and
Sellers Systems,

JESSIE CONNERS TIEVA, individually
and as an officer of SELLERS
PLAYBOOK, INC. and EXPOSURE
MARKETING COMPANY, and

MATTHEW R. TIEVA, individually and
as an officer of SELLERS PLAYBOOK,
INC. and EXPOSURE MARKETING
COMPANY,

    Defendants.

CASE NO. _____

**FILED UNDER SEAL**

**PLAINTIFFS FEDERAL
TRADE COMMISSION'S
AND STATE OF
MINNESOTA'S EXHIBITS**

**VOLUME X**

**Px. 39 - 50**

**FTC-SP-002084 - FTC-SP-002318**


SCANNED
JUL 30 2018
U.S. DISTRICT COURT MPLS

# Table of Contents

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|---|---|---|---|
| Px. 39 | Transcript of Sellers Playbook Preview Event in Salt Lake City, UT | FTC-SP-002084 | FTC-SP-002176 |
| Px. 40 | Exposure Marketing Company Corporate Filing Details | FTC-SP-002177 | FTC-SP-002179 |
| Px. 41 | Exposure Marketing Company Certificate of Incorporation | FTC-SP-002180 | FTC-SP-002182 |
| Px. 42 | Exposure Marketing Company Notice of Change of Registered Agent | FTC-SP-002183 | FTC-SP-002185 |
| Px. 43 | Exposure Marketing Company Certificate of Assumed Name | FTC-SP-002186 | FTC-SP-002190 |
| Px. 44 | Exposure Marketing Company Corporate Filing Details | FTC-SP-002191 | FTC-SP-002192 |
| Px. 45 | Sellers Playbook, Inc. Corporate Filing Details | FTC-SP-002193 | FTC-SP-002195 |
| Px. 46 | Sellers Playbook, Inc. Certificate of Incorporation | FTC-SP-002196 | FTC-SP-002201 |
| Px. 47 | Sellers Playbook, Inc Foreign Qualification | FTC-SP-002202 | FTC-SP-002205 |
| Px. 48 | Sellers Playbook Entity Details -- Secretary of State of Nevada | FTC-SP-002206 | FTC-SP-002208 |
| Px. 49 | Sellers Playbook First Quarter Kindle eBook | FTC-SP-002209 | FTC-SP-002264 |
| Px. 50 | Sellers Playbook Second Quarter Kindle eBook | FTC-SP-002265 | FTC-SP-002318 |

# PLAINTIFF'S EXHIBIT 39

1                OFFICIAL TRANSCRIPT PROCEEDING

2

                 FEDERAL TRADE COMMISSION

3

4

5

    MATTER NO.     1823116

6

    TITLE          SELLERS PLAYBOOK

7

    DATE           RECORDED:  JUNE 14, 2017

8                 TRANSCRIBED:  MAY 31, 2018

9    PAGES          1 THROUGH 93

10

11

12    SELLERS PLAYBOOK PREVIEW EVENT (SALT LAKE CITY 6-14-

                          2017)

13

14

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555



1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4     RECORDING:                                  PAGE:

5     Preview Event - Salt Lake City                 4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-002085

1                      FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Sellers Playbook             )   Matter No. 1823116

5                                   )

6     ------------------------------)

7                                   June 14, 2017

8

9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on May

13    9, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

FTC-SP-002086

```
 1              P R O C E E D I N G S

 2                -    -    -    -    -

 3      SELLERS PLAYBOOK PREVIEW EVENT - SALT LAKE CITY

 4              (Poor quality recording.)

 5              (Pause.  Unintelligible background

 6      conversations.)

 7              UNIDENTIFIED MALE:  Hey, guys, how's it

 8      going?

 9              UNIDENTIFIED MALE:  Doing well, thanks.

10              (Pause.  Unintelligible background

11      conversations.)

12              UNIDENTIFIED MALE:  Hi, what's your

13      (inaudible)?

14              UNIDENTIFIED MALE:  Hi, Rodney (inaudible).

15              UNIDENTIFIED MALE:  Robert Porter or

16      (inaudible).

17              UNIDENTIFIED MALE:  I'm Rodney Parker.

18              UNIDENTIFIED MALE:  Parker?  Oh, wait Rodney

19      Parker (inaudible).

20              UNIDENTIFIED MALE:  Yes.

21              UNIDENTIFIED MALE:  So for some reason

22      you're registered -- you're registered as Robert

23      Porter.

24              UNIDENTIFIED MALE:  It should be Rodney.

25              UNIDENTIFIED MALE:  (Inaudible) your email
```

FTC-SP-002087

1    address is attached to Robert Porter.

2             UNIDENTIFIED MALE:  That's weird.

3             UNIDENTIFIED MALE:  Yeah (inaudible).  I've

4    never seen that before.

5             UNIDENTIFIED MALE:  I've never seen it

6    either.

7             UNIDENTIFIED MALE:  All right, well, okay,

8    Rodney (inaudible).  Thanks.

9             Hi.  Your name?

10            UNIDENTIFIED MALE:  Danny (inaudible).

11            UNIDENTIFIED MALE:  (Inaudible).  What's

12    your last name?

13            UNIDENTIFIED MALE:  Barnes.

14            UNIDENTIFIED MALE:  Okay.  How's your day

15    going?

16            UNIDENTIFIED MALE:  All right.  How about

17    you?

18            UNIDENTIFIED MALE:  Hey, it's going.  So

19    far, so good.  But it's my Monday so (inaudible).

20            UNIDENTIFIED MALE:  Yeah.

21            UNIDENTIFIED MALE:  Things got to go a

22    little crazy, but that's okay.  So 12:45 is seating

23    (inaudible).

24            UNIDENTIFIED MALE:  Thanks.

25            (Pause.)

1          UNIDENTIFIED MALE:  I make no promises.

2              (Pause.  Unintelligible background

3      conversations.)

4              UNIDENTIFIED MALE:  Well, the company is

5      looking (inaudible) Minneapolis.

6              UNIDENTIFIED MALE:  Minneapolis?

7              UNIDENTIFIED MALE:  Uh-huh.  And all of us

8      that are here (inaudible) we've got a Florida guy,

9      we've got a Dallas guy (inaudible).

10             (Pause.  Unintelligible background

11     conversations.)

12             UNIDENTIFIED MALE:  All right, guys, I think

13     we're ready for you.  If you're here for Sellers

14     Playbook, come on down this (inaudible).  I have to

15     make a quick announcement before we head inside, guys.

16     Come on down this way, guys.  Come on down.  Let's go

17     ahead and -- if you've got a cell phone, just make

18     sure it's on silent or vibrate.  That really helps cut

19     down on distractions.  (Inaudible) seat from the front

20     to the back, so please help us out.  We're not going

21     to leave any holes today.  So here's my (inaudible)

22     seat from the front to the back.

23             (Pause.)

24             UNIDENTIFIED FEMALE:  Hey, Dan.

25             (Pause.  Music playing.)

1          UNIDENTIFIED MALE:  All right.  (Inaudible).

2     Hey, guys, before we get started (inaudible).  If you

3     have a cell phone, just make sure it's on silent or

4     vibrate, please.

5          And then the other thing is everything

6     you're going to see here today is proprietary to

7     Sellers Playbook, so there's no picture taking or

8     video recording (inaudible).

9          And with that, we're going to get started.

10    I just want to introduce your speaker today.  We are

11    very lucky to have him here.  His name is (inaudible).

12    He's been in the business for several years.  He's

13    been doing brick-and-mortar for 35 years.  He's been

14    doing ecommerce for the past four or five years.  So

15    we're very lucky to have him here.  He's a wealth of

16    knowledge.  He's literally helped thousands of

17    students all across the country get their businesses

18    going.  So let's go ahead and bring Greg up.  Give him

19    a warm round of applause, guys.  Greg Nagy (phonetic).

20         (Applause.)

21         GREG NAGY:  (Inaudible) I appreciate it,

22    thank you.  How is everybody?

23         AUDIENCE:  Good.

24         GREG NAGY:  All right.  This is unlike any

25    other seminar -- I'm Greg Nagy, by the way.  This is

1       not like any seminar you've been to before.  Number

2       one, no free gifts.  You're here because you want to

3       be here.

4               Number two, I was asked to come here -- and,

5       actually, my son asked me to come and speak.  I wasn't

6       going to do this.  I'm 35 years as an entrepreneur.  I

7       have probably -- some of you older gentlemen in here,

8       I have every hat, every shirt you can imagine.  And my

9       son asked me, he said, Dad, would you mind coming in

10      and speaking to some of the students in Sellers

11      Playbook?  I said (inaudible).

12              Well, first of all, he couldn't get me to

13      look at this.  I'm the stubborn guy, I'm the old

14      school guy.  (Inaudible) computer.  What are you

15      talking about, working online?  I was the stubborn

16      guy, go to brick-and-mortar stores, you know, wait in

17      long lines and keep my car parked away from

18      everybody's so I didn't get door dents.  What a waste

19      of time that always was.

20              So what happened was when I finally looked

21      into this, I got excited about it and I began to start

22      doing this.  This completely transformed my way of

23      doing business and it's going to transform your way of

24      thinking of doing business from this point on.

25              What we're going to do today, we're going to

1 reprogram a lot of minds because the mentality is for

2 us -- see, I come from Pittsburgh, Pennsylvania, four

3 boys in our family, my father is a factory worker.

4 And we had a two-bedroom house.  It was a big deal

5 when we converted (inaudible).  It was a big deal when

6 we converted the third bedroom from an attic.  My

7 vacations consisted of going to my grandmother's house

8 and cutting her house or going to an aunt and uncle's

9 house painting walls or doing -- we didn't know what

10 vacations were.  God rest my father's soul, he was a

11 good man, a hard worker.

12    So, see, I didn't have the finer things in

13 life.  But he always told me something, and this is

14 going to sink into you younger people in here and you

15 older people in here are all going to relate to this,

16 the mentality back then was -- he would tell me, Greg,

17 when you grow up, you go to school, you get educated,

18 then you go to work, then you work for 40 years and

19 then you retire.  That was some bad information.

20    I did that for a few years.  I found out the

21 supervisor -- I saw where he lived, 20 years.  He had

22 been a supervisor 20 years in the same plant that I

23 was working at and I saw the way he lived and the car

24 he drove.  That's not me in 20 years.

25    So then what I began to do, I began to take

FTC-SP-002092

1    a lot of risks.  As a matter of fact, I have a

2    Cadillac in Florida, the license tag on the Florida

3    tag says "risk taker" on the back of it.  I took a lot

4    of risks, borrowed a lot of money, shuffled things

5    around.  But what I learned is hard, hard work -- more

6    hard work got me more hard work.  And that's the way I

7    was programmed to do that.  (Inaudible).

8         And then I realized there's a change.

9    There's definitely change.  And the change is very

10   simple.  The change is now we need to take advantage

11   of modern technology.  This ecommerce is just amazing

12   what's going on right now.  So what I'm going to do

13   later, I'm going to take you and transfer you over to

14   the change, the new way of life.

15        Now, once again, everything I say up here, I

16   have to be legit, I can't make things up.  Do you

17   understand me?  Everything I tell you, I can back up.

18   Anybody want to challenge me at the end, come up front

19   and challenge me.  I'd be more than happy to hear any

20   ideas you have about anything.  But I'm going to ask

21   you something, please hold your questions until the

22   end.  Is that fair enough?

23        The reason for that, I don't have time to

24   talk to you individually and answer questions.  And,

25   most likely, I'll have these questions answered before

1    you leave.  Fair?

2            So I want you to take a pen and paper out

3    and I want you to write everything down.  So if your

4    questions are not answered, we can make sure we answer

5    them for you.  Is that fair?

6            All right.  Now, yes, I live a good life.

7    Yes, I have beautiful cars.  Yes, I have beautiful

8    airplanes.  I've got gigantic boats, homes in Aspen,

9    Colorado, South Florida, Virginia.  I can go on.  I'm

10   not talking about myself.  I'm here to help you.  I'm

11   here to help you have the exact same life and the

12   exact same things that I acquired.  I struggled and I

13   took a lot of risks (inaudible) to get where I am

14   before I landed in this system right here and then I

15   got smart and jumped on the bandwagon and things just

16   completely took off.

17           So I'm here to share with you that any of

18   you can buy a six-figure car.  That's not -- that's

19   not a big deal.  Any of you could buy an airplane.

20   (Inaudible) it's not a big deal.  All you're doing is

21   writing the check.  It's not a big deal.  People all

22   of our lives have said, oh, that's for somebody else.

23   Oh, I'll never have that.  Oh, I got to go to work 40

24   hours a week.

25           Somebody tells you when to wake up in the

1    morning. You got to drive into work (inaudible).

2    Then you go into work. Then they tell you when to

3    take a break. Then they tell you when to eat lunch.

4    Then they tell you when to take another break. Then

5    it's time to go home. Then you're rushing and you get

6    all the way home and then (inaudible) cable television

7    (inaudible) only to do it the next day and the next

8    day and the next day. And then they tell you

9    (inaudible) this when you (inaudible) this. Then they

10    tell you can only take two weeks a year off to spend

11    time with your loved ones. Crazy.

12          Finally, I can stand up here and share --

13    like my son, I said, son, I (inaudible) I wouldn't

14    want any of you to go through what I went through

15    during my business experience. Until I got into this,

16    I told my son, I said, you know what, finally, I can

17    share this. And it boils down to this before we get

18    started. The larger the (inaudible) the larger

19    (inaudible) come back. Is that fair?

20          So I am here because I want to be here. I

21    am here because my son said, Dad, you taught us all of

22    our lives to give back, give, give, give. And they

23    saw me do this all their life, I've always given,

24    always helped people. Well, now it's my turn to help

25    you, each of every one of you.

FTC-SP-002095

1          So you want an instructor up here who's

2     going to be honest, right?  You don't want me to tell

3     -- I'm not going to tell you things you want to hear,

4     I'm going to tell you things you need to hear.  Is

5     that fair, guys?

6          And I'm going to hold this like I hold any

7     of my business meetings.  I'm serious.  So I may say

8     things that may offend some of you.  I don't mean to

9     do that, okay?  I don't want to offend anybody.  But

10    sometimes, just like my meetings, you have to shake

11    people up.  Fair enough?

12         Now, this is not an experiment of how it's

13    going to work.  (Inaudible) just follow this system.

14    I'm the first (inaudible) entrepreneur millionaire is

15    going to tell you, hey, if you (inaudible) I'm going

16    to throw you all my business.  How many times has that

17    ever happened?  I'm going to show you how to do this.

18         There are more millionaires being made today

19    in this country on a daily basis than ever in history.

20    Did you know that?  All ages.  (Inaudible) right here.

21         Okay, let's make sure you're in the right

22    room.  By a show of hands, how many of you in this

23    room want to make more money?  Put them up.  Put them

24    up.  If your hand did not go up, there's the exit, you

25    have to leave.  I don't blame you for sneaking

1    (inaudible).

2              All right, listen, how many of you -- now,

3    you have to start paying attention now and start

4    looking around, look around.  How many of you in this

5    room have heard of a company called Amazon?  Every

6    hand went up pretty much.  If you didn't hear of

7    Amazon, you're living under a rock.

8              All right, now, let's pay attention to this

9    again (inaudible).  How many in this room have ever

10   bought anything on Amazon?  Purchased something on

11   Amazon?

12             UNIDENTIFIED FEMALE:  Never?

13             GREG NAGY:  No.  How many of you have ever,

14   ever?  Ever, ever, ever.  Very good.  Now, pay

15   attention to the hands that went up.  How many of you

16   have ever sold anything on Amazon?  Far fewer hands.

17   How many of you have (inaudible) Amazon's business?

18   Whoa.  My friend, I'm going to tell you something

19   right now.  The majority of you in this room are going

20   to get this.  The majority of you in this room are

21   going to make large money.  (Inaudible) all we can do

22   is you're going to go (inaudible) the same way you

23   came in (inaudible) your same lives.

24             What's the definition of insanity?  Doing

25   the same thing over and over and over and expect

FTC-SP-002097

1    different results.  Nothing (inaudible).  (Inaudible)

2    believe it or not, you're going to be in that insanity

3    mode and you're going to go back out that door.  The

4    majority of you are not.  And (inaudible) my business

5    meetings.  (Inaudible) you're going to make a lot of

6    money on this because you can't help if you just

7    follow a given, proven system.

8         I'm going to read a couple of things to you,

9    and I have to read this.  The reason I've got to read

10   these numbers, I'm not going to stand up here and

11   inundate you with numbers.  Let's keep this thing

12   going.  But this is imperative you understand this.

13   Amazon changes by the hour.  Are you aware of that?

14        I was in Seattle, Washington last week.

15   They have 25,000 employees alone in Seattle,

16   Washington.  (Inaudible) it is amazing, this company.

17   (Inaudible) we call it the high rent district in

18   Seattle.  Everything it does is first class.  That's

19   who I want to be affiliated with.  That's who I want

20   to put my name next to.  I want to be with somebody

21   like (inaudible) brilliant.  I consider (inaudible)

22   Disney and Walt Disney back in the heyday.

23        Pay attention to this quickly.  This is

24   (inaudible).  This is important.  Where I live in Fort

25   Lauderdale, specifically, there are a lot of multi-

1    multi millionaires.  Do you understand?  And you're

2    the average of the five people you hang out with most.

3    If you're (inaudible) here, you're above everyone

4    (inaudible) here.

5           Now (inaudible) the entrepreneur mentality

6    down there -- anybody ever watch Shark Tank?  All

7    right.  Mark Cuban, I keep my boat down (inaudible)

8    where he keeps his boat a lot of times.  So you get to

9    know them, you get to talk to these people.  Their

10   mentality is this -- and all the entrepreneurs -- the

11   guys that started NutriSystem, Nike shoes, all those

12   guys live along this area called Millionaire Mile,

13   they call it, which any of you who live there, I'm

14   watching (inaudible).

15          But here's the bottom line, the thought of

16   all of you is this:  Learn how to deal with the mass

17   of people -- the mass.  Does that make sense?  If you

18   learn how to deal with the mass, you will live with

19   the class.  Do you understand what I just said?

20   Simple as this (inaudible).  Deal with the mass, live

21   with the class.  Does that make sense?  Think about

22   it.

23          Case in point.  Amazon has over 300 million

24   active accounts.  Amazon -- how many of you are Prime

25   members?  How many members?  A lot of you are.  Amazon

1   has 70 million Prime members, which means you

2   (inaudible) buying.  There are 12 billion products on

3   Amazon.  (Inaudible) knows.  B, 12 billion products.

4   I'm telling you this for a reason.  I got (inaudible)

5   share this with you.  I really (inaudible) feel good

6   I'm going to share this.  I feel good about it,

7   helping people.

8           Thirty percent annual (inaudible), 340,000

9   employees, they just employed 130,000 more over --

10  listen to this.  Amazon is very low key.  They don't

11  talk about what people make.  It's private.  Except

12  for a student of ours, she boasted on social media, I

13  made -- in three months, I made $140,000.  I don't

14  know why she's boasting that on social media since she

15  -- putting that on social media.  (Inaudible).

16  (Inaudible) checked with Amazon.  How many people are

17  really making large money?  Large money to me is seven

18  figures.  That's large money.  (Inaudible) these

19  numbers.

20          There's over two million third party sellers

21  which you'll be (inaudible) -- third parties that are

22  making over seven figures right now.  Okay?

23  (Inaudible) over 80 million business a day.  Eighty

24  million (inaudible) a day are going to Amazon.  Fifty-

25  one percent of people in America go straight to

1    Amazon.  I don't want to keep throwing these numbers

2    at you, so I'm going to stop here.

3              (Inaudible) when you're with Amazon, you

4    have building buyers already.  Does that make sense?

5    You have building trust with buyers.  You have

6    building credibility.  They're there.  All I need to

7    do is get you over here and we see the money coming in

8    from what people are buying.  Does that make sense?

9    It's not hard.

10             See, Amazon went by this, Amazon went

11   (inaudible) place.  (Inaudible) cool, man.  My

12   grandson is named Bryce.  I haven't seen that name.

13   But, anyways, they went from here's the developer,

14   here's the builder, here's the manufacturer and let's

15   take it over here for people to buy the product.

16   (Inaudible).  And then they went from here's the

17   people building the stuff, let's take it to what's

18   called a brick-and-mortar store, a retail store, and

19   then people come in to buy.  Do you understand?

20             Now, what they did is they're taking it

21   right to the supplier (inaudible) right on this

22   computer and people are going on the computer and

23   buying.  Do you understand what's happening?  Do you

24   know in five years, most malls will be history?

25   (Inaudible) in five years.

1    Dan, you're going to be talking to your

2    grandchildren and great-grandchildren, so you see that

3    museum right there, that used to be called a mall.  We

4    used to go there and shop.  (Inaudible).  Three

5    hundred orders any given time, 300 orders, ordering,

6    somebody buying.  Three hundred orders at any given

7    second on Amazon.

8    Who's that guy there?  (Inaudible).  What's

9    up, bud?  Very good student.  Three hundred orders a

10   second on Amazon.  There's another 300.  There's

11   another 300.  There's another 300.  Why are you not

12   cashing in on this?  Why would you not?  You know

13   what, because you don't know how, just like I didn't

14   know.  Does that make sense now?

15   There's another 900 orders just while I said

16   that sentence.  I'm trying to just -- I'm

17   reprogramming your minds to a whole different way of

18   thinking.  This is not normal to you.  This is not a

19   normal way (inaudible).  This is not how we

20   (inaudible).

21   18,000 orders a minute, that's over a

22   million orders an hour.  I can't say anymore.

23   (Inaudible) backs itself up.  I can't say any more

24   than that.  Pay attention.  If you want to make some

25   money, this is the time to do it.  It's the best time.

1   This is like a Microsoft, this is like the Google

2   (inaudible).  Do you understand?  This is like in the

3   -- your (inaudible) couldn't be better.  It could not

4   be better.

5         Here we go.  Everything I say I back up.  I

6   pulled this article up.  This is from years ago, a few

7   years back.  I brought this up for a reason because I

8   want to understand it.  I'm not the kind of guy -- if

9   you work for me down the road (inaudible) employees

10  back in the day.  If that was 100 feet in the air and

11  there was a light bulb out and you didn't want to

12  climb up that ladder, I would be the first one

13  climbing up that ladder changing that light bulb.

14  (Inaudible).  (Inaudible) right now (inaudible).

15  Right there.  I opened them all.

16        I even went out and I borrowed -- think

17  about it if you did this.  I borrowed $4 million.

18  Now, you're going to lose some sleep here (inaudible).

19  Do you understand?  $4 million.  I worked day and

20  night for you to get that mall open.  That article

21  right there -- they happened to catch me one night

22  after hours because I let my crew leave early because

23  they were burning the candle 12 hours a day and I'm

24  after hours pounding 16 penny nails with a 22 pound

25  hammer into two by fours, because that's what I do.  I

1    know I need to stay on schedule.

2         Once I got that finished, my overhead was

3    40,000 a month. I'm telling you, think about it. I

4    couldn't (inaudible). I got 40,000 a month. When I

5    opened that mall up, you know my return was only 4 to

6    5 percent a month on all that money and all that risk

7    and all that effort. That's crazy (inaudible). But

8    that was my mentality.

9         See that's what we were taught, weren't we?

10   We were taught like that. Just work hard. We didn't

11   know -- I didn't know if I could do this. Even today

12   when I'm on the computer, I'm like a chicken pecking

13   on the thing. But they make it so simple, it's like

14   painting by number.

15        Oh, the reason I brought this up, some of

16   you are brick-and-mortar storeowners in here. I know

17   this. When my people (inaudible) start renting out

18   all the stores and they were finished, I was working

19   from 9:00 a.m. to 9:00 p.m. I was (inaudible).

20   (Inaudible) wanted it to be successful so (inaudible)

21   come in a few hours early. Do you understand? They

22   would be there all 12 hours and they would stay a few

23   hours late to make sure the inventory was right, make

24   sure their help was in, make sure they (inaudible) and

25   their profits sometimes were break even or maybe a 7

1    or 8 percent profit.

2         I'm telling you this for a reason.  That's

3    the old school mentality.  Working for someone else

4    for 40 years is old school because that doesn't exist.

5    (Inaudible) requirement.  I'm going to pick on Dean

6    because he's right in front of me.  You younger people

7    (inaudible).  This man worked for a company for 20

8    years.  He was the number one employee, employee of

9    the month (inaudible).  He was the best of the best.

10   Human resource officer calls him in, sir, sit down,

11   please, we have to lay you off, we're cutting back.

12   They're not cutting back; they're paying somebody half

13   the money, somebody half his age doing the same job.

14        So you guys looking for some kind of

15   retirement, forget about it.  It's a thing of the

16   past.  Take control of your own lives.

17        And, number two, people 65 or older, 95

18   percent of them right now are relying on some kind of

19   government subsidy or maybe a second job.  I mean,

20   it's not their fault.  They're hard workers.  They

21   worked hard all their life.  But it was just bad

22   information.  That's how we were brought up.  See,

23   today, it's a whole different world.  Today

24   (inaudible).  Does that all make sense to you?

25             Now, here we go, this company, Sellers

1    Playbook, I did a lot of checking around (inaudible)

2    for the last ten years, the best program, the best

3    ingenuity.  They've got the best (inaudible) software

4    that they came up with and they've put everything down

5    to a science right down to the -- right down to the

6    (inaudible).  (Inaudible) Sellers Playbook came out,

7    Sellers Playbook paralleled with Amazon.  Amazon loved

8    Sellers Playbook.  Why?  Because we don't (inaudible)

9    the first time.  You don't make a bunch of mistakes.

10            Those of you right now that have some type

11   of Amazon store or if you're selling on Amazon, if

12   you're not making a minimum of $10- to $20,000 per

13   month, stop what you're doing, please.  Stop.  You're

14   doing something wrong.  There's a real issue going on

15   there if that's the case.  Stop.

16            Now, ten years of research (inaudible)

17   company over 20,000 square foot warehouse.  This

18   company has been on countless magazines, TV shows,

19   interviews.  (Inaudible) Oprah Winfrey (inaudible) Don

20   Shula, winningest football coach; Jay Leno.  I've

21   shared the stage with a lot of different people, also.

22   But what I'm saying is this particular company has a

23   foundation base.  They're not going anywhere; they're

24   solid.

25            Once again, when Amazon loves you, Amazon

1    holds on to you.  We want to keep you with what we're

2    doing because we want to make sure you do things the

3    right way.  Right now, there's a right and there's a

4    wrong way.  There's no (inaudible) area.  (Inaudible)

5    you need to do it the right way (inaudible).  That's

6    the way (inaudible) and I'll explain all that in a

7    minute.

8         Now, it's important -- you've got to follow

9    this.  It's very important.  Today's lineup -- before

10   we start this -- before we start today's lineup.  I

11   know it's going to be hard.  I've got to reprogram

12   your minds to a different way of thinking.  But before

13   we start, I want you to be honest with me as I'm

14   honest with you.  When you came through those doors,

15   by a show of hands, how many of you think I'm going to

16   try to sell you something?

17        (Inaudible).  Shew.  Well, I'm not going to

18   let you down.

19        (Laughter.)

20        GREG NAGY:  Actually, I'm going to sell you

21   something, I am.  I'm going to sell you something

22   right from here, this line here.  What you do today is

23   not going to change my life, my friends?  But what you

24   do can really change your life and if I change half

25   your lives in here, I'd feel good.  And I'm going to

1    tell you something right now, the way it's going right

2    now, the first 30 to 45 days, a lot of you are going

3    to come looking for me to hug me with tears in your

4    eyes with happiness.  It's happening.  And I feel good

5    that I can do this.  But I'm going to tell you you

6    know all the things you ought to be doing.  You know

7    you should be doing (inaudible) on Amazon.  You know

8    you should be.  The actions you know you need to take,

9    you know you should do.

10          I'm going to show you all how to live the

11   life that you were designed to live and I'm going to

12   show you how to have anything you ever wanted in life.

13   I mean, anything.  I'll let you (inaudible) the

14   picture, the nicest car, the nicest home.  (Inaudible)

15   they don't make them for certain people.  They make

16   them for you.  Any one of you can do this.  But, see,

17   we weren't programmed that way.  Do you understand?

18          Do you know they make brand new cars, all

19   kinds of cars every year whether you buy them or not.

20   Somebody buys them.  I just want to get you in the

21   higher-end cars.  Do you understand?  Does that make

22   sense?  I'm here to help.  I'm sincerely here to help.

23          But what's going to happen is (inaudible)

24   smart people.  If you think you're going to pull

25   something up on YouTube, oh, that will show you how to

1   make a million dollars (inaudible) in 15 minutes,

2   you're smarter than that, come on.  You're smarter

3   than that.  Or watch these webinars, they're 10

4   minutes a day.  Please, come on.  And I'm not telling

5   you to go to four years of college and spend 100 grand

6   doing that because 70 percent of college graduates are

7   in a career they didn't even go to school for.  So I'm

8   not asking you to do that.

9          What I'm saying to you is this:  Three days,

10   you take off three days and you study for three days.

11   It's almost like I'm interviewing you instead of me --

12   I'm interviewing everybody in here to see if

13   (inaudible) step up and (inaudible) three days of our

14   class.  Three days.  That third day, Friday, Saturday,

15   Sunday, Monday, you're in business.  Actually, Sunday,

16   you're in business because we cover a lot of

17   information and you're smart.  Do it right.  You're a

18   phone call away.

19          Down the line, you have coaching, you have a

20   lot of availability.  Do it right.  Fair enough?

21   Three days we're going to offer you.  I don't care

22   what it takes, get to that class.

23          Those of you (inaudible) all night long,

24   should have, could have, would have (inaudible) pay

25   the bills.  Those of you that go to class (inaudible)

1    3:00 in the morning, 4:00 in the morning (inaudible)

2    energy -- your energy level is going to go through the

3    roof.  That's fine.  Because I'm passionate of what

4    I'm saying up here.  I'm very passionate.  And I'm

5    just thankful that I can help.

6          Boom, today's lineup.  We're going to talk

7    about (inaudible) system.  We're going to talk about

8    fast-moving products.  We're going to talk about

9    building a brand, talking about where to store

10   products, talking about the big goal.

11         Now, Amazon is very secretive.  This happens

12   to be one of their fulfillment centers (inaudible).

13         Hey, Jared, now it's getting hot in here.  I

14   better call him back.

15         Anyway, their fulfillment center, this is

16   1.2 million square feet.  What I'm going to show you

17   is like a four-minute video.  It's not even four

18   minutes.  It's -- I dug this out of the archives from

19   a news agency.  They were one of the few to ever get

20   inside Amazon's walls.  I want you to see what goes --

21   happens from the time you order a product all the way

22   to the time it comes to your door.  Fair enough?

23         Pay attention to this.  It's quick, it's

24   very informative, it's very good.

25         (Video played as follows.)

1       CYNTHIA MCFADDEN:  So what did you do at
2   work today?  Chances are good that on this Cyber
3   Monday there was some point, click, and buy going on.
4       GREG NAGY: Can you hear it?
5       CYNTHIA MCFADDEN:  A record-breaking $1.5
6   billion worth of merchandise is expected to have been
7   ordered online today, and no one ships more orders
8   than Amazon.  It's a company known for its
9   competitiveness and its secrecy, but ABC's Neal
10  Karlinsky was allowed inside to see the Amazon magic.
11      NEAL KARLINSKY:  This is what the new world
12  of Amazon looks like on Cyber Monday:  capitalism on
13  parade.  Nightline was invited in for a rare glimpse
14  at one of its 80 huge fulfillment centers
15  strategically sprinkled around the globe.
16      Look down the aisle here, that's a lot of
17  stuff.
18      To find out what happens when you point,
19  click, and buy, a process that follows miles of
20  conveyor belts inside a massive building like this,
21  but first an experiment.
22      They say this is the hot video game.  I'm
23  gonna order it.
24      We place an order, Just Dance 4.  If all
25  goes according to plan, we'll follow it from the shelf

1     to my doorstep.

2            Let's go see if it shows up in here.

3            This 1.2 million-square-foot Amazon

4     warehouse is the unseen shopping mall that never

5     closes.

6            It occurs to me, it's kind of funny, it's

7     sort of like Noah's Ark.  I mean, you sort of have one

8     of everything around here.  I mean, soccer ball, Hello

9     Kitty.  We got a backpack.  We got a tablecloth.

10           JOSH TEETER:  We carry as much as we can.

11           NEAL KARLINSKY:  Josh Teeter, a former

12    military intelligence officer, is the center's general

13    manager, meaning he's a little bit like an air traffic

14    controller for online shopping.

15           You know, I tried to do a search to see if I

16    could find something that you wouldn't have, and I

17    looked and I searched for a pink tuxedo, and you guys

18    have a pink tuxedo available.

19           JOSH TEETER:  Well, I guess you're not the

20    only one that wants that.

21           NEAL KARLINSKY:  We watch as my order pops

22    up on a scanner and gets plucked from a shelf by hand

23    and then dropped into a barcoded yellow bin.

24           JOSH TEETER:  This is the one you bought.

25           NEAL KARLINSKY:  I mean, this is literally

1     mine.

2              JOSH TEETER:  And it will arrive at your

3     house in a couple days.

4              NEAL KARLINSKY:  The Amazon people let us

5     draw a smiley face on our bin so we can follow it on a

6     wild ride through a winding maze.  Amazon recently

7     added a small army of extra workers in these

8     fulfillment centers just to handle the holidays, all

9     those electronics, tie-dye fashion kits, and heated

10    pet bowls that absolutely must get out the door and

11    fast.

12             Is it a pressure cooker working in here?

13             CRAIG BERMAN:  It gets very busy at this

14    time, and -- and folks work hard, for sure, but we

15    bring in help.  We're hiring 50,000 seasonal employees

16    to help meet that demand.

17             NEAL KARLINSKY:  Amazon has faced serious

18    complaints that workers are pushed to the limit in

19    tough conditions.

20             CRAIG BERMAN:  Safety is number one with us.

21    These are well-paying jobs.  They pay 30 percent more

22    than traditional retail --

23             NEAL KARLINSKY:  Sorry to interrupt.  What

24    do you got going out here?

25             FEMALE WORKER:  Oh, shipping things out to

1    people.

2            NEAL KARLINSKY:  Somebody's getting a happy

3    Hannah Montana camera.

4            You quickly learn walking the aisles here

5    that Amazon is barcode heaven.  Everything has a code:

6    a code to find it, to ship it, to track it.  But how

7    can they have everything from medieval chain mail to

8    clock oil and binocular magnifying glasses on hand at

9    all times?  Only part of the answer is huge inventory.

10   The other part comes from small business owners like

11   Dan O'Donnell whose tiny jewelry supply store, which

12   sells that clock oil, has exploded by selling through

13   Amazon, meaning their stuff shows up on Amazon's

14   website, and Amazon gets a cut of the action.

15           DAN O'DONNELL:  Right now, we have about

16   150,000 SKUs that we offer on Amazon.

17           NEAL KARLINSKY:  150,000 items just from

18   you?

19           DAN O'DONNELL:  Just from us, yes.

20           NEAL KARLINSKY:  The company doesn't only

21   sell just about everything; it uses sophisticated

22   programs to track your online habits, a fully

23   customized shopping experience to not only match

24   prices but increasingly match your desires.

25           CRAIG BERMAN:  We have teams of super smart

1    people who build out algorithms to create personalized

2    recommendations for our customers.

3             NEAL KARLINSKY:  I don't even know what this

4    is.

5             But despite the huge inventory and

6    third-party sellers, Amazon still can't guarantee the

7    lowest prices, so consumers are urged to shop around.

8    Meanwhile, our happy yellow bin shows up right on cue.

9             It's traveled about a mile since we saw it

10    last, and now it's nearing the end.

11             As it is pulled off and boxed, we add a

12    message inside just to make sure what shows up really

13    is the same item.

14             All right, I'll see this at home.

15             Forty-eight hours later, here it is, a box

16    was sitting on my doorstep.  Crack it open, and

17    there's our game and it's our message, Happy holidays

18    from ABC News.  They may call it Cyber Monday, but at

19    Amazon it never ends.  I'm Neal Karlinsky for

20    Nightline in Phoenix.

21             (Video concludes.)

22             GREG NAGY:  You know what's interesting is

23    last holiday season, Amazon broke every record

24    imaginable and people were wondering, my gosh, it's

25    amazing what Amazon did.  Well, now, there's a lot of

1     -- you hear different things when you Google different

2     things, information, but the actual statistics are

3     showing from programmers and engineers that Amazon

4     will do five times that amount this season.

5     (Inaudible) people, there will be many this holiday

6     season instead of worrying about how to pay those

7     credit cards (inaudible) money.  Does that make sense?

8     I want to get you on this side of the equation.

9          Have any of you ever been to these multi-

10    level marketing seminars?  You get five people to work

11    under you, you get five people under you, you get five

12    more -- you know (inaudible).  This program here, you

13    decide what you make.  You decide.  We'll help you do

14    it, but you decide.  Does that make sense for you?

15    You have complete control over this.  (Inaudible) what

16    to do.  We'll tell you where to go.  We advise you; we

17    guide you.  We tell you the right way to do it.

18         How about a flip house seminars -- a flip

19    this house seminar?  Has any of you been to those?

20    You know, oh, that's beautiful.  I got that t-shirt

21    (inaudible).  Oh, go out and borrow 100 grand.  You

22    better buy a house.  (Inaudible) better get

23    contractors.  (Inaudible) contractors in.  (Inaudible)

24    storm doesn't blow the roof off when you're halfway

25    through, make sure there's not any problems, make sure

1    that money gets paid back.  Then you better get it on

2    the market and you better hope you're going to make a

3    profit.  Craziness.  A lot of work, a lot of time, a

4    lot of risk.  Once again, not here.  All of this.

5            And I'm going to teach you one more thing,

6    too.  You'll not only learn how to deal with the mass

7    of people to live with the class of people, you need

8    to learn something else.  It's not how much something

9    costs; it's how much it's going to make me.  You

10   understand?  I have to reprogram your thinking again.

11   Reprogram your mind.  It's not how much -- once again,

12   you watch Shark Tank.  These guys are billionaires.

13   If you talk to these guys, these guys are cool.

14   They're constantly saying, oh, I'm not going to spend

15   that, how much does that cost?  They don't say that.

16   If my investment is 2,000 and they say 50,000, that's

17   a good deal.  Do you understand what I'm saying to

18   you?

19           There's always going to be good people out

20   here, always going to get the people that are going to

21   do this.  Wow.  I'm not going to buy -- I'm not going

22   to invest in it, I'm not going to put any money out, I

23   just want to make money.  Well, you never will and I

24   understand that.  That's a given.

25           So always a new mentality (inaudible) not

1    how much it costs, how much will it make me, if I

2    invest this and this is my return a year.  Okay?

3    We're on the same page.  This right here (inaudible) I

4    got to get moving here.  This (inaudible) stuff here.

5         I went through -- March, I went through a --

6    it's called the ASD.  It's a big thing in Las Vegas

7    that has a big tradeshow with 2,500 different

8    suppliers.

9         Boy, it's hot in here, Jared.  Did you do

10   any --

11        JARED:  I called him.

12        GREG NAGY:  Oh.  It has 2,500 -- 2,500

13   suppliers coming from all over.  Now -- it's in March,

14   ASD, Las Vegas.  (Inaudible).

15        UNIDENTIFIED MALE:  We're not hot.

16        UNIDENTIFIED MALE:  They're not hot.

17        GREG NAGY:  Oh, okay, you're not hot.

18   That's okay.  They're not hot.  (Inaudible) speaking

19   up for everybody.

20        All right, listen, you're (inaudible).  It's

21   all (inaudible).  All right, listen (inaudible) real

22   quick.  Now (inaudible) what are the chances out in

23   Las Vegas in March of running into a gentleman --

24   well, I believe it was destiny.  I believe you're here

25   for a reason; I'm here for a reason.  I don't have

1    (inaudible) question that.  Now, what are the chances

2    out of all the people out there that I run into the

3    gentleman in charge of all of these massive

4    fulfillment centers?  He's the guy that oversees

5    these.

6          I get talking with him.  He says, Greg --

7    that was 1.2 million square feet, that particular --

8    if anybody remembers that -- when I did that.  He

9    said, they're making them now over 4 million square

10    feet.  They're building them as we're sitting here

11    right now.  They're building massive fulfillment

12    centers.  Why?  Because they need them.  Who are they

13    building them for?  You.  When people think of Amazon,

14    you've got a small product and (inaudible).  No.

15    We're going to show you how to utilize these Amazon

16    fulfillment centers.  That's important.  Those of you

17    doing this right now, learn how to do this.

18          You know what he told me?  How many of you

19    have seen on the news where they're going to start

20    delivering via drones?  Drones -- you know what a

21    drone is?  You see how (inaudible).  That's reality,

22    my friends.

23          Now, me being a past vice president of the

24    Experimental Aircraft Association, I talk to a lot of

25    pilots and I also talk to FAA administrators.  Do you

FTC-SP-002119

1    understand?  And I asked them, I said, being a pilot

2    myself, do you think I'm going to fly into one of

3    those drones?  He said no.  He said what they're going

4    to do is they're going to have a certain minimum

5    height they have to fly and a certain max.  They'll

6    have their own airspace.

7            And believe me, the capability there,

8    because I have drones anywhere from $3,500 to over

9    $2,500 and (inaudible) my grandson, he's going to get

10    that drone -- he's only a year and a half year old --

11    he'll get that thing and he'll lose it out in no man's

12    land.  And all I have to do is I hit return to home

13    switch and that drone comes in, allows for cross

14    winds, comes right down and lands right where it took

15    off.  It's here, my friends.  The technology is here

16    (inaudible).  Just like the big air (inaudible).

17            (Inaudible) nine feet.  You always keep a

18    ten foot radius for safety.  (Inaudible) how that

19    works.  But what they're going to do is they're going

20    to have drones deliver.  How are they going to do

21    that?  Well, in certain weather, they're only good for

22    so many distances (inaudible) answer.

23            You ever seen the Goodyear Blimp?  They're

24    building massive blimps and these blimps are going to

25    be fulfillment centers floating in the air outside of

1    certain communities.  It's incredible.  It's already

2    here.  They're experimenting right now in Northern

3    California.  And what will happen is when you place an

4    order, the EAA will come down and here's what it's

5    going to do.  (Inaudible) is going to be out there in

6    his pool hanging out with all of his friends,

7    entertaining everybody, and have a package come down

8    and fall in his lap.  So what the drones have to do,

9    they're going to follow his street (inaudible) GPS.

10   It's all programmed.  Pull in, come right up

11   (inaudible) your hard, drop it off and off they go.

12   It's here.

13          Another reason why they want to do that,

14   there are, for example, communities where a lot of

15   younger people live, they do all the studies, all the

16   algorithms and figure out what the highest, most

17   products ordered in those areas.  Like my two

18   grandchildren, my son, they have diapers delivered

19   automatically every month.  They keep an exact count

20   of how many they should have and (inaudible).

21          So what they're going to do is anywhere --

22   where younger communities are, they'll probably have

23   more baby products on the blimp.  So when you call and

24   you order on your phone, you do your order -- you

25   don't have to worry about calling (inaudible) -- as

1    soon as you do your order, within 20 to 25 minutes,

2    that thing will be (making noise) dropping that order

3    off.  So no more 24 to 48 hours.  It's already here.

4    It's actually amazing what's going on.

5            We have a lot of our students that are

6    Amazon employees.  They step over here when they see

7    what's happening (inaudible).  We have a lot of our

8    students that are postal workers, UPS, Fed Ex.  Forty

9    to 80 percent of the products right here, ecommerce.

10   You see what's happening?  They're coming on our side

11   because they realize what's going on.  They see it

12   with their own eyes by delivering everything.

13           So it's here.  (Inaudible) having a big

14   blimp for these fulfillment centers (inaudible) the

15   plans go on and on and on.  But it is here.  It is

16   exciting and we're right here at the base of all of

17   it.

18           Right now, 11 marketplaces, 120 plus

19   centers, 180 loyal customers in different countries,

20   product categories.  It goes on.  Acquisitions by

21   Amazon (inaudible) buy, buy, build, build.

22           You know your Prime members can watch

23   movies?  You can watch movies.  You understand that

24   you can stream movies.  They also have a million songs

25   (inaudible) you can do.  (Inaudible) Oscars

1    (inaudible) screening studios, Jeff Bezos gets a fun

2    shout out.  I'm walking through the airport, here he

3    is on the front of Time Magazine, one of the most 100

4    influential people out there.  Those are the type of

5    people you want to be with and hang out with.

6          Here we go.  Amazon acquires (inaudible).

7    And any of these other companies, too, you see

8    (inaudible) whatever they call them, they all try to

9    like go and they're trying to be like another Amazon.

10   They're Amazon wannabees.  What Amazon does is let

11   them build up so high and then snatches them.  It's a

12   beautiful thing.  They (inaudible) Amazon bought

13   (inaudible) over 650 million.

14         Okay, this is one of the few things these

15   two ever get together.  Did you ever hear of CNN and

16   Fox Network ever agreeing on anything?  They're always

17   (inaudible).  Really.  Do you remember back when

18   (inaudible) used to have 24-hour news?  Do you

19   remember that?  It called Headline News.  They

20   actually had news.  (Inaudible).  All it is now is

21   opinions.  Little kids out of high school.  My opinion

22   is this.  I can't take it.  Don't get me started

23   there.  Keep it away from me.

24         Anyway, it's one of the few times they

25   agree.  (Inaudible) more retail (inaudible).  Amazon

1    clothing success (inaudible) department stores and

2    malls.  It's happening every day and it's happening

3    right now as we speak.  Is Amazon taking jobs?  No,

4    no.  (Inaudible) everyone they take and pay them 30

5    percent more.

6            That mall that you saw that I had, I was

7    smart when I kept that.  You know what?  That thing

8    there is (inaudible) museum.  I can sell tickets and

9    you can go visit.  This is how we used to shop.

10           What is the highest and best use of my time?

11   Keep saying that to yourself.  What is the highest and

12   best use of my time?  What is the highest and best use

13   of my time?  If you are not where you want to be in

14   life right now, to live the life and have the income

15   that you want, you need to start thinking what is the

16   highest and best use of my time to get to that point.

17   Does that make sense to you?  What is the highest and

18   best use of my time?

19           That's not going (inaudible) store like I

20   did recently.  I just had to go pick up a little thing

21   of creamer.  I got to drive my car (inaudible)

22   everybody.  There's ten cash registers (inaudible) and

23   one cashier.  I mean, come on.  (Inaudible).  I

24   finally get back (inaudible).  I finally get back to

25   my car, drive back.  I'm 45 minutes deep.  That was

1    not the highest and best use of my time.  That's why

2    this is so popular right here.  People today

3    (inaudible) and it's right here.  Boom.  Point, click,

4    buy, it's delivered.

5         Over 36 -- almost 36 billion -- the new

6    numbers aren't even out yet -- 36 -- 136 billion.  You

7    know what that means?  Once again, you're going to get

8    into these numbers.  I can't even fathom these

9    numbers.  If every one of you right now in here, if

10    you work 24 hours a day -- (inaudible) when you hear

11    that statement (inaudible) think about working 24

12    hours a day.  Seven days a week for 500 years, you

13    could be making a million dollars a year and you

14    wouldn't even put a little scratch into that pie.  Do

15    you understand what I'm talking about, my friends?

16         I'm going to (inaudible) that's only 100,000

17    a month.  That's not difficult in this business to do.

18    That's why there's so many young kids, all ages,

19    retirees (inaudible) because it's smart.  These are

20    the good old days right now, my friends.  These are

21    the good old days.

22         (Inaudible).  How about if I creep before

23    your crawl, crawl before you walk, walk before you

24    run, run before sprint?  Is that fair?  We're just

25    going to try to make -- some of you might make $1,000

1    a month to start out at.  That makes a difference.

2    But if you're doing that, a lot of you times that by

3    at least ten, once you learn how to do it once, all

4    you have to do is duplicate it.  Does that make sense?

5           (Inaudible) information.  You're going to

6    (inaudible) before you walk out of here.  It's my

7    (inaudible).  Do you understand what I'm saying?  Just

8    (inaudible) a success.  To achieve this success, I'm

9    actually telling you (inaudible) do this.  To achieve

10    this, copy what we're doing.  Copy it.  That's all.

11    Copy it.  Craziness, isn't it?

12           Here we go, boom, 136 billion.  Constant

13    growth, year after year.  Amazon -- I remember

14    (inaudible) they were worth more than Walmart.

15    They're worth more than Walmart; they're worth more

16    than Costco, Target, Macy's, Kohl's, most of these

17    major shopping (inaudible).  Amazon delivered more

18    than two billion units (inaudible).  (Inaudible).

19    Today, you will become a third party seller if that's

20    what you want to do.  You're going to be between the

21    manufacturer and the buyer and the manufacturer is

22    going to be (inaudible) you and you're going to be

23    putting it out to the buyer.  It doesn't get any

24    harder than that.  Is that difficult?  No, it's not.

25           Here we go.  (Inaudible) once again.  If

1    everyone in here works seven days a week for the next

2    500 years and you all did the exact same product, the

3    exact same -- the same (inaudible), every one of you,

4    you still wouldn't even begin to scratch the surface

5    on the demand for these products.  Is this starting to

6    make sense now?  (Inaudible).

7              Here we go, boom.  All right, this is

8    Amazon.  Here's their philosophy.  Brick and mortar,

9    going to the factory, going to work for somebody is a

10   thing of the past.  Their philosophy is right here.

11   Why would you beat yourself up every day and have

12   somebody tell you what to do, what not to do, tell you

13   when to take a vacation, when you can see your loved

14   ones, when you can't, when you can have this right

15   here and that could be your view and that's your

16   business right there.  That's literally your business

17   right there (inaudible).  Do you understand me?

18             Once again, I wouldn't have you do anything

19   I wouldn't already do.  There's my business right

20   there.  That little chair right next to that swimming

21   pool.  That's in Fort Lauderdale (inaudible)

22   oceanfront property right there.  That's where I work

23   and I want the same for you.  How many of you would

24   like to have a view like that out of your big window

25   at work every day?

1              (Laughter.)

2              GREG NAGY:  Okay, if your hand didn't go up,

3       I mean, something's wrong.  I got to come back there

4       and shake you people.  If somebody ever told me

5       (inaudible).  These are the kind of people -- you

6       know, we have all walks of life.  It used to be there

7       would be some kind of high-end (inaudible) or

8       somewhere to come in here and (inaudible).  It's just

9       regular people that are buying these houses.

10      (Inaudible) find out why.

11             Boom, everything's right there.  Beautiful.

12      There's rooms in that house I haven't even been in.

13      That's a part-time house.  Beautiful (inaudible).

14             All right (inaudible) versus (inaudible),

15      here we go.  I watch people who think they have

16      businesses, they literally pick up hundred dollar

17      bills like this and they're stepping over stacks of

18      hundreds because they are ignorant to the facts of how

19      to make money.  Ignorant is not a bad word.  Stupid is

20      a bad word.  Ignorant is not knowing the facts.  Is

21      that fair enough?  Do you understand this?  Or not

22      knowing how to do this, I understand how because I was

23      doing that.  I was beating myself up because I didn't

24      know how to do it.  (Inaudible).

25             Here we go.  I'm going to show you how to

1    turn this into a business.  (Inaudible) of course, you

2    know, you have (inaudible) Canada, Mexico, all over

3    the world (inaudible) shipping (inaudible) blocks your

4    product, I'll get into all that.  But look at this

5    (inaudible) right here.  Look at that right now.  I

6    remember one time that Walmart had a big part of that.

7    I remember -- do you remember back in the day, Kenny,

8    when Sears and -- Sears had a big piece of that?  Look

9    at Amazon now.  (Inaudible) took another big chunk out

10   of that pie.  It keeps getting bigger and bigger.

11          Once again, the money is there.  The money

12   is there.  I'm just going to show you how to receive

13   the money.  Is that cool?  It doesn't get any harder

14   than that.  (Inaudible).  As a matter of fact, a year

15   from now, we'll have a big party down at that beach

16   house.  Fair enough?  And I have some parties.

17   (Inaudible) I put up some parties, fun parties.

18          Boom.  Here we go.  How big is Amazon?

19   Really there's constant growth.  I can (inaudible).

20   Okay, now, why -- and I asked this question.  Since we

21   know everything about Amazon, I try to go through it

22   as fast as I can.  Since you know the money's there,

23   you know there are people making a lot of money, you

24   know Amazon is opening up the doors (inaudible) you

25   today, Amazon is opening up the doors because they're

1     preparing (inaudible). Your timing is going to be

2     perfect. Then why aren't you doing this?

3            I -- my answer was, I didn't realize what

4     this was all about until my own son, my 33 year old

5     son said, Dad, you got to promise me you're going to

6     look at this. I was stubborn. When I finally looked

7     at it, I said to him, tell me more, tell me more.

8     That was my (inaudible). But here's what I find out

9     about people, people are (inaudible). Starting

10    anything new, you have a fear factor. The fear. It's

11    called the fear of the unknown. You, right now, could

12    eliminate the fear factor my friends. Eliminate it.

13    It's already happening.

14           Our education that we give you is 100

15    percent guaranteed. If this is not more and better

16    than what I tell you it is, anything you invested

17    comes right back to you. (Inaudible). Okay? But I

18    don't remember that ever being done, but I'm just

19    saying it's (inaudible).

20           So all I'm saying is this: All we're asking

21    you to do is follow the system and you can't help

22    yourself. Just follow the system. So fear is nothing

23    but an excuse. People have a fear to go out that door

24    the same way they came in, and this goes back to this,

25    too. If you can trust the person next to you -- this

1   is a test which you probably know the person next to

2   you well enough so I'm not going to ask you to close

3   your eyes -- but if you knew the people next to you,

4   you can close your eyes.  (Inaudible) get to know

5   them.  At this point, you can leave your eyes open or

6   you can close them if you feel comfortable.

7           Think about this for a minute.  Where are

8   you going to be one year from now?  Think about where

9   you want to be in one year's time if you don't make a

10  change.  Where are you going to be five years from now

11  if you don't make a change?  This is a reality check.

12  Reality check.  Where are you going to be?  And some

13  of us older people in here (inaudible) I won't call

14  any names out, Bryce.  But anyways, if you close your

15  eyes, where are you going to be 10 years from now?

16  How fast did ten years go by?

17           UNIDENTIFIED MALE:  Fast.

18           GREG NAGY:  I'm over 60 years old.  My God,

19  when I went from 50 to 60, where did that time go?

20  I'm telling you, my friends, the next year from now,

21  you're going to see major changes in your life

22  (inaudible) forget about it.  It's incredible what's

23  happening right now.

24           Okay.  Time.  Another one I can -- I have no

25  basis for it.  I'm going to warn you right now -- I'm

1    going to tell you right now, after this is over, don't

2    come up to me, I don't have time.  Don't come up --

3    I'm going to tell you right now, do not tell me you

4    don't have time.  That's nothing but an excuse.

5            Some of you work 40 hours a week and my

6    hat's off to you.  Some of you work 80 hours a week

7    and my hat's off to you.  You're probably smarter than

8    I am, you're probably a harder worker than I am, but

9    I'm going to tell you something right now.  I don't

10   care if you work 80 hours a week, coach football,

11   coach baseball, take your daughter to dance class,

12   (inaudible) all the t-shirts and hats, I'm telling you

13   to do this one night a week.  Pay attention to me now.

14   I'm telling you, one night starts you off.

15           How many of you in this room have cable

16   television or satellite TV and are not yet where you

17   want to be in life as far as financially, your home,

18   your car, being able to take care of your family?

19   Because if you're not at that point, what I'm going to

20   tell you to do -- and you need to do this -- you need

21   to cancel that cable TV or you need to cancel that

22   satellite.  You cannot afford it.  It's not the 150 or

23   125 a month.  That's not what I'm talking about.  You

24   just can't afford to do this (inaudible) all night and

25   then sit in front of that TV for two to three hours

1   every night making the people wealthy on TV but not

2   yourself.

3           And here we go.  King of Queens.  I Love

4   Raymond.  Oooh, Jerry Springer.  Simpsons.

5   (Inaudible).  Does that make any sense to you?  You

6   need to watch something (inaudible).  Shut the TV off

7   a night a week for a couple hours.  In that time,

8   you'll have your business set up, you put a product on

9   there, and you're going to start making money.

10  Believe me, it's not going to be hard to shut that TV

11  off a few more nights a week until you say, hey, see

12  you later, J-O-B, I am now creating far more income

13  than I could ever make with you.  (Inaudible)

14  following me (inaudible) are you following me?

15  (Inaudible) no excuses for time.

16          Money, oh, boy, another one.  (Inaudible)

17  I've got to make money.  Don't get me started there.

18  It's not how much something costs; it's what it's

19  going to make you.  Now, people think that once you're

20  educated, once on Monday when you start your business

21  -- I've watched people do this; I've watched amateurs,

22  rookies, uneducated in Amazon do this -- they'll go

23  out and spend $40,000 on some product.  Why?  Some of

24  them send their money over to China, Japan, they're --

25  there isn't -- there's not a lot of -- most of the

FTC-SP-002133

1    suppliers are legitimate, but there's a few companies

2    out there you shouldn't trust.  And we blackball them

3    and we make sure you don't deal with them.

4                (Inaudible) 40 grand there (inaudible) month

5    after month.  That product is not showing up because

6    that company doesn't exist any more.  But we make sure

7    that doesn't happen to you.  Or they think they're

8    going to buy a lot of product and get stuck with half

9    of it.  No, we tell you how to get in (inaudible) and

10   you can start your business and don't put a dime out

11   of your pocket, not another dime.  It's called

12   consigning.  I'm going to explain that in a minute.

13               And then once you get -- I tell you, once

14   you do this, once you put 50 or 100 grand or so in

15   your pocket, then you can start buying things if you

16   want.  Does that make sense, JD?  You know what

17   consignment is.  Consignment, guys, consignment.  And

18   I'm going to explain that.  We're going to teach you

19   how to get this started by utilizing fulfillment

20   centers and utilizing suppliers.  We've got suppliers

21   that need you.

22               (Inaudible) going to keep going here.

23   Knowledge, you've got to have the knowledge.  There's

24   a right way and a wrong way.  Amazon does not take any

25   (inaudible).  We have people begging (inaudible).

1    They say, Greg, my products are (inaudible) my

2    products are (inaudible), Amazon put me (inaudible).

3    If you do something wrong on Amazon, if you're not

4    doing it the right way, you're out and Amazon is not

5    bringing you back.  You make sure -- especially you

6    guys out there right now, don't make a mistake.  If

7    you're on our site, Sellers Playbook, it's like

8    (inaudible) philosophy here (inaudible).  Make sure

9    you do it right.  Make sure Amazon loves you.  If they

10   love you, forget about it, man, they'll work with you.

11           Also, does anybody in here know what a buy

12   box is?  A couple of you do?  Two, three, four, five.

13   Still not much.  Buy box.  Do you know -- it was

14   eight, they just changed the number this past week --

15   nine out of ten items purchased on Amazon come out of

16   the buy box?  (Inaudible) what the buy box is.  So all

17   the rookies out there that watch those little Youtube

18   things, they're thousands of pages deep and why are

19   our students on the front page?  (Inaudible) over a

20   million (inaudible) why are they on the front page?

21   Why do our students have buy boxes?  Why are our

22   students so successful?  Because they did it right the

23   first time.  This stuff's good, man, I'm telling you.

24   This is heavy duty stuff here.

25           Here we go.  Keep on keeping on.  All right,

1    now, there's just a few examples right here.  I'm not

2    going to go through a bunch of testimonials, but this

3    touches everybody out here.  (Inaudible) Hurricane

4    Katrina wiped them out.  They're working a system.

5    They're -- when I say "large money," they're making

6    large money.

7          The next company right here, Terrific Deals.

8    Any of you ever heard of them?  They started

9    (inaudible) -- you have to be a rocket scientist to

10   figure this out.  Ready for this?  They (inaudible)

11   people drink coffee.  Oh, my gosh.  Huge (inaudible)

12   people buying coffee (inaudible).  You can do -- every

13   one of you can do this and make the same money, that's

14   how much business is out there for them.

15         Or this lady right here, Bling Jewelry, even

16   a better one.  This lady was about broke, large money.

17   Let me tell you what her idea was.  You need to pay

18   attention.  This is a real Rolex.  This is not a fake.

19   You cannot put fake Rolexes on Amazon and call it

20   real.  They're going to boot you out of there faster

21   than you can get on.  Believe me, they'll know.  But

22   there's a thing called cosmetic jewelry that you can

23   put on there.  It's not fake because it's called

24   cosmetic jewelry.  Does that make sense?

25        I had a lady (inaudible) one of our students

1     and she said, oh, I was at JCPenney and they wanted

2     89.95 for this and I paid 59.95 on Amazon.

3     (Inaudible) put stuff on there. I paid 59.95, good

4     deal. She bought it for 79 cents. Of course, I

5     didn't tell her that. Huge markups in cosmetic

6     jewelry.

7          Now, I get this from some of you ladies, oh,

8     I wish I would have thought of that. You're not

9     listening to me. Ask (inaudible). If every one of

10    you, once again, seven days a week (inaudible) 24

11    hours a day, 500 years, if you all did cosmetic

12    jewelry, you wouldn't even put a dent in that

13    particular area. You can all make ridiculous money

14    just from cosmetic jewelry because you can put

15    (inaudible). (Inaudible) out there. (Inaudible) but

16    it goes on, you know. I'm just giving you a couple of

17    examples here.

18         These crazy guys right here, they work in a

19    warehouse. They sell people those (inaudible) -- you

20    ever been at a Dollar Tree? You ever go to the dollar

21    store, with the little dollar items? (Inaudible) it

22    takes forever. Long story short, they saw, you know

23    what, instead of people doing (inaudible) we'll put

24    all these crazy odds and ends in there, kids are going

25    to take them camping, you can have them around your

1 house.  When you've got guests, you got (inaudible) at

2 any given time.  Who would ever think that they're a

3 $70 million selling random things on Amazon.  The

4 stories go on.  I just wanted to touch on a couple of

5 them for you.

6    Boom.  What do we do?  We have an automated

7 tracking system.  We're going to talk about that.

8 Research analytics, national and international

9 relationships.  We'll go (inaudible) step by step.

10 Amazon (inaudible) product, inventory, come on, here

11 we go.  Move, move, move, move, move.  (Inaudible) go

12 here.

13    Here we go.  Product.  Let's talk about

14 product.  (Inaudible) product.  What's the first thing

15 you think of when I say "just do it?"

16    UNIDENTIFIED FEMALE:  Nike.

17    GREG NAGY:  Nike (inaudible).  What's the

18 first (inaudible) when I say "melts in your mouth, not

19 in your hands?"

20    UNIDENTIFIED FEMALE:  M&Ms.

21    GREG NAGY:  Very good, M&Ms.  Now, a friend

22 of ours back here, he's got some brilliant ideas.

23 Now, you know, Schwinn makes bikes (inaudible) just to

24 give you an example.  Do you know Schwinn has that

25 little bike out now that (inaudible)?  I'm going to

1 get it for my grandkids.  No pedals or training wheels

2 (inaudible).  I think it's brilliant for learning how

3 to balance.  Well, so what he does, he gets the same

4 bicycle that Schwinn is (inaudible).  He (inaudible)

5 his name (inaudible) at Schwinn is building that bike.

6 He (inaudible).  Schwinn is like four or five pages

7 back.  He's in the buy box and he's telling buy

8 (inaudible).  He's sold over 30,000 bikes this past

9 month.  He's doing five times more than Schwinn is

10 doing.  Because, see, they already know the bike from

11 Schwinn, so you're comparing them.

12   Here's another example right here.  Okay,

13 this should get better.  (Inaudible) t-shirt again.

14 You see this car (inaudible).  This makes it simple.

15 When I hit that car dealership, I have limousines, new

16 cars, old cars, used cars, finance, no finance, no

17 credit, bad credit, good credit.  (Inaudible)

18 collector cars.  You'll love this, I had a '67

19 Corvette convertible (inaudible).  Oh, what a nice

20 car.  When I had that (inaudible) I had a hard time

21 getting customers to (inaudible) and there's a reason

22 for that.  It was called the motor mile.  But I was

23 the new guy on the block.  Does that make sense?

24   I got really (inaudible) and I thought of

25 something.  I said, wait a minute, why am I not

1    selling the cars, we should be selling, we have all

2    the nice stuff in there.  Well, I sat down and we had

3    a board meeting with all the salespeople and the

4    general manager, everybody (inaudible).  I'm going to

5    call a Uhaul (inaudible) and we're going to use the

6    back office we're not using and we're going to have a

7    little Uhaul business.  You can't bring trucks in

8    here.  Oh, yes, I am.  I said, get me a half a dozen

9    trucks, a couple trailers and a couple (inaudible).  I

10   didn't care about that.  And I got the sign that says

11   "Uhaul."  Does that make sense?

12           I put the sign under my name.  Instant

13   credibility.  (Inaudible) overnight went through the

14   roof.  So I'm trying to tell you the same thing.  When

15   you come up with a product, we're going to make sure

16   you (inaudible).  You understand?  It's called instant

17   credibility.  You already have instant credibility

18   with Amazon.  People are already looking for what you

19   have, all we need to do is put it (inaudible).  It's

20   not hard.

21           Here we go.  (Inaudible) be profitable.

22   You've got to make sure it's profitable.  I've watched

23   people buy here and they sell here when they should be

24   buying here and they sell here.  Does that make sense?

25   We have a system, we have a software.  We'll make sure

1    when you buy the product you're buying it right.  If

2    you're not buying it right, we'll know you're not

3    buying it right.  We make sure you are.  We make sure

4    of all the shifting, we make sure all the costs are in

5    there.  People don't expect the extra costs.  We make

6    sure everything is in that.  (Inaudible) show yourself

7    a 35 to 50 percent profit.  That's what you should be

8    showing yourself (inaudible) buy it right.

9            (Inaudible) product available.  This is

10   another big one.  How do you pronounce your name?

11           MAYLEE:  Maylee.

12           GREG NAGY:  Maylee, okay, like it's spelled.

13   It's almost too easy.  That's why I asked.  Maylee has

14   beautiful handbags.  She has handbag purses.  Do you

15   understand?  She sells 40,000 the first month.  She's

16   making a $3 profit.  She made good money that first

17   month.  That's not unusual.  So she's high (inaudible)

18   of the money she makes.  Well, the next month, the

19   manufacturer is not producing that purse anymore.

20   Does that make sense?

21           Now your reviews -- everything is going

22   down.  Now, you have other products, but we make sure

23   that doesn't happen.  We make sure she has that

24   product and we make sure she's going to the

25   manufacturer.  We do the analytics to make sure that

1    there's going to be plenty there and (inaudible).  If

2    you did 30,000, you do 40-, 50-, 60- month after

3    month, and then come the holidays and you're

4    (inaudible) doing hundreds of thousands.  Does that

5    make sense?  You need to know that.  It's all part of

6    this system.  Credibility.

7            Sellable.  We don't want red polka dot

8    purses like she likes.  We want brown and black.

9    (Inaudible) red polka dot purses you want.  Does that

10   make sense?

11           You want to make sure you buy things that

12   people are buying.  We do what's called a ranking

13   system.  We'll show you that.  (Inaudible) understand

14   that.

15           Here we go.  Turnover.  Turn them over

16   quick, quick, quick, next, next, next.

17           Best sale ranking (inaudible).  Does anybody

18   know what best sale ranking is?  Does anybody know

19   that?  A couple of people.  (Inaudible) best selling

20   (inaudible).  This is important.  Go back to your

21   handbag purses.  It says estimated sales per day by

22   their rank.  Don't let (inaudible).  It's not hard.

23   Because when you go to the class, we'll break all of

24   this down for you.  Fair enough?  Everything's right

25   there and we're just a phone call away and we'll walk

1    you through it.

2            But the rank simply means (inaudible) it's

3    got to be the top 100.  If you go buying these things

4    that are way down in rank, they're not going to make.

5    You make sure (inaudible).  You want to (inaudible).

6    So make sure they're in the top 100.  That's called

7    (inaudible) calculate it.  Because when you go to

8    class, we're going to get (inaudible).  That's

9    (inaudible) imperative to making money.  I'm talking

10   real money.

11           Suppliers.  There are over 2,500 good

12   suppliers all over the world.  Good suppliers.  But

13   there are several hundred that are not good suppliers.

14   We want to make sure (inaudible) you don't go anywhere

15   near them.  Does that make sense?  We want to make

16   sure (inaudible) you decide who you want to deal with,

17   but make sure you run it by (inaudible) to make sure

18   it's the right supplier.  Do you understand?  You make

19   sure it's the right supplier.  I (inaudible).  Make

20   sure you keep it in the right direction.

21           Now, here's another example right here.

22   This is that ASD I was telling you about.  It's in Las

23   Vegas.  There's another one coming up in a few months.

24   At this point in time, I want you guys to come to that

25   with us.  (Inaudible) very affordable for you to do,

1    but you can come with us and it's going to be a fun

2    thing because it goes together with this.  And you're

3    going to meet over 2,500 suppliers there.  And it's

4    really cool to actually meet these people.  They have

5    translators.  They're from all over the world.  It's

6    beautiful.

7           And you can actually go in and see all these

8    big gigantic containers of stuff they have.  It's just

9    incredible.  You actually get to meet these people

10   just to talk to them.  You can go into every classroom

11   with them and they talk about how they -- it's just

12   very it's very educational.  You don't have to do

13   this, but it's just fun to do this.

14           Now (inaudible).  If you walk in there,

15   you've got a Sellers Playbook ID and you've got the

16   right format versus Danny, Danny walks in and he

17   doesn't have anything (inaudible), just say Danny

18   walks in.  Danny will say, may I have your wholesale

19   list?  (Inaudible).  There you go, Danny, here's your

20   wholesale list right here.  Now, we'll walk in right

21   behind him, won't we?  (Inaudible) we'll walk in there

22   (inaudible).  Sellers Playbook, pros, we (inaudible)

23   may we have your wholesale list?  This wholesale list

24   (inaudible) yes, you can.  (Inaudible) we've got all

25   different wholesale lists.  (Inaudible).  They know

1    you're professional.  They know you're (inaudible)

2    product (inaudible).

3            Now, once again, would I have you do

4    anything that I am not doing or have done?  There's

5    yours truly right there.  There I am in the penthouse

6    with the wholesalers.

7            When you get in our class, you'll have a

8    username and a password.  You'll get it within the

9    first 24 to 48 hours.  (Inaudible) 48 hours to get it.

10   (Inaudible) specifically for you, username and

11   password.  Go into this right here, you'll pull up one

12   of our sites.  It's going to say the top 100 supplier

13   and wholesale lists.  It will take the top 100

14   suppliers in this.

15           Say you're buying these purses for $5 apiece

16   and they're selling for $95 apiece, which is not

17   unusual.  Now, you're paying $5.  They may say, hey,

18   listen, we've got a whole bunch more coming,

19   (inaudible) right now we're gearing up for the

20   holidays, can you make some room.  Come on, we'll give

21   them to you for $2.50 apiece.  You see what I mean?

22   So it constantly keeps you updated on your different

23   products.  That's imperative when you get to that.

24   That is imperative.  Because if you didn't have that,

25   you wouldn't know that (inaudible) added another 15

1     percent on the cost right there.

2          Boom, here we go. Suppliers. Consignment.

3     I'm going to take a minute on (inaudible). Pay close

4     attention. Consignments, this means a lot to you

5     beginners right now, a lot.

6          Let's go back to Maylee's handbags. Her

7     handbags -- say she sells them for 90. These

8     manufacturers of these bags overseas, their job is not

9     to sell. All their job is is to manufacture it and

10    put it out the door. They're not Amazon, people.

11    Manufacture it and put it out the door. They want us.

12    They love us because we're the ones -- the in-between

13    person making them money. Does that make sense? All

14    they want to do is manufacture it. You've got to

15    understand the mentality here.

16         Now, they may say, listen, Maylee, she's

17    just starting. What I would suggest (inaudible) their

18    consignments are $8. She's selling them for $90.

19    Consignment simply means every time somebody clicks

20    and buys one, they get their $8. The rest is yours.

21    Now, by the time you do shipping and everything else,

22    you might get 50, 60 bucks (inaudible) lowballing.

23    Everything I say is lowball by the way. You'll find

24    it's a lot better than what I'm actually explaining to

25    you. The numbers are a lot larger. But just say you

FTC-SP-002146

1  make 50 bucks a purse.  For what?  You didn't put a

2  dime out of your pocket.

3         Okay, one more way of explaining it.  Some

4  of you, you might not have got that.  One more way.

5  You car guys in here, I have a friend of mine who

6  lives down along the ocean down here, his name is

7  Chuck Sussman.  Did you ever hear of Chuck Sussman?

8  Most people don't.  Here's the originator -- there's

9  other people that copy him, but he's the originator of

10  a thing called a mood ring.  Do you remember the mood

11  ring?  Any of you remember the mood ring?  Enough of

12  you remember to hear a quick story.

13         (Inaudible).  Listen to this real quick.

14  The guy's got a ninth grade education.  He's got over

15  41 patents.  He was just smart (inaudible).  School

16  held him back.  Anyways, he said he went in one day --

17  listen to this.  He went in one day to a Walgreens --

18  this is history, my friends -- he went into Walgreens

19  (inaudible) and he saw (inaudible) just a piece of

20  paper.  He said, oh, this will fit nice, this will fit

21  nice in our hallway, that's what we want, just

22  something to put against the wall.  Well, as he's

23  holding it, it starts changing colors in his hand as

24  your body temperature changes.

25         So he goes home -- this is long before

1    Amazon days -- he orders a bunch of plastic rings for

2    a few pennies apiece.  He starts cutting litmus paper

3    and sticking it in the ring and there's the mood ring.

4    Stick them on, it changes colors.  He made millions

5    and millions on that.

6          The reason I bring this up (inaudible) I

7    just said that for your benefit, Bryce.  Real quick,

8    he says, Greg, I have my Rolls Royce Corniche -- it

9    was a Corniche convertible, you know, the (inaudible)

10   he says, I want to sell it for $325,000.  I said,

11   Chuck, I am not buying a used Rolls Royce for

12   $325,000, but I will do this, I'll sell it for you.

13   We get the Rolls Royce, we bring it up in the showroom

14   you just saw there.  The deal was 325, anything over

15   that is mine.  I sold it for 350.  It wasn't even a

16   week and I sold it for 350.  What happened, 25K here

17   and he got his 325.

18          Now do you understand what a consignment is?

19   You understand that?  That's (inaudible).  There's

20   nothing wrong with that.  It's a beautiful thing.

21   Take anything that's out there and we'll show you.

22          Boom.  Other websites, trying to get on

23   retail arbitrage.  Has anybody heard of that?  Retail

24   arbitrage?  You?  A couple of you.  I had never heard

25   of that until I got into this class.  Never heard of

1    it.  It's brilliant.  Retail arbitrage.  These guys

2    right here had a $600 credit limit.  That's all they

3    had, $600.  (Inaudible) what are they, seven-figure

4    (inaudible) you think?

5              UNIDENTIFIED MALE:  Over.

6              GREG NAGY:  All over.  $600 they started and

7    they did this in a short period of time.  Have you

8    ever seen this when you went to a store?  You ever

9    seen that?  Every store has that.  They can only keep

10   things on the shelf so long before they've got to take

11   it off.  Does that make sense?

12             Now, they'll mark things down, and I'll just

13   give you an example.  You can walk in any given store

14   right here and there's water bottles.  We have the app

15   so you can go up to that and get that UPC (inaudible)

16   get the UPC, if it's on the high end on Amazon, if

17   it's on the low end, the selling rate, I got all the

18   information right here in front of me.  This

19   particular label is selling for (inaudible).

20             What is the highest and best use of my time?

21   Not walking through that store.  But I made it useful.

22   I spent about 20 minutes and made a lot of money

23   (inaudible) and that's the reason I did.  I said

24   (inaudible) to the store manager, I said, how many of

25   these do you have?  He says, how many do you want?

1    How many of you (inaudible) my point?  How many do you

2    have?  He says, I have 4,000 of these back there.  I

3    said, I'll take them all.  (Inaudible) take them all.

4          Now, he comes over with the store manager

5    and he starts writing out, you know, 4,000 times 5.

6    Well, stop, you're wasting your ink.  I'm not paying

7    $5 apiece for those (inaudible) buying them all.  I'll

8    give you a dollar apiece for them.  Oh, man

9    (inaudible) how about $3 he said?  I said, no, play

10    the game.  I'm being very generous.  I will give you

11    $2 apiece, okay, only because I'm generous.

12    (Inaudible).  Did I go after hours and get a Uhaul

13    truck and load all 4,000 (inaudible) and then take

14    them back to my house and then pack them and ship

15    them?  No.  That is not the highest and best use of my

16    time.  Absolutely not.  I took one.  You can do the

17    same thing.

18          (Inaudible) they fill their garage up with

19    products and their car stays outside.  No, they're

20    doing it wrong.  That's not the highest and best use

21    of your time (inaudible) packing, labeling, shipping.

22    That's not the highest and best use of your time.

23    That's called MWA.  That's minimum wage activity.  You

24    hire somebody to do that; you don't do that.  That's

25    not what you should be doing.  Instead of that, you

1     could be out there (inaudible) five more products,

2     making another $5,000 instead of packing.  So I'm

3     telling you, that's not the right way.  The right way

4     is do like I do.  I (inaudible) they'll pick them up,

5     they'll pack them and (inaudible), they'll send them

6     to the fulfillment center.  The fulfillment center

7     sends this stuff out every time somebody buys one.

8     All they're going to do is (inaudible) 1,500.  Do you

9     understand what I'm saying?

10          And I'm still showing a 35 to 50 percent

11     margin on (inaudible).  You put that in your costs.

12     That's why the actual fulfillment centers (inaudible).

13     They (inaudible) 12 to 18 percent, so what.  So you've

14     got to start thinking in large volume.  Does everybody

15     understand?  Does that make sense?

16          Boom, here we go.  Now (inaudible) every one

17     of you -- can every one of you in here do that same

18     (inaudible)?  Absolutely.  If every one of you can

19     pick four or five things (inaudible) there's enough to

20     go around the whole room.  So any one of you at any

21     given time (inaudible) enough for everyone.  That's

22     just -- see, that's called multiple sources of income.

23     You can't (inaudible) and live large with one source

24     of income or two sources of income.

25          If you talk to my boys on Shark Tank, do you

1    realize how entrepreneur (inaudible) are constantly

2    (inaudible). Do you understand that? That's the

3    game. That's what I want you to do, have 50, 60, 100

4    sources of income. You're living large. You see what

5    I'm saying. That's just another way of making income.

6          Boom, here we go. Building listings, make

7    sure you don't skimp, you don't lie and you don't put

8    false information on your listing. You'll have no

9    good reviews and Amazon is going to boot you. If

10    you're selling a coffee table that has four legs,

11    don't sell it with three legs. You understand what

12    I'm saying? Don't sell a solid mahogany coffee table

13    that's made out of balsam wood. Make sure (inaudible)

14    because Amazon will boot you. We make sure you do

15    things right. There's no in between.

16          Follow our system. If you want good

17    reviews, good (inaudible) campaigns. We could put you

18    on the front page and in the buyer's box. How? Well,

19    great, how do you do that? It's very simple. Maylee

20    has a plumbing company. I step in and my plumbing is

21    called A1 Plumbing Company (inaudible). Does that

22    make sense to you? (Inaudible).

23          Number two -- number two, make sure the

24    pictures are right. (Inaudible). That first day,

25    man, you're going to get a lot of information.

1    (Inaudible) be able to take everything home with you

2    if you (inaudible) that information.

3            Niche market, do what you want, develop

4    relationships.  Math is money.  Communication equals

5    wealth.  You'll learn how to properly communicate with

6    suppliers.  Okay?  The store manager.  There's

7    verbiage.  They know you're talking, they know you're

8    educated (inaudible).  You're talking about seller's

9    rank and things like that (inaudible) they know you

10    know (inaudible) have the right verbiage.

11           (Inaudible) labels.  You've got to make sure

12    the products are labeled.  When you came in here, all

13    your names are very well labeled.  You didn't have

14    (inaudible) scribbled your name down, did you?  No.

15    Label it properly.  That's why we say go to the

16    fulfillment centers.

17           Now, here's the way the fulfillment centers

18    work.  You can have your stuff from China go directly

19    to a fulfillment center now and it's labeled for you

20    at like a nickel an item.  It's not much.  (Inaudible)

21    that's it.

22           Number two, what you want to do is make sure

23    (inaudible) will get them ready for Amazon.  But we

24    have an (inaudible) calculator, so (inaudible)

25    calculate on what the cost is (inaudible).

1    (Inaudible) make sure you get profits there.  Bottom

2    line (inaudible).

3            Extra (inaudible).  This is called the ASIN

4    numbers or Amazon (inaudible) identification number.

5    That (inaudible) click, you're getting credit for it.

6    You also make money in this business when you're

7    sleeping.  You know why?  Because your (inaudible).

8    Am I right or wrong?  Guys with drones (inaudible).

9    (Inaudible).  It's not difficult.  Ready, here we go.

10   It's almost like follow the bouncing ball.

11           Boom, send your product to Amazon.  Make

12   sure (inaudible).  But you'll learn this in class.

13   It's not hard.  Amazon stores your product.  You want

14   to make sure that you don't have too much product.  We

15   want to make sure you always have just enough and make

16   sure you have (inaudible) coming in.

17           (Inaudible) customer purchases.  They're

18   coming here anyways.  They're coming here anyways.

19   300 a second are buying on this thing.  They're here.

20   Amazon (inaudible) a batch of products and Amazon

21   ships your products (inaudible).

22           Boom, no compete with the buy box.  We had a

23   lady that had five different cutting boards.  She was

24   competing with herself.  No, no, no.  I said, listen,

25   get all five, bundle them (inaudible) people buy stuff

1    like that.  $35 to $50.  They cost (inaudible).  You
2    can put those things on there and you can click all
3    day long.  (Inaudible) impulse buying.
4              Boom, your product, your brand.  Let me show
5    you real quick.  Branding, branding, branding.  That's
6    another -- do you have any idea of (inaudible) Shark
7    Tank (inaudible).  Pure vida, is that what that says?
8    Is that right?  Okay.  So you guys have (inaudible).
9    We can find out the manufacturer where that hat comes
10   from.  She can have that hat (inaudible).  She could
11   be selling thousands of those things a day.  What's
12   happening is that could be her own brand.  We're
13   showing you how to brand products, put your own name.
14   Like we could Monica or put whatever name you want on
15   here, you understand?  Susie's (inaudible).  What you
16   put, that's called a brand.
17             Now, once she sells X amount, X amount,
18   let's say six months down the road, say she's sitting
19   on a million dollars (inaudible) which is not unusual
20   because that's a high volume item to have.  Now,
21   somebody will buy that brand for five times what
22   she -- they'll take that million dollars and they'll
23   buy that brand for five times more than that.  That's
24   (inaudible).  You talk about instant overnight cash
25   money, that's just another source and you can do that.

1        Our buddy, Raphael, what's he doing now, the

2    bicycles? And he's doing that three-dimensional

3    thing. He's got this three-dimensional thing

4    (inaudible) that you can play games on. He's got his

5    own brand. He just started this a couple months ago.

6    (Inaudible). Anybody can do this. We show you.

7    That's another name brand. It's just part of the

8    class, another source of income. It's almost crazy

9    just to let this go through your fingers. We're

10    talking tons of money right here. Branding.

11        UPC for your product, that lets you know

12    what your product is. (Inaudible). A neighbor that

13    lives in my (inaudible) he's got a big sport fishing

14    (inaudible). You know how they put names on the back

15    of the big boats -- JD, you'll love this. You know

16    how they put names on the back of big boats?

17    (Inaudible). You know what he has (inaudible)? A big

18    (inaudible) UPC, he's got a big giant UPC (inaudible)

19    on the back of his boat.

20        It's ridiculous looking. (Inaudible) UPC is

21    brilliant. I can pull up to the gate of my house now

22    and I don't have to put the window down, I don't need

23    a garage door opener. It reads my car. That's how

24    good (inaudible). They've come a long way. So you

25    have a product specifically for your brand.

FTC-SP-002156

1        Okay, here we go. (Inaudible) more profits,

2    we talked about all that. It's got to have good

3    reviews (inaudible) competitive pricing (inaudible).

4    You need to (inaudible) on these things (inaudible).

5        Boom, you're also going to learn how to

6    score credible suppliers. We will give you

7    (inaudible) right now. We want to make sure if you

8    choose one that's not on our list (inaudible)

9    blackballed. It's good to have that (inaudible).

10   That's like an insurance policy.

11       Fast-moving products, build your brand.

12   (Inaudible) develop a wealthy mind set, winning the

13   buy box. That's probably the most relevant thing

14   you'll get out of this class. Winning the buy box is

15   going to take you from $1,000 a month to $100,000.

16   Winning the buy box is going to take you from here to

17   here quickly. Buy box (inaudible).

18       Okay, here's an example right here. All

19   right, here we go. This is a -- this is a good

20   example right here. Okay. You see that -- that's a

21   humidifier. You see right here it gives you

22   everything on it, everything about it (inaudible) et

23   cetera, et cetera. You get all that stuff (inaudible)

24   click on the screen right there. Did you see right

25   there it says 4.2 out of 5 stars? That's good.

1    That's good.  You don't expect to have five out of

2    five stars because you know why, you're always going

3    to get the negative people.  They have nothing to do

4    in life but complain about something.  (Inaudible)

5    that's right.  (Inaudible) I don't have patience with

6    people like that.  (Inaudible) I'm going to complain

7    about this (inaudible).

8            So Amazon allows that (inaudible).  So 4.2

9    is good.  That's actually good.  We make sure you keep

10   your rating up.  You see this right here, that's

11   important.  Sixty-one (inaudible).  If you can stay

12   within 1 to 100 (inaudible).  See, some people go with

13   200 because they don't know any better.  We'll put you

14   in a product anywhere from 100 or under (inaudible).

15           You have to have a calculator when you go to

16   class.  You have it right here.  Sales per day by the

17   (inaudible), 61.  This is very erratic.  And it says

18   current sales 74.  So the current sales are actually

19   more than they predicted.  You follow me?  The average

20   sale is 97.  Well, look how erratic that gets.

21   Estimated amount of monthly sales, 9,241.

22           Do you know what that means?  We're in June,

23   July, August, you've got a couple months to really

24   just start rocking and rolling.  Come October, I want

25   you to do this with your computers.  You need to get a

1 small little fan from Amazon.  Get it from wherever

2 you want, but Amazon is the best place to get it.  And

3 then I want that fan cooling off your computer because

4 you're going to need that fan to keep your computer

5 cool.  (Inaudible).  I'm telling you, from October on,

6 look out, look out.  The conditions right now are

7 through the roof.

8    Here we go.  Okay, Sellers Playbook.  Now,

9 within -- within this 24 -- well, actually, 48-hour

10 stretch even, you're going to have your username and

11 your password.  Hold these little things up right

12 here.  These are just quick things that Sellers

13 Playbook put together because they're vital.  Just

14 review those before you go to class.  It doesn't take

15 long.  Just review those before you go to class.  You

16 may have more questions the first day of class.  You

17 understand?

18    Now, that first one there, how to set up an

19 Amazon seller account, those of you that already have

20 an account set up (inaudible) take the class because

21 you may be doing something seriously wrong.

22 (Inaudible) selling (inaudible) like quality, but you

23 see where it says winning (inaudible) and tools, it is

24 so important to have the proper tools to do this.

25 Sellers Playbook, when you go to that class, you'll

1    have the proper tools (inaudible).

2          I have a 95 year old mother.  Thank God I'm

3    able to take care of her.  You understand?  And what

4    happened was, quickly again, just to give you another

5    example to make it simple, I was flying over for

6    Mother's Day.  I got in my little plane.  My brother

7    and I (inaudible) Cessna 310 and I picked up from Long

8    Beach, I'm flying over to Fort Myers, a quick jot over

9    the Everglades, and about 10 minutes out from Fort

10   Myers Airport and my right engine oil pressure started

11   doing this.  That's not good.  5,000 feet, 300 miles

12   an hour and I got oil pressure doing this in the right

13   engine.

14          I call ahead to the tower, we're coming in.

15   Clear the runway, I'm coming in, I'm hot.  Coming in

16   hot means you're coming in at a high rate of speed.

17   The reason for that is when you lose an engine, you're

18   only coming in on one engine.  Fair enough?  I don't

19   practice that.  I don't do that.  I didn't care to do

20   that.

21          Long story short, I (inaudible) for a

22   landing.  I have an (inaudible) come directly to the

23   airplane, okay?  Now, the guy came over (inaudible)

24   wagon with a hammer and a screwdriver and he goes, am

25   I going to (inaudible) on that plane.  He pulls up in

1    a truck, all the Mac tools, all the gauges, they get

2    (inaudible) ba-bing, ba-bang within an hour and they

3    find out it's just an oil pressure (inaudible).

4              What I'm trying to say is the same thing

5    here.  Don't go out there trying to (inaudible) you're

6    going to spend -- what's the highest and best use of

7    your time?  Don't spend three, four, five hours like

8    people do researching a product when you can just

9    simply use our system, point and click, and within

10   probably three minutes, that product is up and

11   running, ready to go.  Does that make sense to you?

12   What (inaudible).  Highest and best use of your time.

13             Now, it talks about the selling rate.  Pick

14   anything.  (Inaudible) baby products.  My friend back

15   there has a six month old and a year and a half old.

16   You're doing baby products.  That is a billion dollar

17   industry.  Every one of you could make tons of money

18   just on baby products.  (Inaudible).  Everything is

19   (inaudible).

20             That's what you'll look like in the morning

21   when you look at your account.

22             (Laughter.)

23             GREG NAGY:  I love that.  You know why?  I

24   want you to give me your (inaudible) I'd like to just

25   say this.  When you start making money, do me a favor,

1  be generous.  Please help people.  Is that fair enough

2  to say?  Is that fair?  I give a lot of money to the

3  animal shelter.  You understand me?  (Inaudible).

4  Does that make sense?  (Inaudible) aside.  That's that

5  Oprah Winfrey (inaudible).  But, anyway, we give a lot

6  of money to stuff like that.  Please help people.

7  Please help family members.  (Inaudible) enable

8  somebody to do nothing but help (inaudible).  Is that

9  fair enough?

10         And here's an example.  That right there, I

11  have one -- I have a partner in (inaudible).  His name

12  is Art.  I say, Art, they're having a big benefit

13  coming up in Long Beach for the animal shelter.  Well,

14  we have a '57 Chevy restored (inaudible).  I mean, I'm

15  talking about nice.  I said, you know what, I said,

16  Art, I want to donate that to the animal shelter.

17  This is the kind of friend I've got.  Yeah, I'm in on

18  that, just like that, not a question asked.

19         (Inaudible) I pull up in front of the animal

20  shelter.  They said, Mr. Nagy, you really -- you

21  really can't park there, you know, being nice to me.

22  You can park around the back.  I said (inaudible) the

23  keys (inaudible).  He said, do you want me to park it

24  for you?  I said, no, keep it, I want you to auction

25  that off and the money goes to the animal shelter and

FTC-SP-002162

1    walked away.  You see it's nice to do that.  Do you

2    understand?

3            I'll go to a grocery store and I'll see a

4    family in there and (inaudible).  Listen, a family

5    that's struggling, got a family struggling to pay the

6    bills, they've got coupon after coupon after coupon.

7    (Inaudible) got another coupon, I'm going to scream.

8    I just got (inaudible) as soon as she put the last

9    coupon up (inaudible) I slide my card.  (Inaudible).

10   Voila, I paid for her groceries, $150 whatever it was,

11   I don't (inaudible).  All I'm saying is just help

12   people.  Just (inaudible).  Just help people.  That's

13   all I'm saying.

14           Boom, here we go.  (Inaudible) Amazon get

15   this?  Smiley face.  And anything you can think of

16   from A to Z.  That's what you -- that's what people

17   look like when they get Amazon boxes.  Did you ever

18   see that?  (Inaudible) two of my houses, I can't see

19   the neighbors.  One house in Virginia, I can see

20   neighbors.  You want to hear something, when I hear

21   the truck pull up, I'm almost like a peeping Tom, I

22   look out the window.  (Inaudible) watching the

23   neighbors get their packages.  They pick it up and

24   they're like this.  So they know what's in the box,

25   it's just a box.  It's just a (inaudible) box.

1        Now, we're going to do something different

2    today.  I'm going -- getting ready to finish this up.

3    Everybody (inaudible) not doing -- I'm really doing

4    something big-time today.  I'm really doing something

5    big-time.  Class will fill up quick, so I'm really

6    going to help everybody.  Remember, it's not how much

7    something costs; it's how much it's going to make you.

8    The company is going to go ahead and discount

9    (inaudible).

10       On day one, pay attention to what you're

11   doing.  On day one, you're going to create your own

12   account.  They're going to (inaudible) go into detail.

13   This is (inaudible).  When you go home, you're not on

14   your own.  They're a phone call away.  They're working

15   with you step by step.  When you go to class, it's

16   nothing like this.  It's one on one.  If you guys

17   don't (inaudible) working with you.  (Inaudible)

18   working with you.  Does that make sense?  You're

19   working one on one.  They work with you step by step

20   by step by step by step.  It's nothing like this.

21   You're (inaudible) building your business.  That's

22   their job, to work on building your business.

23       Sourcing information, brands, suppliers.

24   Let me go over the dates.  Let me go over the sourcing

25   information.  Branding is (inaudible).  That's big-

1    time branding.  Suppliers and marketing, that's

2    branding, please pay attention to that.  That's --

3    there's large, large money in branding.  It's really

4    important.

5          July 6th through the 8th at the Embassy

6    Suites in West Valley, Utah, 9:00 a.m. to 5:00 p.m.

7    Now, July 6th through the 8th, I don't care what it

8    takes to get in there, you get to that class.  And if

9    this isn't everything and more of what I'm telling you

10   up here, at the first day of class, if you don't think

11   it's everything and more that I'm telling you, just

12   tell them, hey, it's not for me, I want my money back.

13   I've never seen it happen, but they'll give you the

14   money if you want (inaudible).  (Inaudible).  No risk.

15   No risk.

16         If any of you have any plans of getting

17   married that weekend, postpone your wedding.  We get a

18   lot of laughs out of that.  If somebody has a wedding

19   (inaudible).

20         A J-O-B -- do like my friend did like two

21   months this, two months (inaudible) guy like me.  All

22   the cars I have.  He went out and he bought some new

23   Cadillac, that's what he wanted.  Cool story, man.  He

24   tells me this (inaudible).  He said, Greg, we have a

25   boss, big shot, reserved parking, super boss.  Anybody

1     that parks in that spot (inaudible) if you don't move,

2     he'll have it towed (inaudible). He said, Greg, it's

3     the first time ever I went to work early and I

4     purposefully parked in his spot. He's in his brand

5     new Cadillac, shiny and beautiful.

6           The guy comes -- pulls up and the boss says,

7     hey (inaudible) respect a nice car. He said, whoever

8     (inaudible) that black Caddy has got to move it. He

9     comes over and he said (inaudible). He said, Chuck,

10    are you detailing now for somebody? He said, I'm not

11    detailing, I just bought it. He said, well, I'll tell

12    you what, I'm going to move it, and when you see those

13    taillights, that's the last you're going to see of me,

14    those taillights and the exhaust pipe going down the

15    road. He said he pulled off (making noise) and off he

16    went.

17          All I'm saying is change your life, take

18    action now, don't aggravate yourself, don't excuse

19    make. You have nothing to lose to do this and

20    everything to gain. And when I'm done here in a few

21    minutes, any challenges, any questions, if you find

22    something better, I want you to come to me. Any other

23    questions (inaudible).

24          Now, don't put things off. I have a brother

25    that lost his leg below the knee. He stepped on a

1    landmine protecting us.  And by the way, Amazon goes
2    out of their way to help veterans and service members.
3    (Inaudible) so I respect that.  My brother -- my own
4    brother lost part of his leg stepping on a mine.  Let
5    me tell you what happened to him.

6            He was an (inaudible) he couldn't climb on
7    planes anymore.  Does that make sense?  Very
8    depressed.  He's down in Key West.  I'm always helping
9    him, but he was the kind of guy that didn't want to
10   take my help.  (Inaudible) wouldn't let anybody help
11   him.  Sometimes he would send the checks back, I still
12   send them, go down and visit him when I could.

13           One month before my son (inaudible) me,
14   stubborn me, one month before I got involved in this,
15   I finally said, David, I'll open my mind up and look
16   at this, my brother was leaving his apartment,
17   tripped, fell down the steps, broke his neck, killed
18   him.  Now (inaudible) because only one month prior to
19   me getting involved in this, his life would have been
20   different.  He would have been (inaudible) because he
21   could have worked this down in Key West.

22           You know you can take this anywhere you
23   want.  You might have family members you haven't seen
24   for years or once a year.  You can (inaudible) as long
25   as you've got an internet connection.  Does that make

1    sense?

2        I have two grandkids, one in Palm Beach, one

3    in Fort Myers, I'm down there (inaudible) 95 year old

4    mom. I'm down there constantly flying back and forth

5    because I can take care of my business right there.

6    So you can either have a lot of time and no money to

7    enjoy it or if you've got a lot of money, you don't

8    have (inaudible) the time. This is a happy medium

9    right here. Does that make sense to everybody?

10        Now, normally this class is $2,000 per

11    person. It should be $20,000 a person if I had

12    anything to do with this. That's the norm. What

13    we're doing because it is a class, we're reducing it.

14    The company is going to go for $997 today. If you do

15    it any other time, you're going to pay the full

16    $2,000. Now, you need to pay attention to this. $997

17    for two of you. Not one, but two of you. Guaranteed,

18    100 percent. So excuse makers, we're going to have to

19    (inaudible) people taking action, 100 percent

20    guaranteed, my friends. This is the best investment

21    you could ever make. It's Friday, Saturday, Sunday.

22    If you don't make that back within days, you're not

23    listening, you're not paying attention.

24        Here we go. $997. Here's what they're

25    going to do. Guest attendee included. You can bring

FTC-SP-002168

1    one person (inaudible).  So if you two want to go

2    together, it's only $997.  If you're in here with

3    somebody and they want to go with each other, it

4    doesn't mean (inaudible) business, you split it, $997.

5    Two for $997.  It can't get any -- it doesn't get any

6    better.  This price is ridiculous.

7              I'm going to make it even better, though.

8    Are you ready?  This book -- hang in there, everybody

9    -- this book -- we've got some people trying to get

10   back (inaudible) already.  This book, you also get

11   this book.  This is the bible of Amazon.  You need

12   this.  There's hundreds of thousands (inaudible)

13   software information.  You don't get that today,

14   though, because they constantly update everything.

15             Those of you selling on Amazon, you know

16   they change their rules every six months.  You know

17   that, don't you?  You need to know that.  Because

18   every day they update.  So they (inaudible) once a

19   week, they constantly feed you new information.  You

20   won't get lost; we'll walk you through this.  Hey, I'm

21   no computer expert (inaudible).  You'll learn how to

22   do it, though.

23             Boom, here we go.  Step by step.  It's like

24   painting by numbers.  That's one of the reasons I do

25   it right there.  That's my 95 year old mother.  That's

1    my mother (inaudible). She does not live in a nursing

2    home. She lives in a beautiful house on the water

3    (inaudible). My brothers come in and out all the time

4    to see her. Now, how many of you would like to do

5    that for one of your relatives? (Inaudible). See, I

6    want that for you. I want that for you. The reasons

7    why we do this, I want that to be one of the reasons

8    that we do this, to help your family, to help your

9    churches. To help.

10           Right there, there's another reason. That's

11    my year and a half old grandson right there. He loves

12    boats. Whenever he sees me, he wants to go boating.

13    That's my six month old grandson. I delivered a giant

14    swing set to his house. Boom.

15           Now, I'm going to do something else here.

16    (Inaudible) elderly couple. You know what I did for

17    them and I'm going to do the same thing for you today.

18    (Inaudible). I talked to the company. They have a

19    computer -- remember those old laptops (inaudible).

20    Remember they weighed like 50 pounds. They go back

21    there and they open this thing up and I think there's

22    moths coming out it. (Inaudible) smelled like

23    mothballs. And they turned it on and here's that

24    little wheel, I think it was spinning in reverse.

25           (Inaudible). So what I did, I said, listen,

FTC-SP-002170

1    I want to make sure you do this business right.  I'm

2    making you the exact same offer.  Brand new computer

3    right here.  I want you to start off right.  This is a

4    brand new computer, all the -- all the bells and

5    whistles, a charger, everything in the world you'll

6    need.  This is called your -- this is your business in

7    a box basically.  I want to make sure you get a

8    computer so you'll be able to keep up with the

9    business you're doing.  So a gift to you.  And I'm

10    willing to (inaudible).  It's not used.  It's brand

11    new in the box.  Day one, day two, the third day of

12    class, you're going to have access to your brand new

13    computer.

14          Now, if you want to keep your stuff on your

15    computer, you're welcome to.  You can still have the

16    computer.  Fair enough?  But a lot of you I think

17    would probably want to use this brand new computer to

18    just put your business -- because your business is

19    going to need a lot of (inaudible).  There's a lot

20    involved.  Not a lot of hard work (inaudible).  So

21    each and every one of you today that get enrolled

22    (inaudible) on top of the contract, you'll get a

23    computer, a brand new computer.  Fair enough?  Another

24    gift from me to make sure that you -- that I have

25    helped everybody I possibly can help.  It will change

1    a lot of lives.

2              Here's what I'm going to do real quick.

3    We're almost done here, but I need to do this.  Jared?

4              JARED:  Yep.

5              GREG NAGY:  I'm going to do something.  I'm

6    going to ask some questions.  These three rows, please

7    get up.  These rows right here, get up, stand up,

8    please.  Go back there and (inaudible).  Everybody

9    that's in the computer and get those available dates

10   (inaudible).

11             UNIDENTIFIED MALE:  Come on back.

12             GREG NAGY:  And any questions you have, feel

13   free to ask.  And then you other guys (inaudible).

14             (Several unintelligible conversations

15   occurring simultaneously.)

16             GREG NAGY:  (Inaudible) ask you some

17   questions and let them make sure you're doing things

18   right (inaudible).  There's a right way and a wrong

19   way.  Does anybody have any questions (inaudible)?  Do

20   you guys have any questions?

21             (Several unintelligible conversations

22   occurring simultaneously.)

23             GREG NAGY:  Oh, my God, come on.  Yes.

24             (Several unintelligible conversations

25   occurring simultaneously.)

1          GREG NAGY:  But the biggest thing is taking

2     your information you have (inaudible).

3          (Several unintelligible conversations

4     occurring simultaneously.)

5          GREG NAGY:  At that point, just keep

6     multiplying what you're doing because once you

7     (inaudible) if you multiply that (inaudible).  Does

8     that make sense?  (Inaudible).

9          (Several unintelligible conversations

10    occurring simultaneously.)

11         GREG NAGY:  Okay, that's me.  (Inaudible).

12    One of the coaches --

13         UNIDENTIFIED FEMALE:  (Inaudible).

14         GREG NAGY:  Yes, that's my own son.  That's

15    my own son.  What we'll do is we'll (inaudible).

16         (Several unintelligible conversations

17    occurring simultaneously.)

18         GREG NAGY:  I'm old school.

19         UNIDENTIFIED FEMALE:  (Inaudible)

20         GREG NAGY:  No, but I'm just saying, it's

21    not complex.  That's why you do this, friends.  Just

22    follow.  Just follow the (inaudible).  These guys are

23    the best of the best.  They'll walk you through it.

24         UNIDENTIFIED FEMALE:  (Inaudible).

25         GREG NAGY:  The very first person

1    (inaudible).

2                (Several unintelligible conversations

3    occurring simultaneously.)

4                UNIDENTIFIED MALE:  Hey, I've got a question

5    for you.  So (inaudible) real estate seminars, right?

6                UNIDENTIFIED MALE:  Sure.

7                UNIDENTIFIED MALE:  (Inaudible).

8                UNIDENTIFIED MALE:  Yes, yes, I've been to a

9    number of them myself.

10               UNIDENTIFIED MALE:  When I -- like after the

11   first class, like the thing that bothered me about

12   those was the (inaudible) you know, three-day course.

13   But their stuff -- like all they were doing was like

14   not giving me everything and just trying to sell me

15   another one (inaudible).

16               UNIDENTIFIED MALE:  Yeah, I've been

17   (inaudible).

18               UNIDENTIFIED MALE:  So is there another one

19   (inaudible)?

20               UNIDENTIFIED MALE:  So let me tell you how

21   we work.  First of all, we set it up so that at the

22   end of the three days, everybody (inaudible) business.

23   I mean, that's how it worked for me.  Because the

24   company is an educational company.  So they will offer

25   ongoing services like (inaudible) training.

1           UNIDENTIFIED MALE:  Okay.

2           UNIDENTIFIED MALE:  You can go as far as you

3      want.  As a matter of fact, we take -- we just took a

4      bunch of students to China to build their own

5      branding.  So --

6           UNIDENTIFIED MALE:  Do you have any

7      information on that here or --

8           UNIDENTIFIED MALE:  No, I don't.

9           UNIDENTIFIED MALE:  Okay.

10          UNIDENTIFIED MALE:  Unfortunately.  So but

11     it's not like I'm going to say (inaudible).

12     (Inaudible) do it all on your own (inaudible).

13          UNIDENTIFIED MALE:  Okay.

14          UNIDENTIFIED MALE:  But if you want extra

15     hand holding, we do offer that at a price.

16          UNIDENTIFIED MALE:  All right, cool.  Thank

17     you.

18          UNIDENTIFIED MALE:  Uh-huh.

19          (The recording was concluded.)

20

21

22

23

24

25

1  <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4          I, Elizabeth M. Farrell, do hereby certify

5  that the foregoing proceedings and/or conversations

6  were transcribed by me via CD, videotape, audiotape or

7  digital recording, and reduced to typewriting under my

8  supervision; that I had no role in the recording of

9  this material; and that it has been transcribed to the

10  best of my ability given the quality and clarity of

11  the recording media.

12          I further certify that I am neither counsel

13  for, related to, nor employed by any of the parties to

14  the action in which these proceedings were

15  transcribed; and further, that I am not a relative or

16  employee of any attorney or counsel employed by the

17  parties hereto, nor financially or otherwise

18  interested in the outcome of the action.

19

20

21  DATE:  5/31/2018

22                         ELIZABETH M. FARRELL, CERT

23

24

25

FTC-SP-002176

# PLAINTIFF'S EXHIBIT 40

FTC-SP-002177

## Business Record Details »

Minnesota Business Name
**Exposure Marketing Company**

PLAINTIFF'S
EXHIBIT
**40**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
753472-2

**Home Jurisdiction**
Minnesota

**Filing Date**
01/13/2004

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2019

**Registered Office Address**
9001 Science Center Drive
New Hope, MN 55428
USA

**Number of Shares**
1,000

**Registered Agent(s)**
Matthew R Tieva
Jessie C Tieva

**Chief Executive Officer**
Matthew R Tieva
9001 Science Center Drive
New Hope, MN 55428
USA

**Principal Executive Office Address**
9001 Science Center Drive
New Hope, MN 55428
USA

Filing History

# Filing History

Select the item(s) you would like to order:   Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 01/13/2004 | Original Filing - Business Corporation (Domestic) | |
| | 01/13/2004 | Business Corporation (Domestic) Business Name (Business Name: Exposure Marketing Company) | |

| ☐ | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 01/08/2007 | Administrative Dissolution - Business Corporation (Domestic) | |
| ☐ | 03/05/2007 | Annual Reinstatement - Business Corporation (Domestic) | |
| ☐ | 04/09/2007 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 7/19/2013 | Amendment - Business Corporation (Domestic) | |
| ☐ | 4/16/2014 | Administrative Dissolution - Business Corporation (Domestic) | |
| ☐ | 1/6/2015 | Annual Reinstatement - Business Corporation (Domestic) | |
| ☐ | 7/27/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 2/7/2018 | Registered Office and/or Agent - Business Corporation (Domestic) | |

© 2018 Office of the Minnesota Secretary of State - Terms & Conditions

**FTC-SP-002179**