

# How to Generate $10,000+ Per Month Buying and Selling In Demand Products on Amazon.com

… Without Having to Negotiate with Vendors, Warehouse Products, Fulfill Orders, or Hire Employees



FTC-SP-002625

## How to Generate $10,000+ Per Month Buying and Selling In Demand Products on Amazon.com

**Find "Done For You Deals" with Great Profit Margins**

**Eliminate Shipping and Labor from your business entirely**

**Do This With No Monthly overhead, No Employees**

**Do Deal Analysis Before Placing an Order**

**Eliminate the need to run your own warehouse**

**Perfect Business Launch**



## This weekend we will introduce you to ...

- The hidden empire that is Amazon.com so you can **exploit their credibility** for your success.
- The 3 different business models we engage in (and **how you can partner with us**)
- The 3 business models that will allow you to **partner with Amazon.com** so you can get maximum profits with minimal effort.
- How to streamline your research to **find Hot & In-Demand** products NOW so you can start generating profits almost immediately.
- **How to Source the In-Demand products** you identify without having to manufacture them or warehouse them yourself.
- How to **Private Label** some of these products (for higher profits than your competitors)
- The power of **Retail Arbitrage** so you can fast track your business and profits.
- How to systematize order fulfillment (if you choose to do it yourself) so you can **eliminate the stress that your competitors face.**
- How to ensure you get **consistent, quality, positive feedback** (the kind that Amazon.com loves and rewards)
- How to efficiently and effortlessly manage your Amazon.com store so you can spend **more time in your passions and less in your business operations.**
- How to **outsource** the tasks that you cannot or do not want to do.
- How you can **keep Uncle Sam happy** and off His radar for greater peace of mind (and sleep).
  - Do we need to cover Taxes this weekend?







 

# Chris & Adam Bowser

- Over a Decade of online buying and selling wholesale and private labels utilizing Ebay.com and Amazon.com
- Started in Dorm room – Developed a System
- Have collectively sold over 40 million dollars worth of products utilizing online stores and auction sites
- Internationally recognized authorities in ecommerce, speaking and teaching in over 17 countries
- Mentors to hundreds of successful ecommerce merchants around the world.
- Distribution, Wholesale and Private Label Experts
  - Partners – Shark Tank



---

# Looking for Partners

**Hobby**

**Replace Income**

**Build Lifestyle**



# Why This Is Important To You NOW…

- Most ecommerce strategies we've learned are **DEAD WRONG.**
- The vast majority of independent ecommerce merchants are…
  - **Overstressed** trying to sell products that nobody wants at prices nobody will pay.
  - **Struggling** with profit margins that rarely exceed 3-5%



# What is This…

- Learn from Adam and Chris's experience



# Why This Is Important To You NOW...

- Most ecommerce strategies we've learned are **DEAD WRONG.**

- The vast majority of independent ecommerce merchants are...

  - **Overstressed** trying to sell products that nobody wants at prices nobody will pay.

  - **Struggling** with profit margins that rarely exceed 3-5%

  - **Have no Mentors or Advisors to guide, support, and encourage them.**

  - Have **no system** to manage their products, people and processes



# Is This For You?

- If you are doing any affiliate marketing and want to raise your game, this is for you.

- If you have an ecommerce store and want to consistently raise your profit margins while lowering your costs, this is for you.

- If you have your own products to sell and are ready to piggy-back on the credibility and expertise of the largest ecommerce sites in the world, this is for you – do both

- If you're worried about how you can generate a consistent passive income online, this is for you



# Just So You Know…

- This class is not for you if you are prone to "shiny object" syndrome (instead we focus on how to SELL Shiny Objects)

- "Do Nothing… Get Paid" Work has to be done... Cruise Control

- Please turn your cellphones to "vibrate"

- No soliciting

- Questions / Consultations

- Participate / Have Fun



## Cone of Learning

| After X weeks we tend to remember | | Nature of Involvement |
|---|---|---|
| 90% of what we say and do | Doing the Real Thing | Active |
| | Simulating the Real Experience | |
| | Doing a Dramatic Presentation | |
| 70% of what we say | Giving a Talk | |
| | Participating in a Discussion | |
| 50% of what we hear and see | Seeing it Done on Location | Passive |
| | Watching a Demonstration | |
| | Looking at an Exhibit Watching a Demonstration | |
| | Watching a Movie | |
| 30% of what we see | Looking at Pictures | |
| 20% of what we hear | Hearing Words | |
| 10% of what we read | Reading | |

Source: Cone of Learning adapted from Dale, (1969)

## CONFESSION!

Yes, we have an advantage over most. we already have a "name" in the industry and a list.

Mentor...



---

 

# Chris & Adam Bowser

- Over a Decade of online buying and selling utilizing Ebay.com and Amazon.com
- Creators of the OnlineAuctionLearningCenter.com
- Have collectively sold over 40 million dollars worth of products utilizing online stores and auction sites
- Internationally recognized authorities in ecommerce, speaking and teaching in over 17 countries
- Mentors to hundreds of successful ecommerce merchants around the world.

FTC-SP-002632

# The Bullet Proof System

Total Sales **Last 3 Months**: $1,345,000

Total Profit **Last 3 Months**: $168,000

**Average** Monthly Sales From Amazon
Business = **$448,000**

**Average** Monthly Income From Amazon
Business = **$56,000**



## Al Proctor Edmonton, AB

I want to Thank You so much for
giving me the support in getting
this business lifted off the
ground. I've been involved with a
LOT of coaching programs and
Chris & Adam are everything and



more. Their team has given me more than enough
support in my business and it's the complete reason why
I'm making over $9,000/mo. Keep up the great work.



# The Bullet Proof System

## The Five Pillars

1. Research and Find In-Demand Products

2. Deliver These Products to the Marketplace In 1 of 3 Ways

3. Systematize the Fulfillment Process

4. Receive and Manage Consistent Positive Feedback

5. Manage and Outsource the Tasks you Can Not or Do Not Want to Do.





# System – Process, Products, People…

- **Weekend – covering Products and People**
- **2 Ways to sell products:**
  - Find a product and then look for a market
  - Find a market and then sell that market what they are already buying
    - Apple – one of the only to create demand
  - Private Label – 20% Margin





Circle of Wealth

11



# Working Capital

### Hobby – 10K-15K

### Replace Income – 15K-35K

### Build Lifestyle   - 50K-100K



# Consultants



# PLAINTIFF'S EXHIBIT 63

FTC-SP-002638

| From: | Adam Bowser <abowser11@gmail.com> |
|---|---|
| **Sent:** | Wednesday, August 31, 2016 5:07 PM |
| **To:** | Jessie Tieva; Michael Gaffney |
| **Subject:** | Order Next Week |

Jessie meet Mike,

Mike, Jessie is going to be speaking at our 3 days come October and she wants to get her store going so I'm going to build her a $5000 order and I'd like you two to setup a time early next week to fulfill it to Amazon. Once it's fulfilled i'm sure she'll have questions so you both can communicate moving forward and we'll help get her store up and running.

Here's your contact numbers just incase you need to reach each other.

Mike: ███████████

Jessie: ███████████


--
Adam Bowser
FBA Stores
293 Libbey Pkwy
Weymouth MA 02189
800-554-8495
www.fbastores.com

PLAINTIFF'S
EXHIBIT
**63**

1

**FTC-SP-002639**

# PLAINTIFF'S EXHIBIT 64

FTC-SP-002640

| | |
|---|---|
| **From:** | Alma Kelly <almakelly909@gmail.com> |
| **Sent:** | Wednesday, September 28, 2016 2:27 PM |
| **To:** | Jessie Tieva |
| **Cc:** | Adam Bowser |
| **Subject:** | Re: New Speaker |
| **Attachments:** | W-9.pdf |

Hi Jessie,

Great to meet you too.  You will find attached a W-9.  Please complete it and send it back to me at this email address.  If you are interested in direct deposit, please also send me a voided check.

I am going to clarify the rules on transportation reimbursement and get back to you on that. I look forward to working with you.

Alma Kelly

On Wed, Sep 28, 2016 at 11:21 AM, Jessie Tieva <jessictieva@gmail.com> wrote:
Thanks Adam,

Great to meet you Alma.  Can you please let me know what you need for direct deposit and your rules on reimbursement for ground transportation to and from the event hotels?

Thanks!

Jessie

On Sep 28, 2016, at 1:05 PM, Adam Bowser <abowser11@gmail.com> wrote:

Alma,

Meet Jessie our new speaker. Her first event is going to be Oct 14th. Just wanted to connect the 2 of you so you can communicate back and forth when need be.

Adam

--
Adam Bowser
FBA Stores
293 Libbey Pkwy
Weymouth MA 02189
800-554-8495
www.fbastores.com



**PLAINTIFF'S EXHIBIT 64**

1

# PLAINTIFF'S EXHIBIT 65

FTC-SP-002642

**From:**       Jeff Adams <jeff@jeffadams.com>
**Sent:**       Wednesday, October 12, 2016 1:41 PM
**To:**         Jessie Tieva; Adam Bowser
**Subject:**    3 Day Flow
**Attachments:** 3-Day Training Outline.pdf

Hi Jessie,
attached is our 3-day Flow. Can you send us the changes you made as well a
as the slides to the close you are using.  I would like to look at today so we are
all on the same page.

Thank You,
Jeff



1

FTC-SP-002643

## **Flow for 3-Day Training**

Friday

9am      - Intro- What we will cover this weekend
         - What are your expectations
         - Why are you here
         - Why do Chris and Adam hold this training?
         - 1st Seed Capital Discussion
         - Consultants Introduced

Break
         -Amazon Empire slides
         -System begins with you –mindset, find your number, 2nd Seed Capital discussion
         -Lunch Seed Capital assignment

Lunch
         -Open Amazon Seller Account
         -Retail Arbitrage

Break
         -Response Block discussion
         -More Retail Arbitrage
         -End with Discussion Bowser System and numbers
         -Homework Assignment


Saturday
         -Homework Report
         -Research – Finding in Demand Products – Step 1

Break
         -Finding in Demand Products – Step 2, 3 and 4 and Buy Box

Lunch
         -Finding in Demand Products – Step 5, 6 and 7

Break
         -Trade Shows
         -Fulfillment options – Seller, FBA, FBAdam
         -Death Crawl Video
         -Offer
         -Close


Sunday
         -Homework Report
         -Private Label

Break
         -2nd Seller Account
         -Feedback

Lunch- 30-40 minutes
         -Marketing
         -Taxes
         -Business Structure
         -End of Weekend Close

**FTC-SP-002644**

# PLAINTIFF'S EXHIBIT 66

FTC-SP-002645

| | |
|---|---|
| **From:** | Adam Bowser <abowser11@gmail.com> |
| **Sent:** | Wednesday, October 19, 2016 12:32 PM |
| **To:** | Alma Kelly |
| **Subject:** | Re: New Speaker |

Yes...

On Wed, Oct 19, 2016 at 12:28 PM, Alma Kelly <almakelly909@gmail.com> wrote:
Adam,

Can you confirm that Jessie is to get $5,000 to view the event in Sacramento?

Alma
---------- Forwarded message ----------
From: **Jessie Tieva** <jessietieva@gmail.com>
Date: Mon, Oct 17, 2016 at 10:29 AM
Subject: Re: New Speaker
To: Alma Kelly <almakelly909@gmail.com>

Alma,

Just wondering if you have my direct deposit setup?  Also, I was told when I started I would get paid $5000 to view the event in Sacramento.  That would/should have been paid this past Friday. Can you look into this? Also, I will be sending you a separate email with my reimbursements (taxi receipts).

Thanks!

Jessie

On Sep 28, 2016, at 3:35 PM, Jessie Tieva <jessietieva@gmail.com> wrote:

> I included the attachment this time...:)

Thanks!

Jessie

PLAINTIFF'S
EXHIBIT
66

**From:** Jessie Tieva [mailto:JessieTieva@gmail.com]
**Sent:** Wednesday, September 28, 2016 3:33 PM
**To:** 'Alma Kelly'

1

FTC-SP-002646

**Cc:** 'Adam Bowser'
**Subject:** RE: New Speaker

Alma,

See attached.  I desire direct deposit.

Thanks!

Jessie

**From:** Alma Kelly [mailto:almakelly909@gmail.com]
**Sent:** Wednesday, September 28, 2016 1:27 PM
**To:** Jessie Tieva
**Cc:** Adam Bowser
**Subject:** Re: New Speaker

Hi Jessie,

Great to meet you too.  You will find attached a W-9.  Please complete it and send it back to me at this email address.  If you are interested in direct deposit, please also send me a voided check.

I am going to clarify the rules on transportation reimbursement and get back to you on that. I look forward to working with you.

Alma Kelly

909-740-9991

2

On Wed, Sep 28, 2016 at 11:21 AM, Jessie Tieva <jessietieva@gmail.com> wrote:

Thanks Adam,


Great to meet you Alma.  Can you please let me know what you need for direct deposit and your rules on reimbursement for ground transportation to and from the event hotels?

Thanks!


Jessie

On Sep 28, 2016, at 1:05 PM, Adam Bowser <abowser11@gmail.com> wrote:

> Alma,


> Meet Jessie our new speaker. Her first event is going to be Oct 14th. Just wanted to connect the 2 of you so you can communicate back and forth when need be.


> Adam


> --

> Adam Bowser

> FBA Stores

> 293 Libbey Pkwy

> Weymouth MA 02189

> 800-554-8495

> www.fbastores.com


<Exposure Marketing W9 and Wire Instructions.pdf>

FTC-SP-002648

--
Adam Bowser
FBA Stores
293 Libbey Pkwy
Weymouth MA 02189
800-554-8495
www.fbastores.com

4

FTC-SP-002649

# PLAINTIFF'S EXHIBIT 67

FTC-SP-002650

*Team 4 Long Beach 15-day Comm.*

Meets approved for funding and we are waiting for balance once funding comes through.

| | Paid On Date | Paid On Amount | |
|---|---|---|---|
| | 1/24/17 | $300,160.00 | MFD |

| Key Metrics | |
|---|---|
| Total Attendance | 97 |
| Buying Units | 61 |
| Total Sales | $649,900 |
| Total Collected | $300,160 |
| Total Due | $357,740 |
| Sold Per BU | $10,654 |
| Collected Per BU | $4,921 |

Edited:

| Workshop Information | |
|---|---|
| Location: | Long Beach Westin |
| Dates: | Jan. 6-8, 2016 |
| Speaker: | Jessie Tieva |
| SD: | Andria Finau |
| Assistant: | Marci Finau |
| Closers: | Brice Cornaby, Jared Gueller, Meagan Carpio, James Short, Skyler Tolman |

Amount Collected $300,160.

10% $30,016.00

Exposure Marketing Company



PAID
1/24/17
CK #811

**PLAINTIFF'S EXHIBIT 67**

FTC-SP-002651

ADVANCED TRAINING PACKAGES

| Consultant | STUDENT NAME | | PACKAGE INFO | | Paid at Workshop (USD) | Amount Due |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Package | Package amount (USD) | | |
| SKYLER | RACEY | SHERRILYN | DIAMOND | $34,995 | $34,995 | $0 |
| JIMMY | HERNANDEZ | CHRISTINA | GOLD | $9,995 | $9,995 | $0 |
| MEAGAN | KOOP / KIRSHNER | PAULA / KYLE | DIAMOND | $34,995 | $34,995 | $0 |
| BRICE | YEH | CHAO CHUN | DIAMOND | $33,995 | $33,995 | $0 |
| ANDRIA | BELEN | ALLEN | WHOLESALE | $5,000 | $5,000 | $0 |
| ANDRIA | PIROD | JORGE | DIAMOND | $34,995 | $200 | $34,795 |
| SKYLER | LEEVIROJ | SANGCHAI | PLATINUM | $20,995 | $20,995 | $0 |
| SKYLER | BARBOZA | SANDRA | GOLD | $9,995 | $9,995 | $0 |
| SKYLER | LANDOWSKI | SANDRA | DIAMOND | $34,995 | $34,995 | $0 |
| EAGAN | MENTELONGO / BURR | TAMI / FRANK | DIAMOND | $34,995 | $34,995 | $0 |
| | | | | | | $0 |
| | | | | $254,955 | $220,160 | $34,795 |
| ANDRIA | NEWBERRY | JOSEPH & SUANDRA | DIAMOND | $34,995 | $1,000 | $33,995 |
| ANDRIA | LIMAS | DAVID & JOSE GONZALEZ | DIAMOND | $34,995 | $2,000 | $32,995 |
| ANDRIA | LETULI | MAILE & TUI | DIAMOND | $34,995 | $10,000 | $24,995 |
| ANDRIA | AFABLE | BIBIAN | DIAMOND | $34,995 | $2,000 | $32,995 |
| BRICE | SHIO | THEO | GOLD | $10,000 | $6,000 | $4,000 |
| JARED | HUYNH | SONG | DIAMOND | $34,995 | $2,000 | $32,995 |
| JIMMY | DO | REALMROSE | DIAMOND | $34,995 | $500 | $34,495 |
| JIMMY | REYES | JAMIE | DIAMOND | $34,995 | $32,000 | $2,995 |
| MEAGAN | STRETESKY | JOE | DIAMOND | $34,495 | $500 | $34,495 |
| MEAGAN | CHEA | SOKUNTHY | DIAMOND | $34,995 | $5,000 | $29,995 |
| EAGAN / SKYLER | PATEL | PRATIK | DIAMOND | $34,995 | $10,000 | $24,995 |
| SKYLER | NIELSEN | RICHARD | DIAMOND | $34,995 | $1,000 | $33,995 |
| SKYLER | LEMUS | JOSE | GOLD | $9,995 | $7,000 | $2,995 |
| SKYLER | OLGVIN | EMIL | DIAMOND | $34,995 | $1,000 | $33,995 |
| JARED | JOHNSON | GRACE | DIAMOND | $34,995 | $0 | $34,995 |
| JARED | RUSSELL | JIMMIE & VELMA | DIAMOND | $0 | $0 | $0 |
| | | | | $394,945 | $80,000 | $322,945 |
| | | | Totals | $649,900 | $300,160 | $357,740 |

FTC-SP-002652

# PLAINTIFF'S EXHIBIT 68

FTC-SP-002653

Team 4. Seattle  15 day comm.

Means approved for funding and we are waiting for funding cycle funding causes through

| | Paid On Date | Paid On Amount |
|---|---|---|
| | | $225,470.00 MFD |
| | 1/31/17 | $225,470.00 |

Amount collected $ 225,470.

4% $9,018.80

ABCRE, Inc.

PAID
12/1/17
CK# 914

| Key Metrics | |
|---|---|
| Total Attendance | 64 |
| Buying Units | 35 |
| Total Sales | $604,910 |
| Total Collected | $225,470 |
| Total Due | $379,440 |
| Sold Per BU | $17,283 |
| Collected Per BU | $6,442 |

Edited

| Workshop Information | |
|---|---|
| Location: | DoubleTree Seattle |
| Dates: | Jan. 13-15, 2016 |
| Speaker: | Jessie Tieva |
| SD: | Andria Finau |
| Assistant: | Marci Finau |
| Closers: | Brice Cornaby, Jared Gueller, Meagan Carpio, Skyler Tolman |

**PLAINTIFF'S EXHIBIT**
**68**

FTC-SP-002654