| | ADVANCED TRAINING PACKAGES | | | | | |
|---|---|---|---|---|---|---|
| | STUDENT NAME | | PACKAGE INFO | | | |
| REP | Last Name | First Name | Package | Package amount (USD) | Paid at Workshop (USD) | Amount Due |
| ANDRIA | ROOKS | SAMANTHA | DIAMOND | $30,000 | $30,000 | $0 |
| ANDRIA | TOBECK / HAMILTON | CORINNE / FRANK | DIAMOND | $34,995 | $34,995 | $0 |
| BRICE | DANG / NGUYEN | DON / HANA | DIAMOND | $29,995 | $29,995 | $0 |
| SKYLER | CRABILL | TOM | DIAMOND | $34,995 | $34,995 | $0 |
| JARED | CANNY | GREG | DIAMOND | $34,995 | $34,995 | $0 |
| MEAGAN | GREENE | ROBERT | DIAMOND | $34,995 | $34,995 | $0 |
| MEAGAN | AKEHURST | LAURIE | GOLD | $9,995 | $9,995 | $0 |
| | | | | | | $0 |
| | | | | $209,970 | $209,970 | $0 |
| BRICE | TENG | CHIAYI | DIAMOND | $34,995 | $0 | $34,995 |
| ANDRIA | ZAPATA | WALTER | DIAMOND | $34,995 | $0 | $34,995 |
| ANDRIA | MARSLAND / FIERST | JAYLYN / TAMMY | DIAMOND | $34,995 | $0 | $34,995 |
| BRICE | ELLIS / ADAMS | DEVON / ABE | DIAMOND | $34,995 | $0 | $34,995 |
| JARED | SAO-STEVENS | EVELYN | GOLD | $9,995 | $0 | $9,995 |
| SKYLER | GULLICKSON | DAN | DIAMOND | $34,995 | $1,000 | $33,995 |
| BRICE | DALKE | YVONNE | DIAMOND | $34,995 | $3,000 | $31,995 |
| JARED | SCHALLER | ALAN | DIAMOND | $34,995 | $2,000 | $32,995 |
| MEAGAN | LOBATO-SOLIS / MORGAN | DOLORES / MICHAEL | DIAMOND | $34,995 | $2,000 | $32,995 |
| SKYLER | GILLIAM | RENNE | DIAMOND | $34,995 | $5,000 | $29,995 |
| JARED | BARKER | ANTHONY / KAREN | DIAMOND | $34,995 | $2,000 | $32,995 |
| MEAGAN | SHAVER / SHELDON | ANGEL / ROBIN | DIAMOND | $34,995 | $500 | $34,495 |
| | | | | | | $0 |
| | | | | $394,940 | $15,500 | $379,440 |
| | | | Totals | $604,910 | $225,470 | $379,440 |

# PLAINTIFF'S EXHIBIT 69

FTC-SP-002656

Austin Team 5

0

| Workshop Information | |
|---|---|
| Location: | DoubleTree Austin, TX |
| Dates: | Jan. 20-22, 2016 |
| Speaker: | Jessie Tieva |
| SD: | Andria Finau |
| Assistant: | Marci Finau |
| Closers: | Brice Cornaby, Jared Gueller, Meagan Carpio, Jimmy Short, Skyler Tolman |

Edited:

Means approved for funding and we are waiting for balance once funding comes through.

| Key Metrics | |
|---|---|
| Total Attendance | 92 |
| Buying Units | 54 |
| Total Sales | $927,559 |
| Total Collected | $599,339 |
| Total Due | $328,220 |
| Sold Per BU | $17,177 |
| Collected Per BU | $11,099 |

| Paid On Date | Paid On Amount |
|---|---|

Collected $599,339-

4% $23,973.56

Ab

Team 4 Austin, TX

ADVANCED TRAINING PAC

| TUDENT NAME | | PACKAGE INFO | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Package | Package Amount | Paid at Workshop | Amount Due |
| GOHEL | SHOBHANA | DIAMOND | $0 | $0 | $0 |
| MAR | DERICK | WHOLESALE | $0 | $0 | $0 |
| EVANS | PAT | DIAMOND | $34,995 | $34,995 | $0 |
| KAISER (STANSFIELD) | BARBARA | DIAMOND | $34,995 | $34,995 | $0 |
| MEADOWS | RICHARD | DIAMOND | $34,995 | $34,995 | $0 |
| LOVELACE | MATT / JULIE | DIAMOND+Prod | $34,995 | $34,995 | $0 |
| KIM | FRANK | WHOLESALE | $5,000 | $5,000 | $0 |
| MCGEE | LOIS | DIAMOND | $34,995 | $35,000 | ($5) |
| COLLINS / SLAVIK | BARB / BRADLEY | DIAMOND | $34,995 | $34,995 | $0 |
| HARRIS | LATREASE | DIAMOND | $34,995 | $34,995 | $0 |
| SANDERS | LARRY / PATRICIA | DIAMOND | $34,995 | $34,995 | $0 |
| CHAVIS-PAROD / MURPHY | ELAINE / LEIGH | DIAMOND | $34,995 | $35,000 | ($5) |
| RAYOS | TRINIDAD | KINDLE | $199 | $199 | $0 |
| MCKISSICK / HALL | TED / GEORGE | DIAMOND | $34,995 | $34,995 | $0 |
| THRASHER | REGINA | DIAMOND | $34,995 | $34,995 | $0 |
| GREEN / GOMEZ | TEMPLE / EMMA | DIAMOND | $17,500 | $17,500 | $0 |
| SCHAUDIES | RAYCHELLE | DIAMOND | $34,995 | $35,000 | ($5) |
| PHELPS | SHELDON | DIAMOND | $34,995 | $34,995 | $0 |
| JONES | JOY | GOLD | $9,995 | $9,995 | $0 |
| ZERVIGON | LUIS | DIAMOND | $30,000 | $30,000 | $0 |
| DAVIS | KATHY / JEFF | PLATINUM | $19,995 | $19,995 | $0 |
| | | | $487,629 | $537,639 | ($15) |
| SMITH | DENISE | DIAMOND | $34,995 | $200 | $34,795 |
| FREDRICK | HAROLD | DIAMOND | $34,995 | $2,000 | $32,995 |
| HUGHES | LEAH | DIAMOND | $34,995 | $27,000 | $7,995 |
| LOVE | JERRY / LOIS | DIAMOND | $34,995 | $1,000 | $33,995 |
| WHITE | TANYA | DIAMOND | $34,995 | $1,000 | $33,995 |
| BORGES | WALTER | DIAMOND | $34,995 | $500 | $34,495 |
| LOMAGLIO | MARK | DIAMOND | $34,995 | $10,000 | $24,995 |
| MACIAS2 | CRYSTAL | DIAMOND | $34,995 | $2,000 | $32,995 |

| | | | | | |
|---|---|---|---|---|---|
| RAYOS | TRINIDAD | **GOLD** | $9,995 | $500 | $9,495 |
| KABIR | MASUD | **DIAMOND** | $34,995 | $1,000 | $33,995 |
| MIRWAWI | AMARESH / KAVITA | **DIAMOND** | $34,995 | $15,000 | $19,995 |
| SHIPP | DANNY / STEPHANE | **DIAMOND** | $34,995 | $500 | $34,495 |
| CROSSLEY | AADRIEN | **GOLD** | $9,995 | $500 | $9,495 |
| MARMOLEJ O | JUAN | **DIAMOND** | $34,995 | $500 | $34,495 |
| OPIE | GAYLE | **DIAMOND** | $0 | $0 | $0 |
| LESLIE | MALCOLM / KIM | **DIAMOND** | $0 | $0 | $0 |
| TEWOLDE | NAHOM | **DIAMOND** | $0 | $0 | $0 |
| PROEGER / MOUSA | WILLIAM / ZAID | **DIAMOND** | $0 | $0 | $0 |
| | | | | | $0 |
| | | | **$439,930** | **$61,700** | **$378,230** |
| | | **Totals** | **$927,559** | **$599,339** | **$378,215** |
| **PENDERS** | | | | | |
| BAKER | MICHAEL | **DIAMOND** | $34,995 | $0 | $34,995 |
| | | | | | |
| | | | $34,995 | $0 | $34,995 |

# PLAINTIFF'S EXHIBIT 70

FTC-SP-002660

Team 4 Phoenix additional comm.

| Workshop Information | |
|---|---|
| Location: | Hilton Scottsdale Resort |
| Dates: | Dec. 2-4, 2016 |
| Speaker: | Jessie Conners (Tieva) |
| SD: | Andria Finau |
| Assistant: | Marci Finau |
| Closers: | Brice Cornaby, Jared Gueller, Meagan Carpio, James Short |

Edited:

Means approved for funding and we are waiting for balance once funding comes through.

| Key Metrics | |
|---|---|
| Total Attendance | 62 |
| Buying Units | 41 |
| Total Sales | $354,950 |
| Total Collected | $276,470 |
| Total Due | $78,480 |
| Sold Per BU | $8,657 |
| Collected Per BU | $6,743 |

| Paid On Date | Paid On Amount | |
|---|---|---|
| 12/19/16 | $201,985.0( | AK |
| 1/19/17 | $19,995.00 | MFD |
| | $221,980.0( | |
| | CLOSED on 1/18/17 | |
| 2/3/17 | $54,490.00 | additional payment per Adam - MFD |

Additional Collected $54,490.

10% $5,449.00

Exposure Marketing

PAID 2/3/17 CK #990

PLAINTIFF'S EXHIBIT 70

| | ADVANCED TRAINING PACKAGES | | | | | |
|---|---|---|---|---|---|---|
| | STUDENT NAME | | PACKAGE INFO | | | |
| REP | Last Name | First Name | Package | Package amount (USD) | Paid at Workshop (USD) | Amount Due |
| ANDRIA | ROOKS | SAMANTHA | DIAMOND | $30,000 | $30,000 | $0 |
| ANDRIA | TOBECK / HAMILTON | CORINNE / FRANK | DIAMOND | $34,995 | $34,995 | $0 |
| BRICE | DANG / NGUYEN | DON / HANA | DIAMOND | $29,995 | $29,995 | $0 |
| SKYLER | CRABILL | TOM | DIAMOND | $34,995 | $34,995 | $0 |
| JARED | CANNY | GREG | DIAMOND | $34,995 | $34,995 | $0 |
| MEAGAN | GREENE | ROBERT | DIAMOND | $34,995 | $34,995 | $0 |
| MEAGAN | AKEHURST | LAURIE | GOLD | $9,995 | $9,995 | $0 |
| | | | | | | $0 |
| | | | | $209,970 | $209,970 | $0 |
| BRICE | TENG | CHIAYI | DIAMOND | $34,995 | $0 | $34,995 |
| ANDRIA | ZAPATA | WALTER | DIAMOND | $34,995 | $0 | $34,995 |
| ANDRIA | MARSLAND / FIERST | JAYLYN / TAMMY | DIAMOND | $34,995 | $0 | $34,995 |
| BRICE | ELLIS / ADAMS | DEVON / ABE | DIAMOND | $34,995 | $0 | $34,995 |
| JARED | SAO-STEVENS | EVELYN | GOLD | $9,995 | $0 | $9,995 |
| SKYLER | GULLICKSON | DAN | DIAMOND | $34,995 | $1,000 | $33,995 |
| BRICE | DALKE | YVONNE | DIAMOND | $34,995 | $3,000 | $31,995 |
| JARED | SCHALLER | ALAN | DIAMOND | $34,995 | $2,000 | $32,995 |
| MEAGAN | LOBATO-SOLIS / MORGAN | DOLORES / MICHAEL | DIAMOND | $34,995 | $2,000 | $32,995 |
| SKYLER | GILLIAM | RENNE | DIAMOND | $34,995 | $5,000 | $29,995 |
| JARED | BARKER | ANTHONY / KAREN | DIAMOND | $34,995 | $2,000 | $32,995 |
| MEAGAN | SHAVER / SHELDON | ANGEL / ROBIN | DIAMOND | $34,995 | $500 | $34,495 |
| | | | | | | $0 |
| | | | | $394,940 | $15,500 | $379,440 |
| | | | **Totals** | **$604,910** | **$225,470** | **$379,440** |

Team 4 - Seattle 15-day comm.

| Workshop Information | |
|---|---|
| Location: | DoubleTree Seattle |
| Dates: | Jan. 13-15, 2016 |
| Speaker: | Jessie Tieva |
| SD: | Andria Finau |
| Assistant: | Marci Finau |
| Closers: | Brice Cornaby, Jared Gueller, Meagan Carpio, Skyler Tolman |

Edited:

Means approved for funding and we are waiting for balance once funding comes through.

| Key Metrics | |
|---|---|
| Total Attendance | 64 |
| Buying Units | 35 |
| Total Sales | $604,910 |
| Total Collected | $225,470 |
| Total Due | $379,440 |
| Sold Per BU | $17,283 |
| Collected Per BU | $6,442 |

| Paid On Date | Paid On Amount |
|---|---|
| 1/31/17 | $225,470.00 MFD |

Amount Collected $225,470.

4% $9,018.80

ABCRE, Inc.

PAID
1/31/17
CK# 914

# PLAINTIFF'S EXHIBIT 71

FTC-SP-002664

Official eCheck

**FBA Stores, LLC**
293 Libbey Industrial Parkway
Weymouth, MA 02189

**This is a Deluxe eCheck. Use the Check Verification** service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document.
https://www.verifyvalid.com/verify.

**VV422**

Date 12/28/2016
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company $ 10,748.50

Ten thousand, seven hundred forty-eight and 50/100 Dollars

Bank of America

Memo New York Commissions

Official eCheck

⑈000422⑈ ⑆011000138⑆ [redacted] 6155⑈

PLAINTIFF'S EXHIBIT 71

FOR DEPOSIT ONLY 12-30-16

HIWay FCU
Br - 8, Tlr - 297
BOFD RT:296075933, Item:031529513400
01/03/2017,03:29:57 (-06:00) PM

# PLAINTIFF'S EXHIBIT 72

FTC-SP-002667

Official eCheck

**FBA Stores, LLC**
293 Libbey Industrial Parkway
Weymouth, MA 02189

This is a Deluxe eCheck. Use the **Check Verification** service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document.
https://www.verifyvalid.com/verify.

**VV524**

Date 01/04/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company $ 29,447.50

Twenty-nine thousand, four hundred forty-seven and 50/100 Dollars

Bank of America

Memo Ft. Lauderdale commission

Official eCheck

⑈000524⑈ ⑆011000138⑆ [redacted] 6155⑈

PLAINTIFF'S EXHIBIT 72

FOR DEPOSIT ONLY

[signature] EXPOSURE MTG

HIWay FCU
Br - 8, Tlr - 500
BOFD RT:296075933, Item:091212093320
01/09/2017,12:12:49 (-06:00) PM

# PLAINTIFF'S EXHIBIT 73

FTC-SP-002670

FBA Stores, LLC
233 Libbey Industrial Parkway
Weymouth, MA 02189

This is a Deluxe eCheck. Use the Check Verification service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document.
https://www.verifyvalid.com/verify.

VV718

Date 01/19/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company $1,999.50

One thousand, nine hundred ninety-nine and 50/100 Dollars

Bank of America

Memo 45 day closeout Phoenix-Team 4

⑈000718⑈ ⑆011000138⑆ [redacted] 6155⑈

PLAINTIFF'S EXHIBIT 70

FTC-SP-002671



FC - MOBILE DEPOSIT

FTC-SP-002672

# PLAINTIFF'S EXHIBIT 74

FTC-SP-002673

Official eCheck

**FBA Stores, LLC**
293 Libbey Industrial Parkway
Weymouth, MA 02189

This is a Deluxe eCheck. Use the **Check Verification** service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document. https://www.verifyvalid.com/verify.

**VV811**

Date 01/24/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company $30,016.00

Thirty thousand sixteen and 00/100 Dollars

Bank of America

Memo Team 4 Long Beach 15-day commission

Official eCheck

⑈000811⑈ ⑆011000138⑆ [redacted] 6155⑈

PLAINTIFF'S EXHIBIT 74

FTC-SP-002674

FOR DEPOSIT ONLY

HIWay FCU
Br - 1, Tlr - 506
BOFD RT:296075933, Item:241327187039
01/24/2017,01:27:51 (-06:00) PM

# PLAINTIFF'S EXHIBIT 75

FTC-SP-002676



F8A Stores, LLC
293 Libbey Industrial Parkway
Weymouth, MA 02189

VV913

Date 01/31/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company

$ 22,547.00

Twenty-two thousand, five hundred forty-seven and 00/100 Dollars

Bank of America

Memo Team 4 Seattle 15-day commissions

⑈000913⑈ ⑆011000138⑆ [redacted] 6155⑈

PLAINTIFF'S EXHIBIT 75

FTC-SP-002677



For Mobile Deposit
01-31-17

# PLAINTIFF'S EXHIBIT 76

FTC-SP-002679



FBA Stores, LLC
293 Libbey Industrial Parkway
Weymouth, MA 02189

This is a Deluxe eCheck. Use the Check Verification service provided by the Deluxe Corporation if you wish to confirm that this check was issued by the account holder and remains unmodified from the original electronic document. [illegible]

VV942

Date 02/02/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company

$8,198.50

Eight thousand, one hundred ninety-eight and 50/100 Dollars

Bank of America

Memo Team 4 Ft Lauderdale 45-day close out

000942 011000138 [redacted] 6155

PLAINTIFF'S EXHIBIT 76

FTC-SP-002680



FOR MOBILE DEPOSIT
02-02-17

FTC-SP-002681

# PLAINTIFF'S EXHIBIT 77

FTC-SP-002682

FBA Stores, LLC
293 Libbey Industrial Parkway
Weymouth, MA 02189

This is a Deluxe eCheck. Use the Check Verification service provided by the Deluxe Corporation if you wish to confirm that the check was issued by the account holder and remains unmodified from the original electronic document. https://www.verifyvalid.com/verify

VV990

Date 02/03/2017
Void after 90 days

PAY TO THE ORDER OF Exposure Marketing Company $5,449.00

Five thousand, four hundred forty-nine and 00/100 Dollars

Bank of America

Memo Team 4 Phoenix additional comm

⑈000990⑈ ⑆011000138⑆ [REDACTED] 6155⑈

PLAINTIFF'S EXHIBIT 77

FTC-SP-002683



02/03/17

FOR MOBILE DEPOSIT ONLY

FTC-SP-002684