# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF MINNESOTA, by its Attorney General, Lori Swanson,<br><br>Plaintiffs,<br><br>v.<br><br>SELLERS PLAYBOOK, INC., a corporation,<br><br>EXPOSURE MARKETING COMPANY, a corporation also, d/b/a Sellers Online and Sellers Systems,<br><br>JESSIE CONNERS TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY, and<br><br>MATTHEW R. TIEVA, individually and as an officer of SELLERS PLAYBOOK, INC. and EXPOSURE MARKETING COMPANY,<br><br>Defendants. | Civil No. 18-2207 (DWF/TNL)<br><br>ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR TEMPORARY RECEIVER TO FILE INITIAL REQUEST FOR COMPENSATION PURSUANT TO SECTION XIX OF THE TEMPORARY RESTRAINING ORDER |

The Court having read and reviewed the Stipulation Extending Deadline for Temporary Receiver to File Initial Request for Compensation Pursuant to Section XIX of the Temporary Restraining Order ("Stipulation"), (Doc. No. [45]), entered into by the temporary receiver, Robb Evans & Associates LLC ( Receiver"), and all of the parties, including plaintiff Federal Trade Commission ("FTC"), plaintiff State of Minnesota, by its Attorney General Lori Swanson ("State of Minnesota"), and Defendants Sellers

2

Playbook, Inc., Exposure Marketing Company, Jessie Conners Tieva, and Matthew R. Tieva (collectively "Defendants"), and good cause being shown therefore,

**IT IS HEREBY ORDERED** that the deadline for the Receiver and its professionals to file their initial request for compensation pursuant to Section XIX of the Temporary Restraining Order (Doc. No. 29) shall be extended for one month, so that the last day that the Receiver shall file with the Court and serve on the parties the initial request for compensation under Section XIX of the Temporary Restraining Order shall be October 29, 2018.

Dated:  September 25, 2018    s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge